UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVONTAE ROSS, *et al.*,

    Plaintiffs,

v.

HON. NANCY M. BLOUNT, *et al.*,

    Defendants.

Case No. 19-11076

Honorable Laurie J. Michelson
Magistrate Judge Elizabeth A. Stafford

## ORDER REGARDING DETERMINATION OF MOTION

Before the Court is Defendant's motion to dismiss (ECF No. 20), filed June 10, 2019. The response brief and any reply brief shall be filed in compliance with E.D. Mich. LR 7.1.

If the total brief (including exhibits) exceeds 20 pages, a courtesy copy of the motion, brief, response, or reply, with tabbed and highlighted exhibits, shall be mailed or hand delivered to United States District Judge Laurie J. Michelson at 231 W. Lafayette, Room 737, Detroit, MI 48226. Courtesy copies should conform to Judge Michelson's case-management requirements that were docketed earlier in the case (usually as part of the scheduling order).

If, upon review of all the briefing, the Court finds that oral argument would aid in resolving the disputed issues, a notice will be filed on the docket setting a hearing. Otherwise, the Court will decide the motion on the briefs. *See* Fed. R. Civ. P. 78(b); E.D. Mich. LR 7.1(f).

SO ORDERED.

                                            s/Laurie J. Michelson
                                            LAURIE J. MICHELSON
                                            UNITED STATES DISTRICT JUDGE

Date: June 18, 2019

2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was served upon counsel of record and/or pro se parties on this date, June 18, 2019, using the Electronic Court Filing system and/or first-class U.S. mail.

                                                  s/William Barkholz
                                                  Case Manager