UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVONTAE ROSS, TIMOTHY
LUCAS, STARMANIE JACKSON,
KUSHAWN MOORE, JR., a minor,
by his parent and next friend,
KUSHAWN MOORE, SR., ASIA
DIXON, KEITH WILSON, and
KATRINA GARDNER,

    On behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

Honorable NANCY M. BLOUNT, in her
official capacity as Chief Judge of
Michigan's 36th District Court;
BARI BLAKE WOOD, MILLICENT D.
SHERMAN, LAURA A. ECHARTEA,
DAWN WHITE, and JEFFREY
KLEPAREK, in their official capacities
as Magistrates of Michigan's 36th District
Court; and BENNY N. NAPOLEON, in his
official capacity as Sheriff of Wayne
County, Michigan,

        Defendants.

Case 2:19-cv-11076-LJM-EAS

Honorable Laurie J. Michelson
Magistrate Judge Elizabeth A. Stafford

**STIPULATED ORDER REGARDING STAY OF CASE**

This matter having come before the Court upon the stipulation of the Plaintiffs

and Defendants Honorable Nancy M. Blount, in her official capacity as Chief Judge

of Michigan's 36th District Court, Bari Blake Wood, Millicent D. Sherman, Laura A. Echartea, Dawn White, and Jeffrey Kleparek, in their official capacities as Magistrates of Michigan's 36th District Court (collectively, "Judicial Defendants"), and Benny N. Napoleon, in his official capacity as Sheriff of Wayne County, Michigan ("Sheriff Defendant") through their respective counsel, hereby stipulate and agree to the instant order ("Stipulated Stay Order").

In order to allow time for discussions between the parties aimed at reaching a mutually agreeable resolution of this matter, Plaintiffs, Judicial Defendants and Sheriff Defendant agree that this case be **STAYED**. The parties also agree that all outstanding motions, including the motions to dismiss and the motion for class certification, will remain pending during the stay.

This Stipulated Stay Order may be lifted immediately by a "Notice of Lifting Stipulated Stay Order" being filed by the Plaintiffs or Judicial Defendants. This Stipulated Stay Order may also be lifted based on the entry of an order granting a motion filed by Sheriff Defendant to lift this Stipulated Stay Order. Upon dissolution of the stay, Plaintiffs have up to 21 days to file their response to Judicial Defendants' pending motion to dismiss and to file their response to Sheriff Defendant's pending motion to dismiss. Judicial Defendants have up to 22 days from the date of Plaintiffs' response filing to their pending motion to dismiss to file

their reply.  Sheriff Defendant has up to 22 days from the date of Plaintiffs' response filing to his pending motion to dismiss to file his reply.

**IT IS HEREBY ORDERED** that this case is stayed pursuant to the terms set forth in this Stipulated Stay Order.

Date: August 23, 2019

s/Laurie J. Michelson<br>United States District Judge

*We hereby stipulate to entry of the foregoing Order*

AMERICAN CIVIL LIBERTIES
UNION FUND OF MICHIGAN
/s/ Philip Mayor
Philip Mayor (P81691)
Daniel S. Korobkin (P72842)
Michael J. Steinberg (P43085)
2966 Woodward Avenue
Detroit, MI  48201
(313) 578-6803
pmayor@aclumich.org
dkorobkin@aclumich.org
msteinberg@aclumich.org
*Attorneys for Plaintiffs*

AMERICAN CIVIL LIBERTIES
FOUNDATION, CRIMINAL LAW
REFORM PROJECT
Twyla Carter
Brandon J. Buskey
125 Broad Street, 18th Floor
New York, NY  10004
(212) 549-2500
tcarter@aclu.org
bbuskey@aclu.org
*Attorneys for Plaintiffs*

COVINGTON & BURLING LLP
Aaron Lewis (P68688)
Mitchell Kamin
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA  90067-4643
(424)-332-4800
alewis@cov.com
mkamin@cov.com
*Attorneys for Plaintiffs*

COVINGTON & BURLING LLP
James Garland
Amia Trigg
Wesley Wintermyer
Marta Cook
Julia Brower
Laura Beth Cohen
One City Center
850 Tenth Street NW
Washington, DC  20001-4656
(202) 662-6000
jgarland@cov.com
atrigg@cov.com
wwintermyer@cov.com
mcook@cov.com
jbrower@cov.com
lcohen@cov.com
*Attorneys for Plaintiffs*

DICKINSON WRIGHT PLLC
/s/ Scott A. Petz (w/consent)
Scott A. Petz (P70757)
Lauren A. Kwapis (P76642)
Alma Sobo (P81177)
2600 West Big Beaver Road, Suite 300
Troy, MI  48084
(248) 433-7200
spetz@dickinsonwright.com
lkwapis@dickinsonwright.com
asobo@dickinsonwright.com
*Attorneys for Judicial Defendants*

DICKINSON WRIGHT PLLC
Martin D. Holmes TN (12122)
424 Church Street, Suite 800
Nashville, TN  37219
(615) 244-6538
mholmes@dickinsonwright.com
*Attorneys for Judicial Defendants*

4

5

| | |
|---|---|
| DICKINSON WRIGHT PLLC<br>K. Scott Hamilton (P44095)<br>Aaron V. Burrell (P73708)<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226<br>(313) 223-3500<br>khamilton@dickinsonwright.com<br>aburrell@dickinsonwright.com<br>*Attorneys for Judicial Defendants* | WAYNE COUNTY<br>CORPORATION COUNSEL<br><u>/s/ Davidde A. Stella (w/consent)</u><br>Davidde A. Stella (P69948)<br>500 Griswold St., 30th Floor<br>Detroit MI 48226<br>(313) 224-5030<br>dstella@waynecounty.com<br>*Attorneys for Defendant*<br>*Benny N. Napoleon only* |
| Gerald K. Evelyn (P29182)<br>535 Griswold Street, Suite 1000<br>Detroit, MI 48226-3692<br>(313) 962-3500<br>geraldevelyn@yahoo.com<br>*Co-Counsel for Judicial Defendants* | |