UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVONTAE ROSS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HONORABLE CHIEF JUDGE OF MICHIGAN'S 36TH DISTRICT COURT, et al., <br><br> Defendants. | Case No. 19-11076 <br> Honorable Laurie J. Michelson |

## NOTICE OF TELEPHONE CONFERENCE

On April 12, 2021 at 10:00 a.m., the Court will hold a telephone status conference in this matter.

To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (866) 434-5269. The system will then provide directions for joining the call; when asked for an access code, use 9819334. If possible, please refrain from participating in the conference on a cell phone.

Dated: December 17, 2020

                                                                                                s/Erica Karhoff
                                                                                                 Case Manager to
                                                                                                 District Judge Laurie J. Michelson
                                                                                                 (313) 234-5095