UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVONTAE ROSS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HONORABLE CHIEF JUDGE OF MICHIGAN'S 36TH DISTRICT COURT, et al.,<br><br>    Defendants. | Case No. 19-11076<br>Honorable Laurie J. Michelson |

## NOTICE OF TELEPHONE CONFERENCE

On June 17, 2021 at 10:00 a.m., the Court will hold a telephone status conference in this matter.

To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (866) 434-5269. The system will then provide directions for joining the call; when asked for an access code, use 9819334. If possible, please refrain from participating in the conference on a cell phone.

Dated: April 12, 2021

                                                    s/Erica Karhoff
                                                  Case Manager to
                                                  District Judge Laurie J. Michelson
                                                  (313) 234-5095