UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Davontae Ross, et al.,

                Plaintiff(s),

v.                                         Case No. 2:19-cv-11076-LJM-EAS
                                               Hon. Laurie J. Michelson

Nancy M. Blount, et al.,

                Defendant(s),

**NOTICE OF TELEPHONIC CONFERENCE**

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Laurie J. Michelson as follows:

- STATUS CONFERENCE:  August 19, 2021 at 02:00 PM

The conference shall be initiated by .

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**    To participate in the conference, dial into the Eastern District of Michigans telephone conference system at (866) 434-5269. The system will then provide directions for joining the call; when asked for an access code, use 9819334. If possible, please refrain from participating in the conference on a cell phone.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/W. Barkholz
                                                          Case Manager

Dated:  June 17, 2021