UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVONTAE ROSS, et al.,

     Plaintiffs,

v.

HONRABLE CHIEF JUDGE OF
MICHIGAN'S 36TH DISTRICT COURT,
et al.,

     Defendants.

Case No. 19-11076
Honorable Laurie J. Michelson

---

**NOTICE OF TELEPHONE CONFERENCE**

---

On October 27, 2021 at 1:00 p.m., the Court will hold a telephone status conference in this matter.

To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (866) 434-5269. The system will then provide directions for joining the call; when asked for an access code, use 9819334. If possible, please refrain from participating in the conference on a cell phone.

Dated: August 20, 2021

s/Erica Parkin
Case Manager to
District Judge Laurie J. Michelson
(313) 234-5095