UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Davontae Ross, et al.,

                    Plaintiff(s),

v.                                          Case No. 2:19–cv–11076–LJM–EAS
                                                   Hon. Laurie J. Michelson

Nancy M. Blount, et al.,

                    Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Laurie J. Michelson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 212, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  November 17, 2021 at 09:00 AM

**ADDITIONAL INFORMATION:**   If counsel would like to participate by phone, they can dial into the Eastern District of Michigans telephone conference system at (866) 434–5269. The system will then provide directions for joining the call; when asked for an access code, use 9819334.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/Erica L Parkin
                                                          Case Manager

Dated:   November 5, 2021