UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Davontae Ross, et al.,

    Plaintiffs,

v.

Honorable Chief Judge of Michigan's 36th District Court, in his official capacity as Chief Judge of Michigan's 36th District Court, et al.,

    Defendants.

_____/

Case No.: 2:19-cv-11076
Hon. Laurie J. Michelson
Hon. Mag. J. Elizabeth A. Stafford

## **NOTICE OF APPEARANCE**

To the Clerk of the Court:

Please enter the appearance of Aaron Lewis (P68688) as one of the attorneys for Plaintiffs in the above-captioned case.

    Respectfully submitted,

    /s/ Aaron Lewis
    Aaron Lewis (P68688)
    Covington & Burling LLP
    1999 Avenue of the Stars
    Los Angeles, CA 90067-4643
    (424) 332-4800
    alewis@cov.com

Dated: November 16, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on November 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                        /s/ Aaron Lewis
                                        Aaron Lewis (P68688)