UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVONTAE ROSS, et al.,

     Plaintiffs,

v.

HONORABLE CHIEF JUDGE OF
MICHIGAN'S 36TH DISTRICT COURT,
et al.,

     Defendants.

Case No. 19-11076
Honorable Laurie J. Michelson

---

### NOTICE OF TELEPHONE CONFERENCE

On January 24, 2022 at 2:00 p.m., the Court will hold a telephone status conference in this matter.

To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (866) 434-5269. The system will then provide directions for joining the call; when asked for an access code, use 9819334. If possible, please refrain from participating in the conference on a cell phone.

Dated: November 17, 2021

<u>s/Erica Parkin</u>
Case Manager to
District Judge Laurie J. Michelson
(313) 234-5095