UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVONTAE ROSS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HONORABLE CHIEF JUDGE OF MICHIGAN'S 36TH DISTRICT COURT, el al.,<br><br>    Defendants. | Case No. 19-11076<br>Honorable Laurie J. Michelson |

## NOTICE OF TELEPHONE CONFERENCE

On March 16, 2022 at 3:00 p.m., the Court will hold a telephone status conference in this matter.

To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (866) 434-5269. The system will then provide directions for joining the call; when asked for an access code, use 9819334. If possible, please refrain from participating in the conference on a cell phone.

Dated: January 24, 2022

> s/Erica Parkin
> Case Manager to
> District Judge Laurie J. Michelson
> (313) 234-5095