# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAVONTAE ROSS,
TIMOTHY LUCAS,
STARMANIE JACKSON,
KUSHAWN MOORE, JR., a minor,
by his parent and next friend,
KUSHAWN MOORE, SR.,
ASIA DIXON,
KEITH WILSON, and
KATRINA GARDNER,

    On behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

Honorable CHIEF JUDGE OF MICHIGAN'S
36TH DISTRICT COURT, in his official capacity
as Chief Judge of Michigan's 36th District Court;
MAGISTRATES OF MICHIGAN'S 36TH DISTRICT
COURT, in their official capacities as Magistrates of
Michigan's 36th District Court; and
WAYNE COUNTY SHERIFF, in his
official capacity as Sheriff of Wayne
County, Michigan,

        Defendants.
_____/

Case 2:19-cv-11076-LJM-EAS

Honorable Laurie J. Michelson
Magistrate Judge Elizabeth A. Stafford

**STIPULATED ORDER (1) ACCEPTING PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT AS-FILED AND (2) DISMISSING PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS**

This matter having come before the Court upon the stipulation of the Plaintiffs, and the Honorable Chief Judge of Michigan's 36th District Court, in his official capacity as Chief Judge of Michigan's 36th District Court and Magistrates of Michigan's 36th District Court, in their official capacities as Magistrates of Michigan's 36th District Court (collectively, "Judicial Defendants"), and Wayne County Sheriff, in his official capacity as Sheriff of Wayne County, Michigan ("Sheriff Defendant"), through their respective counsel, hereby stipulate and agree as follows:

1. On April 14, 2019, Plaintiffs filed this action naming the "Hon. NANCY M. BLOUNT, in her official capacity as Chief Judge of Michigan's 36th District Court, BARI BLAKE WOOD, MILLICENT D. SHERMAN, LAURA A. ECHARTEA, DAWN WHITE, and JEFFREY KLEPAREK, in their official capacities as Magistrates of Michigan's 36th District Court," and "BENNY N. NAPOLEON, in his official capacity as Sheriff of Wayne County, Michigan" as defendants. (DE 1, Class Action Complaint, PageID#1)

2. On August 23, 2019, the action was stayed "to allow time for discussions between the parties aimed at reaching a mutually agreeable resolution of this matter." (DE 34, Stipulated Order Regarding Stay of Case, PageID#770).

3. On May 29, 2020, the Court entered a Stipulated Order Regarding Change in Composition of Michigan's 36th District Court and Corresponding

2

Amendment to Case Caption and Case Docket. (DE 36, Stipulated Order Regarding Change in Composition of Michigan's 36th District Court and Corresponding Amendment to Case Caption and Case Docket, PageID#775).

4. Plaintiffs and Judicial Defendants have reached a resolution. In this regard, Plaintiffs and the 36th District Court have entered into an Agreement. See **Attachment 1**, Agreement with its appendices and exhibits.

5. Consistent with the above, on July 11, 2022, Plaintiffs will cause to be filed a First Amended Class Action Complaint.

6. Pursuant to this Stipulated Order, Plaintiffs' First Amended Class Action Complaint (filed on July 11, 2022) is accepted by the Clerk of the Court as-filed.

7. Pursuant to this Stipulated Order, Fed. R. Civ. P. 41(a)(2), and consistent with the above, Plaintiffs' claims in this lawsuit against the Sheriff Defendant are dismissed with prejudice and without attorneys' fees and costs.

8. Pursuant to this Stipulated Order, Fed. R. Civ. P. 41(a)(2), and consistent with the above, Plaintiffs' claims in this lawsuit against the Judicial Defendants are dismissed with prejudice and without attorneys' fees or costs.

9. This Court expressly retains jurisdiction over this matter for purposes of enforcing the Agreement between Plaintiffs and the 36th District Court consistent with its terms.

**IT IS SO ORDERED**.

Dated: July 12, 2022

                                              s/Laurie J. Michelson
                                              LAURIE J. MICHELSON
                                              UNITED STATES DISTRICT JUDGE

*We hereby stipulate to entry of the foregoing Order*

AMERICAN CIVIL LIBERTIES
UNION FUND OF MICHIGAN
/s/ Philip Mayor (w/consent)
Philip Mayor (P81691)
Daniel S. Korobkin (P72842)
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6803
pmayor@aclumich.org
dkorobkin@aclumich.org
*Attorneys for Plaintiffs*

AMERICAN CIVIL LIBERTIES
FOUNDATION, CRIMINAL LAW
REFORM PROJECT
Brandon J. Buskey
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
bbuskey@aclu.org
*Attorneys for Plaintiffs*

THE BAIL PROJECT
Twyla J. Carter
P.O. Box 750
Venice, CA 90294
(323) 505-9293
twylac@bailproject.org
*Attorneys for Plaintiffs*

COVINGTON & BURLING LLP
Marta Cook
Laura Beth Cohen
One City Center
850 Tenth Street NW
Washington, DC 20001-4656
(202) 662-6000
mcook@cov.com
lcohen@cov.com
*Attorneys for Plaintiffs*

NAACP Legal Defense and Educational
Fund, Inc.
Amia L. Trigg
700 14th Street, Suite 600
Washington, DC 20005-3202
(202) 682-1300
atrigg@naacpldf.org
*Attorneys for Plaintiffs*

DICKINSON WRIGHT PLLC
/s/ Scott A. Petz
Scott A. Petz (P70757)
Alma Sobo (P81177)
2600 West Big Beaver Road, Suite 300
Troy, MI 48084
(248) 433-7200
spetz@dickinsonwright.com
asobo@dickinsonwright.com
*Attorneys for Judicial Defendants*

DICKINSON WRIGHT PLLC
Martin D. Holmes TN (12122)
424 Church Street, Suite 800
Nashville, TN  37219
(615) 244-6538
mholmes@dickinsonwright.com
*Attorneys for Judicial Defendants*

COVINGTON & BURLING LLP
Aaron Lewis (P68688)
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
(424)-332-4800
alewis@cov.com
*Attorneys for Plaintiffs*

DICKINSON WRIGHT PLLC
K. Scott Hamilton (P44095)
Aaron V. Burrell (P73708)
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3500
khamilton@dickinsonwright.com
aburrell@dickinsonwright.com
*Attorneys for Judicial Defendants*

Gerald K. Evelyn (P29182)
535 Griswold Street, Suite 1000
Detroit, MI 48226-3692
(313) 962-3500
geraldevelyn@yahoo.com
*Co-Counsel for Judicial Defendants*

WAYNE COUNTY
CORPORATION COUNSEL
/s/ Davidde A. Stella (w/consent)
Davidde A. Stella (P69948)
500 Griswold St., 30th Floor
Detroit MI 48226
(313) 224-5030
dstella@waynecounty.com
*Attorneys for Sheriff Defendant*