# ATTACHMENT 1

## AGREEMENT PACKET:  TABLE OF CONTENTS

**Agreement**

1. **Appendix 1**

   A. **Exhibit A to Appendix 1**

   B. **Exhibit B to Appendix 1**

   C. **Exhibit C to Appendix 1**

   D. **Exhibit D to Appendix 1**

   E. **Exhibit E to Appendix 1**

   F. **Exhibit F to Appendix 1**

   G. **Exhibit G to Appendix 1**

   H. **Exhibit H to Appendix 1**

      I. **Part I to Exhibit H**
      II. **Part II to Exhibit H**

   I. **Exhibit I to Appendix 1**

      I. **Part I to Exhibit I**
      II. **Part II to Exhibit I**

   J. **Exhibit J to Appendix 1**

      I. **Part I to Exhibit J**
      II. **Part II to Exhibit J**

2. **Appendix 2**

3. **Appendix 3**

      I. **Part I to Appendix 3**
      II. **Part II to Appendix 3**

4. **Appendix 4**

5. **Appendix 5**

# AGREEMENT

I.      PARTIES' INTENT & RECITALS

1.  This Agreement is entered into by Plaintiffs and 36th District Court as a result of Plaintiffs' lawsuit against 36th District Court (i.e., the Honorable Chief Judge of Michigan's 36th District Court in his official capacity and the magistrates of the 36th District Court in their official capacity) in *Ross et al. v. Chief Judge of Michigan's 36th District Court et al.*, No. 19-11076 (E.D. Mich., Compl. filed Apr. 14, 2019) (collectively "the Parties"). The Agreement is entered in order to resolve all of the claims asserted by Plaintiffs' lawsuit and to further enhance the 36th District Court's service to the public. The lawsuit concerns the manner in which arraignments were allegedly conducted at the 36th District Court at the time of filing.  This Agreement provides for terms governing Arraignments by a Presiding Officer (defined below) to further enhance the 36th District Court's service to the public.

2.  Plaintiffs contend that other courts in Michigan conduct arraignments in a similar manner as allegedly conducted in the 36th District Court at the time that this lawsuit was filed. One purpose of this Agreement for Plaintiffs is to create terms that can serve as a model for other jurisdictions in determining when and under what conditions to release individuals accused of crimes while they await trial.

3.  The Parties intend and believe that the terms set out herein comply fully with the requirements of the United States Constitution.  The 36th District Court views some provisions of this Agreement as going beyond what is required by the United States Constitution.  The inclusion of a term in this Agreement does not constitute a concession by the 36th District Court that the term is required in order to comply with the United States Constitution.

4.  The Parties have entered into this Agreement as the result of good faith negotiations and in an attempt to avoid prolonged and costly litigation.  As a result of good faith negotiations, the Parties have exchanged information that resulted in the Parties having a better understanding of each other's views and actions undertaken by the 36th District Court before the lawsuit.  The Parties intend and believe that this Agreement promotes

1

public safety[1] and the effective administration of justice.[2]  Plaintiffs acknowledge that the 36th District Court has approached settlement discussions in a spirit of collaboration and with a goal of further enhancing the 36th District Court's service to the public.

---

[1] *See, e.g.*,  Paul Heaton, et al., *The Downstream Consequences of Misdemeanor Pretrial Detention*, 69 Stan. L. Rev. 711, 736, 747 (2016) (concluding that data "suggest[s] that pretrial detention has a greater criminogenic than deterrent effect"); Christopher T. Lowenkamp, Marie VanNostrand & Alexander Holsinger, *The Hidden Costs of Pretrial Detention*, Laura & John Arnold Foundation, at 19–20 (November 2013) ("Defendants detained pretrial were 1.3 times more likely to recidivate compared to defendants who were released at some point pending trial."), available at https://craftmediabucket.s3.amazonaws.com/uploads/PDFs/LJAF_Report_hidden-costs_FNL.pdf; Will Dobbie, Jacob Goldin, & Crystal S. Yang, *The Effects of Pretrial Detention on Conviction, Future Crime, and Employment: Evidence from Randomly Assigned Judges*, 108 Am. Econ. Rev. 201, 235 (2018) (finding that pre-trial detention continues to cause reduced rates of employment and increased recidivism three to four years after the arrest in question); Maurice Chammah & Tom Meagher, *Why Jails Have More Suicides Than Prisons*, Marshall Project (Aug. 4, 2015) (finding that suicides are particularly common during the first days of detention and that "[m]any arrestees commit suicide before they have been convicted at all.").

[2] *See, e.g.*, Arpit Gupta, Christopher Hansman, & Ethan Frenchman, *The Heavy Costs of High Bail: Evidence from Judge Randomization*, 45 Journal of Legal Studies 471, 475 (2016) at 5 (finding "no evidence that money bail increases the probability of appearance" as compared with personal bonds and other non-financial conditions of release), available at https://www.journals.uchicago.edu/doi/abs/10.1086/688907; Michael R. Jones, *Unsecured Bonds: The As Effective and Most Efficient Pretrial Release Option,* Pre-Trial Justice Institute Report at 11 (October 2013) (concluding that "unsecured bonds offer decisionmakers the same likelihood of court appearance as do secured bonds"), available at https://www.nmcourts.gov/wp-content/uploads/2020/11/Unsecured_Bonds_The_As_Effective_and_Most_Efficient_Pretrial_Release_Option_Jones_2013.pdf; Megan Stevenson, *Distortion of Justice: How the Inability to Pay Bail Affects Case Outcomes*, 34 Journal of Law, Economics & Organization, 511, 512, 532 (2018) (finding that a person who is detained pretrial has a 13 percent increase in the likelihood of being convicted and an 18 percent increase in the likelihood of pleading guilty); Emily Leslie & Nolan G. Pope, *The Unintended Impact of Pretrial Detention on Case Outcomes: Evidence from New York City Arraignment*, 60 J.L. & Econ. 529, 530–31 (2017) (analyzing over 1 million cases and finding that: conviction rates increase by 13% for those detained-pretrial in felony cases, pre-trial detainees face increased minimum sentence lengths, and "pretrial

2

5. The Parties intend that, as a result of the application of the terms laid out herein, unaffordable cash bail will be imposed in the 36th District Court only in rare cases. Accordingly, the intended result is that when cash bail is imposed in the 36th District Court, it will be set at an amount that is affordable for almost all defendants.

## II.  DEFINITIONS & ABBREVIATIONS

6. "36th District Court" refers to Michigan's 36th District Court in Detroit, Michigan.

7. "Accused Individual(s)" means any individual charged with a felony or misdemeanor who appears before the 36th District Court for a 36th District Court Arraignment.

8. "Appointed Arraignment Counsel" means an attorney provided pursuant to Section V of this Agreement to represent an Accused Individual at the Arraignment.

9. "Arraignment(s)" refers to the first appearance of an Accused Individual in the 36th District Court.  Arraignments also include an Accused Individual's first appearance in Court after arrest resulting from the Accused Individual's prior Failure to Appear in Court.

10. Intentionally left blank.

11. "Excepted Case(s)" means a case involving an offense for which pretrial detention may be authorized by MCR 6.106(B) or Article I, Section 15 of the Michigan Constitution.

12. "Bail Redetermination(s)" refers to any time after Arraignment at which bail is redetermined *de novo* in the 36th District Court.

13. "Capias Warrant(s)" refers to an arrest warrant issued because of an Accused Individual's Failure to Appear.

---

detention is responsible for 40 percent of the black-white gap in incarceration among individuals charged with a crime.").

3

14. "Capias Bond" refers to an amount of Cash Bail imposed in connection with a Capias Warrant, and states an amount that the Accused Individual must pay in order to be released from jail if arrested pursuant to the Capias Warrant in question.

15. "Cash Bail" means any condition of release that requires an Accused Individual to pay any amount of money (or to secure payment or promise of payment via a surety, bondsperson, or other source) in order to secure release after arrest or in order to avoid being placed in custody while awaiting trial.

16. "Condition(s) Requiring Payment" means any Non-Cash Release Condition for which an Accused Individual must pay in order to be in compliance with the Accused Individual's conditions of release.

17. "Failure(s) to Appear" refers to any instance when an Accused Individual was scheduled to appear in the 36th District Court for a hearing in a felony or misdemeanor matter, the Accused Individual's appearance was not waived, and the Accused Individual did not appear in court for the scheduled hearing.

18. "Michigan Court Rules" or "MCR" refers to the Court Rules promulgated by the Michigan Supreme Court.

19. "Non-Cash Release Condition(s)" means any non-Cash Bail condition of release imposed at an Arraignment on an Accused Individual in order to be released from or to remain out of custody.

20. "Personal Recognizance" means the release of an Accused Individual without any conditions of release other than a requirement that the Accused Individual appear as required, not leave the state without permission of the Court, and not commit any crime while released.

21. "Personal Bond" means the release of an Accused Individual pursuant to the same conditions that apply to release on Personal Recognizance plus an additional condition of an unsecured personal bond that becomes payable only if the Accused Individual fails, without good cause, to appear for a scheduled hearing in the felony or misdemeanor matter in question.

4

22. "Presiding Officer(s)" means a 36th District Court magistrate or 36th District Court judge who presides over a 36th District Court Arraignment or a 36th District Court Bail Redetermination hearing.

23. "Tether Requirement" means a Non-Cash Release Condition in which the Accused Individual is required to obtain and wear a GPS tether (monitoring device) as a condition of release.

24. "Unaffordable Bail" means Cash Bail that exceeds the amount that the Accused Individual is actually capable of paying without manifest hardship using assets or income available and accessible to the Accused Individual at the time of the Arraignment.

## III. TERMS GOVERNING ARRAIGNMENT

25. When Presiding Officers conduct Arraignments at the 36th District Court, the following terms shall apply:

   a. Pursuant to MCR 6.106(C), any Accused Individual other than in Excepted Cases shall be released on Personal Recognizance or pursuant to a Personal Bond unless the Court makes a finding on the record, pursuant to the terms set forth in paragraph 27, that release on such terms will present a danger to any person or the public or that additional conditions are reasonably necessary to ensure the appearance of the Accused Individual as required.

   b. Pursuant to MCR 6.106(D)–(E), if the Presiding Officer makes a determination not to release an Accused Individual on Personal Recognizance or a Personal Bond under the terms described in paragraph 25.a., Cash Bail shall not be imposed unless the Court makes an additional finding, on the record and pursuant to the terms set forth in paragraph 27, that a danger to any person or the public or risk of failure to appear as required cannot be managed by use of any Non-Cash Release Condition consistent with Michigan law, including, without limitation, the Michigan Court Rules.

   c. In Excepted Cases, the Presiding Officer need not conduct the inquiry described in paragraph 25.a. if the Presiding Officer makes a finding, based on evidence that is particular to the Accused Individual, that the proof of the Accused Individual's guilt is evident or the presumption great.

5

    d.  If the Accused Individual's case is one in which MCL 765.6a applies, the Presiding Officer may impose Cash Bail without conducting the inquiry described in paragraph 25.a.  However, in such cases, the amount of Cash Bail must still be calculated pursuant to the terms of paragraphs 26 and 27 below, and Unaffordable Bail may not be imposed unless the terms of paragraph 27 have been satisfied.

    e.  If the Accused Individual is charged with felony failure to pay support, MCL 750.165, the Presiding Officer may impose Cash Bail in the manner described in that statute, which imposes a presumption that Cash Bail will be imposed in the amount of $500.00 or 25% of the arrearage, whichever is greater.  However, in determining whether to reduce bail at the Arraignment, the Accused Individual's inability to pay (as determined under the terms of paragraph 26) the presumptive amount  will be considered "good cause shown on the record" within the meaning of MCL 750.165 for reducing or eliminating the presumptive amount of Cash Bail or for instead imposing the presumptive amount as a Personal Bond, unless a finding is made that the Accused Individual presents a danger to any person or the public or a risk of non-appearance that cannot be managed by use of any Non-Cash Release Condition consistent with Michigan law, including, without limitation, the Michigan Court Rules.

26. Prior to imposing Cash Bail, the Presiding Officer shall make a finding on the record stating whether the amount required is affordable for the Accused Individual.  When determining the amount that the Accused Individual can afford to pay, the following terms shall apply:

    a.  The Presiding Officer shall obtain and provide responses which will be reported on the bi-monthly data reports described in paragraph 49, to the following: (1) was the Accused Individual given an opportunity to complete a financial information intake form and (2) has the Presiding Officer provided an opportunity for information from the financial information intake form to be presented.

    b.  The Presiding Officer shall consider only such assets or income that are available and accessible to the Accused Individual at the time of the Arraignment.

    c.  The Accused Individual shall be found able to afford such amounts as the Accused Individual is actually capable of paying without manifest hardship. Manifest hardship includes, but is not limited to: having to forgo ordinary or

6

necessary living expenses such as housing, food, medical, childcare, or transportation costs.

d. If an Accused Individual's household income is below 200% of the Poverty Guidelines as revised annually by the United States Department of Health and Human Services and published in the Federal Register at https://aspe.hhs.gov/poverty-guidelines, the Accused Individual shall be presumed not to be able to afford to pay Cash Bail. In a case in which MCL 765.6a applies, this presumption will not apply. Counsel for Plaintiffs are responsible for updating the poverty level information contained in the financial information intake form that is included as Exhibit G to Appendix 1 to this Agreement annually. Counsel for Plaintiffs will provide the updated form to the 36th District Court annually, after which the 36th District Court shall cause the updated financial information intake form to be circulated for use.

e. In determining the amount of Cash Bail that an Accused Individual can afford to post, the potential availability of a bondsman or surety shall not be considered. In other words, the Presiding Officer shall not consider an amount of Cash Bail to be "affordable" if the only way that the Accused Individual can afford to post that amount is by paying or otherwise inducing a bondsman or surety to post the amount on their behalf.

f. Other than Cash Bail, no Presiding Officer shall impose any type of Condition Requiring Payment for which compliance would require the Accused Individual to make payments upfront prior to being released from jail and no Accused Individual may be detained or otherwise treated as being in violation of their release conditions for inability to make the payments associated with any condition of release.

g. The Court's current practice when a Tether Requirement is imposed does not include ordering that the Tether Requirement be paid by the Accused Individual so that the Accused Individual can be released. The Court must continue to not order that a Tether Requirement be paid by an Accused Individual. Accordingly, an Accused Individual shall not be detained due to a failure to pay for a Tether Requirement.

27. For almost all Accused Individuals, Cash Bail shall be set at an amount less than or equal to the amount that the Accused Individual can afford, as determined under paragraph 26,

if the Presiding Officer determines that such conditions need to be imposed at all after conducting the analysis described in paragraph 25. Cash Bail in excess of the amount the Accused Individual can afford will constitute Unaffordable Bail. There are only two circumstances under which Unaffordable Bail may be imposed: (1) when the Presiding Officer makes a finding on the record, by clear and convincing evidence that is particular to the Accused Individual, that the Accused Individual presents an identified and articulable danger to any person or the public that cannot be managed by Non-Cash Release Conditions; or (2) when the Presiding Officer makes a finding on the record, by a preponderance of the evidence that is particular to the Accused Individual, that Unaffordable Bail is reasonably necessary to ensure the Accused Individual's appearance as required and that the risk of non-appearance cannot be managed by Non-Cash Release Conditions. In making such a finding, the following shall apply:

a. Counsel for the Accused Individual (or the Accused Individual, if they choose to be unrepresented pursuant to paragraph 31) shall be permitted to present evidence and proffers of evidence relevant to the inquiry regarding the existence or lack thereof of unmanageable danger to any person or the public or the risk of non-appearance.

b. Counsel for the Accused Individual (or the Accused Individual, if they choose to be unrepresented pursuant to paragraph 31) shall be permitted to review and rebut any evidence and cross-examine any witness upon which a finding of unmanageable dangerousness or non-appearance is to be based.

c. In making findings as to a danger to any person or the public or the risk of failure to appear, the Presiding Officer is permitted to consider allegations contained in the police report as well as any other relevant information. The Presiding Officer must also consider any proffer of evidence by counsel for the Accused Individual (or the Accused Individual, if they choose to be unrepresented pursuant to paragraph 31).

d. The potentially violent or assaultive nature of a charged offense is not sufficient, on its own, to constitute an identified and articulable danger to a person or the public. This term does not preclude the Presiding Officer from considering the specific factual allegations associated with the charged offense in the manner described in paragraph 27.c.

8

    e.   A prior Failure to Appear is not sufficient, on its own, to constitute a risk of non-appearance that is not manageable through the use of a Non-Cash Release Condition. In assessing the relevance of prior Failures to Appear, the Presiding Officer shall consider the Accused Individual's explanations for any prior Failures to Appear, including whether such failures were due to uncontrollable or poverty-related circumstances. This term does not preclude the Presiding Officer from considering the specific factual circumstances associated with any prior Failure to Appear. The Presiding Officer shall also consider the current charges and the charges at issue in any prior Failure to Appear.

## IV.   BAIL REDETERMINATIONS SUBSEQUENT TO ARRAIGNMENT

28. The Parties recognize that pursuant to MCR 6.106(H)(2) bail may be redetermined *de novo* by a district court judge after Arraignment both *sua sponte* or on motion by either the Accused Individual or the Prosecution. Any Bail Redetermination shall follow the terms set forth in paragraphs 25–26, except that evidence, proffers, and arguments introduced at the Arraignment or any prior Bail Redetermination hearing may be considered without needing to be reintroduced. At a Bail Redetermination, the Presiding Officer shall consider any additional evidence submitted that is relevant to the setting of bail under Michigan Court Rule 6.106 and the terms of this Agreement, and will also consider any changes to the financial circumstances of the Accused Individual that may have occurred since the time of the Arraignment, including, without limitation, loss of employment.

29. The following shall apply whenever Unaffordable Bail is imposed at an Accused Individual's Arraignment for either of the two reasons for which Unaffordable Bail may knowingly be imposed under paragraph 27.

    a.   A Bail Redetermination hearing, to occur within 48–72 hours after the Arraignment, shall automatically be scheduled before a district court judge at the 36th District Court. The 48–72 hour period will be calculated from the time that the arraignment docket during which the Accused Individual was arraigned began. For example, if an Accused Individual is arraigned on a Monday morning arraignment docket that begins at 9:00 am, the Accused Individual's Bail Redetermination hearing will be scheduled no later than 9:00 am on Thursday of the same week. However, if the 72-hour period falls on a weekend or holiday, the Bail Redetermination hearing will be scheduled on the next business day. In cases in which a Bail Redetermination hearing is required under this subparagraph and in which the Arraignment occurs on a Wednesday, the Bail Redetermination

<div align="center">9</div>

hearing will be scheduled on Friday of the same week, unless that Friday is a court holiday.

b.  The Presiding Officer at any Bail Redetermination hearing described in this paragraph may be, but need not be, the same district court judge who is assigned to preside over the Accused Individual's underlying criminal case.

c.  At any Bail Redetermination hearing described in this paragraph, the Presiding Officer shall follow the terms set forth in paragraphs 25 through 27 of this Agreement in determining bail, except that evidence, proffers, and arguments introduced at the Arraignment or any prior Bail Redetermination hearing may be considered without needing to be reintroduced.  This Agreement does not obligate the Presiding Officer to address any issue other than bail at the Bail Redetermination hearing.

d.  The Presiding Officer's determination of all issues at any Bail Redetermination hearing described in this paragraph shall be *de novo*, i.e., with no deference to any findings of fact or law that were made at the Arraignment.  However, the Presiding Officer may consider any evidence, proffers, or information that were presented at the Arraignment.

e.  The Accused Individual has the right to counsel at any Bail Redetermination hearing described in this paragraph.  For Accused Individuals who do not retain counsel and who do not knowingly, willingly, and intelligently waive counsel for purposes of the Bail Redetermination hearing, representation will be provided by the "house counsel" model that the 36th District Court currently follows for providing legal representation to Accused Individuals in most misdemeanor cases. Alternately, the 36th District Court may arrange for attorneys employed by the Neighborhood Defender Service Detroit ("NDS Detroit") to provide representation to Accused Individuals at the Bail Redetermination hearings described in this paragraph on terms that are agreed to between the 36th District Court and NDS Detroit.  In any felony case in which counsel has been appointed by the Third Judicial Circuit of Michigan, appointed counsel will be permitted to represent the Accused Individual if the appointed attorney so requests.

f.  The 36th District Court may pursue an agreement with the Third Judicial Circuit whereby the same attorneys who are appointed by the Third Judicial Circuit to represent Accused Individuals for their underlying felony cases are obligated to

10

provide representation to their clients at Bail Redetermination hearings described in this paragraph. If such an agreement is entered into, a copy of the agreement will be provided to Counsel for Plaintiffs, and the 36th District Court will no longer be responsible for providing house counsel at Bail Redetermination hearings in cases in which representation is to be provided by attorneys appointed by the Third Judicial Circuit pursuant to the agreement between the two Courts. If counsel appointed by the Third Judicial Circuit is not consistently present at Bail Redetermination hearings despite an agreement with the Third Judicial Circuit, the failure to provide counsel will not constitute a breach of this Agreement. If Counsel for Plaintiffs become aware of such a failure, they will advise 36th District Court of their concern. If the problems identified by Counsel for Plaintiffs cannot be adequately addressed through mutual agreement of the Parties, the 36th District Court will withdraw from the agreement with the Third Judicial Circuit, and the 36th District Court will resume responsibility for ensuring the availability of counsel at Bail Redetermination hearings that are conducted under this paragraph.

g.  At the request of the Accused Individual, the Bail Redetermination hearing described in this paragraph may be waived or postponed beyond the 72-hour period following Arraignment that is prescribed in subparagraph 29.a., above.

h.  The fact that a Bail Redetermination hearing is available or has been scheduled under this paragraph shall not by itself constitute a reason for delaying the Accused Individual's next scheduled hearing. If the Accused Individual does not appear for a Bail Redetermination hearing held under this paragraph the Accused Individual shall suffer no adverse consequence, and no Capias Warrant may issue for their non-appearance at the Bail Redetermination hearing.

30. The following shall apply whenever an Accused Individual: (1) had Cash Bail imposed at their Arraignment, (2) was determined at their Arraignment to be able to afford the Cash Bail that was imposed, and (3) has not posted bond within 24 hours after their Arraignment.

a.  The Accused Individual will automatically be scheduled to appear before a Presiding Officer for a Bail Redetermination hearing at the next Arraignment docket. The 24-hour period will be calculated from the time that the Arraignment docket during which the Accused Individual was arraigned began. For example, if an Accused Individual is arraigned on a Monday morning arraignment docket

11

that begins at 9:00 am, the Accused Individual's Bail Redetermination hearing will be scheduled for 9:00 am at the Tuesday morning arraignment docket if the Accused Individual has not posted bond by 9:00 am on Tuesday.

b.  The Accused Individual has the right to counsel at any Bail Redetermination hearing described in this paragraph.  Unless the Accused Individual has retained private counsel or makes a knowing, voluntary, and intelligent waiver of counsel for purposes of the Bail Redetermination hearing, the Accused Individual will be represented by Appointed Arraignment Counsel in the same manner as applies during the initial Arraignment under paragraphs 31–39 of this Agreement.

c.  At the Bail Redetermination hearing described in this paragraph, the Presiding Officer will inquire into the reasons why the Accused Individual remains detained, and the Accused Individual will be given an opportunity to provide any new or additional information, proffers, or evidence bearing on the question of the amount of Cash Bail that the Accused Individual can afford.

d.  Based on any new information provided at the Bail Redetermination hearing described in this paragraph, as well as the information that was provided at Arraignment, the Presiding Officer shall make a *de novo* determination, consistent with the terms of paragraph 26, as to the amount of Cash Bail that the Accused Individual can afford.

e.  If the Presiding Officer determines that the Accused Individual remains detained because they are not able to pay the amount of Cash Bail that was imposed at Arraignment, the Presiding Officer will reduce the amount of Cash Bail to an amount that is affordable to the Accused Individual, or eliminate the Cash Bail entirely, unless the Presiding Officer makes a determination, under the terms of paragraph 27, that Unaffordable Bail is justified in the Accused Individual's case.

f.  Any factual or legal determinations made at a Bail Redetermination hearing described in this paragraph may be immediately appealed pursuant to MCR 4.401(D) or MCR 6.106(H)(1), as appropriate.  Additionally, pursuant to MCR 6.106(H)(2), any factual or legal determinations made at a Bail Redetermination hearing described in this paragraph may be reconsidered *de novo* at any subsequent hearing during the Accused Individual's underlying criminal case.

g.  The fact that a Bail Redetermination hearing is available or has been scheduled under this paragraph shall not by itself constitute a reason for delaying the Accused Individual's next scheduled hearing.  If the Accused Individual does not appear for a Bail Redetermination hearing held under this paragraph the Accused Individual shall suffer no adverse consequence, and no Capias Warrant may issue for their non-appearance at the Bail Redetermination hearing.

V.  PROVISION OF COUNSEL AT ARRAIGNMENTS

31. The 36th District Court shall provide access to Appointed Arraignment Counsel for all Accused Individuals who have not retained their own attorney and who do not waive counsel.  The Presiding Officer will ensure that any waiver of counsel at Arraignment is knowing, voluntary, and intelligent and that it is on the record.  If an Accused Individual waives counsel at Arraignment, the waiver will not extend to any subsequent stage of the criminal proceeding.  An Accused Individual who waives counsel upon advisement may request counsel at any subsequent point during the pendency of their case, and such a request will be governed by state and federal law.  Accused Individuals may retain a private attorney to represent them at the Arraignment.

32. The Parties agree that Appointed Arraignment Counsel shall be given an opportunity to speak privately with each Accused Individual who is to be represented by Appointed Arraignment Counsel prior to their Arraignment.  The Parties agree that Appointed Arraignment Counsel shall be given sufficient time with the Accused Individual to review the Accused Individual's financial circumstances, as well as any circumstances that may be relevant to the determination of Cash Bail and other conditions of release.  The Parties agree that the appointment of Appointed Arraignment Counsel is not a basis for delaying the Arraignment of Accused Individuals beyond 48 hours of arrest.  The Parties anticipate that under current circumstances these expectations will be satisfied by the office of the Indigent Defense Counsel Coordinator for the 36th District Court.

33. The 36th District Court shall not charge the Accused Individual any fee, penalty, or levy of any kind for receiving the services of Appointed Arraignment Counsel.

34. The Presiding Officer shall permit Appointed Arraignment Counsel a full and adequate opportunity to make arguments including under Michigan law, the United States Constitution, and this Agreement, regarding release and/or the propriety or amount of Cash Bail and its affordability for the Accused Individual, as well as any other Non-Cash Release Conditions.

13

35. If Pre-Trial Services provides to the Presiding Officer any information, recommendations, or reports regarding bail or release conditions, Appointed Arraignment Counsel shall be provided with the same information and in the same form as provided to the Presiding Officer.  If such information is provided to the court in advance of the Arraignment, it shall also be made available to Appointed Arraignment Counsel in advance.  This provision will apply equally to Accused Individuals who choose to represent themselves.

36. Prior to serving as Appointed Arraignment Counsel, an attorney must complete at least four hours of specific training regarding the law and terms of bail.  Such training must include, at least: instruction regarding the terms of this Agreement; instruction on Michigan bail law including, without limitation, MCR 6.106, and federal constitutional issues relating to bail.  The training shall emphasize that this Agreement is not intended to dictate the outcome of any particular Arraignment or Bail Redetermination hearing, but rather to describe the procedures and principles that will be used to guide the lawful and constitutional exercise of the Presiding Officer's discretion when determining whether to impose Cash Bail and the terms upon which to do so.  The bail training shall also be required for all appointed defense attorneys in the 36th District Court who are approved to represent Accused Individuals in the 36th District Court under Local Administrative Order 2016-02 (or any successor Administrative Order similar to Administrative Order 2016-02, if any) or who are otherwise serving as appointed defense attorneys in the 36th District Court.  For newly approved defense attorneys under Local Administrative Order 2016-02 (or any successor Administrative Order similar to Administrative Order 2016-02, if any) or who are otherwise serving as appointed defense attorneys in the 36th District Court, the training must be completed prior to the effective date of this Agreement or prior to receiving an appointment if completed after the effective date of this Agreement.  For defense attorneys previously approved under Local Administrative Order 2016-02 (or any successor Administrative Order similar to Administrative Order 2016-02, if any) or who otherwise served as appointed defense attorneys in the 36th District Court, the training must be completed prior to the effective date of this Agreement or prior to receiving an appointment if completed after the effective date of this Agreement.

37. Appointed Arraignment Counsel shall be required to receive at least two hours of refresher training on the law and terms of bail every two years.

38. A representative for the 36th District Court and Counsel for Plaintiffs will each have the opportunity to serve as instructors at the bail trainings described in Paragraph 36 during the life of this Agreement.  If either the 36th District Court or Counsel for Plaintiffs chooses not to serve as one of the instructors at the bail trainings, the 36th District Court

14

and Counsel for Plaintiffs will agree to an alternate trainer to take the place of the party who chooses not to participate. The 36th District Court and Counsel for Plaintiffs may agree to identify one trainer on behalf of both Parties. The 36th District Court and Counsel for Plaintiffs will jointly develop or approve a curriculum for the training. The 36th District Court shall make the training materials available in written and electronic format to all Appointed Arraignment Counsel and all attorneys certified to serve as appointed defense counsel in the 36th District Court.

39. Subject to and within 30 days of entry of a stipulated order by the federal district court, as detailed in Section X of this Agreement, or a reasonable time thereafter if additional time is necessary, the 36th District Court will issue an Administrative Order, in the form attached as Appendix 4 or as otherwise approved, providing that this Agreement sets forth terms governing Arraignments and Bail Redetermination hearings to further enhance the 36th District Court's service to the public and providing that this Agreement is available on the 36th District Court's website along with a link, web link, or hyperlink to this Agreement. The Administrative Order will be made available on the 36th District Court's website and, accordingly, will be available to all Appointed Arraignment Counsel and all attorneys certified to serve as appointed defense counsel in the 36th District Court.

VI.    FAILURES TO APPEAR

40. The terms of this paragraph apply only in cases in which the Accused Individual is accused of misdemeanors other than alleged violations of MCL 750.81, 750.82, 750.81a, 750.82a, and 750.11(h). For an Accused Individual's first failure to appear for any court date (other than a trial date) associated with a misdemeanor case at which their attendance is required, the Presiding Officer at the hearing will not issue a warrant for the Accused Individual's arrest. The Presiding Officer will instead automatically reschedule the court date to a date at least 14 days after the date of non-appearance. The 36th District Court will promptly send written notice of the rescheduled court date by mail to the Accused Individual's last known address, and it will also promptly provide notice via text message if the Accused Individual has signed up to receive text message alerts.

41. The Court will continue to utilize a system of text message reminders of court hearings. The Court will provide all Accused Individuals with information regarding signing up for such reminders at their Arraignment. Notice of the availability of text reminders will be posted in the courthouse in prominent locations. The 36th District Court will provide a mechanism at the 36th District Court (such as computer kiosks in the courthouse) by which Accused Individuals can sign up to receive text messages.

42. All of the terms provided in this Agreement for the conduct of Arraignments and Bail Redetermination hearings (including the requirement that counsel be provided) apply with equal force to cases in which an Accused Individual has been arrested or is being held in jail in whole or part because of a Capias Warrant issued by a 36th District Court judge. The Presiding Officer at an Arraignment or Bail Redetermination in any such case shall not be bound by the Capias Bond provided in the Capias Warrant. Rather, the Presiding Officer in a failure-to-appear case shall determine, *de novo*, appropriate release conditions, if any. If Cash Bail is contemplated, the Presiding Officer shall determine whether Cash Bail is appropriate or affordable and, if so, in what amount, in accordance with the terms laid out in paragraphs 25–27.

43. Intentionally left blank.

VII.    RELEASE RATES AND PARTNERSHIP

44. The federal district court shall retain jurisdiction to enforce this Agreement, consistent with the terms laid out in this Section and paragraph 66 of Section IX, for at least three years from the date that the Trial Period described in paragraph 50 ends, except as otherwise provided under the four-month shortening provision described in paragraph 50.h., if applicable, or under the two-year limiting provision described in paragraph 44.a., if applicable. The three-year period, if applicable, shall be extended by three months, up to eight times for a total maximum period of five years, each time that a meeting of the Partnership Working Group is required for the reasons described in paragraphs 51–54. If a Community Partner or federal district court proceeding has been triggered following any of the procedures described below at the time that the federal district court's jurisdiction to enforce this Agreement would otherwise expire, the court's jurisdiction will continue for the earlier of (a) one year following the completion of such proceedings or (b) the end of the fifth year. If the Agreement expires at the end of the fifth year but while a proceeding is still pending before the Community Partner or federal district court, the Community Partner and federal district court will retain jurisdiction to enforce this Agreement with respect to only the specific controversy that triggered the Community Partner or federal district court's involvement. If the Agreement expires at the end of the fifth year but while a proceeding is still pending before the Community Partner or federal district court, the Parties commit to continuing to meet and confer, in the manner described in paragraph 61, about any issues that may arise during the period during which the outstanding controversy is being resolved.

   a. Two-year limiting provision: The federal district court's jurisdiction to enforce the Agreement shall expire after two years instead of three years if, during the first two years, there has been no need to convene a Phase 1 meeting under paragraphs 51 or 53 of the Agreement or a meeting to address a systemic breach

16

under paragraph 57.  If any such meeting has been convened, but the Parties have agreed that the meeting was unnecessary and should carry no consequences under this Agreement, including extending its duration, then the convening of such a meeting would not prevent the Agreement from expiring under this subparagraph.  The two-year period contemplated by this limiting provision would commence on the date that the Trial Period described in paragraph 50 ends, unless the length of the Agreement is shortened by four months as provided under paragraph 50.h., in which case the two-year period would commence from the beginning of the Trial Period.

b.  If the 36th District Court has a reasonable basis to believe that Counsel for Plaintiffs have convened a meeting under paragraphs 51–54 or 57, in bad faith or for the sole basis of unfairly denying the 36th District Court the benefit of the two-year limiting provision, the 36th District Court may request by written notice to Counsel for Plaintiffs and the Community Partner, that the Community Partner conduct an investigation to determine whether Counsel for Plaintiffs convened a meeting in bad faith for such a purpose.  Notice shall be provided within 7 days of the meeting in question.  If the Community Partner is invoked for this purpose, the Parties shall both provide a written statement to the Community Partner describing their respective positions regarding the issue within 14 days of the written notice invoking the Community Partner, with copies to the other party.  After receiving the Parties' position statements, the Community Partner will convene a meeting to confer with the Parties within 14 days of receiving the written statements.  The Community Partner may obtain additional information from the Parties as the Community Partner deems necessary to conduct an investigation.  Within 21 days of meeting with the Parties, the Community Partner shall produce a written final report to the Parties as to whether the meeting in question was convened in bad faith.  If the Community Partner finds that Counsel for Plaintiffs convened the meeting in bad faith, the meeting in question will not have the effect of lengthening the Agreement.  The convening of a proceeding before the Community Partner under this subparagraph will not delay or postpone any other requirement or proceeding under this Agreement.

45. The Parties will establish a working group, referred to herein as the "Partnership Working Group," which will attempt to resolve all disputes regarding the enforcement and implementation of this Agreement in a spirit of good faith and collaboration prior to resorting to other methods of dispute resolution.  The Partnership Working Group will be composed of Counsel for the Plaintiffs (or any designated successors thereto), Counsel for the 36th District Court (or any designated successors thereto), the General Counsel for the 36th District Court (or their Deputy General Counsel if so designated), and the Honorable Judge Larry D. Williams (or another judge designated by the Chief Judge of

17

the 36th District Court in the event that Judge Williams no longer serves as a judge on the 36th District Court or is incapable of serving on the Partnership Working Group).

46. The Parties agree to establish "Release Rates" for each of several "Offense Categories." Release Rates reflect the percentage of Accused Individuals within each Offense Category if either: (1) the Accused Individual is ordered released with no Cash Bail at either their Arraignment or a Bail Redetermination hearing described in paragraph 30 or (2) Cash Bail has been imposed and Cash Bail has been posted within the latter of 24 hours after their Arraignment or 24 hours after a Bail Redetermination hearing described in paragraph 30. If the Accused Individual is not timely brought before the Presiding Officer for a Bail Redetermination hearing described in paragraph 30, then whether the Accused Individual has been released for purposes of determining the Release Rate shall be based on the time of the Arraignment, and the remedy is limited to the process laid out in paragraphs 51–54. The following additional terms shall govern the Release Rates assessment:

    a. An Accused Individual will be treated as having posted Cash Bail regardless of who posts the Cash Bail, e.g., if a bail bondsman or other third-party posts on the Accused Individual's behalf.

    b. The 24-hour period referenced in this paragraph will be calculated from the time that the Arraignment docket during which the Accused Individual was arraigned began. For example, if an Accused Individual is arraigned on a Monday morning Arraignment docket that begins at 9:00 am, the Accused Individual will count as released in the Release Rates if they are not required to post Cash Bail or if necessary posting towards their Cash Bail is made by 9:00 am on Tuesday.

    c. If the record at the Arraignment or Bail Redetermination hearing establishes that the Accused Individual has deliberately chosen not to post Cash Bail (if any) for reasons other than unaffordability, such an Accused Individual will not be counted in the Release Rates assessment. For example, an Accused Individual who has a detention hold from another jurisdiction, and who therefore states on the record that they have willingly decided not to post Cash Bail that is otherwise affordable, will not count in the Release Rates assessment.

    d. An Accused Individual who was arrested or held pursuant to a Capias Warrant shall be included in the Offense Category that corresponds to the most serious underlying criminal charge in the case for which a Capias Warrant was issued. However, as to the Misdemeanor Offense Category, for misdemeanor matters that are grouped together for data reporting purposes as described in Appendix 1, the Offense Category shall be based upon the most serious misdemeanor amongst any misdemeanors that may be grouped together. For example, an

Accused Individual who is charged with disorderly conduct, and who is arrested pursuant to a Capias Warrant that was issued because they missed a hearing in their disorderly conduct case, would fall into the Misdemeanor Offense Category described below.  As a further example, an Accused Individual who is charged with disorderly conduct and malicious destruction of building $1,000-$20,000, and who is arrested pursuant to a Capias Warrant or Capias Warrants on both charges that were issued because they missed a hearing or hearings on both charges, would fall into the Felony Offense Category B described below.

    e.   The Release Rates under this Agreement are not intended to dictate the outcome of any particular Arraignment or Bail Redetermination hearing, but rather to provide a tool to assess whether Arraignments and Bail Redetermination hearings are being executed consistent with this Agreement.

47. The following Release Rates and Offense Categories shall apply:

    a.   Misdemeanor Offense Category:  The Release Rate for Accused Individuals whose most serious charge is listed on Exhibit A to Appendix 1 are in the misdemeanor release rate category, which is 97%.

    b.   Felony Offense Category A:  The Release Rate for Accused Individuals whose most serious charge is listed on Exhibit C to Appendix 1 but which is not an Excepted Case, is 80%.

    c.   Felony Offense Category B:  The Release Rate for Accused Individuals whose most serious charge is any felony offense listed on Exhibit F to Appendix 1, or for Accused Individuals whose most serious charge is any felony offense listed on Exhibit E to Appendix 1 but which is not an Excepted Case, is 90%.

    d.   The Parties recognize that the legislature may change the law related to the offense categories listed above or create new offenses, and the Parties may propose amendments to Appendix 1 based on any such changes.  The Parties will advise each other in writing if and when they become aware of any such legislative changes that they believe may impact this Agreement, and will not unreasonably oppose amendments of this nature.  The term "Actual Release Rate" shall mean the percentage of Accused Individuals who have actually been given no Cash Bail or have had their Cash Bail (if any) posted, as calculated under paragraph 46, during a particular reporting period.  For clarity, Accused Individuals who remain detained deliberately as described in paragraph 46.c. will not count towards the Actual Release Rate.

e.  <u>Redetention Limit</u>.  Moreover as to matters included in the above Offense Categories, the Parties intend that it will be rare for Cash Bail to be increased at an Accused Individual's first regularly scheduled hearing before a district court judge (i.e., Probable Cause Conference for felony cases or Pretrial Hearing for misdemeanor cases).  If such Cash Bail adjustment occurs, no more than 10% of Accused Individuals subject to such adjustments will be detained for more than 24 hours after the hearing at issue due to a failure to post Cash Bail within 24 hours.  This 10% figure shall be referred to as the "Redetention Limit."  The "Actual Redetention Rate" will mean the actual rate of redetention.  The 24-hour period described in this paragraph shall be determined in the same manner described in paragraph 46.b.  The Redetention Limit under this Agreement is not intended to dictate the outcome of any such hearing at which Cash Bail is considered, but rather to provide a tool to assess whether such adjustments, if any, are being executed consistent with this Agreement.

48.  <u>Annual Reports</u>.  The 36th District Court shall produce an Annual Report, that will be available to the public on the 36th District Court's website, addressing each of the first two years of this Agreement as follows:  (1) Year 1: January 1, 2023 – December 31, 2023, unless either this Agreement is reduced by the length of the Trial Period under paragraph 50.h. or the Trial Period terminates on a date later than December 31, 2022, in either case the period covered by Year 1 would be adjusted accordingly; and (2) Year 2: January 1, 2024 – December 31, 2024 subject to adjustment based on the dates covered by Year 1.  The 36th District Court shall also produce and publish on their website one post-expiration Annual Report addressing the one-year period after the Agreement expires if the Agreement expires pursuant to paragraph 44.a., if applicable, or if the Agreement expires at the end of the fifth year but while a proceeding is still pending before the Community Partner or federal district court, if applicable.  The Annual Reports will be published no later than 75 days from the end of the year in question.  The Annual Report shall provide information necessary for the community to understand and evaluate the implementation of this Agreement and, accordingly, each Annual Report shall contain the data identified in Appendix 1 to this Agreement for inclusion in the Annual Report, and the Annual Report will be in the format described in Appendix 1.  If an Annual Report is required after the Agreement's expiration pursuant to this paragraph, the requirement of such a report is limited to producing the information set forth in this paragraph as to Annual Reports no later than 1 year and 75 days from the expiration date of the Agreement.

49.  <u>Data Reporting</u>.  The 36th District Court shall provide a data report to Counsel for Plaintiffs and the Community Partner every other month (i.e., on a bi-monthly basis).  Except as otherwise provided in this Agreement, that data provided shall be maintained as confidential by Counsel for Plaintiffs and the Community Partner and not shared with the public.  However, Counsel for Plaintiffs may disclose the reported

20

Actual Release Rates and Actual Redetention Rate to the public.  The report shall indicate the Actual Release Rate for each Offense Category and the Actual Redetention Rate.  The report shall also include data relied upon by the 36th District Court in assessing the Actual Release Rate and Actual Redetention Rate.  Each report shall contain the data identified in Appendix 1 to this Agreement for inclusion in the bi-monthly report, and the bi-monthly report will be in the format described in Appendix 1.  The bi-monthly report will include data, as set forth in Appendix 1, for every case in which an Arraignment occurred during the reporting period that contributes to the Actual Release Rate or Actual Redetention Rate calculation, as well as every case in which an Arraignment occurred as the result of the issuance or enforcement of a Capias Warrant.  With respect to Arraignments that are included in the bi-monthly report only because they occurred as the result of the issuance or enforcement of a Capias Warrant (i.e., "ST" or "OT" misdemeanors in which a Capias Warrant was enforced), the data reported may be limited as provided in Appendix 1.  Any Accused Individual whose Arraignment occurred during a reporting period and more than 48 hours prior to the end of the reporting period shall be included in that period's Actual Release Rate and Actual Redetention Rate assessment.  Accused Individuals who are arraigned less than 48 hours prior to the end of the reporting period and who had no Cash Bail imposed or who have had their Cash Bail (if any) posted will also be included.  Accused Individuals who are arraigned less than 48 hours prior to the end of the reporting period and who have not had their Cash Bail (if any) posted will instead be included in the next reporting period.  The bi-monthly reports described in this paragraph will cover two full calendar months, beginning on the effective date of this Agreement.  Reports shall be provided to Counsel for Plaintiffs and the Community Partner no later than the 15th day of the month following the end of the reporting period (or the first non-holiday business day following the 15th day of the month).  For example, the first report would cover the period from September 1, 2022 through October 31, 2022 and would be provided to Counsel for Plaintiffs and the Community Partner by November 15, 2022, and the next report for the period from November 1, 2022 through December 31, 2022 would be due on January 17, 2023.

50. <u>Trial Period</u>.  The first two data reporting periods described in paragraph 49, plus any additional reporting periods needed as described in this paragraph, will be referred to as the "Trial Period."  The Trial Period is established in order to allow the Parties to resolve any issues regarding the data that the 36th District Court must provide under paragraph 49 and Appendix 1 of this Agreement.  The following terms shall govern the Trial Period:

    a.  The Parties will pre-schedule a meeting of the Partnership Working Group to occur within 14 days of the date upon which the first data report is to be provided to Counsel for Plaintiffs.  Accordingly, in the timing example given

21

in paragraph 49, the Partnership Working Group meeting to discuss data would occur no later than November 29, 2022, i.e., fourteen days after the first data report is due on November 15, 2022. The goal of the meeting described in this subparagraph will be to ensure that the data reported for the next reporting period is compliant with this Agreement. At that meeting, the Parties will strive to resolve any issues relating to the collection and reporting of data. At that meeting, the Parties will also discuss the available data to assess whether any offenses should be moved between Offense Categories, or whether new Offense Categories (and Release Rates) should be created. Plaintiffs will not unreasonably oppose adjustments of this nature.

b.  If the Parties agree that issues (if any) relating to the reporting of data have been resolved in the data report following the first Partnership Working Group meeting (in other words, if second data report is compliant with this Agreement), then the Trial Period will terminate. The remainder of the provisions in this Agreement relating to the full implementation of Release Rates and the Redetention Limit will then become effective for the dates covered by the next reporting period, and the timeline for the duration of this Agreement will start on the first day of the next reporting period, except as otherwise provided under paragraph 50.h., if applicable. To continue the example described above, if the 36th District Court provides a data report on January 17, 2023 (covering data from November and December) and the data report is compliant with this Agreement, the Release Rates and Redetention Limit provisions of this Agreement would become fully implemented as described below beginning in January 2023, and the duration of this Agreement as set forth in paragraph 44 would be determined based on a start date of January 1, 2023.

c.  If Counsel for Plaintiffs have concerns about the data provided during the second reporting period, they shall raise their concerns with the 36th District Court in writing within 14 days of receiving the report. The Parties shall subsequently schedule another meeting of the Partnership Working Group to resolve any outstanding issues. If any outstanding issues cannot be resolved by consent of the Partnership Working Group, then either party may invoke the involvement of the Community Partner described below by written notice to the Community Partner and the other party. It is the stated goal of both Parties that invoking the Community Partner will be unnecessary, and it is the intent of the Parties to invoke the Community Partner only if it has become impossible for the Parties to resolve significant issues in good faith.

d.  If the Community Partner is invoked during the Trial Period, the Parties shall both provide a written statement to the Community Partner describing their

22

respective positions regarding concerns with the data reports within 14 days of the written notice invoking the Community Partner, with copies to the other party.  After receiving the Parties' position statements, the Community Partner will convene a meeting to confer with the Parties.  The Community Partner may obtain additional information from the Parties as the Community Partner deems necessary to conduct an investigation, which may include but need not be limited to, files and access to Court personnel.  Within 21 days of meeting with the Parties, the Community Partner shall produce a written final report to the parties as to whether the 36th District Court's data reports are in compliance with this Agreement including Appendix 1.  The Community Partner's written final report shall include recommendations for achieving compliance with reporting terms if the Community Partner determines that the terms are not being met.

e.   The Parties shall be required to follow the recommendations of the Community Partner's written final report unless either party files a motion with the federal district court within 14 days of receiving the Community Partner's written final report, objecting to the Community Partner's recommendations.  The bases for objections to the Community Partner's written final report will be limited to whether its recommendations are unlawful, unconstitutional, would result in unreliable and unusable data reports, or are contrary to the terms of this Agreement.  Counsel for Plaintiffs will be entitled to an award of reasonable attorney's fees if the federal district court rules for the Plaintiffs in any proceeding provided by this subparagraph for time spent in relation to the issue(s) upon which Plaintiffs prevailed from the time that the issue(s) was raised to the Community Partner through the federal district court ruling.

f.   If the Community Partner has become involved in resolving disputes about the data reports, and if the Community Partner makes recommendations for changes to the substance or the manner of reporting, then the Community Partner shall notify the parties in writing, within 14 days after each report, whether they have determined that the report is in compliance with their recommendations.  Once the Community Partner makes such a determination, the Trial Period will be treated as having ended at the beginning of the next reporting period.

g.   If the federal district court has become involved in resolving disputes about the data reports under paragraph 50.e., the same rules described above for determining when the Trial Period terminates shall apply, except that if the federal district court rules in favor of a party objecting to the Community

23

Partner's written final report, then the federal district court shall determine when a compliant report has been submitted.

h.   During the Trial Period, the Release Rates and Redetention Limit implementation mechanism described in paragraphs 51–54 will not apply, but all other provisions of this Agreement will be in full effect.  The expectation of the Parties is that the 36th District Court will meet or exceed the Release Rates and the Redetention Limit during the Trial Period even though the implementation mechanism for addressing the rates will not yet have taken effect, and even though unresolved data reporting issues may make it difficult to confirm the actual rates.  In any reporting period during the Trial Period in which Counsel for Plaintiffs believes that the data indicates that the Release Rates or the Redetention Limit do not appear to have been met, the Partnership Working Group will convene a meeting consistent with the terms described in paragraphs 51 or 53 to resolve any apparent issues, except that the convening of such a meeting will not prolong the duration of this Agreement or result in a Phase 2 meeting as described in paragraphs 52 or 54.  If, at the end of the Trial Period, the Parties agree that the 36th District Court has provided data demonstrating that it met or exceeded the Release Rates and the Redetention Limit during the Trial Period, then the length of this Agreement will be reduced by the length of the Trial Period.  Continuing the example above in paragraph 50.b., if the Parties agree on January 17 that all outstanding data issues have been resolved and that the 36th District Court met or exceeded the Release Rates and the Redetention Limit during the period of September 2022 through October 2022 and the period of November 2022 through December 2022, then the three-year baseline duration of this Agreement, as provided in paragraph 44, will be shortened by four months.

51.   Phase 1 Meeting – Release Rates.  In any reporting period after the Trial Period in which the 36th District Court either: (1) falls below any of the Release Rates by more than 2%; (2) falls below the same Release Rate by any amount for the second time in three consecutive reporting periods; or (3) fails to report data necessary to determine whether Release Rates have been met, a meeting of the Partnership Working Group will convene within three weeks of Counsel for Plaintiffs providing written notice to the 36th District Court that a Phase 1 meeting has been triggered as well as the basis for the Phase 1 meeting.  Such notice must be provided within 14 days after receipt of the data report at issue.  The following terms shall govern Phase 1 meetings:

a.   At the meeting, the representatives of the 36th District Court will present and discuss their position regarding Counsel for Plaintiffs' basis for the convening of the Phase 1 meeting.  If the Parties agree that the Actual Release Rates are less than the Release Rates, the 36th District Court will come to the meeting

24

prepared to discuss its understanding of the reasons.  The 36th District Court will provide, upon written request by Counsel for Plaintiffs, the Phase 1 Meeting Data for the reporting period at issue.  Only the 36th District Court shall be permitted to share such data with any person other than members of the Partnership Working Group.  However, Counsel for Plaintiffs may share such data, as well as all of the data included in any relevant bi-monthly reports, with individuals outside of the Partnership Working Group, if such individuals and Counsel for Plaintiffs sign the non-disclosure agreement provided in Appendix 2 and if the purpose of the consultation is to verify or better understand the causes and solutions for the missed Release Rate(s).  If such data is disclosed pursuant to such a non-disclosure agreement, Counsel for Plaintiffs will provide written notice to the 36th District Court 24 hours prior to the disclosure unless the disclosure is made to an employee of one of the organizations which employs Counsel for Plaintiffs.

b.  The Partnership Working Group will attempt to reach consensus in the same spirit of good faith and collaboration which governed the negotiation of this Agreement as to an appropriate way to deal with any issues that are identified. The Partnership Working Group may, by consensus, agree to do any combination of the following or other appropriate measures: (1) agree that the Phase 1 meeting was unnecessary and that the meeting shall carry no consequence under this Agreement, including extending the duration of the Agreement; (2) excuse the Release Rate issue, such that it shall carry no consequence under this Agreement, including extending the duration of the Agreement; (3) include the Phase 1 Meeting Data as part of future bi-monthly reports; (4) collect additional data beyond Phase 1 Meeting Data and include such data in future bi-monthly reports; (5) make changes or modifications to Court operations at the 36th District Court; and (6) adjust Release Rates and Offense Categories.  Such consensus shall be recorded and approved in writing by the Partnership Working Group.

c.  If the Partnership Working Group reaches a consensus on an appropriate way to deal with the issues that are identified in a meeting convened under this paragraph, then the Phase 1 meeting will be referred to as having been mutually resolved by the Parties, and the 36th District Court will provide Counsel for Plaintiffs with reasonable information sufficient to confirm that the consensus approach has been implemented within a reasonable time period agreed upon by the Parties.  If a mutual resolution has been reached and implemented, then a Phase 2 meeting resulting from missed Release Rates may occur only if the 36th District Court falls below any of the Release Rates in any of the subsequent two reporting periods as described in paragraph 52, unless the Parties agree to a different arrangement given the agreed upon

25

mutual resolution, for example if the mutual resolution requires significant time or third party involvement to implement.  If the Partnership Working Group does not reach a consensus on an appropriate way to deal with the issues that are identified in a meeting convened under this paragraph, then a Phase 2 meeting may occur only if the 36th District Court falls below any of the Release Rates in any of the subsequent three reporting periods as described in paragraph 52.

d.  Other than the potential of a Phase 2 meeting, there is no additional remedy available under this Agreement as the result of a Phase 1 meeting.

52. Phase 2 Meeting – Release Rates.  After the Trial Period, if the 36th District Court falls below any of the Release Rates in a subsequent reporting period as detailed in paragraph 51.c., or fails to report data necessary to determine whether Release Rates have been met for a reporting period that occurs within three reporting periods of the one that triggered a meeting under paragraph 51, a Phase 2 meeting of the Partnership Working Group will convene.  The Phase 2 meeting will convene within three weeks of Counsel for Plaintiffs providing written notice to the 36th District Court that a Phase 2 meeting has been triggered as well as the basis for the Phase 2 meeting.  Such notice must be provided within 14 days after receipt of the data report at issue.  A Phase 2 meeting shall proceed as follows:

a.  At the meeting, the representatives of the 36th District Court will present and discuss their position regarding Counsel for Plaintiffs' basis for the convening of the Phase 2 meeting.  If the Parties agree that the Actual Release Rates are less than the Release Rates, the 36th District Court will come to the meeting prepared to discuss its understanding of the reasons.  The 36th District Court will provide, upon written request by Counsel for Plaintiffs, the Phase 1 Meeting Data for the reporting period at issue.  Counsel for Plaintiffs may share such data, as well as all of the data included in any relevant bi-monthly reports, with individuals outside of the Partnership Working Group if such individuals and Counsel for Plaintiffs sign the non-disclosure agreement provided in Appendix 2 and if the purpose of the consultation is to verify or better understand the causes and solutions for the missed Release Rate(s).  If such data is disclosed pursuant to such a non-disclosure agreement, Counsel for Plaintiffs will provide written notice to the 36th District Court 24 hours prior to the disclosure unless the disclosure is made to an employee of one of the organizations which employs Counsel for Plaintiffs.

b.  The Partnership Working Group will attempt to reach consensus in the same spirit of good faith and collaboration which governed the negotiation of this Agreement as to an appropriate way to deal with any issues that are identified.

26

The Partnership Working Group may, by consensus, agree to do any combination of the following or other appropriate measures: (1) agree that the Phase 2 meeting was unnecessary and that the meeting shall carry no consequence under this Agreement, including extending the duration of the Agreement; (2) excuse the Release Rate issue, such that it shall carry no consequence under this Agreement, including extending the duration of the Agreement; (3) include the Phase 1 Meeting Data as part of future bi-monthly reports; (4) collect additional data beyond Phase 1 Meeting Data and include such data in future bi-monthly reports; (5) make changes or modifications to Court operations at the 36th District Court; and (6) adjust Release Rates and Offense Categories. Such consensus shall be recorded and approved in writing by the Partnership Working Group.

c.  If the Partnership Working Group does not reach consensus on an appropriate way to address the Release Rate(s) at issue, Counsel for Plaintiffs may invoke the involvement of the Community Partner described in paragraph 55 by written notice to the Community Partner and the 36th District Court. It is the stated goal of both Parties that invoking the Community Partner in this manner will be unnecessary, and it is the intent of the Parties to invoke the Community Partner in this manner only if it has become impossible for the Parties to resolve significant issues in good faith.

d.  If the Plaintiffs invoke the Community Partner under this paragraph, the Community Partner will have 45 days to conduct a detailed study of the 36th District Court's compliance with the terms of this Agreement. The Community Partner's study may include, but need not be limited to, (1) a review of the data reports at issue, (2) a review of cases in which Accused Individuals were unable to post Cash Bail within 24 hours, and (3) unannounced attendance at Arraignments. The Community Partner may obtain additional information from the Parties as the Community Partner deems necessary to conduct an investigation, which may include, but need not be limited to, files and access to Court personnel. The Community Partner shall produce a written initial report to the Parties detailing the Community Partner's findings regarding the 36th District Court's compliance with this Agreement and making recommendations (if any) as to the steps the 36th District Court should take. In formulating recommendations, the Community Partner will focus on the Parties' intent, including as stated in paragraph 5 of this Agreement, and the Release Rates.

e.  After the Parties receive the Community Partner's written initial report, they will schedule a meeting of the Partnership Working Group with the Community Partner within 21 days of receiving the written initial report. The

27

Parties may submit to the Community Partner and exchange written responses to the initial report prior to the meeting discussed in this subparagraph. At this meeting, the Parties may agree, by consensus, to reject any recommendations contained in the Community Partner's written initial report, and the Community Partner's written final report must reflect the Parties' consensus as to any rejected recommendations. The Community Partner shall be permitted, but is not required, to make additional changes to the findings and recommendations on issues about which the Partnership Working Group is not in consensus. Based on the discussion at a meeting convened under this subparagraph and the Parties' written responses (if any), the Community Partner will have 21 days from the date of the meeting to produce a written final report. The Community Partner may, but need not, address the need or want by any party to release the written final report to the public as well as any of the underlying data. The Community Partner's views on release of information issues are non-binding.

f. After the Parties receive the written final report, either party may disclose to third parties or the public the written final report, or information described in Appendix 1 from the reporting periods that triggered the Phase 1 and Phase 2 meetings at issue, that is reasonably related to the issues that triggered the meetings at issue if, in their own judgment, doing so will promote the purposes of this Agreement. If Counsel for Plaintiffs intend to make such a disclosure, they will provide written notice about the intended disclosures and the scope of such disclosures via email to the 36th District Court and the Community Partner five business days prior to disclosing such information, and shall give serious consideration to any objections to such disclosures, including by participating in a telephone or video meeting during the five-day period to discuss the issue with the 36th District Court and the Community Partner upon request.

g. The Parties shall be required to follow the recommendations of the Community Partner's written final report (except for any recommendations regarding making the written final report public as well as any of the underlying data), which will become mandatory and enforceable by the federal district court in 21 days, unless either party files a motion with the federal district court within 21 days of receiving the Community Partner's written final report, objecting to its recommendations. The bases for objections to the Community Partner's written final report will be limited to whether its recommendations are unlawful, unconstitutional, or contrary to the terms of this Agreement. Counsel for Plaintiffs will be entitled to an award of reasonable attorney's fees if the federal district court rules for the Plaintiffs and against the 36th District Court in any proceeding provided by this

28

subparagraph for time spent in relation to the issue(s) upon which Plaintiffs prevailed from the time that the issue(s) was raised to the Community Partner through the federal district court ruling.

    h. Subject to paragraph 44, during any period of time in which the Community Partner or federal district court has been invoked under this paragraph, the 36th District Court shall continue to provide the bi-monthly reports described in paragraph 49, and it shall also provide copies of the reports to the federal district court if it has become involved and if the federal district court so orders. Subject to paragraph 44, the Partnership Working Group shall continue to meet, as described in paragraphs 51–54, 56, 57, and 58, in response to any reporting period in which a meeting is otherwise triggered under those paragraphs. The Community Partner shall attend any such meetings.

53. <u>Phase 1 Meeting – Redetention Limit</u>. In any reporting period after the Trial Period in which the 36th District Court either: (1) exceeds the Redetention Limit by more than 2%; (2) exceeds the Redetention Limit for the second time in three consecutive reporting periods; or (3) fails to report data necessary to determine whether the Redetention Limit has been met, a meeting of the Partnership Working Group will convene within three weeks of Counsel for Plaintiffs providing written notice to the 36th District Court that a Phase 1 meeting has been triggered as well as the basis for the Phase 1 meeting. Such notice shall be provided within 14 days after receipt of the data report at issue. The following terms shall govern Phase 1 meetings:

    a. At the meeting, the representatives of the 36th District Court will present and discuss their position regarding Counsel for Plaintiffs' basis for the convening of the Phase 1 meeting. If the Parties agree that the Actual Redetention Rate is greater than the Redetention Limit, the 36th District Court will come to the meeting prepared to discuss its understanding of the reasons. The 36th District Court will provide, upon written request by Counsel for Plaintiffs, the Phase 1 Meeting Data for the reporting period at issue. Only the 36th District Court shall be permitted to share such data with any person other than members of the Partnership Working Group. However, Counsel for Plaintiffs may share such data, as well as all of the data included in any relevant bi-monthly reports, with individuals outside of the Partnership Working Group, if such individuals and Counsel for Plaintiffs sign the non-disclosure agreement provided in Appendix 2 and if the purpose of the consultation is to verify or better understand the causes and solutions for the missed Redetention Limit. If such data is disclosed pursuant to such a non-disclosure agreement, Counsel for Plaintiffs will provide written notice to the 36th

29

District Court 24 hours prior to the disclosure unless the disclosure is made to an employee of one of the organizations which employs Counsel for Plaintiffs.

b.  The Partnership Working Group will attempt to reach consensus in the same spirit of good faith and collaboration which governed the negotiation of this Agreement as to an appropriate way to deal with any issues that are identified. The Partnership Working Group may, by consensus, agree to do any combination of the following or other appropriate measures: (1) agree that the Phase 1 meeting was unnecessary and that the meeting shall carry no consequence under this Agreement, including extending the duration of the Agreement; (2) excuse the Redetention Limit issue, such that it shall carry no consequence under this Agreement, including extending the duration of the Agreement; (3) include the Phase 1 Meeting Data as part of future bi-monthly reports; (4) collect additional data beyond Phase 1 Meeting Data and include such data in future bi-monthly reports; (5) make changes or modifications to Court operations at the 36th District Court; and (6) adjust the Redetention Limit.  Such consensus shall be recorded and approved in writing by the Partnership Working Group.

c.  If the Partnership Working Group reaches a consensus on an appropriate way to deal with the issues that are identified in a meeting convened under this paragraph, then the Phase 1 meeting will be referred to as having been mutually resolved by the Parties, and the 36th District Court will provide Counsel for Plaintiffs with reasonable information sufficient to confirm that the consensus approach has been implemented within a reasonable time period agreed upon by the Parties.  If a mutual resolution has been reached and implemented, then a Phase 2 meeting resulting from a missed Redetention Limit may occur only if the 36th District Court exceeds the Redetention Limit in any of the subsequent two reporting periods as described in paragraph 54 unless the Parties agree to a different arrangement given the agreed upon mutual resolution, for example if the mutual resolution requires significant time or third party involvement to implement.  If the Partnership Working Group does not reach a consensus on an appropriate way to deal with the issues that are identified in a meeting convened under this paragraph, then a Phase 2 meeting may occur only if the 36th District Court exceeds the Redetention Limit in any of the subsequent three reporting periods as described in paragraph 54.

d.  Other than the potential of a Phase 2 meeting, there is no additional remedy available under this Agreement as the result of a Phase 1 meeting.

30

54. <u>Phase 2 Meeting – Redetention Limit</u>.  After the Trial Period, if the 36th District Court exceeds the Redetention Limit in a subsequent reporting period as detailed in paragraph 53.a., or fails to report data necessary to determine whether the Redetention Limit has been met for a reporting period that occurs within two reporting periods of the one that triggered a meeting under paragraph 53, a Phase 2 meeting of the Partnership Working Group will convene.  The Phase 2 meeting will convene within three weeks of Counsel for Plaintiffs providing written notice to the 36th District Court that a Phase 2 meeting has been triggered as well as the basis for the Phase 2 meeting.  Such notice must be provided within 14 days after receipt of the data report at issue.  A Phase 2 meeting shall proceed as follows:

a. At the meeting, the representatives of the 36th District Court will present and discuss their position regarding Counsel for Plaintiffs' basis for the convening of the Phase 2 meeting.  If the Parties agree that the Actual Redetention Rate is greater than the Redetention Limit, the 36th District Court will come to the meeting prepared to discuss its understanding of the reasons.  The 36th District Court will provide, upon written request by Counsel for Plaintiffs, the Phase 1 Meeting Data for the reporting period at issue.  Counsel for Plaintiffs may share such data, as well as all of the data included in any relevant bi-monthly reports, with individuals outside of the Partnership Working Group if such individuals and Counsel for Plaintiffs sign the non-disclosure agreement provided in Appendix 2 and if the purpose of the consultation is to verify or better understand the causes and solutions for the missed Redetention Limit.  If such data is disclosed pursuant to such a non-disclosure agreement, Counsel for Plaintiffs will provide written notice to the 36th District Court 24 hours prior to the disclosure unless the disclosure is made to an employee of one of the organizations which employs Counsel for Plaintiffs.

b. The Partnership Working Group will attempt to reach consensus in the same spirit of good faith and collaboration which governed the negotiation of this Agreement as to an appropriate way to deal with any issues that are identified.  The Partnership Working Group may, by consensus, agree to do any combination of the following or other appropriate measures: (1) agree that the Phase 2 meeting was unnecessary and that the meeting shall carry no consequence under this Agreement, including extending the duration of the Agreement; (2) excuse the Redetention Limit issue, such that it shall carry no consequence under this Agreement, including extending the duration of the Agreement; (3) include the Phase 1 Meeting Data as part of future bi-monthly reports; (4) collect additional data beyond Phase 1 Meeting Data and include such data in future bi-monthly reports; (5) make changes or modifications to Court operations at the 36th District Court; and (6) adjust the Redetention

31

Limit.  Such consensus shall be recorded and approved in writing by the Partnership Working Group.

c.   If the Partnership Working Group does not reach consensus on an appropriate way to address the missed Redetention Limit at the Phase 2 meeting, a follow-up meeting will be held within two weeks of the Phase 2 meeting with the Chief Judge of the 36th District Court.  If the missed Redetention Limit appears to be attributable primarily to a specific Presiding Officer or Presiding Officers, the Chief Judge will take appropriate measures to address the issue.

d.   If the Parties are still unable to resolve any issues involving the Redetention Limit following the procedures described above, Counsel for Plaintiffs may invoke the involvement of the Community Partner as described in paragraph 55 by written notice to the Community Partner and the 36th District Court.  It is the stated goal of both Parties that invoking the Community Partner will be unnecessary, and it is the intent of the Parties to invoke the Community Partner only if it has become impossible for the Parties to resolve significant issues in good faith.

e.   If Counsel for Plaintiffs invoke the Community Partner under this paragraph, the Community Partner will have 45 days to conduct a detailed study of the 36th District Court's compliance with the terms of this Agreement.  The Community Partner's study may include, but need not be limited to, (1) a review of the data reports at issue, (2) a review of cases resulting in redetention, and (3) unannounced attendance at probable cause conferences in felony cases and pretrial hearings in misdemeanor cases.  The Community Partner may obtain additional information from the Parties as the Community Partner deems necessary to conduct an investigation, which may include, but need not be limited to, files and access to Court personnel.  The Community Partner shall produce a written initial report to the Parties detailing the Community Partner's findings regarding the 36th District Court's compliance with this Agreement and making recommendations (if any) as to the steps the 36th District Court should take.  In formulating recommendations, the Community Partner will focus on the Parties' intent, including as stated in paragraph 5 of this Agreement, and the Redetention Limit.

f.   After the Parties receive the Community Partner's written initial report, they will schedule a meeting of the Partnership Working Group with the Community Partner within 21 days of receiving the written initial report.  The Parties may submit to the Community Partner and exchange written responses to the written initial report prior to the meeting discussed in this subparagraph. At this meeting, the Parties may agree, by consensus, to reject any

32

recommendations contained in the Community Partner's written initial report, and the Community Partner's written final must reflect the Parties' consensus as to any rejected recommendations. The Community Partner shall be permitted, but is not required, to make additional changes to the findings and recommendations on issues about which the Partnership Working Group is not in consensus. Based on the discussion at a meeting convened under this subparagraph and the Parties' written responses (if any), the Community Partner will have 21 days from the date of the meeting to produce a written final report. The Community Partner may, but need not, address the need or want by any party to release the written final report to the public as well as any of the underlying data. The Community Partner's views on release of information issues are non-binding.

g. After the Parties receive the written final report, either party may disclose to third parties or the public the written final report, or information described in Appendix 1 from the reporting periods that triggered the Phase 1 and Phase 2 meetings at issue, that is reasonably related to the issues that triggered the meetings at issue if, in their own judgment, doing so will promote the purposes of this Agreement. If Counsel for Plaintiffs intend to make such a disclosure, they will provide written notice about the intended disclosures and the scope of such disclosures via email to the 36th District Court and the Community Partner five business days prior to disclosing such information, and shall give serious consideration to any objections to such disclosures, including by participating in a telephone or video meeting during the five-day period to discuss the issue with the 36th District Court and the Community Partner upon request.

h. The Parties shall be required to follow the recommendations of the Community Partner's written final report (except for any recommendations regarding making the written final report public as well as any of the underlying data). However, the written final report will not be subject to review or enforcement by the federal district court.

i. Subject to paragraph 44, during any period of time in which the Community Partner has been invoked under this paragraph, the 36th District Court shall continue to provide the bi-monthly reports described in paragraph 49. Subject to paragraph 44, the Partnership Working Group shall continue to meet, as described in paragraphs 51–54, 56, 57, and 58, in response to any reporting period in which a meeting would otherwise be triggered under those paragraphs. The Community Partner shall attend any such meetings.

55. Community Partner – General.

33

a.  The Community Partner is Saul Green.  The Community Partner will be compensated as described in the retention agreement attached to this Agreement as Appendix 3.  In addition, during any period in which the Community Partner has been invoked, the Community Partner will be permitted to rely upon the assistance of others consistent with the retention agreement attached as Appendix 3.  The Community Partner and his colleague(s) shall not share the data they obtain except as provided in this Agreement and through the provision of any written reports called for by this Agreement.  If the Community Partner is unable to serve, the Parties will meet and confer as promptly as possible, but no later than two weeks after learning of the Community Partner's inability to serve.  A party's disagreement with the decisions rendered by the Community Partner is not a basis for asserting that the Community Partner is unable to serve.

b.  If the Parties are unable to agree upon the necessity for a replacement Community Partner or the identity of a replacement Community Partner, then the Parties shall file a notice with the federal district court advising it of the issue, and each party shall file a list of up to two individuals who are able and willing to serve as a replacement Community Partner, along with an explanation of those individuals' qualifications.  The federal district court shall then determine whether a replacement Community Partner is needed due to the Community Partner's inability to serve, and if so, select a replacement Community Partner from the lists submitted by the Parties.

c.  If the Community Partner (or any replacement serving in that role) has been invoked under this Agreement and determines that either party is not cooperating with their efforts to conduct the necessary analysis and investigation, the Community Partner shall provide notice to the Parties of the issue.  If the issue is not addressed to the Community Partner's satisfaction within 14 days (or a longer time if authorized by the Community Partner), the Community Partner may file a notice informing the federal district court of the issue.  Upon filing of the notice, the federal district court will set a status conference for the Community Partner and the Parties to discuss the issue and to set a briefing schedule (if needed).  After briefing (if any) by both Parties on the issue, the federal district court may order all appropriate relief consistent with the terms of this Agreement, which shall not include attorney's fees or costs for either party.

d.  The Community Partner may communicate directly on an *ex parte* basis with either Party as the Community Partner deems necessary or appropriate.  The Parties intend that the Community Partner's ability to have such communications is likely to render the Community Partner's work more

34

efficient in addressing any issues that may arise.  However, if after the Community Partner obtains information via an *ex parte* communication that could be reasonably in dispute between the Parties and which the Community Partner expects to rely upon to resolve any dispute under paragraphs 50, 52, 54, 57, or 66, the Community Partner will promptly provide the other party with notice, along with a description of the relevant information obtained through the *ex parte* communication and an opportunity to respond to that information within a reasonable time to be specified by the Community Partner before relying on such information in a written report.  Each party shall designate in writing a contact person to whom the Community Partner should reach out to initiate *ex parte* contact.

56. If the Community Partner has been invoked pursuant to paragraph 50, 52, 54, or 57, and finds cause to believe within the first 30 days of investigation that Counsel for Plaintiffs have invoked the relevant meetings with the Community Partner in bad faith or for the sole purposes of either baselessly extending the Agreement or imposing the financial costs of the proceeding upon the 36th District Court, the Community Partner shall provide the Parties with written notice of the Community Partner's belief and a succinct statement of the basis for such belief.  The issuance of such notice shall stay the relevant proceeding before the Community Partner, and the Parties will have 14 days from the issuance of the notice to provide the Community Partner with written position statements, with copies to the other party, regarding the proposed finding of bad faith.  If after reviewing the Parties' position statements, the Community Partner concludes that Counsel for Plaintiffs have invoked the proceeding in bad faith or for the sole purposes of either baselessly extending the Agreement or imposing the financial costs of the proceeding upon the 36th District Court, the Community Partner shall issue a brief written explanation of their findings.  Once the Community Partner issues the findings, the proceeding will end and any further procedures described in paragraphs 50, 52, 54, and 57 will be unavailable for the proceeding in question.  Such a finding will have no impact on future meetings or Community Partner proceedings.  Alternatively, if after reviewing the Parties' position statements, the Community Partner concludes that Counsel for Plaintiffs did not invoke the proceeding in bad faith or for the sole purpose of either baselessly extending the Agreement or imposing the financial costs of the proceeding upon the 36th District Court, the Community Partner shall provide the Parties with written notice of such finding.  Issuance of such a notice will lift the stay of the proceeding before the Community Partner, which will continue as otherwise provided in this Agreement.

57. Other Violations.  Enforcement of the Release Rates and the Redetention Limit (as provided in paragraphs 51–54) is the exclusive mechanism by which the substantive and procedural provisions of paragraphs 25–30 of this Agreement are to be enforced,

35

except as to the application of those provisions towards Excepted Cases.  If Counsel for Plaintiffs become aware of systemic violations of paragraphs 31–43,[3] or systemic failures to follow the procedures provided in paragraphs 25–30 in Excepted Cases,[4] that Counsel for Plaintiffs have reason to believe were caused by or can be remedied through the involvement of the 36th District Court, Counsel for Plaintiffs will provide written notice to the 36th District Court that a meeting has been triggered under this paragraph and the basis for believing that a systemic violation has occurred or is occurring.  The Partnership Working Group will convene a meeting within three weeks of Counsel for Plaintiffs providing such written notice.  A meeting under this paragraph shall be convened only if Counsel for Plaintiffs receives credible information indicating a substantial likelihood that a systemic breach of the terms of paragraphs 31–43, or the terms of paragraphs 25–30 as they pertain to Excepted Cases, has occurred.  To provide guidance, the parties intend the term "systemic breach" to mean circumstances that result in the same material term or terms being violated repeatedly in more than one day out of a particular month or circumstances in which there is otherwise a consistent pattern of violations.  Isolated instances in which a particular term or terms were not fully followed (including an isolated day in which the terms were not followed) will not constitute a proper basis for a meeting under this paragraph.  If Counsel for Plaintiffs receive credible information indicative of a non-systemic breach of the terms of this Agreement described above, they may convene a meeting under paragraph 61.  A meeting convened under this paragraph will not lengthen the duration of this Agreement.  The following terms shall govern a meeting convened under this paragraph:

a. The Partnership Working Group will attempt to reach consensus in the same spirit of good faith and collaboration which governed the negotiation of this Agreement as to an appropriate way to deal with any issues that are identified. If the Parties agree that a systemic violation of the Agreement has occurred or agree to resolve the alleged issue without determining whether a systemic violation has occurred, the Partnership Working Group may, by consensus,

---

[3] Nothing in this paragraph prevents Counsel for Plaintiffs from invoking this paragraph to address any systemic violations of paragraph 42, if the alleged systemic violation consists of a failure to follow the procedures in paragraphs 25–27 during arraignments on Capias Warrants.

[4] It is understood that there is no numerical Release Rate for Excepted Cases, but that such cases shall still be analyzed individually and consistent with the procedures set forth in paragraphs 25–30.

agree to do any combination of the following or other appropriate measures: (1) agree that the meeting was unnecessary and that the meeting shall carry no consequence under this Agreement; (2) excuse the issue(s) such that it shall carry no consequence under this Agreement; (3) determine that the issue(s) was caused by an isolated instance that is not ongoing, such that it shall carry no consequence under this Agreement; (4) collect additional data and include such data in future bi-monthly reports; and (5) make changes or modifications to Court operations at the 36th District Court.  Such consensus shall be recorded and approved in writing by the Partnership Working Group.  If the Parties agree that the issues in question have not been caused by the 36th District Court's action or inaction, the Parties will agree to work together for a period of at least 30 days to try to reach a mutually agreeable solution prior to invoking the Community Partner.

b. If the Parties cannot resolve the issue(s) identified under this paragraph, either party may invoke the Community Partner by providing written notice to both the Community Partner and the other party.  Such notice shall be provided within 14 days of the meeting described in subparagraph a. unless the Parties have agreed that the issue has not been caused by the 36th District Court's action or inaction, in which case notice shall be provided within 14 days of the expiration of the period in which to seek a mutually agreeable solution.  It is the stated goal of both Parties that invoking the Community Partner will be unnecessary, and it is the intent of the Parties to invoke the Community Partner only if it has become impossible for the Parties to resolve significant issues in good faith.

c. If the Community Partner is invoked, the Parties shall both provide a written statement to the Community Partner describing their respective positions on the issue(s) identified within 21 days of the written notice invoking the Community Partner, with copies to the other party.  After receiving the Parties' position statements, the Community Partner may obtain additional information from the Parties, as the Community Partner deems necessary to conduct an investigation, which may include, but need not be limited to, files and access to Court personnel.  Within 30 days of receiving the Parties' position statements, the Community Partner shall produce an initial written report to the Parties detailing the Community Partner's findings regarding whether a systemic violation of this Agreement has occurred, and, if so, recommending appropriate measures to address the systemic violation (if any).

d. After the Parties receive the Community Partner's written initial report, they will schedule a meeting of the Partnership Working Group with the

Community Partner within 21 days of receiving the written initial report. The Parties may submit to the Community Partner and exchange written responses to the initial report prior to the meeting discussed in this subparagraph. At this meeting, the Parties may agree, by consensus, to reject any recommendations contained in the Community Partner's written initial report, and the Community Partner's written final report must reflect the Parties' consensus as to any rejected recommendations. The Community Partner shall be permitted, but is not required, to make additional changes to the findings and recommendations on issues about which the Partnership Working Group is not in consensus. Based on the discussion at a meeting convened under this subparagraph and the Parties' written responses (if any), the Community Partner will have 21 days from the date of the meeting to produce a written final report.

e.   The Parties shall be required to follow the recommendations of the Community Partner's written final report, unless either party files a motion with the federal district court, within 21 days of receiving the Community Partner's written final report, objecting to the Community Partner's recommendations. The bases for objections to the Community Partner's written final report will be limited to whether its recommendations are unlawful, unconstitutional, or contrary to the terms of this Agreement. Counsel for Plaintiffs will be entitled to an award of reasonable attorney's fees if the federal district court rules for the Plaintiffs in any proceeding provided by this subparagraph for time spent in relation to the issue(s) upon which Plaintiffs prevailed from the time that the issue(s) was raised to the Community Partner through the federal district court ruling.

58. A Partnership Working Group meeting convened to address one issue under this Agreement may also address any other issue that would independently require a meeting and for which notice has been provided under this Agreement.

59. The Partnership Working Group will make every effort to comply with all of the timing requirements for conducting meetings described above. However, if scheduling difficulties make it impractical to convene a meeting within the precise time provided, the meeting will occur at the earliest possible mutually convenient time, and any deadlines triggered by the meeting will apply from the date of the actual meeting. Every effort will be made for Partnership Working Group meetings to be conducted in-person. A meeting of the Partnership Working Group may be convened and the Working Group may act in the absence of some members of the Group, so long as those absent members, and a majority of other members, consent to their absence.

60. If invoked, the Community Partner will make every effort to complete their investigation(s) and produce any reports or recommendations consistent with the deadlines stated above, in recognition that time is of the essence in addressing issues that may arise under this Agreement.  Any deadlines that are triggered by the delayed action of the Community Partner will run from the date that the Community Partner actually performs the action in question.

61. Either party may request in writing to the other party a Partnership Working Group meeting to discuss other issues identified in the written notice but not specifically provided for under other sections of this Agreement, proposed modifications to this Agreement, or additional proposals to further enhance the 36th District Court's service to the public.  The Partnership Working Group shall make a reasonable effort to meet within four weeks of any such written request, but neither party shall make excessive or abusive requests for meetings under this paragraph.  A meeting convened under this paragraph will not lengthen the duration of this Agreement. Furthermore, if the Agreement expires at the end of the fifth year, but while a proceeding is still pending before the Community Partner or federal district court, a meeting may be called under this paragraph to address any issues that may arise during the period during which the outstanding controversy is being resolved.

## VIII.   PARTNERSHIP EDUCATION AND OUTREACH AND COMMUNITY PARTNER COLLABORATION

62. The Parties commit to working together to explain the terms of this Agreement via public outreach, trainings, information sessions, and meetings as the Parties deem appropriate.  If both Counsel for Plaintiffs and the 36th District Court agree, the Community Partner may be invited to participate in or consult about any such events. Similarly, by consent of both Parties the Community Partner may attend any other event called for by this Agreement, including, without limitation, meetings convened under paragraphs 51, 53, or 61, or trainings conducted pursuant to paragraphs 36–38. If the Community Partner becomes aware of any issues about which he believes his involvement or collaboration would be helpful to the success of this Agreement, the Community Partner may contact the Parties in writing describing the issues and the scope of his proposed involvement.  Upon the Parties' consent, which shall not unreasonably be withheld, the Parties will work with the Community Partner on the issues.  If a party does object to the Community Partner's proposed involvement, they shall promptly state the basis for their objection in writing.  The Community Partner has the additional authority under this Agreement to engage with the Parties, with or without their consent, on any matter that the Community Partner deems is essential to the survival of the Agreement or its core purposes.  Nothing in this paragraph limits the Community Partner's ability to have conversations with the Parties as he sees fit pursuant to paragraph 55.d.

39

IX.   CHANGES OF LAW

63. Unless required by law (including future amendments to the Michigan Court Rules), the 36th District Court shall not adopt a risk assessment tool for conducting Arraignments or Bail Redetermination hearings as to misdemeanor cases.

64. If, due to future changes to the law (including amendments to the Michigan Court Rules), the 36th District Court is required to report data or information other than the information called for pursuant to paragraph 49 of this Agreement to the public or to any entity, such information need not be included in the data reports called for under paragraph 49.  Counsel for Plaintiffs may obtain such data or information through mechanisms provided for by law, or through an agreement with the 36th District Court.

65. If future changes to law (including amendments to the Michigan Court Rules), authorize, but do not require, the 36th District Court to follow rules or procedures that may be inconsistent with the terms of this Agreement, and if the 36th District Court wishes to implement such changes, then the following procedures will apply:

    a. The 36th District Court shall promptly notify Counsel for Plaintiffs in writing of its wish to implement new rules or procedures and of the specific corresponding changes to the Agreement that it proposes.  Within 21 days of receiving the 36th District Court's notice, Counsel for Plaintiffs will respond in writing advising the 36th District Court whether Counsel for Plaintiffs believe that the new proposed changes are more protective of the interests of Accused Individuals.  If Counsel for Plaintiffs conclude that the new proposed changes are more protective of the interests of Accused Individuals, then the Parties will commit to adopting any necessary revisions to this Agreement to implement the proposed changes.  If Counsel for Plaintiffs conclude that the new proposed rules or procedures are not more protective of the interests of Accused Individuals, then they shall not be adopted during the lifetime of this Agreement.

    b. If the 36th District Court disagrees with Counsel for Plaintiffs' assessment of whether the proposed changes are more protective of the interests of Accused Individuals, the Parties shall meet within 14 days and confer on the question, upon the written request of the 36th District Court.  Upon request of either party, the Community Partner shall be invited to participate in such a meeting. However, the ultimate determination of whether the proposed changes are more protective of the interests of Accused Individuals, and thus whether they will be implemented during the lifetime of this Agreement, will remain with Counsel for Plaintiffs.

40

66. If future changes to law (including amendments to the Michigan Court Rules), require the 36th District Court to follow rules or procedures that may be inconsistent with the terms of this Agreement, then the following procedures will apply:

    a.  The 36th District Court shall promptly notify Counsel for Plaintiffs in writing, of the changes to its rules or procedures that it believes are legally required and any corresponding revisions to this Agreement that it believes are necessary.  If Counsel for Plaintiffs agree that the new proposed rules or procedures are required by Michigan law and are constitutional, then Counsel for Plaintiffs shall so advise the 36th District Court in writing, and the Parties will commit to adopting any necessary revisions to this Agreement.  If Counsel for Plaintiffs (1) do not agree that any changes to the Agreement are legally required; (2) agree that some changes to the Agreement are legally required but that the 36th District Court's proposed changes exceed what is legally required; or (3) agree that the proposed changes are required by state law but believe that the changes would be unconstitutional, then Counsel for Plaintiffs shall, within 14 days of receiving the 36th District Court's notice, provide written notice to the 36th District Court that there is a dispute under this paragraph and will briefly describe the basis for the dispute.

    b.  The Partnership Working Group will convene within 21 days of Counsel for Plaintiffs sending written notice of a dispute under this paragraph and shall attempt to reach consensus about the legal necessity (or lack thereof) of changes to this Agreement and the constitutionality of any proposed changes, in the same spirit of good faith and collaboration that governed the negotiation of this Agreement.  If the Parties agree that the change of law requires revisions to the Agreement and that the changes to the Agreement are constitutional, the Partnership Working Group may, by consensus, agree to make any appropriate modifications to this Agreement to address the issues raised by the change of law.  In so doing, the Partnership Working Group shall endeavor to minimize any changes to preserve the original form of the Agreement as much as possible.

    c.  If the Parties cannot resolve the issue(s) identified under this paragraph, either party may invoke the Community Partner by providing written notice to both the Community Partner and the other party.  Such notice shall be provided within 14 days after the meeting described in subparagraph b. and shall describe the change in law that has caused the issue to arise, the Parties' respective proposed changes to the Agreement (if any), and the basis for the controversy between the Parties.  It is the stated goal of both Parties that invoking the Community Partner will be unnecessary, and it is the intent of the Parties to invoke the Community Partner only if it has become impossible

41

for the Parties to resolve the questions raised by the change of law in good faith.

d.  If the Community Partner is invoked, the Parties shall both provide a written statement to the Community Partner describing their respective positions on the issue(s) identified within 21 days of the written notice invoking the Community Partner, with copies to the other party.  After receiving the Parties' position statements, the Community Partner may obtain additional information from the Parties, as the Community Partner deems necessary. Within 30 days of receiving the Parties' position statements, the Community Partner shall produce a written report making findings about whether any changes to the Agreement are legally required and, if so, whether making such changes would be constitutional.  If the Community Partner finds that changes to the Agreement are legally required, the Community Partner shall specify what changes to the Agreement should be made based on the principle that any changes should be as minimal as possible and preserve the Agreement as close to its original form and intent as possible.

e.  The Parties shall be required to follow the recommendations of the Community Partner's written report, unless either party files a motion with the federal district court, within 21 days of receiving the Community Partner's report, objecting to the Community Partner's recommendations.  The bases for objections to the Community Partner's written report will be limited to whether its recommendations are unlawful or unconstitutional or whether the Community Partner erred as a matter of law in deciding whether changes to the Agreement were legally required by the change in law at issue.  If the issue before the federal district court concerns the constitutionality of any change in state law, it shall not be a violation of this Agreement for the 36th District Court to comply with the changed state law unless and until the federal district court holds that doing so is unconstitutional or orders the 36th District Court not to comply with the changed state law.

f.  If the timelines set forth in this paragraph are likely to result in the issues in question being resolved after the underlying change in state law would have already become effective, the Parties, in consultation with the Community Partner, shall agree to an alternate timeline that is reasonably calculated to resolve the controversy prior to the effective date of the change in law.

X.    EFFECTIVENESS OF AGREEMENT AND RESOLUTION OF OUTSTANDING LAWSUIT

67. This Agreement shall become binding only upon the entry of a stipulated order by the federal district court, as detailed in this Section, and the effective date of this Agreement shall be September 1, 2022.

68. Upon fully executing this Agreement, the Parties shall promptly file resolution papers with the federal district court as follows:

   a. an amended complaint in which Plaintiffs add claims for damages, which Plaintiffs file while noting the amended complaint is being filed pursuant to a stipulated order;

   b. a request for an order of dismissal with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, in substantially the form attached as Appendix 5, accompanied by a copy of this Agreement, and expressly contingent upon entry of a stipulated order providing as below:

      i. accepting Plaintiffs' amended complaint as-filed;

      ii. dismissing all claims against the Wayne County Sheriff in this lawsuit with prejudice and without attorneys' fees and costs; and

      iii. dismissing all claims against the 36th District Court (i.e., the Honorable Chief Judge of Michigan's 36th District Court in his official capacity and the magistrates of the 36th District Court in their official capacity) in this lawsuit with prejudice and without attorneys' fees and costs with the federal district court expressly retaining jurisdiction to enforce this Agreement consistent with its terms, and this Agreement shall be attached as an exhibit to the stipulated order.

69. Within 30 days of the federal district court's entry of the stipulated order of dismissal described in paragraph 68, and to resolve the disputed claims for damages asserted in Plaintiffs' amended complaint as described in paragraph 68, the 36th District Court shall remit a lump sum of $14,000 via check or to an account to be specified by Counsel for Plaintiffs, and this sum will be distributed among the Plaintiffs in a manner to be determined exclusively by Plaintiffs. This amount reflects a commitment by the Parties to free budgetary resources that otherwise might have been used to resolve Plaintiffs' disputed claims for damages by redirecting those resources to the implementation of this Agreement.

70. The Parties agree that the federal district court has and may retain jurisdiction over this Agreement, pursuant to the Agreement's terms. The Parties agree that they, their agents, and successors shall never make any arguments in any forum that the

procedures described in this Section of the Agreement were improper or that the federal district court lacks jurisdiction to enforce this Agreement in the manner described within the Agreement.

71. For the duration of this Agreement, Plaintiffs authorize and instruct Counsel for Plaintiffs to take all actions described in this Agreement, to make all decisions called for by this Agreement, and to initiate any processes or proceedings provided by this Agreement, without further instruction from Plaintiffs.

## XI.   MISCELLANEOUS TERMS

72. This document shall constitute the entire integrated Agreement agreed to by the Parties.  No prior drafts of this Agreement or prior or contemporaneous communications, oral or written, about this Agreement shall be relevant or admissible for purposes of determining the meaning of any provisions of this Agreement in any litigation or any other proceeding.

73. The use of the term "evidence" or any derivative thereof in this Agreement is not limited to evidence that would be admissible at trial.

74. Nothing in this Agreement prohibits a Presiding Officer from imposing Cash Bail in order to ensure that an Accused Individual, who so desires, receives credit for time served in situations in which a hold order from another jurisdiction will result in the Accused Individual not being released regardless of whether they post bail.

75. Whenever this Agreement calls for either party to provide written notice, email notice will constitute written notice unless otherwise stated.

44

_William C. McConico  64258_

36th District Court, Chief Judge McConico


Plaintiffs

_Davontae Ross_

Davontae Ross


_Timothy Lucas_

Timothy Lucas


_Starmanie Jackson_

Starmanie Jackson


_Kushawn moore Jr_

Kushawn Moore, Jr.


_Asia Dixon_

Asia Dixon


_Keith Wilson_

Keith Wilson


_Katrina Gardner_

Katrina Gardner

# APPENDIX 1

<u>**Appendix 1 (Last Updated June 1, 2022)**</u>

**A.      Data Reports and Annual Reports**

1.      **Overview of Content and Format**

This document may be amended as necessary to ensure the Data Reports and Annual Reports are populated consistent with the terms of the Agreement.  This Appendix sets forth information relative to the 36th District Court's bi-monthly data reports and Annual Reports in the Agreement.  This Appendix identifies data points for bi-monthly data reports under Paragraph 49 of the Agreement, identifies the "Phase 1 Meeting Data" referenced in the Agreement (e.g., Paragraph 51), sets forth the format of the bi-monthly data reports for each of the Offense Categories set forth in Paragraph 47 of the Agreement, identifies the data subject to the limited data disclosure relative to Arraignments that occurred as the result of the issuance or enforcement of a Capias Warrant (i.e., "ST" or "OT" misdemeanors in which a Capias Warrant was enforced), sets forth information regarding populating the Release Rates and Redetention Limit, and identifies the data points for the Annual Reports referenced in Paragraph 48 of the Agreement, and the format of the Annual Reports.

The data provided by the 36th District Court in its bi-monthly data reports and Annual Reports will be obtained by the 36th District Court based on existing business processes, which include the 36th District Court's Judicial Information System ("JIS"), and new business processes, which include, but are not limited to, report generation via Power Bi.  It is understood that bi-monthly data reports generated by the 36th District Court pursuant to the terms of the Agreement will consist of line-by-line/column-by-column data that is available and applicable[1], as set forth in the Bi-Monthly Data Report –Data Point Chart.  It is understood that the Annual Reports generated by the 36th District Court pursuant to the terms of the Agreement will consist of line-by-line/column-by-column data and be based on available and applicable data from the 36th District Court's bi-monthly data reports, as set forth in the Annual Data Reports –Data Point Chart.

---

[1] It is understood that certain data points, including but not limited to "Basic Demographic Data" data points 2. – 4. are drawn from databases over which the 36th District Court does not control and that certain data may be incomplete and thus unavailable.  If such unavailable data is not essential to calculating Release Rates or otherwise establishing compliance with the terms of the Agreement, it is understood that such data will be reported only to the extent it is available in the relevant databases.  For example, "sex" ("Basic Demographic Data" data point 4.) may not be an available data point from JIS for a particular row and thus a specific "sex" would not be identified for a row in a bi-monthly data report or correspondingly in an Annual Report.  Similarly, it is understood that data that logically cannot exist, including inapplicable data, need not be provided.  For example, there is no need to provide data responsive to "What Happens at the Arraignment?" data point 14.a. (amount of bail imposed) when "What Happens at the Arraignment?" data point 13. indicates that no bail was imposed in the first place because "What Happens at the Arraignment? data point 14. (amount of bail imposed) would logically not exist when the answer to "What Happens at the Arraignment?" data point 13. indicates that bail was not imposed.  The use of the word "available" and the word "applicable" throughout this Appendix reflects these understandings.

The 36th District Court's bi-monthly Misdemeanor Offense (i.e., Misdemeanor 1), Felony Offense Category A, and Felony Offense Category B data reports, described below in more detail, will be generated by the 36th District Court in Excel (.xlsx) format.  As part of this process and report production, the 36th District Court will also generate and provide bi-monthly data reports relative to Misdemeanor 2 and Excepted Cases, described below in more detail.  The 36th District Court's bi-monthly data reports will include a separate summary generated by the 36th District Court in Excel (.xlsx) format reflecting the applicable Release Rates for the Offense Categories, and the applicable Redetention Limit, as those terms are defined in the Agreement.

The 36th District Court's Annual Reports will be generated by the 36th District Court and published on the 36th District Court's website in Adobe PDF (.pdf) file format.

### 2.    Data Report Types and Format

#### a)    Felony Offense Category A

For the 36th District Court's bi-monthly data reports generated relative to Felony Offense Category A, defined in Paragraph 47.b. of the Agreement, the report will consist of the available and applicable data in cases in which the most serious underlying criminal charge under the case number is listed on **Exhibit C** to Appendix 1, and for which the answer to "Arraignment Questions" Question 3.a. of the Judicial Determinations Data Creation Checklist (**Exhibit H** to Appendix 1) is "No," with each case number including a release decision which would feed the applicable Release Rate as to the Felony Offense Category A.  This format for Felony Offense Category A allows data to be organized by row for each case with the most serious offense column from that case populating the Felony Offense Category A Release Rate.

#### b)    Felony Offense Category B

For the 36th District Court's bi-monthly data reports generated relative to Felony Offense Category B, defined in Paragraph 47.c. of the Agreement, the report will consist of the available and applicable data in cases in which the most serious underlying criminal charge under the case number is listed on **Exhibit E** to Appendix 1, and for which the answer to "Arraignment Questions" Question 3.a. of the Judicial Determinations Data Creation Checklist (**Exhibit H** to Appendix 1) is "No," with each case number including a release decision which would feed the applicable Release Rate as to the Felony Offense Category B.

The 36th District Court's reports generated relative to Felony Offense Category B will also consist of the available and applicable data in cases in which the most serious underlying criminal charge under the case number is listed on **Exhibit F** to Appendix 1, with each case number including a release decision which would feed the applicable Release Rate as to Felony Offense Category B.  This format for Felony Offense Category B allows data to be organized by row for each case with the most serious offense column from that case populating the Felony Offense Category B Release Rate.

2

### c) Excepted Cases

For the 36th District Court's bi-monthly data reports generated relative to Excepted Cases, the report will consist of the available and applicable data in cases in which the most serious underlying criminal charge under the case number is listed on **Exhibit C**, **Exhibit D**, or **Exhibit E** to Appendix 1, and for which the answer to "Arraignment Questions" Question 3.a. of the Judicial Determinations Data Creation Checklist (**Exhibit H** to Appendix 1) is "Yes."  The Excepted Cases bi-monthly data report will not populate any Release Rate.

The classification of an offense as being eligible to be an Excepted Case under the Agreement reflects only how the case is to be classified for data reporting purposes.  The Parties' Agreement regarding how such cases are reported for data purposes does not prevent either an Accused Individual or the prosecution from making legal arguments regarding whether pre-trial detention is lawfully authorized for a given offense type pursuant to MCR 6.106(B).

### d) Misdemeanors

As to misdemeanors, the pure case number approach used for felonies does not work for organizational purposes because certain misdemeanors in certain misdemeanor categories for the same incident/offense may be assigned different case numbers.  Accordingly, rows as to misdemeanors are organized by case number or "charge date" (meaning offense date).  Under the misdemeanor approach, the following method will be employed to organize the 36th District Court's bi-monthly data reports generated relative to Misdemeanor 1 and Misdemeanor 2:

1. Compile all cases where a Defendant name ("Basic Demographic Data" data point 1.), Date of birth ("Basic Demographic Data" data point 3.), and "Charge date" ("Charge and Arrest Data" data point 7.) are the same.
2. If all cases have a case type of "SM," "OM," "SD," or "OD," the cases will be included in the Misdemeanor 1 bi-monthly data report.
3. If all cases have a case type of "OT" or "ST," the cases will be included in the Misdemeanor 2 bi-monthly data report.
4. If there are a mix of case types between 2. and 3. above, include all of the cases on one line in the Misdemeanor 1 bi-monthly data report, with the "OT" and "ST" cases being included in the "Additional Charge," "AdditionalChargeCode" and "AdditionalChargeCases" columns.

### (1) Misdemeanor 1

Subject to the general overview related to misdemeanors above, for the 36th District Court's report generated relative to Misdemeanor 1, the report will consist of the available and applicable data organized by case number or "charge date", as applicable, with the most serious underlying criminal charge involved listed on **Exhibit A** to Appendix 1.

### (2)   Misdemeanor 2

For Misdemeanor 2 matters, the 36th District Court will provide data relative to arraignments that occurred as the result of the issuance or enforcement of a Capias Warrant in a Misdemeanor 2 bi-monthly data report (i.e., "ST" or "OT" misdemeanor matters only in which a Capias Warrant was enforced).  It is understood that the data that is to be reported in Misdemeanor 2 cases pertains only to the arraignment on the Capias Warrant, and that no data need be provided regarding the prior or initial arraignment, on the underlying "ST" or "OT" misdemeanors in question.

Subject to the general overview related to misdemeanors above, and the limited data disclosure aspect, for the 36th District Court's report generated relative to Misdemeanor 2, the report will consist of the available and applicable data organized by case number or "charge date", as applicable, with the most serious underlying criminal charge involved listed on **Exhibit B** to Appendix 1.  The Misdemeanor 2 bi-monthly data report will not populate any Release Rate.

### 3.   Release Rates

**Exhibit I** to Appendix 1 sets forth the Release Rate formulas for the Misdemeanor Offense Category (i.e., Misdemeanor 1), Felony Offense Category A, and Felony Offense Category B. **Exhibit I** to Appendix 1 may be amended as necessary to ensure the Release Rate buckets for the Offense Categories are populated consistent with the terms of the Agreement.

The Release Rate buckets for the Offense Categories are:

1. <u>Misdemeanor Offense Category</u> (defined in Paragraph 47.a. of the Agreement): Most serious underlying criminal charge under the case number or "charge date," as applicable, is listed on **Exhibit A** to Appendix 1.  The Misdemeanor Offense Category Release Rate is 97%.

2. <u>Felony Offense Category A</u> (defined in Paragraph 47.b. of the Agreement):  Most serious underlying criminal charge under the case number is listed on **Exhibit C** to Appendix 1, and for which the answer to "Arraignment Questions" Question 3.a. in the Judicial Determinations Data Creation Checklist (**Exhibit H** to Appendix 1) is "No."  The Felony Offense Category A Release Rate is 80%.

3. <u>Felony Offense Category B</u> (defined in Paragraph 47.c. of the Agreement):  Most serious underlying criminal charge under the case number is listed on **Exhibit E** to Appendix 1, and for which the answer to "Arraignment Questions" Question 3.a. of the Judicial Determinations Data Creation Checklist (**Exhibit H** to Appendix 1) is "No."  Additionally, the Felony Offense Category B Report is also populated when the most serious underlying criminal charge under the case number is an offense listed on **Exhibit F** to Appendix 1.  The Felony Offense Category B Release Rate is 90%.

If the answer to "Arraignment Questions" Question 3.a. in the Judicial Determinations Data Creation Checklist (**Exhibit H** to Appendix 1) is "Yes," then regardless of the answer to Question 3.b. in the Judicial Determinations Data Creation Checklist, the result is not part of a Release Rate bucket.

The Arraignment Questions Flow and Bail Redetermination Hearing Questions Flow included as part of **Exhibit H** to Appendix 1 are a visual representation of the questions and the question flow relative to the Judicial Determinations Data Creation Checklist.

The Release Rate Calculation Flow included as part of **Exhibit I** to Appendix 1 is a visual representation of the calculation of release rates based on the Release Rate formulas.

### 4. Redetention Limit

**Exhibit J** to Appendix 1 sets forth the Redetention Limit formula for the Misdemeanor Offense Category (i.e., Misdemeanor 1), Felony Offense Category A, and Felony Offense Category B.  **Exhibit J** to Appendix 1 may be amended as necessary to ensure the Redetention Limit for the Offense Categories is populated consistent with the terms of the Agreement.

The Redetention Rate Calculation Flow included as part of **Exhibit J** to Appendix 1 is a visual representation of the calculation of the Actual Redetention Rate based on the Redetention Limit formula.

### 5. Bi-Monthly Data Report – Data Point Chart

The below Data Report Data Point Chart identifies data points for bi-monthly data reports under Paragraph 49 of the Agreement.  Where applicable, the below Data Report Data Point Chart also identifies the "Phase 1 Meeting Data" referenced in the Agreement (e.g., Paragraph 51), and identifies the data subject to the limited data disclosure relative to Arraignments that occurred as the result of the issuance or enforcement of a Capias Warrant (i.e., "ST" or "OT" misdemeanors in which a Capias Warrant was enforced).

Basic Demographic Data

|  | Source | Comments |
|---|---|---|
| 1. Name | JIS |  |
| 2. Race | JIS |  |
| 3. Date of Birth | JIS | Only year of birth will be populated in the report |
| 4. Sex | JIS |  |

| 5. Zipcode of residence | JIS | |
|---|---|---|

Charge and Arrest Data

| | Source | Comments |
|---|---|---|
| 6. Case number | JIS | |
| 7. Charge | JIS | |
| 8. Top charge | JIS | |
| 9. Severity level (Misdemeanor/Felony) and Release Rate Categories | JIS | |
| 9.a. Misdemeanor Offense Category | JIS | |
| 9.b. Felony Offense Category A (Accused Individuals whose most serious charge is listed in MCL 791.236(20), MCL 750.411i, MCL 750.110a(2), but is not an offense enumerated in Article I, Section 15 of the Michigan Constitution or MCR 6.106(B)) | | |
| 9.c. Felony Offense Category B (Accused Individuals whose most serious charge is any felony offense other than those listed in the Felony Offense Category A and other than those offenses enumerated in Article I, Section 15 of the Michigan Constitution or MCR 6.106(B)) | | |
| 10. Intentionally Left Blank | | |

What Happens at the Arraignment?

|  | Source | Comments |
|---|---|---|
| 11. Date of arraignment | JIS |  |
| 12. Arraigning Presiding Officer | JIS | Phase 1 Meeting Data |
| 13. Was any cash bail imposed at arraignment? | JIS |  |
| 14.a. If cash bail was imposed, what amount? | JIS |  |
| 14.b. If cash bail was imposed, what type (i.e., cash/surety, cash only, 10%)? | JIS |  |
| 15. If Defendant was arrested on a capias warrant, what was the amount of the bond set by the capias warrant as to the case number at issue?  [Answering this field needs to clearly delineate whether or not this is an FTA case.] | JIS |  |
| 15.a. Bond after capias warrant arraignment as to the case number at issue | JIS |  |
| 15.b. If capias bond was imposed, what type (i.e., cash/surety, cash only, 10%)? |  |  |
| 15.c. Date of capias bond |  |  |
| 16. Intentionally Left Blank |  |  |
| 17. Intentionally Left Blank |  |  |
| 18. Intentionally Left Blank |  |  |

7

Tracking Whether Bail Turned Out to Be Unaffordable

| | Source | Comments |
|---|---|---|
| 19. Date bond posted (if posted) | JIS | |
| 20. Intentionally Left Blank | | |
| 21. Intentionally Left Blank | | |
| 22. Was unaffordable bond imposed under paragraph 27 of the Agreement? | | |
| 23. If unaffordable bond was imposed under paragraph 27 of the Agreement, and the Defendant did not post bond within 48-72 hours of the Agreement, did a Bail Redetermination hearing Occur? | JDCD | Dependent on "Tracking Whether Bail Turned Out to Be Unaffordable" data point 22. |
| 23.a. If so, when? | | Dependent on "Tracking Whether Bail Turned Out to Be Unaffordable" data point 22. and 23. |
| 23.b. What was the resulting bond? | | Dependent on "Tracking Whether Bail Turned Out to Be Unaffordable" data point 22. and 23. |
| 23.c. Presiding Officer | | Dependent on "Tracking Whether Bail Turned Out to Be Unaffordable" data point 22. and 23.  Phase 1 Meeting Data |

8

| | | |
|---|---|---|
| 23.d. Type of bond posted (10%/full bond/surety/bondsperson) | | Dependent on "Tracking Whether Bail Turned Out to Be Unaffordable" data point 22. and 23. |
| 24. If the Defendant was supposed to have affordable bond, and/or did not post their bond within 24 hours of the arraignment, did a Bail Redetermination hearing occur? | JDCD | |
| 24.a. If so, when? | | Dependent on "Tracking Whether Bail Turned Out to Be Unaffordable" data point 24. |
| 24.b. What was the resulting bond? | | Dependent on "Tracking Whether Bail Turned Out to Be Unaffordable" data point 24. |
| 24.c. Presiding Officer | | Dependent on "Tracking Whether Bail Turned Out to Be Unaffordable" data point 24.<br><br>Phase 1 Meeting Data |
| 24.d. Type of bond posted (10%/full bond/surety/bondsperson) | | Dependent on "Tracking Whether Bail Turned Out to Be Unaffordable" data point 24. |
| 25. Intentionally Left Blank | | |

Tracking Subsequent Pre-Trial Phases

| | Source | Comments |
|---|---|---|
| 26. Date of first regularly scheduled hearing before the district judge (PCC in a felony; pre-trial in a misdemeanor) | JIS | |
| 26.a. Presiding Officer | JIS | Phase 1 Meeting Data |
| 27. Was Cash Bail newly imposed or increased at the first regularly scheduled hearing before the district judge (PCC in a felony; pre-trial in a misdemeanor)? | JIS | |
| 27.a. If so, what was the new Cash Bail amount? | JIS | |
| 27.a.1. If so, what was the new bond type (i.e., cash/surety, cash only, 10%)? | JIS | |
| 27.b. If Cash Bail was newly imposed or increased, was bond posted? | JIS | |
| 27.c. If so, when was bond posted? | JIS | |

Counsel

| | Source | Comments |
|---|---|---|
| 28. Whether arrestee was represented by an attorney at arraignment | JIS | |
| 29. If counsel was appointed, date counsel was appointed | JIS | |

10

VII.   <u>Additional Data Based on **Exhibit H** to Appendix 1 - Judicial Determinations Data Creation Checklist)</u>

| **Arraignment Questions** |
|---|

|  | **Source** | **Comments** |
|---|---|---|
| 1. Was the Accused Individual given an opportunity to complete a Financial Information Intake Form?<br><br>☐ Yes<br><br>☐ No | JDCD | See **Exhibit G** to Appendix 1. |
| 2. Have you provided an opportunity for information from the Financial Information Intake Form to be presented?<br><br>☐ Yes<br><br>☐ No | JDCD | See **Exhibit G** to Appendix 1. |
| 3.a. Is the Accused Individual charged with an offense for which pretrial detention may be authorized by MCR 6.106(B) and Article I, Section 15 of the Michigan Constitution?<br><br>☐ Yes<br><br>☐ No | JDCD | |
| 3.b. If YES to 3.a., was the Accused Individual ordered detained based upon a finding that the proof of their guilt was evident or the presumption great? | JDCD | |

11

| | | |
|---|---|---|
| ☐ Yes<br><br>☐ No | | |
| 4. If Cash Bail was imposed, is a finding made that the Cash Bail was affordable?<br><br>   ☐ Yes (Payment found to be affordable)<br><br>   ☐ No (Payment found to be unaffordable)<br><br>   ☐ NI (Not Imposed) | JDCD | |
| 5. If Cash Bail was not found to be affordable, is a finding made on the record, by clear and convincing evidence that is particular to the Accused Individual, that the Accused Individual presents an identified and articulable danger to any person or the public that cannot be managed by Non-Cash Release Conditions?<br><br>   ☐ Yes<br><br>   ☐ No | JDCD | |
| 6. If Cash Bail was not found to be affordable, is a finding made on the record, by a preponderance of the evidence that is particular to the Accused Individual, that Unaffordable Bail is reasonably necessary to ensure the Accused Individual's appearance is required and that the risk of non-appearance cannot be managed by Non-Cash Release Conditions? | JDCD | |

12

| | | |
|---|---|---|
| ☐ Yes<br><br>☐ No | | |
| 7. If Cash Bail was imposed, has the Accused Individual indicated that s/he is deliberately not paying for imposed Cash Bail for a reason(s) other than unaffordability?<br><br>☐ Yes<br><br>☐ No | JDCD | |

| **Bail Redetermination Hearing Questions** | | |
|---|---|---|
| | **Source** | **Comments** |
| 1. What type of Bail Redetermination hearing is being conducted?<br><br>☐ Affordable<br><br>☐ Unaffordable | JDCD | |
| 2. Was the Accused Individual given an opportunity to complete a Financial Information Intake Form?<br><br>☐ Yes<br><br>☐ No | JDCD | See **Exhibit G** to Appendix 1. |
| 3. Have you provided an opportunity for information from the Financial Information Intake Form to be presented?<br><br>☐ Yes | JDCD | See **Exhibit G** to Appendix 1. |

13

| | | |
|---|---|---|
| ☐ No | | |
| 4. If Answer to Question 1 is "Unaffordable," have you provided an opportunity for information to be presented on why it was incorrect to impose Unaffordable Cash Bail?<br><br>☐ Yes<br><br>☐ No | JDCD | |
| 5. If Answer to Question 1 is "Affordable," have you provided an opportunity for information to be presented on why the Accused Individual remains detained?<br><br>☐ Yes<br><br>☐ No | JDCD | |
| 6. What is the result of the Bail Redetermination Hearing?<br><br>☐ a. Cash Bail reduced to a lower amount determined to be affordable<br><br>☐ b. Cash Bail eliminated<br><br>☐ c. Accused Individual remains detained because the Accused Individual indicated that s/he is deliberately not paying for imposed Cash Bail for a reason(s) other than unaffordability<br><br>☐ d. Unaffordable Cash Bail maintained at the original or higher amount | JDCD | |

14



or a lesser amount deemed to be unaffordable because:

_____ 1. a finding is made on the record, by clear and convincing evidence that is particular to the Accused Individual, that the Accused Individual presents an identified and articulable danger to any person or the public that cannot be managed by Non-Cash Release Conditions

_____ 2. a finding is made on the record, by a preponderance of the evidence that is particular to the Accused Individual, that Unaffordable Bail is reasonably necessary to ensure the Accused Individual's appearance as required and that the risk of non-appearance cannot be managed by Non-Cash Release Conditions

**6.**    <u>**Annual Data Reports Data Point Chart**</u>

The 36th District Court's Annual Reports will be generated by the 36th District Court and published on the 36th District Court's website in Adobe PDF (.pdf) file format.  The Annual Reports will consist of line-by-line/column-by-column data and be based on available and applicable data from the 36th District Court's bi-monthly data reports for the year in question, as set forth in the Annual Data Reports –Data Point Chart.

|  | **Source** | **Comments** |
|---|---|---|
| 1. Bi-monthly Actual Release Rates | Data Reports | Available and applicable data to be broken down by race.<br><br>Available and applicable data to be broken down by sex. |
| 2. Bi-monthly Actual Redetention Rate | Data Reports | Available and applicable data to be broken down by race.<br><br>Available and applicable data to be broken down by sex. |
| 3. Actual Annual Release Rates | Data Reports | Available and applicable data to be broken down by race.<br><br>Available and applicable data to be broken down by sex. |
| 4. Actual Annual Redetention Rate | Data Reports | Available and applicable data to be broken down by race.<br><br>Available and applicable data to be broken down by sex. |
| 5. Number of individuals charged with crimes in the Misdemeanor Offense Category (i.e. Misdemeanor 1) in the 36th District Court each year | Data Reports | Available and applicable data to be broken down by race.<br><br>Available and applicable data to be broken down by sex. |

| | | |
|---|---|---|
| 6. Number of individuals charged with crimes in the Felony Offense Category A in the 36th District Court each year | Data Reports | Available and applicable data to be broken down by race.<br><br>Available and applicable data to be broken down by sex. |
| 7. Number of individuals charged with crimes in Felony Offense Category B in the 36th District Court each year | Data Reports | |
| 8. Number of individuals charged with a crime in the Misdemeanor Offense Category in the 36th District Court each year who count as having been ordered released for purposes of the Actual Release Rate for the Misdemeanor Offense Category | Data Reports | |
| 9. Number of individuals charged with a crime in the Felony Offense Category A in the 36th District Court each year who count as having been ordered released for purposes of the Actual Release Rate for Felony Offense Category A | Data Reports | |

17

| | | |
|---|---|---|
| 10. Number of individuals charged with a crime in the Felony Offense Category B in the 36th District Court each year who count as having been ordered released for purposes of the Actual Release Rate for Felony Offense Category B | Data Reports | |

# EXHIBIT A TO APPENDIX 1

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 01033 | 10.33 | SM | EXEC ORDERS | EXECUTIVE ORDERS - VIOLATION |
| M | 1033 | 10.33 | SM | EXECUTIVE OR | EXECUTIVE ORDERS - VIOLATION |
| M | 131016 | 13.1016 | SM | BRIBE EMPLYE | BRIBING AN EMPLOYEE OF THE AUDITOR GENERAL |
| M | 131017 | 13.1017 | SM | EMP RCV BRIB | AUDITOR GENERAL - EMPLOYEE RECEIVING/SOLICITING A BRIBE |
| M | 0152721 | 15.2721 | SM | OPEN MTG VIO | OPEN MEETING ACT VIOLATION-FIRST OFFENSE |
| M | 0152722 | 15.2722 | SM | OPEN MTG VIO | OPEN MEETING ACT VIO.-2ND OFFENSE NOTICE |
| M | 0183662 | 18.3662 | SM | CVICTIM SERV | CRIME VICTIM SERVICES-DISCLOSING CONFIDENTIAL INFORMATION |
| M | 019142 | 19.142 | SM | STATE PROPTY | STATE PROPERTY VIOLATIONS |
| M | 0282952 | 28.2952 | SM | ST. ID CARD | STATE ID CARD-STOLEN/USE WO/PERMISSION |
| M | 282952 | 28.2952 | SM | ID CARD STOL | STATE ID CARD STOLEN/USED WITHOUT PERMISSION |
| L | 490 | 28.729 | OM | FL VER ADD | FAILED TO VERIFY ADDRESS -SEX OFFENDER |
| M | 0287292 | 28.7292 | SM | SEX OFFENDER | SEX OFFENDERS-FAILURE TO COMPLY W/ REPORTING DUTIES |
| L | 491 | 028.7292 | OM | FL UPDATE AD | FAIL TO UPDATE ADDRESS -SEX OFFENDER |
| M | 0287293 | 28.7293 | SM | SEX OFFENDER | SEX OFFENDERS-FAILURE TO SIGN REGISTRATION |
| M | 287294 | 28.7294 | SM | FAIL PAY FEE | SEX OFFENDERS-REFUSING/FAILING TO PAY REGISTRATION FEE |
| M | 028730 | 28.730 | SM | SEX OFND INF | SEX OFFENDERS - DIVULGING REGISTRA. INFO |
| M | 287542 | 28.7542 | SM | FALS REP-MIS | FALSE REPORT OF A MISSING DISABLED CHILD |
| M | 287865 | 28.7865 | SM | IMP FUNDRAIS | MICHIGAN LAW ENFORCEMENT MEMORIAL-IMPROPER FUNDRAISING |
| M | 02922 | 29.22 | SM | FIRE CODE | FIRE PREVENTION CODE - RULE VIOLATION |
| M | 02926 | 29.26 | SM | FIRE ALARM | FIRE PREVENTION CODE-CERT FIRE ALARM/SUPPRESSION FIRMS |
| M | 02928 | 29.28 | SM | FIRE ALARM | FIRE PREVENTION CODE-FIRE ALARM FIRMS/CERTIFICATE DISPLAY |
| M | 02929 | 29.29 | SM | FIRE ALARM | FIRE PREVENTION CODE-APPROVE FIRE ALARM/SUPPRESSION SYSTEM |
| M | 02930 | 29.30 | SM | FIRE CODE | FIRE PREVENTION CODE-VIOLATION REPORTING |
| M | 0294 | 29.4 | SM | REPORT FIRE | FIRE PREVENTION CODE-REPORT FIRE/INFO TO FIRE MARSHAL |
| M | 02943 | 29.43 | SM | EXPLOSIVES | EXPLOSIVES-HANDLE/SALE, ETC. WITHOUT A PERMIT |
| M | 0295 | 29.5 | SM | HAZARD MATRL | FIRE PREVENTION CODE-HAZARDOUS MATERIALS |
| M | 02951 | 29.51 | SM | EXPLOSIVES | EXPLOSIVES - DEALER VIOLATIONS |
| M | 02952 | 29.52 | SM | EXPLOSIVES | EXPLOSIVES - TRANSFER/ASSIGNING PERMIT |
| M | 02953 | 29.53 | SM | EXPLOSIVES | EXPLOSIVES - IMPROPER STORAGE |
| M | 02954 | 29.54 | SM | EXPLOSIVES | EXPLOSIVES-HANDLE WHILE UNDER THE INFLU. |
| M | 30405 | 30.405 | SM | STATE-EMERG. | EMERGENCY MANAGEMENT-STATE OF EMERGENCY-DISOBEYING EXEC. ORD. |
| M | 30421 | 30.421 | SM | TERROR ALERT | EMERGENCY MANAGEMENT-TERRORISM ALERT-DISOBEY EXEC. ORDER |
| M | 035833 | 35.833 | SM | GRAVE FLAGS | VETERANS-GRAVE FLAGS-REMOVE OR DESTROY |
| M | 37273 | 37.273 | SM | INTERNET | INTERNET PRIVACY ACT - EMPLOYER VIOLATIONS |
| M | 37274 | 37.274 | SM | INTERNET | INTERNET PRIVACY ACT - EDUCATIONAL INSTITUTION VIOLATIONS |
| M | 052204 | 52.204 | SM | DEAD BODIES | DEAD BODIES - REMOVE W/O MEDICAL EXAMINER PERMISSION |
| M | 052210 | 52.210 | SM | DEAD BODIES | DEAD BODIES - NO CREMATION PERMIT |
| M | 55309 | 55.309 | SM | NOTARY-GENRL | NOTARY PUBLIC - GENERAL VIOLATIONS |

Exhibit A to Appendix 1
List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 711 | 123.1104 | OM | FIREARMS ORD | VIOLATION OF FIREARMS ORDINANCE |
| M | 12368 | 123.68 | SM | COUNTY PARKS | COUNTY PARKS & AIRPORTS-RULES AND REGULATIONS VIOLATION |
| M | 1251511 | 125.1511 | SM | NO BLDG PRMT | STATE CONSTRUCTION CODE ACT-NO BUILDING PERMIT |
| M | 1251523 | 125.1523 | SM | CONSTR VIO | STATE CONSTRUCTION CODE VIOLATIONS |
| M | 1252313 | 125.2313 | SM | MOBILE HM PK | MOBILE HOME PARKS-CONSTRUCTING WITHOUT PERMIT |
| M | 1252316 | 125.2316 | SM | MOBILE HM PK | MOBILE HOME PARKS-OPERATE WITHOUT A LICENSE |
| M | 1252321 | 125.2321 | SM | MOBILE HOME | MOBILE HOME DEALERS - NO LICENSE |
| M | 1252324 | 125.2324 | SM | MOBILE HOME | MOBILE HOME DEALER VIOLATIONS |
| M | 1252327 | 125.2327 | SM | MOBILE HOMES | MOBILE HOMES - UNLAWFUL SALES |
| M | 1252328 | 125.2328 | SM | MOBILE HM PK | MOBILE HOME PARK-UNFAIR/DECEPTIVE PRACTICES |
| M | 1252342 | 125.2342 | SM | MOBILE HOMES | MOBILE HOMES COMMISSION ACT-CODE VIOLATION |
| M | 1684991 | 168.4991 | SM | ELECTION LAW | ELECTION LAW-VOTER REGISTRATION-FALSE STATEMENT |
| M | 1684992 | 168.4992 | SM | ELECTION LAW | ELECTION LAW-CLERK-ACCEPTING FEE FOR REGISTRATION |
| M | 1687273 | 168.7273 | SM | ELECTION LAW | ELECTION LAW-CHALLENGE TO ANNOY ELECTOR |
| L | 998.2 | 168.744 | OM | ELECTION LAW | ELECTION LAW - POLLING PLACE VIOLATIONS |
| M | 168759 | 168.759 | SM | FALSE STMNT | EL-FALSE STATEMENT IN APPLICATION FOR ABSENTEE BALLOT |
| M | 168760 | 168.760 | SM | ABSENTEE BAL | ELECTION LAW-FAIL TO KEEP PROPER RECORDS OF ABSENT BALLOT |
| M | 1688482 | 168.8482 | SM | ELECTION LAW | ELECTION LAW-ELECTED CAND.-FAIL TO FILE POSTELECTION STATEMNT |
| M | 1689313 | 168.9313 | SM | FALSE STMENT | EL-FLS. STMTS. RE CANDIDATE WO/AUTHORIZ. |
| M | 168944 | 168.944 | SM | INCUMBENCY | EL-WRONGFUL USE - INCUMBENCY DESIGNATION |
| M | 168945 | 168.945 | SM | INDUCE VOTER | EL-INDUCE UNQUALIFIED VOTER TO APPLY ABSENTEE BALLOT |
| M | 168947 | 168.947 | SM | VOTING KEYS | EL-POSSESS VOTING MACHINE MASTER KEYS |
| M | 168957 | 168.957 | SM | ELECTION LAW | EL-RECALL PETITION-FALSE STATEMENT |
| M | 169224 | 169.224 | SM | FILE STATEMT | CF-FAIL TO FILE STATEMENT OF ORGANIZATION |
| M | 169233 | 169.233 | SM | CAMPAIGN STM | CAMPAIGN FINANCE-FAIL TO FILE CAMPAIGN STATEMENTS |
| M | 169234 | 169.234 | SM | CAMPAIGN STM | CAMPAIGN FINANCE-BALLOT COMMITTEE-FAIL TO FILE CAMPAIGN STMT |
| M | 1692411 | 169.2411 | SM | CAMPAIGN FIN | CAMPAIGN FINANCE - CASH VIOLATIONS |
| M | 1692412 | 169.2412 | SM | CAMPAIGN FIN | CAMPAIGN FINANCE-ANONYMOUS CONTRIBUTIONS |
| M | 1692416 | 169.2416 | SM | CONTRIBUTION | CAMPAIGN FINANCE-CONTRIBUTIONS UNDER AN ASSUMED NAME |
| M | 1692421 | 169.2421 | SM | AGNCY CONTBN | CAMPAIGN FINANCE-AGENCY CONTRIBUTION VIOLATIONS |
| M | 1692422 | 169.2422 | SM | CONTRIBUTION | CAMPAIGN FINANCE-OUT OF STATE CONTRIBUTIONS |
| M | 1692423 | 169.2423 | SM | DONORS NAME | CAMPAIGN FINANCE-FAIL TO OBTAIN DONOR'S NAME & ADDRESS |
| M | 1692424 | 169.2424 | SM | CAMP. FINANC | CAMPAIGN FINANCE-OUT-OF-STATE CONTRIB.-PAYROLL DEDUCTIONS |
| M | 169243 | 169.243 | SM | EXP VIOLATN | CAMPAIGN FINANCE-EXPENDITURE VIOLATIONS BY AGENTS |
| M | 1692441 | 169.2441 | SM | CONTRIBUTION | CAMPAIGN FINANCE-ILLEGAL TRANSFER OF CONTRIBUTIONS |
| M | 1692442 | 169.2442 | SM | CONTRIBUTION | CAMPAIGN FINANCE-CANDIDATE COMMITTEE CONTRIBUTE TO EACH OTHE |
| M | 1692443 | 169.2443 | SM | CONTRIB/10DY | CAMPAIGN FINANCE-PAY COMMITTEE CONTRIBUTION W/I 10 DAYS |
| M | 1692444 | 169.2444 | SM | CAMPGN FINAN | CAMPAIGN FINANCE - JOINT FUND RAISERS |

Exhibit A to Appendix 1

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 169247 | 169.247 | SM | CAMPGN FINAN | CAMPAIGN FINANCE-ADVERTISING VIOLATIONS |
| M | 169252 | 169.252 | SM | EXCESS CONTR | CAMPAIGN FINANCE-EXCESS CONTRIB. FOR STATE OFFICE CANDIDATE |
| M | 169267 | 169.267 | SM | SPEND>1.5 M | CAMPAIGN FINANCE-SPEND OVER $1,500,000 FOR 1 ELECTION |
| M | 169268 | 169.268 | SM | DEBT EXP LMT | CAMPAIGN FINANCE-DEBTS EXCEEDING EXPENDITURE LIMIT |
| M | 169269 | 169.269 | SM | CAMPGN FINAN | CAMPAIGN FINANCE - EXCESS CONTRIBUTIONS |
| M | 1692711 | 169.2711 | SM | TRANSF CONTR | CAMPAIGN FINANCE-TRANSFERRING CONTRIBUTIONS |
| M | 1692712 | 169.2712 | SM | CONTRIBUTION | CAMPAIGN FINANCE-CONTRIBUTIONS BETWEEN CANDIDATE COMMITTEE |
| M | 205105 | 205.105 | SM | FAIL TO REG | TAXES-USE TAX-FAILURE TO REGISTER |
| M | 205108 | 205.108 | SM | USE TAX-CONS | TAXES - USE TAX - CONSUMER'S FAILURE TO COMPLY WITH ACT |
| M | 205274 | 205.274 | SM | TAX-GEN VIOL | TAXES-GENERAL VIOLATIONS |
| M | 20542811 | 205.42811 | SM | TOBACCO VIOL | TOBACCO PRODUCTS TAX ACT-OTHER TOBACCO PRODUCTS |
| M | 2054283 | 205.4283 | SM | TOB TAX ACT | TOBACCO PRODUCT TAX ACT-MISCELLANEOUS VIOLATIONS |
| M | 2054284 | 205.4284 | SM | TOB TAX ACT | TOBACCO PRODUCT TAX ACT VIOLATIONS-MISDEMEANOR |
| M | 20553 | 205.53 | SM | TAXES-SALES | TAXES-SALES/DOING BUSINESS W/O A LICENSE |
| M | 206455 | 206.455 | SM | INCOME TAX | INCOME TAX-FAIL TO KEEP RECORD/REFUSE INSPECTION |
| M | 2071051 | 207.1051 | SM | TAXES FUEL | TAXES-MOTOR FUEL TAX-FALSE CLAIMS |
| M | 2071070 | 207.1070 | SM | TAXES FUEL | TAXES-MOTOR FUEL TAX-SUPPLIER VIOLATIONS |
| M | 2071077 | 207.1077 | SM | TAXES FUEL | TAXES-MOTOR FUEL TAX-IMPORTER REPORT VIOLATIONS |
| M | 20710825 | 207.10825 | SM | TAXES FUEL | TAXES-MOTOR FUEL TAX-TANK WAGON OPERATOR-IMPORTER RPT VIOL. |
| M | 2071105 | 207.1105 | SM | TAXES FUEL | TAXES-MOTOR FUEL TAX-DELIVERY W/O PROVIDING SHIPPING PAPER |
| M | 2071106 | 207.1106 | SM | TAXES FUEL | TAXES-MOTOR FUEL TAX-SHIPPING PAPER RETENTION VIOLATIONS |
| M | 2071107 | 207.1107 | SM | TAXES FUEL | TAXES-MOTOR FUEL TAX-ACCEPT DELIVERY W/O PROPER SHIPPING PAPR |
| M | 2071136 | 207.1136 | SM | TAXES FUEL | TAXES-MOTOR FUEL TAX-GENERAL VIOLATIONS |
| M | 20719 | 207.19 | SM | TAX MALFEAS. | TAXES-STATE BOARD OF ASSESSORS/MALFEASANCE |
| M | 2072145 | 207.2145 | SM | FUEL TAX RET | MOTOR CARRIER-FUEL TAX RETURN-VIOLATIONS |
| M | 207225 | 207.225 | SM | MTR VEH-TAX | MOTOR VEHICLE - FUEL TAX ACT VIOLATIONS |
| M | 207226 | 207.226 | SM | MTR VEH-FUEL | MOTOR VEHICLE - FUEL TAX ACT FALSE STATEMENT |
| M | 2111202 | 211.1202 | SM | TAXES-EXMPT | TAXES-SCHOOL DISTRICT-FALSELY CLAIMING A HOMESTEAD EXEMPTION |
| M | 247182 | 247.182 | SM | HWYS-FENCE | HIGHWAYS-ERECTION OF FENCE/DANGEROUS OBSTRUCTION |
| M | 256635 | 256.635 | SM | DRIVER EDUC. | DRIVER EDUCATION-STOPPING OPERATION/LOSING QUALIFICATIONS |
| M | 256637 | 256.637 | SM | DRIVER EDUC. | DRIVER EDUCATION-INSTRUCTING BEFORE CERTIFICATION |
| M | 256649 | 256.649 | SM | DRIVER EDUC. | DRIVER EDUCATION-IMPROPER USE CRIMINAL HISTORY INFORMATION |
| M | 256699 | 256.699 | SM | DRIVER EDUC. | DRIVER EDUCATION-NO VALID CERTIFICATE |
| L | 706.1MT | 257.1833 | OM | PAINT | PUBLIC TRANSPORTATION (SCHOOL BUS YELLOW & BLACK) |
| L | 706.8 | 257.1851 | OM | SFTY ED CARD | PUBLIC TRANSPORTATION (SCHOOL BUS SAFETY EDUCATION) |
| L | 900.4 | 257.1929 | OM | UNCERT LIMO | UNCERTIFIED LIMO |
| L | 330.1 | 257.615 | OM | SGN/IMIT/TRF | SIGNS INITATING TRAFF CON DEV, THROWING CONCENTRATED BEAMS |
| M | 2576251 | 257.6251 | SM | OPERATING UI | OPERATING UNDER THE INFLUENCE |

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 2576253 | 257.6253 | SM | OPER-INTX PR | *OLD*OPER-ALLOW INTOX PERSON OPER MOTOR VEHICLE*REPL BY 257.6252-A |
| M | 2576255 | 257.6255 | SM | OUIL 2ND OFF | OPERATING - UNDER THE INFLUENCE 2ND OFFENSE |
| L | 555 | 257.656 | OM | OPER/SNMOBIL | OPERATE SNOWMOBILE ON PUBLIC AND PRIVATE PROPERTY |
| M | 2577326 | 257.7326 | SM | COMM W/MTR V | FELONY - COMMISSION WITH MOTOR VEHICLE - ADULT ADVISORY |
| M | 2579042 | 257.9042 | SM | OPERATE-SUS | OPERATING - SUSPENDED FOR FAILURE TO ANSWER CITATION |
| M | 2579043 | 257.9043 | SM | OPER-SUS LIC | *OLD*OPER-LIC SUSP,REVOKED,DENIED/ALLOW SUSP 2ND OFFNS*REPL 257.9041C |
| M | 259107 | 259.107 | SM | STATE AIRPRT | STATE AIRPORTS - TRAFFIC VIOLATIONS |
| M | 259179 | 259.179 | SM | AIRCRAFT/HNT | AIRCRAFT - HUNTING FROM |
| M | 259180 | 259.180 | SM | OPER/AIRCRAF | AIRCRAFT - RECKLESS OPERATION |
| M | 259181 | 259.181 | SM | TAMPER/DEV | TAMPERING/ILLEGAL POSSESSION OF DEVICES USED FOR MARKING |
| M | 259182 | 259.182 | SM | AIRPORTS-ANM | AIRPORTS - ALLOWING ANIMAL TO RUN AT LARGE |
| M | 259184 | 259.184 | SM | AIRPORT-TRES | AIRPORTS - TRESPASSING |
| L | 327.1 | 259.184 | OM | TRES AIRPORT | CONDUCT REQUIRING AUTHORIZATION BY AIRPORT MANAGEMENT |
| M | 259185 | 259.185 | SM | AIRCRFT-OUIL | AIRCRAFT - OUIL/PER SE |
| M | 2591851 | 259.1851 | SM | AIRCRFT-OUIL | AIRCRAFT - OPERATION UNDER THE INFLUENCE |
| M | 2591852 | 259.1852 | SM | AIRCRFT-UBAL | AIRCRAFT - BLOOD ALCOHOL 0.04% OR MORE |
| M | 2591853 | 259.1853 | SM | AIRCRFT-DRIN | AIRCRAFT - OPERATE WITHIN 8 HOURS OF DRINKING/DRUGS |
| M | 2591857 | 259.1857 | SM | AIRCRFT-OUIL | AIRCRAFT - OUIL - 2ND OFFENSE NOTICE |
| M | 259186 | 259.186 | SM | AIRCRFT-VIOL | AIRCRAFT - LET INTOXICATED PERSON OPERATE |
| M | 259204 | 259.204 | SM | AIRCRFT FUEL | AIRCRAFT FUEL - IMPROPER STORAGE/DISPENSE |
| M | 25976 | 259.76 | SM | AIRCRFT-UNRG | AIRCRAFT - UNREGISTERED |
| M | 25978 | 259.78 | SM | AIRCRFT-REGI | AIRCRAFT - REPORTING SALE/TRANSFER REGISTRATION |
| M | 25979 | 259.79 | SM | AIRCRFT-CERT | AIRCRAFT - DISPLAY CERTIFICATE/DECALS |
| M | 25980 | 259.80 | SM | AIRCRFT-LIMT | AIRCRAFT - OPERATING BEYOND LIMITATIONS |
| M | 25981 | 259.81 | SM | AIRCRFT-INSP | AIRCRAFT - HINDERING INSPECTION |
| M | 25982 | 259.82 | SM | AIRCRFT-DLR | AIRCRAFT - DEALER VIOLATIONS |
| M | 25983 | 259.83 | SM | AIRMEN-CERT | AIRMEN-OPERATING IN VIOL. OF FEDERAL CERTIF. REQUIREMENTS |
| M | 25985 | 259.85 | SM | FLIGHT SCHOL | FLIGHT SCHOOL VIOLATIONS |
| M | 25986 | 259.86 | SM | AIRPORT PRMT | AIRPORTS - OPERATING WITHOUT PERMITS |
| M | 25989 | 259.89 | SM | AIR.COMM APP | AIRPORTS - EST. PERSONAL LANDING AREA W/O COMMISSION APPROVAL |
| M | 280196 | 280.196 | SM | DRAINS | DRAINS-INSPECTION/MAINTENANCE-VIOLATION |
| M | 280423 | 280.423 | SM | DRAIN-POLLUT | DRAINS - POLLUTING |
| M | 2804236 | 280.4236 | SM | DRAIN-SEWAGE | DRAINS - CONNECTING SEWAGE WITHOUT APPROVAL |
| M | 280432 | 280.432 | SM | DRAIN COMMIS | DRAINS - OBSTRUCTING DRAIN COMMISSIONER |
| M | 280601 | 280.601 | SM | DRAIN PROFIT | DRAINS - ILLEGAL PROFIT BY COMMISSIONER |
| M | 280602 | 280.602 | SM | DRAIN STAKES | DRAINS - OBSTRUCTING/REMOVING STAKES |
| M | 285331 | 285.331 | SM | FARM INSRNCE | FARM PRODUCE INSURANCE ACT - VIOLATIONS |
| M | 28565 | 285.65 | SM | GRAIN DEALER | GRAIN DEALERS ACT - OPERATING WITHOUT A LICENSE |

4

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 285831 | 285.831 | SM | GRAIN/GENRAL | GRAIN DEALERS ACT - GENERAL VIOLATIONS |
| M | 285832 | 285.832 | SM | GRAIN/DEALER | GRAIN DEALERS ACT - DEALER VIOLATION |
| M | 285833 | 285.833 | SM | GRAIN/INTENT | GRAIN DEALERS ACT - INTENTIONAL DEALER VIOLATIONS |
| M | 286203 | 286.203 | SM | NRSRY INSPEC | NURSERY STOCK - FAIL TO ALLOW INSPECTION |
| M | 286206 | 286.206 | SM | NRSRY NO INS | NURSERY STOCK - SELL WITHOUT INSPECTION |
| M | 286208 | 286.208 | SM | NRSRY ILSALE | NURSERY STOCK - SALE OF DEFECTIVE STOCK |
| M | 286210 | 286.210 | SM | NURSRY STOCK | NURSERY STOCK - NO LICENSE |
| M | 286214 | 286.214 | SM | NRSRY REVLIC | NURSERY STOCK - USE OF REVOKED LICENSE |
| M | 286215 | 286.215 | SM | NRSRY NO TAG | NURSERY STOCK - SHIPPING WITHOUT TAGS |
| M | 286216 | 286.216 | SM | NRSRY TRANSP | NURSERY STOCK - TRANSPORT WITHOUT CERTIFICATE OF INSPECTION |
| M | 286218 | 286.218 | SM | INSECT-SALE | INSECTS - SALE OR TRANSFER WITHOUT PERMIT |
| M | 2862285 | 286.2285 | SM | QUARANTNE VL | INSECT PEST AND PLANT DISEASE-QUARANTINE VIOLATIONS |
| M | 286259 | 286.259 | SM | INSECT,PESTS | INSECT PESTS AND PLANT DISEASES - VIOLATION |
| M | 2862603 | 286.2603 | SM | VIO QUARANTN | INSECT PEST/PLANT DISEASE-VIOL QUARANTINE RULE OR ORDER |
| M | 286379 | 286.379 | SM | AG-ATMOS STO | AGRICULTURE-CONTROLLED ATMOSPHERE STORAGE-VIOLATIONS |
| M | 286558 | 286.558 | SM | PESTICIDES-U | PESTICIDES - UNREGISTERED |
| M | 286562 | 286.562 | SM | PESTICIDE-RE | PESTICIDES - RESTRICTED USE PESTICIDES APPLICATION |
| M | 286571 | 286.571 | SM | PESTICIDE-CE | PESTICIDES - ORDER TO CEASE USE OF |
| M | 286576 | 286.576 | SM | PESTICIDES - | PESTICIDES - RULE VIOLATIONS |
| M | 286609 | 286.609 | SM | NRSRY OBT LC | NURSERY STOCK - FAIL TO OBTAIN LICENSE |
| M | 286709 | 286.709 | SM | SEED LAW VIO | SEED LAW VIOLATIONS |
| M | 286814 | 286.814 | SM | BEES-OUTSTAT | BEES - SHIPPING OUT OF STATE |
| M | 2869292 | 286.9292 | SM | ORGANIC PROD | ORGANIC PRODUCTS ACT - GENERAL VIOLATIONS |
| M | 287118 | 287.118 | SM | HORSE VIOL | HORSE - RIDING STABLES AND SALES BARN VIOLATION |
| M | 287122 | 287.122 | SM | CATTLE WO LC | LIVESTOCK - DEALER WITHOUT LICENSE |
| M | 287123 | 287.123 | SM | CATTLE RECRD | LIVESTOCK - KEEPING DEALER'S RECORD |
| M | 287127 | 287.127 | SM | CATTLE INSPT | LIVESTOCK - SALE WITHOUT INSPECTION |
| M | 2871502 | 287.1502 | SM | ATHLETE SOLI | ATHLETES - SOLICIT TO ATTEND INSTITUTION |
| M | 2871503 | 287.1503 | SM | ATHLETES $$ | ATHLETES - SOLICIT MONEY TO ATTEND COLLEGE |
| M | 2872666 | 287.2666 | SM | DOGS-VACCIN | DOGS-FAIL TO KEEP VACCINATED |
| M | 287270 | 287.270 | SM | KENNEL VIOL. | DOGS-KENNEL FACILITY VIOLATIONS |
| M | 287279 | 287.279 | SM | KILL/INJ DOG | DOG - KILL/INJURE LICENSED DOG |
| M | 287312 | 287.312 | SM | TURTLES SALE | TURTLES - ILLEGAL SALE/DISTRIBUTION |
| M | 2873233 | 287.3233 | SM | ANIMAL-INJUR | ANIMALS - DANGEROUS ANIMALS CAUSING INJURY |
| M | 2873234 | 287.3234 | SM | ANIMAL/LARGE | ANIMALS - LET DANGEROUS ANIMAL RUN AT LARGE |
| M | 287333 | 287.333 | SM | PET SHOP LIC | PET SHOP - NO LICENSE |
| M | 287336 | 287.336 | SM | ANIM SHELTER | ANIMAL SHELTERS/POUNDS - UNREGISTERED |
| M | 287340 | 287.340 | SM | PET SHOP VIO | PET SHOP/DOG POUND/ANIMAL SHELTER - RULE VIOLATIONS |

Exhibit A to Appendix 1

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 287524 | 287.524 | SM | COMM FEED LW | COMMERCIAL FEED LAW - NO LICENSE |
| M | 287525 | 287.525 | SM | COMM FEED LW | COMMERCIAL FEED LAW - LABELING VIOLATIONS |
| M | 287526 | 287.526 | SM | COMM FEED LW | COMMERCIAL FEED LAW - NONPAYMENT OF FEES |
| M | 287528 | 287.528 | SM | COMM FEED LW | COMMERCIAL FEED LAW - ADULTERATED FEEDS |
| M | 287534 | 287.534 | SM | COMM FEED LW | COMMERCIAL FEED LAW - RULE VIOLATIONS |
| M | 2876791 | 287.6791 | SM | ANM-DEAD BOD | ANIMALS - DEAD BODIES-VIOLATIONS |
| M | 287717 | 287.717 | SM | SWINE | ANIMALS - SWINE - PSEUDORABIES |
| M | 287725 | 287.725 | SM | IMPORT SWINE | ANIMALS - SWINE IMPORTATION VIOLATIONS |
| M | 287734 | 287.734 | SM | FEEDER CATTL | ANIMALS - FEEDER CATTLE VIOLATIONS |
| M | 287736 | 287.736 | SM | LIVESTOCK | ANIMALS - LIVESTOCK FINISH FACILITY REQUIREMENT |
| M | 287737 | 287.737 | SM | SWINE SALE | ANIMALS - SWINE SALE VIOLATIONS |
| M | 287738 | 287.738 | SM | SWINE MARKET | ANIMALS - SWINE MARKET FACILITY/CONVEYANCE VIOLATIONS |
| M | 2877442 | 287.7442 | SM | ANIM INDUSTR | ANIMAL INDUSTRY ACT - RULE VIOLATIONS |
| M | 2878552 | 287.8552 | SM | PSEUDORABIES | PSEUDORABIES & SWINE BRUCELLOSIS - RULE |
| M | 287966 | 287.966 | SM | CERVIDAE VIO | ANIMAL INDUSTRY-PRIVATELY OWNED CERVIDAE-VIOLATIONS |
| M | 288106 | 288.106 | SM | MILK ACT VIO | MILK - MANUFACTURING MILK ACT VIOLATIONS |
| M | 28829 | 288.29 | SM | MILK ACT VIO | MILK - FLUID MILK ACT VIOLATIONS |
| M | 28951071 | 289.51071 | SM | FOOD LAW | FOOD LAW-VIOLATIONS |
| M | 289533 | 289.533 | SM | MAPLE SYRUP | MAPLE SYRUP REGULATIONS - VIOLATIONS |
| M | 289587 | 289.587 | SM | COMMINUTED M | COMMINUTED MEAT |
| M | 2895906 | 289.5906 | SM | CM-SALE/MFG. | COMMINUTED MEAT - SALE/MANUFACTURE OF ADULTERATED PRODUCT |
| M | 2896127 | 289.6127 | SM | SMOKING VIOL | FOOD LAW-SMOKING VIOLATIONS |
| M | 289707 | 289.707 | SM | FOOD LAW VIO | FOOD LAW VIOLATIONS - GENERAL |
| M | 289803 | 289.803 | SM | FOOD PROCESS | FOOD PROCESSING - FAILURE TO OBTAIN LICENSE |
| M | 2906292 | 290.6292 | SM | WGT OBSTRUCT | WEIGHTS & MEASURES - OBSTRUCTING OFFICERS |
| M | 290630 | 290.630 | SM | WGT IMPERSON | WEIGHTS & MEASURES - IMPERSONATE OFFICER |
| M | 2906312 | 290.6312 | SM | WGT FL DEVIC | WEIGHTS & MEASURES - FAIL TO DISCLOSE FRAUDULENT DEVICE |
| M | 290673 | 290.673 | SM | AG COMM MARK | AGRICULTURAL COMMODITITES MARKETING - VIOLATIONS |
| M | 2992261 | 299.2261 | SM | ENDNGR SPEC- | ENDANGERED SPECIES - TAKING/POSSESSING/BUYING/SELLING |
| M | 299358 | 299.358 | SM | PCB-WASTE DI | PCB'S - WASTE DISPOSAL |
| M | 2994101 | 299.4101 | SM | SLD WST-DSPL | SOLID WASTE - ESTABLISHING A DISPOSAL AREA WITHOUT A PERMIT |
| M | 2994131 | 299.4131 | SM | SLD WST-OPER | SOLID WASTE - OPERATING DISPOSAL AREA WITHOUT LICENSE |
| M | 2994302 | 299.4302 | SM | SLD WST-DSPO | SOLID WASTE - DISPOSAL OF REFUSE AT NON-LICENSED FACILITY |
| M | 2995181 | 299.5181 | SM | HZRD WST-FAC | HAZARDOUS WASTE - ESTABLISHING A FACILITY WITHOUT A PERMIT |
| M | 2995221 | 299.5221 | SM | HZRD WST-FAC | HAZARDOUS WASTE - OPERATING A FACILITY WITHOUT A LICENSE |
| M | 2995291 | 299.5291 | SM | HZRD WST-TRA | HAZARDOUS WASTE - TRANSPORTING WITHOUT A LICENSE |
| M | 299563 | 299.563 | SM | TIRES - IMPR | TIRES - IMPROPER DISPOSAL |
| M | 3002671 | 300.2671 | SM | VIOL WILDLIF | VIOLATION OF WILDLIFE CONSERVATION ACT/COMMISSION ORDER |

Exhibit A to Appendix 1

List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 3002673 | 300.2673 | SM | TAKING D/B/T | WILDLIFE CONSERVATION ACT - TAKING DEER/BEAR/TURKEYS |
| M | 3036 | 303.6 | SM | FISH LAW-BUY | SPORTSMEN FISHING LAW - BUY/SELL FISH |
| M | 308141 | 308.141 | SM | COMM FISHING | COMMERCIAL FISHING - LAKE HURON |
| M | 31211 | 312.11 | SM | GM LAW-TAKE | GAME LAW - TAKING GAME OUT OF SEASON |
| M | 317121 | 317.121 | SM | GPR CITYHUNT | GAME PROTECTION - HUNTING IN CITY PARKS |
| M | 317131 | 317.131 | SM | GPR EGRETS/H | GAME PROTECTION - KILL SNOWY HERONS & AMERICAN EGRETS |
| M | 317204 | 317.204 | SM | GPR SANCTUAR | GAME PROTECTION - PROHIBITED ACTS IN WILDLIFE SANCTUARY |
| M | 317222 | 317.222 | SM | PINE LKE ACT | GAME PROTECTION - UNLAWFUL ACT IN PINE LAKE SANCTUARY |
| M | 317223 | 317.223 | SM | PINE LK FISH | GAME PROTECTION - UNLAWFUL FISHING IN PINE LAKE SANCTUARY |
| M | 317231 | 317.231 | SM | GULL LKE ACT | GAME PROTECTION - UNLAWFUL ACTIVITIES GULL LAKE SANCTUARY |
| M | 317242 | 317.242 | SM | HARBR B FISH | GAME PROTECTION - ILLEGAL FISHING (HBR) |
| M | 317243 | 317.243 | SM | HARBR IL DEV | GAME PROTECTION - ILLEGAL FISHING DEVING (HBR) |
| M | 317251 | 317.251 | SM | GOGUAC LK IL | GAME PROTECTION - UNLAWFUL ACT. GOGUAC LAKE |
| M | 323278 | 323.278 | SM | DISPOSAL VIO | DISPOSAL VIOLATIONS |
| M | 324111181 | 324.111181 | SM | HAZ WASTE | HAZARDOUS WASTE - ESTABLISH FACILITY WITHOUT PERMIT |
| M | 324111231 | 324.111231 | SM | HAZ WASTE | HAZARDOUS WASTE - OPERATE FACILITY WITHOUT A LICENSE |
| M | 324111301 | 324.111301 | SM | HAZ. WASTE-T | |
| M | 324111351 | 324.111351 | SM | HAZARD WASTE | HAZARDOUS WASTE - FAILURE TO PROVIDE MANIFEST |
| M | 324111361 | 324.111361 | SM | HAZARD WASTE | HAZARDOUS WASTE - TRANSPORT DUTIES RE: DELIVERY |
| M | 324111362 | 324.111362 | SM | HAZARD WASTE | HAZARDOUS WASTE - TRANSPORTER RETAIN COPY OF MANIFEST |
| M | 32411137 | 324.11137 | SM | TREATMT FACL | HAZARDOUS WASTE - RAW TREATMENT/STORAGE FACILITY OPER. LIC. |
| M | 324111381 | 324.111381 | SM | HAZARD WASTE | HAZARDOUS WASTE - GENERATOR'S DUTIES |
| M | 324111382 | 324.111382 | SM | HAZARD WASTE | HAZARDOUS WASTE - GENERATOR & FACILITY OPERATOR RECORDS |
| M | 32411141 | 324.11141 | SM | HAZARD WASTE | HAZARDOUS WASTE - FAILURE TO MAINTAIN BOND |
| M | 324111445 | 324.111445 | SM | HAZARD WASTE | HAZARDOUS WASTE-FAILURE TO REPORT VIOLATIONS/EMERGENCIES |
| M | 32411147 | 324.11147 | SM | HAZARD WASTE | HAZARDOUS WASTE-TRANSPORTER REGISTRATION/PERMIT VIOLATIONS |
| M | 32411149 | 324.11149 | SM | HAZ WASTE | HAZARDOUS WASTE - DESTRUCTION OF WARNING SIGN |
| M | 324115091 | 324.115091 | SM | DISPOSAL ARE | SOLID WASTE - ESTABLISH A DISPOSAL AREA WO/A PERMIT |
| L | 786.4 | 324.115091 | OM | SOL WASTE VI | FAILED TO APPLY FOR & COMPLY W/CITY SOLID WASTE MGNT PLAN |
| M | 324115121 | 324.115121 | SM | SOLID WASTE | SOLID WASTE - DISPOSE REFUSE AT NON-LICENSE FACILITY |
| M | 324115122 | 324.115122 | SM | SOLID WASTE | SOLID WASTE - OPERATE DISPOSAL AREA WO/LICENSE |
| M | 32411513 | 324.11513 | SM | SOLID WASTE | SOLID WASTE - ACCEPTANCE OF OTHER COUNTY WASTE |
| M | 324115202 | 324.115202 | SM | SOLID WASTE | SOLID WASTE - IMPROPER DISPOSAL ON OWN LAND |
| M | 32411527 | 324.11527 | SM | SOLID WASTE | SOLID WASTE - WASTE HAULER VIOLATIONS |
| M | 324115283 | 324.115283 | SM | SOLID WASTE | SOLID WASTE - USE TRANSPORT UNIT ORDERED OUT OF SERVICE |
| M | 32411549 | 324.11549 | SM | SOLID WASTE | SOLID WASTE - VIOLATION OF RULES |
| L | 786.2 | 324.11549 | OM | LITTER VIOL | FAIL TO KEEP FACILITY FREE AND CLEAN OF LITTER |
| M | 32411702 | 324.11702 | SM | SEPTAGE WSTE | SEPTAGE WASTE - NO LICENSE |

7

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 32411703 | 324.11703 | SM | SEPTAGE WAST | SEPTAGE WASTE - FAIL TO MAINTAIN/DISPLAY REC |
| M | 32411704 | 324.11704 | SM | SEPTAGE WAST | SEPTAGE WASTE - VEHICLE LICENSE VIOLATIONS |
| M | 32411705 | 324.11705 | SM | SEPTAGE WAST | SEPTAGE WASTE - RELEASE FROM VEHICLE |
| M | 32411707 | 324.11707 | SM | SEPTAGE WAST | SEPTAGE WASTE - MOTOR VEHICLE DISPLAY |
| M | 32411708 | 324.11708 | SM | SEPT. WASTE | SEPTAGE WASTE - IMPROPER DISPOSAL WHEN FACILITY AVAILABLE |
| M | 32411709 | 324.11709 | SM | SEPT. WASTE | SEPTAGE WASTE - DISPOSAL ON LAND W/O PERMIT |
| M | 32411714 | 324.11714 | SM | SEPT. WASTE | SEPTAGE WASTE - DISPOSAL IN WATER |
| M | 32411719 | 324.11719 | SM | SEPT. WASTE | SEPTAGE WASTE - LICENSE/PERMIT VIOLATIONS |
| M | 324121072 | 324.121072 | SM | LIQ IND WAST | LIQUID INDUSTRIAL WASTE-REGISTRATION/PERMIT VIOLATIONS |
| M | 324121076 | 324.121076 | SM | LIQ IND WAST | LIQUID INDUSTRIAL WASTE - CONTAMINATION PREVENTION |
| M | 324121077 | 324.121077 | SM | LIQ IND WAST | LIQUID INDUSTRIAL WASTE - VEHICLE DECONTAMINATION |
| L | 786.3 | 324.12116 | OM | INDUST/VIOL | LIQUID INDUSTRIAL WASTE VIOLATION |
| M | 324121163 | 324.121163 | SM | LIQ IND WAST | LIQUID INDUSTRIAL WASTE - GENERAL VIOLATIONS |
| M | 32414704 | 324.14704 | SM | PCB'S DISPOS | PCB'S - WASTE DISPOSAL |
| M | 324147051 | 324.147051 | SM | PCB'S RULES | PCB'S - VIOLATING ADMINISTRATIVE RULE |
| M | 32414807 | 324.14807 | SM | ENVIR AUDIT | ENVIRONMENTAL AUDIT PROVISIONS - FRAUD USE |
| M | 32416704 | 324.16704 | SM | USED OIL | USED OIL - IMPROPER DISPOSAL |
| M | 324169091 | 324.169091 | SM | SCRAP TIRES | SCRAP TIRES - VIOLATION INVOLVING > 50 TIRES |
| M | 324169092 | 324.169092 | SM | SCRAP TIRES+ | SCRAP TIRES - VIOLATION INVOLVING 50< OR MORE TIRES |
| M | 324169093 | 324.169093 | SM | SCRAP TIRE 2 | SCRAP TIRES - VIOLATION - 2ND OR SUBSEQUENT OFFENSE NOTICE |
| M | 324171072 | 324.171072 | SM | BATTERY DISP | BATTERY DISPOSAL-VIOLATION |
| M | 324171073 | 324.171073 | SM | BATTERY DISP | BATTERY DISPOSAL-COMMERCIAL VIOLATION |
| M | 32417202 | 324.17202 | SM | MERCRY THERM | MERCURY THERMOMETERS - VIOLATION |
| M | 32420107 | 324.20107 | SM | HAZ SUBSTANC | HAZARDOUS SUBSTANCES - TEAR DOWN WARNING SIGN |
| M | 32421112 | 324.21112 | SM | STORAGE TANK | UNDERGROUND STORAGE TANK REG. VIOLATIONS |
| M | 32430102 | 324.30102 | SM | LAKES/STREAM | INLAND LAKES & STREAMS - NO PERMIT |
| M | 324301123 | 324.301123 | SM | LAKES/STREAM | INLAND LAKES & STREAMS - PERMIT VIOLATIONS |
| M | 324301124 | 324.301124 | SM | INLAND LAKES | INLAND LAKES & STREAMS - MINOR PROJECT VIOLATIONS |
| M | 324301125 | 324.301125 | SM | INLAND LAKES | INLAND LAKES & STREAMS - FALSE STATEMENT |
| M | 32430304 | 324.30304 | SM | FILL DRAIN | WETLANDS PROTECTION PART - FILL/DREDGE DRAIN W/O A PERMIT |
| M | 324303162 | 324.303162 | SM | WETLANDS | WETLANDS PROTECTION PART - VIOLATIONS |
| M | 32430720 | 324.30720 | SM | LAKE LEVEL | LAKE LEVEL PART - CHANGING LAKE LEVEL |
| M | 324325101 | 324.325101 | SM | GREAT LAKES | GREAT LAKES - ALTER WATER/LAND WITHOUT APPROVAL |
| M | 324325102 | 324.325102 | SM | GREAT LAKES | GREAT LAKES - ALTER WATER/LAND-MINOR OFFENSES |
| M | 32432613 | 324.32613 | SM | GREAT LAKES | GREAT LAKES-SUBMERGED LOGS-VIOLATIONS |
| M | 32433131 | 324.33131 | SM | AQUATIC NUIS | AQUATIC NUISANCE CONTROL-VIOLATION |
| M | 32433132 | 324.33132 | SM | AQUATIC NUIS | AQUATIC NUISANCE CONTROL-VIOL-HARM/THREATEN NAT RES/ENV/HEALT |
| M | 32433133 | 324.33133 | SM | AQUATIC NUIS | AQUATIC NUISANCE CONTROL-HARM/THREATEN NATURAL RES 2ND OFF |

8

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 32433134 | 324.33134 | SM | AQUATIC NUIS | AQUATIC NUISANCE CONTROL-CAUSE SERIOUS HARM/IMMINENT THREAT |
| M | 32433136 | 324.33136 | SM | AQUATIC NUIS | AQUATIC NUISANCE CONTROL-FALSE APPLICATION/REPORT FOR PERMIT |
| M | 32433137 | 324.33137 | SM | AQUATIC NUIS | AQUATIC NUISANCE CONTROL-FALSE APPLICATION/REPORT PERMIT 2ND |
| M | 32435106 | 324.35106 | SM | WILDERNESS | WILDERNESS & NATURAL AREAS - OPERATE MECH. TRANSP. |
| M | 32436505 | 324.36505 | SM | ENDAN.SPECIE | ENDANGERED SPECIES - TAKE/POSSESS/BUY/SELL |
| M | 32436507 | 324.36507 | SM | ENDAN.SPECIE | ENDANGERED SPECIES - VIOLATIONS |
| M | 324401111 | 324.401111 | SM | WILD.CONSERV | WILDLIFE CONSERVATION PART - TAKE GAME FROM VEHICLE |
| M | 324401112 | 324.401112 | SM | POSS FIREARM | WILDLIFE CONSERVATION PART - POS FIREARM IN VEHICLE OR BOAT |
| M | 324401113 | 324.401113 | SM | WILD.CONSERV | WILDLIFE CONSERVATION PART - POSSESS BOW IN A VEHICLE |
| M | 324401114 | 324.401114 | SM | WILD.CONSERV | WILDLIFE CONSERVATION PART - HUNT/SHOOT FROM SAFETY ZONE |
| M | 32440112 | 324.40112 | SM | WILD.CONSERV | WILDLIFE CONSERVATION PART - INTERFERING WITH ANOTHER'S HUNT |
| M | 324401131 | 324.401131 | SM | WILD.CONSERV | WILDLIFE CONS PART - USING ARTIFICIAL LIGHT/WEAPON ACCES. |
| M | 324401132 | 324.401132 | SM | WILD.CONSERV | WILDLIFE CONS PART - USE ARTIFICIAL LIGHT TO SPOT ANIMALS |
| M | 324401133 | 324.401133 | SM | WILD.CONSERV | WILDLIFE CONS PART - SHINING/STOPPING FOR OFFICER |
| M | 32440116 | 324.40116 | SM | WILD.CONSERV | WILDLIFE CONS PART - FAILURE TO WEAR HUNTER ORANGE |
| M | 324401181 | 324.401181 | SM | WILD.CONSERV | WILDLIFE CONS PART - GENERAL VIOLATIONS |
| M | 3244011810 | 324.4011810 | SM | WILD.CONSERV | WILDLIFE CONS PART - TAKE PROTECTED ANIMAL |
| M | 3244011812 | 324.4011812 | SM | WILD.CONSERV | WILDLIFE CONSERVATION PART - 3RD OFFENSE |
| M | 324401182 | 324.401182 | SM | WILD.CONSERV | WILDLIFE CONS PART - TAKE GAME (NOT DEER/BEAR/WT/MOOSE/ELK) |
| M | 324401183 | 324.401183 | SM | TAKE DEER/BR | WILDLIFE CONS PART - TAKING DEER/BEAR/TURKEYS |
| M | 324401184 | 324.401184 | SM | TAKE ELK | WILDLIFE CONSERVATION PART - TAKING ELK |
| M | 324401185 | 324.401185 | SM | TAKE MOOSE | WILDLIFE CONSERVATION PART - TAKING MOOSE |
| M | 32440901 | 324.40901 | SM | HUNT PIGEONS | GAME PROTECTION - HUNTING HOMING PIGEONS |
| M | 32440902 | 324.40902 | SM | POISON PIGEO | GAME PROTECTION - TRAP/POISON HOME PIGEONS |
| M | 3244105 | 324.4105 | SM | SEWERAGE | SEWERAGE SYSTEMS - ALLOWING UNAPPROVED CONSTRUCTION |
| M | 3244110 | 324.4110 | SM | SEWERAGE SYS | SEWERAGE SYSTEMS - GENERAL VIOLATIONS |
| M | 32441105 | 324.41105 | SM | FISH & GAME | FISH & GAME - ORDER/RULE VIOLATIONS |
| M | 324413097 | 324.413097 | SM | REST.SPECIES | TRANSGENIC/NONNATIVE ORGANISMS-INTRODUCING RESTRICTED SPECIES |
| M | 32441712 | 324.41712 | SM | GAME BIRD | GAME BIRD HUNTING PRESERVES-VIOLATIONS |
| M | 32442105 | 324.42105 | SM | DOG TRAIN AR | DOG TRAINING AREA - DESTRUCTION OF BOUNDARIES |
| M | 32442106 | 324.42106 | SM | DOG TRAINING | DOG TRAINING AREA - VIOLATIONS |
| M | 324425011 | 324.425011 | SM | FUR DEALERS | FUR DEALERS - NO LICENSE |
| M | 32442503 | 324.42503 | SM | FUR DEALERS | FUR DEALERS - NO SHIPPING PERMIT |
| M | 32442504 | 324.42504 | SM | FUR DEALERS | FUR DEALERS - FAIL TO FILE REPORT AT SEASON END |
| M | 32442505 | 324.42505 | SM | FUR DEALERS | FUR DEALERS - FAILURE TO MAKE MONTHLY REPORT |
| M | 32442703 | 324.42703 | SM | BREEDERS LIC | GAME PROTECTION - NO BREEDER'S LICENSE |
| M | 324427082 | 324.427082 | SM | BREEDERS | GAME PROTECTION - BREEDERS-PINIONED TURKEYS |
| M | 32442709 | 324.42709 | SM | BREEDER | GAME PROTECTION - BREEDER-REMOVAL FROM LICENSED PREMISE |

Exhibit A to Appendix 1

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 32442714 | 324.42714 | SM | BREEDERS RUL | GAME PROTECTION-BREEDERS-ORDER VIOLATIONS |
| M | 32443103 | 324.43103 | SM | TRESPASS/TRP | GAME PROTECTION - TRESPASS/TRAP FUR BEARING ANIMAL IN CAPT. |
| M | 324435091 | 324.435091 | SM | NO FISH LIC | HUNT & FISH LIC. PART - NO FISH LICENSE |
| M | 324435092 | 324.435092 | SM | NO HUNT LIC | HUNT & FISH LIC. PART - NO HUNT/TRAP LIC. |
| M | 324435093 | 324.435093 | SM | TAKE WIGGLER | HUNT & FISH LIC. PART-TAKING WIGGLERS OR CRUSTACEA WO/LIC |
| M | 324435094 | 324.435094 | SM | TAKE REPTILE | HUNT & FISH LIC. PART- TAKING REPTILE OR AMPHIBIAN WO/LIC. |
| M | 32443510 | 324.43510 | SM | POSSESS WEAP | HUNT & FISH LIC. PART- POSSESS WEAPON WITHOUT A HUNT. LIC. |
| M | 32443511 | 324.43511 | SM | POSS.FIREARM | POSSESSION OF A FIREARM DURING DEER/ELK SEASON W/O LICENSE |
| M | 32443513 | 324.43513 | SM | TRANS FIREAR | HUNT & FISH LIC. PART- TRANSPORTING UNSECURED FIREARM/BOW |
| M | 324435161 | 324.435161 | SM | DISPLAY LIC | HUNT & FISH LIC. PART- DISPLAYING LICENSE |
| M | 324435162 | 324.435162 | SM | CARRYING GUN | HUNT & FISH LIC. PART- CARRYING WEAPON WITHOUT A LICENSE |
| M | 324435163 | 324.435163 | SM | DEER KILL TG | HUNT & FISH LIC. PART- FAIL TO EXHIBIT UNUSED DEER KILL TAG |
| M | 32443517 | 324.43517 | SM | MINOR HUNTNG | HUNT & FISH LIC. PART- LETTING MINOR HUNT WITHOUT AN ADULT |
| M | 324435192 | 324.435192 | SM | OBTAIN LICEN | HUNT & FISH LIC. PART- OBTAIN LICENSE IN VIOL OF COURT ORDER |
| M | 324435202 | 324.435202 | SM | LICENSE<12YR | ISSUE DEER, BEAR OR ELK LICENSE TO PERSON UNDER 12 YRS |
| M | 324435203 | 324.435203 | SM | LICENSE<10YR | HUNT & FISH LIC. PART- ISSUE HUNTING LICENSE TO PERSON <10 |
| M | 324435204 | 324.435204 | SM | LICENSE VIOL | ISSUE HUNTING LICENSE TO PERSON BORN AFT 1/1/60 |
| M | 324435231 | 324.435231 | SM | SM.GAME LICE | HUNT & FISH LIC. PART- HUNTING SMALL GAME W/O A LICENSE |
| M | 324435241 | 324.435241 | SM | WLD TURK LIC | HUNT & FISH LIC. PART- HUNT WILD TURKEY WITHOUT A LICENSE |
| M | 324435251 | 324.435251 | SM | WATERFL LICN | HUNT & FISH LIC. PART- HUNT WATERFOWL W/O WATERFOWL LICENSE |
| M | 324435254 | 324.435254 | SM | HUNTING AREA | HUNT & FISH LIC. PART- HUNT IN A MANAGED WATERFOWL AREA |
| M | 324435261 | 324.435261 | SM | NO DEER LICN | HUNT & FISH LIC. PART- HUNTING DEER WITHOUT A LICENSE |
| M | 324435271 | 324.435271 | SM | DEER/BOW LIC | HUNT & FISH LIC. PART- HUNT DEER WITHOUT A BOW & ARROW LIC |
| M | 324435281 | 324.435281 | SM | BEAR W/O LIC | HUNT & FISH LIC. PART- HUNTING BEAR WITHOUT A LICENSE |
| M | 324435291 | 324.435291 | SM | ELK W/O LICN | HUNT & FISH LIC. PART- HUNTING ELK WITHOUT A LICENSE |
| M | 324435301 | 324.435301 | SM | SM.GAME W/O | HUNT SMALL GAME ON GAME BIRD HUNTING PRESERVE W/O A LICENSE |
| M | 324435311 | 324.435311 | SM | HUNT/TRP LIC | HUNT/TRAP FUR-BEARING ANIMAL W/O A LICENSE |
| M | 324435321 | 324.435321 | SM | FISH W/O LIC | HUNT & FISH LIC. PART- FISHING WITHOUT A LICENSE |
| M | 324435482 | 324.435482 | SM | REMIT $ LIC | HUNT & FISH LIC. PART- REMITTING MONEY FROM LICENSES |
| M | 324435483 | 324.435483 | SM | LICENSE FEE | HUNT & FISH LIC. PART-CHARGING DIFFERENT FEE FOR LICENSE |
| M | 324435583 | 324.435583 | SM | CARRY FIREAR | HUNT & FISH LIC. PART-CARRY FIREARM UNDER THE INFLUENCE |
| M | 324435585 | 324.435585 | SM | POSS.GAME | HUNT OR POSSESS GAME WHILE INELIGIBLE FOR LICENSE |
| M | 324445021 | 324.445021 | SM | CB-NO CERT. | CHARTER BOATS - NO CERT. OF INSPEC. W NON-LIC. PILOT |
| M | 324445022 | 324.445022 | SM | PILOT W/O LI | CHARTER BOATS - PILOT WO/LICENSE FAILURE TO PRODUCE |
| M | 324445023 | 324.445023 | SM | >7 PASSENGER | 7 OR MORE PASSENGERS W/O CG CERT./PILOT LIC. |
| M | 32444503 | 324.44503 | SM | PASS.W/O CRT | CHARTER BOATS - AD FOR PASSENGERS WITHOUT CERTIFICATE |
| M | 32444509 | 324.44509 | SM | INSP. CERTIF | CHARTER BOATS - OPERATE IN VIO. OF INSPECTION CERT. |
| M | 32444511 | 324.44511 | SM | CHARTER BOAT | CHARTER BOATS - FALSE STATEMENT IN APPLICATION |

Exhibit A to Appendix 1

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 32444513 | 324.44513 | SM | REC AGR PERM | CHARTER BOATS - OPERATE W/O RECIPROCAL AGREEMENT PERMIT |
| M | 32444514 | 324.44514 | SM | LIVERY BOATS | LIVERY BOATS-OPERATE LIVERY WITHOUT A PERMIT |
| M | 32444519 | 324.44519 | SM | LIVERY BOATS | LIVERY BOATS-REMOVE DAMAGE INSPECTION DECAL |
| M | 324445201 | 324.445201 | SM | LIVERY BOATS | LIVERY BOATS-RENT WITHOUT A WRITTEN AGREEMENT |
| M | 324445202 | 324.445202 | SM | LIVERY BOAT | LIVERY BOATS-LET OPERATE IN VIOLATION OF PART |
| M | 324445211 | 324.445211 | SM | RENTAL AGREE | LIVERY BOATS-FAIL TO PRESENT RENTAL AGREEMENT ON DEMAND |
| M | 324445212 | 324.445212 | SM | LIVERY BOAT | LIVERY BOATS-OPERATING IN VIOLATION OF PART |
| M | 32444524 | 324.44524 | SM | CHARTER BOAT | CHARTER BOATS - RULE VIOLATIONS |
| M | 32445501 | 324.45501 | SM | FROGS-TAKE | FROGS - ILLEGALLY TAKING |
| M | 32445504 | 324.45504 | SM | FROG PERMIT | FROGS - FALSE STATEMENT-FROG PERMIT APPLICATION |
| M | 32445702 | 324.45702 | SM | MUSSELS-TAKE | MUSSELS - TAKING WITHOUT A LICENSE |
| M | 32445703 | 324.45703 | SM | MUSSELS-TAKE | MUSSELS - TAKING WITHOUT APPLYING FOR LICENSE |
| M | 32445706 | 324.45706 | SM | MUSSELS-TAKE | MUSSELS - UNLAWFUL TAKING |
| M | 32445707 | 324.45707 | SM | MUSSELS-SIZE | MUSSELS - UNDERSIZED VARIETIES |
| M | 32445708 | 324.45708 | SM | MUSSEL/CLSD | MUSSELS - TAKING FROM CLOSED WATERS |
| M | 32445709 | 324.45709 | SM | MUSSEL-CATCH | MUSSELS - FAILURE TO REPORT TOTAL CATCH |
| M | 32445710 | 324.45710 | SM | MUSSEL-TAKE | MUSSELS - TAKE FOR SCIENCE WITHOUT PERMIT |
| M | 32445902 | 324.45902 | SM | GAME FISH | GAME FISH - PROPAGATION WITHOUT LICENSE |
| M | 32445908 | 324.45908 | SM | GAME FISH | GAME FISH - PROPAGATION RULE VIOLATION |
| M | 324459082 | 324.459082 | SM | GAME FISH | GAME FISH-PROPAGATION VIOL-GENETIC ENG/NOT NATURALIZED |
| M | 32446509 | 324.46509 | SM | FISH SHANTY | FISHING SHANTIES - VIOLATIONS |
| M | 32446703 | 324.46703 | SM | COMM.FISHING | COMMERCIAL FISHING - VIOLATING ORDERS |
| M | 324473022 | 324.473022 | SM | COMM.FISHING | COMMERCIAL FISHING - VIO. OF LIC. TERMS, COND. OR RESTRICT |
| M | 32447306 | 324.47306 | SM | SET NET/HOOK | COMMERCIAL FISHING-SET NETS/HOOKS BETWEEN HURON/SUPERIOR/ERIE |
| M | 32447307 | 324.47307 | SM | COMM.FISHING | COMMERCIAL FISHING - SET NET/HOOK AT RIVER MOUTH ON GREAT LK |
| M | 32447309 | 324.47309 | SM | COMM.FISHING | COMMERCIAL FISHING - ILLEGAL NETS |
| M | 32447310 | 324.47310 | SM | COMM.FISHING | COMMERCIAL FISHING - GILL NETS, SOUTH OF 45 PARALLEL |
| M | 32447311 | 324.47311 | SM | COMM.FISHING | COMMERCIAL FISHING - TAKING FISH DURING CLOSED SEASON |
| M | 32447313 | 324.47313 | SM | COMM.FISHING | COMMERCIAL FISHING - NOT PRESERVING SPAWN |
| M | 32447314 | 324.47314 | SM | COMM.FISHING | COMMERCIAL FISHING - REFUSING TO PLANT FRY |
| M | 32447316 | 324.47316 | SM | COMM.FISHING | COMMERCIAL FISHING - ILLEGAL SHIPPING |
| M | 32447319 | 324.47319 | SM | UNDERSZ FISH | COMMERCIAL FISHING - POSSESS UNDERSIZED FISH |
| M | 32447321 | 324.47321 | SM | FISH/IL.TAKE | COMMERCIAL FISHING - ILLEGAL TAKE BY NET/DEVICE |
| M | 32447322 | 324.47322 | SM | MARKING NETS | COMMERCIAL FISHING - MARKING NETS & DEVICE |
| M | 32447323 | 324.47323 | SM | COMM.FISHING | COMMERCIAL FISHING - FAIL TO BRING FOR INSPECTION |
| M | 32447325 | 324.47325 | SM | COMM.FISHING | COMMERCIAL FISHING - FAILURE TO MAKE DAILY/MONTHLY REPORT |
| M | 32447328 | 324.47328 | SM | COMM.FISHING | COMMERCIAL FISHING - WITHOUT A PROPER LICENSE |
| M | 32447333 | 324.47333 | SM | COMM.FISHING | COMMERCIAL FISHING - WHOLESALE FISH HOUSE VIOLATION |

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|----------|--------|-------------|-----------|-------------------|------------------|
| M | 32447361 | 324.47361 | SM | COMM.FISHING | COMMERCIAL FISHING - MISCELLANEOUS VIOLATIONS |
| M | 32447901 | 324.47901 | SM | FISHERY CONT | FISHERY CONTAMINATION-IMPROPER DISPOSAL |
| M | 32447905 | 324.47905 | SM | FISH CONTAM. | FISHERY CONTAMINATION-WILLFUL TAMPERING W/NETS |
| M | 324487031 | 324.487031 | SM | SPORT FISHIN | SPORTS FISHING-USING ILLEGAL FISHING DEVICE |
| M | 324487032 | 324.487032 | SM | SPORT FISHIN | SPORTS FISHING - TIP-UP WITHOUT NAME |
| M | 324487036 | 324.487036 | SM | SPORT FISHIN | SPORTS FISHING - DIP NET VIOLATIONS |
| M | 32448705 | 324.48705 | SM | SPORT FISHIN | SPORTS FISHING - TAKE REPTILE, AMPHIB., MOLLUSKS/CRUSTACEAN |
| M | 32448706 | 324.48706 | SM | SPORT FISHIN | SPORTS FISHING - USING NETS NEAR DAMS |
| M | 32448707 | 324.48707 | SM | SPORT FISHIN | SPORTS FISHING-FISHING NEAR LAMPREY WEIR |
| M | 32448708 | 324.48708 | SM | SPORT FISHIN | SPORTS FISHING - SMELT NETS |
| M | 32448709 | 324.48709 | SM | DESTROY DAM | SPORTS FISHING - DESTROYING DAM |
| M | 32448710 | 324.48710 | SM | ILLEGAL LAND | SPORTS FISHING - ILLEGAL LANDING NET ON TROUT STREAM |
| M | 32448711 | 324.48711 | SM | ILL FISH DEV | SPORTS FISHING - POSSESSING ILLEGAL FISHING DEVICES |
| M | 32448712 | 324.48712 | SM | GOV.FISH BED | SPORTS FISHING-FISHING IN GOV. FISH BEDS |
| M | 32448713 | 324.48713 | SM | FISH/REM EGG | SPORTS FISHING - FISHING TO REMOVE EGGS |
| M | 32448715 | 324.48715 | SM | TROUT STREAM | SPORTS FISHING - FISH TROUT STREAM OUT OF SEASON |
| M | 32448716 | 324.48716 | SM | FISH SEASON | SPORTS FISHING - TAKING FISH OUT OF SEASON |
| M | 32448718 | 324.48718 | SM | FISH BED | SPORTS FISHING - OPERATE BOAT ON POSTED FISH BED |
| M | 32448719 | 324.48719 | SM | UNDERSZ FISH | SPORTS FISHING - UNDERSIZED OR MUTILATED FISH |
| M | 32448721 | 324.48721 | SM | EXC LIMITS | SPORTS FISHING - EXCEEDING CATCH LIMITS |
| M | 32448723 | 324.48723 | SM | BUY/SELL FSH | SPORTS FISHING - BUY/SELL FISH |
| M | 324487242 | 324.487242 | SM | BUY SALM EGG | SPORTS FISHING - BUY/SELL SALMON EGGS |
| M | 3244872434 | 324.4872434 | SM | SALM CLEANIN | SPORTS FISHING - SALMON CLEANING STATION |
| M | 32448725 | 324.48725 | SM | TAKING GRAYL | SPORTS FISHING - TAKING GRAYLING |
| M | 32448727 | 324.48727 | SM | FISH SNAGGIN | SPORTS FISHING - FISH SNAGGING |
| M | 32448729 | 324.48729 | SM | MINNOW VIOL | SPORTS FISHING - MINNOW VIOLATIONS |
| M | 32448730 | 324.48730 | SM | MINNOW VIOL | SPORTS FISHING - VIOLATION OF RULES/MINNOWS |
| M | 32448735 | 324.48735 | SM | IMPORT FISH | SPORT FISHING - IMPORT/PLANT FISH OR EGGS |
| M | 32448736 | 324.48736 | SM | TAKE LARVAE | SPORTS FISHING - TAKING INSECT LARVAE |
| M | 324487381 | 324.487381 | SM | SPORT FISHIN | SPORTS FISHING - RULE VIOLATIONS |
| M | 324487382 | 324.487382 | SM | SPORT FISHIN | SPORTS FISHING - USE EXPL./ILLEG. NET/BUY/SELL GM FISH |
| M | 324487383 | 324.487383 | SM | SPORT FISHIN | SPORTS FISHING - TAKING STURGEON |
| M | 324487384 | 324.487384 | SM | SPORT FISHIN | SPORTS FISHING - VIO. 4TH OR SUB. OFF. NOT. |
| M | 324487392 | 324.487392 | SM | SPORT FISHIN | SPORTS FISHING - FISH SNAGGING-2ND OFF. NOTICE |
| M | 324487393 | 324.487393 | SM | SPORT FISHIN | SPORTS FISHING - FISH SNAG-3RD OR SUB OFF. NOT |
| M | 324487394 | 324.487394 | SM | SPORT FISHIN | SPORTS FISHING - POSSESS/SALE WEIGHTED HOOKS |
| M | 324487395 | 324.487395 | SM | SPORT FISHIN | SPORTS FISHING - POSSESS/SALE WEIGHTED HOOK-2ND NOTICE |
| M | 324487396 | 324.487396 | SM | SPORT FISHIN | SPORTS FISHING -POSSESS/SALE WGHTED HOOK-3RD OR SUB NOT |

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 324504 | 324.504 | SM | DNR LAND VIO | DNR LAND - RULE VIOLATIONS |
| M | 324511201 | 324.511201 | SM | COMM FORESTS | COMMERCIAL FORESTS-MISDEMEANOR VIOLATIONS |
| M | 324515031 | 324.515031 | SM | FOREST FIRES | FOREST FIRES - NO BURNING PERMIT |
| M | 32451507 | 324.51507 | SM | GOV.BURN BAN | FOREST FIRES - GOVERNOR'S BURNING BAN |
| M | 32451508 | 324.51508 | SM | FOREST FIRE | FOREST FIRES - REFUSE TO ASSIST IN EMERGENCY |
| M | 32451512 | 324.51512 | SM | FOREST FIRES | FOREST FIRES - RULE VIOLATIONS |
| M | 32451905 | 324.51905 | SM | DISP.VIOLATN | FORESTS - SLASH DISPOSAL VIOLATIONS |
| M | 324529084 | 324.529084 | SM | XMAS TREE | XMAS TREES, ETC.-FORGE BILL OF SALE/TITLE |
| M | 32455311 | 324.55311 | SM | AIR POLLUTN | AIR POLLUTION CONTROL-GENERAL VIOLATIONS |
| M | 32455312 | 324.55312 | SM | AIR POLLUTN | AIR POLLUTION CONTROL-FALSE STATEMENTS & OMISIONS |
| M | 32455313 | 324.55313 | SM | AIR POLLUTN | AIR POLLUTION CONTROL-FAILURE TO PAY FEE |
| M | 32461504 | 324.61504 | SM | OIL&GAS WAST | OIL & GAS - WASTE |
| M | 32461515 | 324.61515 | SM | OIL&GAS WAST | OIL & GAS - ILLEGAL SALE/PURCHASE |
| M | 32461520 | 324.61520 | SM | OIL&GAS WAST | OIL & GAS - ABANDONED WELLS/RULE VIOLATION |
| M | 32461525 | 324.61525 | SM | OIL&GAS PRMT | OIL & GAS - NO PERMIT |
| M | 324635375 | 324.635375 | SM | S&U COAL MIN | S&U COAL MINING-VIOLATION OF PERMITS OR ORDER |
| M | 324635378 | 324.635378 | SM | S&U COAL MIN | S&U COAL MINING-FALSE OR MISSING STATEMENTS |
| M | 32463540 | 324.63540 | SM | S&U COAL MIN | S&U COAL MINING-DNR EMPL. W/FINAN. INT. |
| M | 32463541 | 324.63541 | SM | S&U COAL MIN | S&U COAL MINING-RESIST & OBSTRUCT DNR |
| M | 32463544 | 324.63544 | SM | S&U COAL MIN | S&U COAL MINING-FALSE INSPECTION REPORTS |
| M | 32463704 | 324.63704 | SM | SAND DUNES | SAND DUNES - MINING WITHOUT A PERMIT |
| M | 324637112 | 324.637112 | SM | SAND DUNES | SAND DUNES - FAILURE TO FILE ANNUAL REPORT |
| M | 324637113 | 324.637113 | SM | SAND DUNES | SAND DUNES - FAILURE TO PAY MINING FEE |
| M | 324637117 | 324.637117 | SM | SAND DUNES | SAND DUNES - FAIL TO PRESERVE MINING RECORDS |
| M | 324637143 | 324.637143 | SM | SAND DUNES | SAND DUNES - PERMIT VIOLATIONS |
| M | 324731021 | 324.731021 | SM | TRESPASS-REC | TRESPASS - RECREATION TRESPASS-OTHER LANDS |
| M | 324731022 | 324.731022 | SM | TRESPASS-REC | TRESPASS - RECREATIONAL TRESPASS-FARM LANDS |
| M | 32473103 | 324.73103 | SM | TRESPASS-REC | TRESPASS - RECREATION-DISCHARGING FIREARM |
| M | 32473104 | 324.73104 | SM | TRESPASS-REC | TRESPASS - RECREATIONAL-DEFACING SIGN |
| M | 32473105 | 324.73105 | SM | TRESPASS-REC | TRESPASS - REC.-POST/ENCLOSED PROPERTY OF OTHER |
| M | 324731102 | 324.731102 | SM | TRESPASS-REC | TRESPASS - RECREATIONAL-2ND OR SUB. OFFENSE NOTICE |
| M | 32474116 | 324.74116 | SM | STATE PARKS | STATE PARKS - NO MOTOR VEHICLE PERMIT |
| M | 32474122 | 324.74122 | SM | VIOL ST.PARK | STATE PARKS - VIOLATIONS |
| M | 32474201 | 324.74201 | SM | STATE LAND | STATE LAND - CAMP W/O REGISTRATION CARD |
| M | 32474202 | 324.74202 | SM | CAMP REG.CRD | STATE LAND - FAIL TO OBTAIN/POST CAMP REGISTRATION CARD |
| M | 32474203 | 324.74203 | SM | CLEAN CAMPST | STATE LAND - FAILURE TO CLEAN CAMPSITE |
| L | 688 | 324.74223 | OM | UNLIC VEH-PK | OPERATE UNLICENSED VEHICLE IN PARK |
| M | 32476105 | 324.76105 | SM | ABORIGINAL | STATE LAND - ABORIGINAL REMAINS-EXPLORE W/O PERMIT |

Exhibit A to Appendix 1

List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 32476106 | 324.76106 | SM | ILLEG.REMOVL | STATE LAND - ILLEGAL REMOVAL-RELICS & ANTIQUITIES |
| M | 324761162 | 324.761162 | SM | ABORIG. RECR | STATE LAND - ABORIGINAL RECORDS & ANTIQUE - RULE VIO. |
| M | 32476507 | 324.76507 | SM | MACK ISLAND | MACKINAC ISLAND STATE PARK-UNAUTHORIZED OPERATION MOTOR VEH |
| M | 324801241 | 324.801241 | SM | APPL.VIOL/MS | MARINE SAFETY-CERTIFICATE OF NO. APPLICATION-VIOLATIONS |
| M | 324801249 | 324.801249 | SM | MAR.SFTY CER | MARINE SAFETY - FAIL TO PRESENT CERT. OF # |
| M | 324801251 | 324.801251 | SM | MAR.SFTY DES | MARINE SAFETY - DESTRUCTION, ABANDONMENT/SALE OF VES.-OWN.DUT |
| M | 324801255 | 324.801255 | SM | MARINE SFTY | MARINE SAFETY - FAIL TO REGISTER TRANSFER OF VESSEL |
| M | 324801256 | 324.801256 | SM | MARINE SFTY | MARINE SAFETY - LOST OR ILLEGIBLE CERTIFICATE |
| M | 324801261 | 324.801261 | SM | WATERCFT DLR | WATERCRAFT DEALER - FAIL TO OBTAIN CERTIFICATE NUMBER/DECAL |
| M | 324801262 | 324.801262 | SM | MAINT.CERTIF | WATERCRAFT - FAIL TO MAINTAIN CERT. NUMBER/DECAL |
| M | 324801263 | 324.801263 | SM | ILL.OP VESSL | WATERCRAFT - ILLEGAL OPERATION OF DEALER VESSEL |
| M | 32480133 | 324.80133 | SM | RENDER ASSIS | MARINE SAFETY - ACCIDENTS, FAIL TO RENDER ASSISTANCE |
| M | 32480134 | 324.80134 | SM | FAIL TO STOP | MARINE SAFETY - ACCIDENTS, FAILURE TO STOP |
| M | 324801351 | 324.801351 | SM | FAIL TO REPT | MARINE SAFETY - ACCIDENTS, FAILURE TO REPORT |
| M | 32480142 | 324.80142 | SM | MS-WATERCRFT | MARINE SAFETY - PERSONAL WATERCRAFT VIOLATIONS |
| M | 32480144 | 324.80144 | SM | AVOID COLLIS | MARINE SAFETY - FAILURE TO AVOID COLLISION |
| M | 32480146 | 324.80146 | SM | SPEEDING-MS | MARINE SAFETY - SPEEDING |
| M | 32480147 | 324.80147 | SM | MS-RECKL OP | MARINE SAFETY - RECKLESS OPERATION OF VESSEL/RECKLESS SKIING |
| L | 6340 | 324.80147 | OM | WC-RECKLESS | MARINE SAFETY - RECKLESS OPERATION |
| M | 32480148 | 324.80148 | SM | MS-RIDE BOW | MARINE SAFETY - RIDING ON BOW |
| M | 32480149 | 324.80149 | SM | MS-100' RULE | MARINE SAFETY-COUNTER-CLOCKWISE OPERATION/100-FOOT RULE |
| M | 32480150 | 324.80150 | SM | MS-REST.AREA | MARINE SAFETY - OPERATE VESSEL IN RESTRICTED AREA |
| M | 324801521 | 324.801521 | SM | MS-SKI OBSER | MARINE SAFETY - NO SKI OBSERVER |
| M | 324801522 | 324.801522 | SM | SKI SCHOOL | MS-SKI SCHOOL OR TOURN. VESSEL-W/O 170 DEG. REAR VIEW MIRROR |
| M | 32480153 | 324.80153 | SM | MS-SITTING | MARINE SAFETY - SITTING ON IMPROPER PART OF VESSEL |
| M | 32480154 | 324.80154 | SM | MS-INT.VESSL | MARINE SAFETY - INTERFERING WITH VESSEL |
| M | 32480155 | 324.80155 | SM | MS-DIVE VIOL | MARINE SAFETY - DIVING VIOLATIONS |
| L | 764.1 | 324.80155 | OM | DIVING VIOL | FAIL TO DISPLAY DIVER'S FLAG WHILE SCUBA DIVING |
| M | 32480156 | 324.80156 | SM | MS-EXC NOISE | MARINE SAFETY - EXCESS NOISE LEVELS |
| M | 32480162 | 324.80162 | SM | MS-BUOYS | MARINE SAFETY - BUOYS, MOORING/REMOVING |
| M | 32480164 | 324.80164 | SM | RACE W/O PER | MARINE SAFETY - CONDUCT REGATTA/RACES W/O A PERMIT |
| M | 32480166 | 324.80166 | SM | MS-FALSE ID | MARINE SAFETY - FAIL TO STOP FOR OFFICER/GIVE FALSE ID |
| M | 32480171 | 324.80171 | SM | MS-VIOL RULE | MARINE SAFETY - VIOLATING RULES |
| L | 760 | 324.80171 | OM | MS - OUIL | OPERATE A VESSEL WHILE UNDER THE INFLUENCE OF ALCOHOL |
| M | 324801762 | 324.801762 | SM | ALLOW INTOX | MARINE SAFETY - ALLOW INTOXICATED PERSON TO OPERATE VESSEL |
| L | 6450 | 324.801762 | OM | ALLOW INTOX | MARINE SAFETY-ALLOW INTOXICATED PERSON TO OPERATE VESSEL |
| L | 766 | 324.801762 | OM | MS - AIPOV | ALLOW INTOXICATED PERSON TO OPERATE A VESSEL |
| M | 32480205 | 324.80205 | SM | PERS.WATERCF | PERSONAL WATERCRAFT SAFETY-VIOLATIONS |

14

Exhibit A to Appendix 1

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 324802081 | 324.802081 | SM | PERS.WATERCF | PERSONAL WATERCRAFT SAFETY-RECKLESS OPERATION |
| M | 32480209 | 324.80209 | SM | PERS.WATERCF | PERSONAL WATERCRAFT SAFETY-100/200-FOOT RULE |
| M | 32480210 | 324.80210 | SM | PERS.WATERCF | PERS WATERCRFT SAFTY-OPERATE W/O BOATING SAFETY CERT.ON PERSN |
| M | 32480213 | 324.80213 | SM | PERS.WATERCF | PERS WATERCRFT SAFTY-FAIL TO DISPLAY BOATING SAFETY CERTIF. |
| M | 324802154 | 324.802154 | SM | PERS.WATERCF | PERS WATERCRFT SAFTY-OPERATE W/O BOATING SAFETY CERTIFICATE |
| M | 324802156 | 324.802156 | SM | PERS.WATERCF | PERS WATERCRFT SAFTY-PERMIT UNQUALIFIED PERSON TO OPERATE |
| M | 32480304 | 324.80304 | SM | PURC W/O TIT | WATERCRAFT - PURCHASE WITHOUT TITLE |
| M | 32480306 | 324.80306 | SM | PUR W/O CERT | WATERCRAFT - PURCHASE WITHOUT MANUFACTURERS CERTIFICATE |
| M | 32480307 | 324.80307 | SM | FILE 4 TITLE | WATERCRAFT - FAIL TO TIMELY FILE FOR TITLE |
| M | 32480314 | 324.80314 | SM | DUP.TITLE | WATERCRAFT - DUPLICATE TITLE VIOLATIONS |
| M | 32480318 | 324.80318 | SM | OP.W/O CERT | WATERCRAFT - OPERATE W/O CERT.-FAIL TO SUR. CANC. CERT |
| M | 32480319 | 324.80319 | SM | FORGED TITLE | WATERCRAFT - FORGED TITLE VIOLATIONS |
| M | 32480322 | 324.80322 | SM | TITLE RULES | WATERCRAFT - TITLES - RULE VIOLATIONS |
| M | 32481105 | 324.81105 | SM | SALE W/O TIT | ORV - SALE/PURCHASE WITHOUT TITLE |
| M | 324811071 | 324.811071 | SM | ORV-SALE | ORV - SALE OR TRANSFER W/O MFG. CERT. OF ORI |
| M | 32481115 | 324.81115 | SM | UNLIC ORV | ORV - OPERATING UNLICENSED ORV |
| M | 324811161 | 324.811161 | SM | FALSE APPLIC | ORV - FALSE APPLICATION FOR REGISTRATION |
| M | 324811162 | 324.811162 | SM | ORV-DLR SALE | ORV - DEALER SALES RECORDS |
| M | 324811163 | 324.811163 | SM | ORV-LIC VIOL | ORV - LICENSE VIOLATIONS |
| M | 32481122 | 324.81122 | SM | ORV-HWY OPER | ORV - OPERATING ON HIGHWAY OR RIGHT-OF-WAY |
| M | 324811291 | 324.811291 | SM | ORV-CHILD<16 | ORV - PARENT LET CHILD UNDER 16 OPERATE |
| M | 3248112912 | 324.8112912 | SM | ORV-12-16 YR | ORV - PERSON 12-16 OPERATED W/O CERTIFICATE |
| M | 3248112915 | 324.8112915 | SM | ORV-SFTY CER | ORV - FAIL TO PRESENT SAFETY CERTIFICATE |
| M | 3248112916 | 324.8112916 | SM | ORV-X HWY 16 | ORV - PERSON UNDER 16 CROSS HIGHWAY |
| M | 324811292 | 324.811292 | SM | 4 WHEEL ATV | ATV - 4-WHEEL ATV - PARENT LET CHILD <12 OPERATE |
| M | 324811293 | 324.811293 | SM | 3 WHEEL ATV | ATV - 3-WHEEL ATV-PARENT LET CHILD <16 OPERATE |
| M | 324811294 | 324.811294 | SM | ORV-16 YRS | ORV - OWNER PERMITTING, PERSON <16 OPERATE ORV |
| M | 324811295 | 324.811295 | SM | 4 WHLR< 12YRS | ATV - 4-WHEEL ATV-OWNER LET PERSON <12 OPERATE |
| M | 324811296 | 324.811296 | SM | 3 WHLR<16 YR | ATV - 3-WHEEL ATV-OWNER LET PERSON <16 OPERATE |
| M | 324811297 | 324.811297 | SM | ALLOW INCOMP | ORV - ALLOW INCOMPETENT PERSON TO OPERATE ORV |
| M | 32481132 | 324.81132 | SM | ORV-RULE VIO | ORV - RULES VIOLATION |
| M | 32481134 | 324.81134 | SM | ORV-OUIL | ORV - OUIL/PER SE |
| M | 324811341 | 324.811341 | SM | ORV-OUIL | ORV - OUIL |
| M | 324811342 | 324.811342 | SM | ORV-UBAC | ORV - BAC .10% GRAMS OR MORE |
| M | 324811343 | 324.811343 | SM | ORV-INTOX PR | ORV - ALLOW INTOXICATED PERSON TO OPERATE |
| L | 8030 | 324.811343 | OM | ORV-ALLOW | ORV-KNOWLINGLY ALLOW OUIL/OUID OR COMBINATION OF OUIL/OUID |
| M | 324811351 | 324.811351 | SM | ORV-IMPAIRED | ORV - IMPAIRED |
| M | 324811353 | 324.811353 | SM | ORV-IMPAIRED | ORV - IMPAIRED-2ND OR SUB. OFFENSE NOTICE |

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 32481142 | 324.81142 | SM | ORV-SUSPEND | ORV - OPERATING WHILE SUSPENDED |
| M | 324811431 | 324.811431 | SM | ORV-REP ACCD | ORV - FAIL TO REPORT ACCIDENT |
| M | 324811432 | 324.811432 | SM | ORV-ACCIDENT | ORV - MEDICAL FACILITY -FAIL TO REPORT ACCIDENT |
| M | 324811434 | 324.811434 | SM | ORV-STOP ACC | ORV - FAIL TO STOP FOR ACCIDENT |
| M | 324811461 | 324.811461 | SM | ORV-FLEE&ELU | ORV - FLEEING AND ELUDING |
| M | 324811462 | 324.811462 | SM | ORV-REF STOP | ORV - REFUSE TO STOP FOR PROPERTY OWNER |
| M | 324811473 | 324.811473 | SM | ORV TRAILS | ORV TRAILS - DAMAGE TO SIGNS/MARKERS |
| M | 32482103 | 324.82103 | SM | UNREG SNOWMB | SNOWMOBILES-OPERATING UNREGISTERED |
| M | 32482113 | 324.82113 | SM | SN-REGIST | SNOWMOBILES-IMPROPER ATTACHMENT/REGISTRATION NUMBER/DECAL |
| M | 324821141 | 324.821141 | SM | SN-DEST/SOLD | SNOWMOBILES-DESTROY/SOLD/CHANGE OF ADDRESS |
| M | 324821143 | 324.821143 | SM | SN-NEW REGIS | SNOWMOBILES-FAILURE TO APPLY FOR NEW REGISTRATION |
| M | 324821144 | 324.821144 | SM | SN-LOST REG | SNOWMOBILES-FAILURE TO REPLACE LOST REGISTRATION |
| M | 32482116 | 324.82116 | SM | SN-ALTER VIN | SNOWMOBILES-ALTERED/DEFACED VIN |
| M | 32482117 | 324.82117 | SM | SN-RENTALS | SNOWMOBILES-RENTAL/LEASE-VIOLATIONS |
| M | 32482118 | 324.82118 | SM | SN-PERMIT | SNOWMOBILES-AGENT LET PERMIT USE BY NON-PURCHASE |
| M | 32482119 | 324.82119 | SM | SN-OP ON HWY | SNOWMOBILES-OPERATION ON HIGHWAY |
| M | 324821201 | 324.821201 | SM | SN-CHILD<12 | SNOWMOBILES-LET CHILD <12 OPERATE |
| M | 324821202 | 324.821202 | SM | SN-12-17 YR | SNOWMOBILES-PERSON 12 TO 17 OPERATING |
| M | 324821204 | 324.821204 | SM | SN-PER <17YR | SNOWMOBILES-PERSON <17 CROSS HIGHWAY |
| M | 324821205 | 324.821205 | SM | SN-PERSON<17 | SNOWMOBILES-LET PERSON <17 OPERATE |
| M | 32482121 | 324.82121 | SM | SN-USE HUNT | SNOWMOBILES-USING TO HUNT |
| M | 32482123 | 324.82123 | SM | SN-CR.HELMET | SNOWMOBILES-FAILURE TO WEAR CRASH HELMET |
| M | 324821266 | 324.821266 | SM | SN-TRAIL DAM | SNOWMOBILES-DAMAGE TO TRAIL SIGNS/CONTROL DEVICES |
| L | 026 | 324.821271 | OM | SM/OUIL/UBAL | SNOWMOBILE-COMBINED OPER UNDER INFL LIQ/UNLAWFUL BLOOD ALC LE |
| M | 324821272 | 324.821272 | SM | ALLOW INTOX | SNOWMOBILES-ALLOW INTOXICATED PERSON OPERATE |
| L | 7450 | 324.821272 | OM | ALLOW INTOX | SNOWMOBILE-ALLOW INTOXICATED PERSON OPERATE |
| M | 324821311 | 324.821311 | SM | SN-NO LITES | SNOWMOBILES-OPERATING WITHOUT LIGHTS |
| M | 32482132 | 324.82132 | SM | SN-RPT ACCDT | SNOWMOBILES-FAILURE TO REPORT ACCIDENT |
| M | 32482133 | 324.82133 | SM | SN-GEN VIOL | SNOWMOBILES-GENERAL VIOLATIONS |
| M | 32482136 | 324.82136 | SM | SN-PBT REFUS | SNOWMOBILES-PBT REFUSAL |
| L | 031 | 324.821521 | OM | SM-OP/ORD/NO | SNOWMOBILE-OPERATED WHILE ORDERED NOT TO OPERATE |
| M | 324821521 | 324.821521 | SM | SN-OP PROHIB | SNOWMOBILES-OPERATING PROHIBITED |
| L | 7400 | 324.821521 | OM | SM-NOT TO OP | SNOWMOBILE-OPERATED WHILE ORDERED NOT TO OPERATE |
| M | 324821582 | 324.821582 | SM | SN-FLEE&ELUD | SNOWMOBILES-FLEEING & ELUDING |
| M | 324821583 | 324.821583 | SM | SN-FALSE ID | SNOWMOBILES-PROVIDING FALSE ID |
| L | 032 | 324.82172 | OM | SM-APUI/A/C | SNOWMOBILE-ALLOW PERSON UNDER INFL ALC/CONTROLLED SUBST TO OP |
| M | 32483335 | 324.83335 | SM | PESTICIDE | PESTICIDE CONTROL VIOLATIONS |
| M | 32485205 | 324.85205 | SM | FERTILIZER | FERTILIZER-VIOLATIONS |

# List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 3248903 | 324.8903 | SM | LITTERING | LITTERING - OBJECTS IN PATH OF VEHICLE |
| M | 32489051 | 324.89051 | SM | MEDICAL WAST | LITTERING - MEDICAL WASTE |
| M | 32495021 | 324.95021 | SM | LITTERING | WATERCRAFT POLLUTION - LITTERING |
| M | 32495022 | 324.95022 | SM | WATERCRAFT | WATERCRAFT POLLUTION-LITTERING FROM VESSEL |
| M | 32495031 | 324.95031 | SM | MARINE SANI | WATERCRAFT POLLUTION-SANITARY DEVICE W/O POLLUTION CONT DEV |
| M | 32495032 | 324.95032 | SM | WP-MSD | WATERCRAFT POLLUTION - MSD-NOT RENDERED INCAP. OF DISCHARGE |
| M | 3249505 | 324.9505 | SM | WP-OIL DISCH | WATERCRAFT POLLUTION - OIL DISCHARGED INTO/ONTO WATERS OF ST |
| M | 3249510 | 324.9510 | SM | WATERCRAFT | WATERCRAFT POLLUTION - RULE VIOLATION |
| M | 3251021 | 325.1021 | SM | WATER VIOL. | SAFE DRINKING WATER-VIOLATION |
| M | 3282161 | 328.2161 | SM | FUNERAL CONT | FUNERAL CONTRACTS-UNREGISTERED PROVIDER |
| M | 328217 | 328.217 | SM | FUNERAL CONT | FUNERAL CONTRACTS-IMPROPER ESCROW AGREEMENT |
| M | 3282181 | 328.2181 | SM | FUNERAL CONT | FUNERAL CONTRACT-FAIL TO KEEP PROPER RECORDS |
| M | 3282182 | 328.2182 | SM | FUNERAL CONT | FUNERAL CONTRACT-NO SPECIAL REPORT |
| M | 328219 | 328.219 | SM | FUNERAL CONT | FUNERAL CONTRACT-NOTICE OF DISCONTINUING |
| M | 3282282 | 328.2282 | SM | FUNERAL CONT | FUNERAL CONTRACTS - REG. FRAUD/REFUSE DISCLOSE RECORDS |
| M | 3301137 | 330.1137 | SM | UNLIC PSYCH | MENTAL HEALTH-UNLICENSED PSYCHIATRIC FACILITIES/SERVICES |
| M | 33311101 | 333.11101 | SM | DONATE AIDS | AIDS - DONATING INFECTED BLOOD |
| M | 333124341 | 333.124341 | SM | AGR LAB CAMP | AGRICULTURAL LABOR CAMP - VIOLATIONS |
| M | 33312505 | 333.12505 | SM | CAMPGROUNDS | CAMPGROUNDS - CONSTRUCTING WITHOUT PERMIT |
| M | 33312506 | 333.12506 | SM | CAMPGROUNDS | CAMPGROUNDS - OPERATING WITHOUT LICENSE |
| M | 33312508 | 333.12508 | SM | CAMPGROUNDS | CAMPGROUNDS - FAILURE TO DISPLAY LICENSE |
| M | 33312509 | 333.12509 | SM | CAMPGROUNDS | CAMPGROUNDS - IMPROPER LICENSE TRANSFER |
| M | 33312525 | 333.12525 | SM | PUB.SWIM PL | PUBLIC SWIMMING POOLS - CONSTRUCTION W/O PERMIT |
| M | 33312526 | 333.12526 | SM | SWIM POOLS | PUBLIC SWIMMING POOLS - IMPROPER CONSTRUCTION |
| M | 33312527 | 333.12527 | SM | SWIM POOLS | PUBLIC SWIMMING POOLS - OPERATION PERMIT VIOLATION |
| M | 33312533 | 333.12533 | SM | POOL VIOLATN | PUBLIC SWIMMING POOLS - RULE VIOLATION |
| M | 33312563 | 333.12563 | SM | AQUATIC NUIS | AQUATIC NUISANCE ABATEMENT VIOLATIONS |
| M | 33312704 | 333.12704 | SM | WATER WELLS | WATER WELLS - NO REGISTRATION |
| M | 33312705 | 333.12705 | SM | WATER WELLS | WATER WELLS - TRANSFERRING REGISTRATION |
| M | 33312706 | 333.12706 | SM | WATER WELLS | WATER WELLS - IMPROPER DISPLAY OF REGISTRATION NUMBER |
| M | 33312707 | 333.12707 | SM | WATER WELLS | WATER WELLS - FAILURE TO PROVIDE COMPLETION RECORD |
| M | 33312714 | 333.12714 | SM | WATER WELLS | WATER WELLS - RULE VIOLATIONS |
| M | 33312715 | 333.12715 | SM | WATER WELLS | WATER WELLS - ORDER VIOLATIONS |
| M | 33313102 | 333.13102 | SM | TATTOO PARLR | TATTOO PARLOR - VIOLATIONS |
| M | 33316641 | 333.16641 | SM | DENTISTRY | DENTISTRY-USE DENTAL LAB W/O WRITTEN AUTHORITY |
| M | 33316643 | 333.16643 | SM | DENTISTRY | DENTISTRY-DENTAL LAB VIOLATIONS |
| M | 33316644 | 333.16644 | SM | DENTISTRY | DENTISTRY-FAILURE TO KEEP TREATMENT RECORDS |
| M | 33316647 | 333.16647 | SM | DENTISTRY | DENTISTRY-DENTAL LAB/REFUSING INSPECTION |

Exhibit A to Appendix 1

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 33316648 | 333.16648 | SM | DENTISTRY | DENTISTRY-DISCLOSURE OF CONFIDENTIAL INFORMATION |
| M | 33317751 | 333.17751 | SM | CS-PRESCRIP | CONT SUBS-PRESCRIPTIONS-UNLAWFUL DISPENSING |
| M | 33317764 | 333.17764 | SM | MISLEAD LABL | CONT SUBS-SALE OF DRUG/DEVICE W/MISLEADING LABEL |
| M | 333201739 | 333.201739 | SM | PUBLIC HLTH | PUBLIC HEALTH-NURSING HOME-FALSE STATEMENT TO OBTAIN EMPLOY. |
| M | 33320198 | 333.20198 | SM | PUBLIC HLTH | PUBLIC HEALTH-FACILITY OR AGENCY-ENTER TO ENGAGE IN STALKING |
| M | 333201991 | 333.201991 | SM | HEALTH FACIL | PUBLIC HEALTH FACILITY OR AGENCY VIOLATION |
| M | 333201992 | 333.201992 | SM | FAC-ABORTION | PUBLIC HEALTH FACILITY OR AGENCY ABORTION RELATED VIOLATION |
| M | 33321711 | 333.21711 | SM | NRS HME LIC | NURSING HOMES - FAILURE TO GET A LICENSE |
| M | 33321712 | 333.21712 | SM | NRS HME NAME | NURSING HOMES - USING FALSE NAME |
| M | 333217711 | 333.217711 | SM | NRS ABUSE PT | NURSING HOMES - ABUSE OF A PATIENT |
| M | 333217712 | 333.217712 | SM | NURS HM ABUS | NURSING HOMES-FAILURE TO REPORT ABUSE OF A PATIENT |
| M | 333217716 | 333.217716 | SM | NRS HME-RETA | NURSING HOMES - RETALIATION FOR REPORTING ABUSE |
| M | 33321791 | 333.21791 | SM | NRS FLS AD | NURSING HOMES - MISLEADING ADVERTISING |
| M | 3332441 | 333.2441 | SM | HEALTH DEPT | LOCAL HEALTH DEPARTMENT -  REGULATION VIOLATIONS |
| M | 3332663 | 333.2663 | SM | DEAD BODIES | DEAD BODIES-UNLAWFUL DISPOSITION OF UNCLAIMED BODY |
| M | 333279654 | 333.279654 | SM | MARIHUAN ACT | REGULATION AND TAXATION OF MARIHUANA ACT |
| L | 939.M | 333.279654 | OM | MRTMA>2X LIM | MRTMA-POSSESS/CULTIVATE/DELIVER MORE THAN TWICE LEGAL LIMIT |
| M | 33328412 | 333.28412 | SM | FAIL RPT BOD | FAIL TO REPORT THE DISCOVERY OF A DEAD BODY |
| M | 3332894 | 333.2894 | SM | VITAL RECORD | VITAL RECORDS - GENERAL VIOLATIONS |
| M | 3332895 | 333.2895 | SM | RECRD-DISCLS | VITAL RECORDS -  IMPROPER DISCLOSURE |
| M | 3335121 | 333.5121 | SM | MARRIAGE LIC | MARRIAGE LICENSE-AIDS/VD VIOLATIONS |
| M | 333512911 | 333.512911 | SM | FAIL TO PAY | AIDS/STD TESTING-FAILURE TO PAY COSTS |
| M | 3335131 | 333.5131 | SM | AIDS-DISCLOS | AIDS-IMPROPER DISCLOSURE OF CONFIDENTIAL INFORMATION |
| M | 3335204 | 333.5204 | SM | AIDS-INFOR | AIDS-DISCLOSING CONFIDENTIAL INFORMATION FROM TESTING NOTICE |
| M | 33373022 | 333.73022 | SM | CONT.SUBS | CONT. SUBS. -LABELS-ALTERATION/REMOVAL/REMOVAL |
| M | 33373349 | 333.73349 | SM | CS-PRACTNR | CS-PRACTITNR-FAILURE TO RETURN PRESC FORMS UPON LOSS OF LICNS |
| M | 3337339 | 333.7339 | SM | CONT SUBS | FOOD PRODUCT/DIETARY SUPPL.CONTAIN EPHEDRINE-DISPENSE MINOR |
| L | 020 | 333.7341 | OM | CDLMAN/DSTCS | CDL - MANUFACTURING OR DISTRIBUTING CONTROLLED SUBSTANCE |
| M | 33373416 | 333.73416 | SM | CS IMIT AD | CONT SUBS-IMITATION ADVERTISE |
| M | 3337403 | 333.7403 | SM | POSS OF CONT | POSSESSION OF CONTROLLED DANGEROUS SUBSTANCE |
| M | 33374102 | 333.74102 | SM | CS MJ DIS WO | DISTRIBUTE MARIJUANA WITHOUT REMUNERATION |
| M | 3337411 | 333.7411 | SM | PROBATION W/ | PROBATION W/O JUDGEMENT OF GUILT VIOLATION OF PROBATION |
| M | 3337413 | 333.7413 | SM | SECOND OR SU | SECOND OR SUBSEQUENT OFFENSES PENALTIES |
| M | 3337453 | 333.7453 | SM | CS-SALE PAR | CONT SUBS-SALE OF PARAPHERNALIA |
| M | 3337455 | 333.7455 | SM | CS-SALE/MINR | CONT SUBS-SALE OF PARAPHERNALIA TO MINOR |
| M | 33626 | 336.26 | SM | AIR POLLUT-V | AIR POLLUTION - VIOLATING PERMIT/ORDERS |
| M | 3381053 | 338.1053 | SM | SC-NO LIC./P | SECURITY GUARDS - NO LICENSE/PERMISSION TO CONNECT SECURITY ALARM |
| M | 3381060 | 338.1060 | SM | SEC GRD/LICN | SECURITY GUARDS-FAILURE TO SURRENDER LICENSE |

## List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 3381066 | 338.1066 | SM | SEC GRD/ID | SECURITY GUARDS-UNAUTHORIZED BADGES/ID CARDS |
| M | 3381067 | 338.1067 | SM | SEC GRD-FALS | SECURITY GUARDS-FALSE REPRESENTATION |
| M | 3381068 | 338.1068 | SM | SEC GUARD | SECURITY GUARDS-FAIL TO SURRENDER ID/OTHER PROPERTY |
| M | 33810685 | 338.10685 | SM | SEC.BUSINESS | SECURITY BUSINESS-NAME CHECK-IMPROPER USE |
| M | 33810693 | 338.10693 | SM | SEC.GUARDS | SECURITY GUARDS-BADGE/UNIFORM-UNLAWFUL USE |
| M | 3381070 | 338.1070 | SM | SEC GUARD | SECURITY GUARDS-DIVULGING CONFIDENTIAL INFORMATION |
| M | 3381072 | 338.1072 | SM | SECURITY GRD | SECURITY GUARDS-FALSE ADVERTISING |
| M | 3381082 | 338.1082 | SM | SECURITY GRD | SECURITY GUARDS-GENERAL VIOLATIONS |
| M | 3383559 | 338.3559 | SM | PLUMBING | STATE PLUMBING ACT VIOLATIONS |
| M | 338830 | 338.830 | SM | PRIVATE EYE | PRIVATE DETECTIVES - SURRENDER LICENSE |
| M | 338832 | 338.832 | SM | PRIVATE EYE | PRIVATE DETECTIVES - FAIL TO POST LICENSE |
| M | 338833 | 338.833 | SM | PRIVATE EYE | PRIVATE DETECTIVES - FAIL TO REPORT NAME/LOCATION CHANGE |
| M | 338834 | 338.834 | SM | PRIVATE EYE | PRIVATE DETECTIVES - ALLOW UNAUTHORIZED PERSONS TO USE ID |
| M | 338835 | 338.835 | SM | PRIVATE EYE | PRIVATE DETECTIVES - ASSIGNING LICENSE |
| M | 338836 | 338.836 | SM | PRIVATE EYE | PRIVATE DETECTIVES - BADGE/ID CARD VIOLATION |
| M | 338837 | 338.837 | SM | PRIVATE EYE | PRIVATE DETECTIVES - FALSE REPRESENTATION/EMPLOY VIOLATION |
| M | 3388381 | 338.8381 | SM | PRIVATE EYE | PRIVATE DETECTIVES - HIRING |
| M | 3388382 | 338.8382 | SM | PRIVATE EYE | PRIVATE DETECTIVES - EMPLOYEES REFUSING TO SURRENDER ID |
| M | 338840 | 338.840 | SM | PRIVATE EYE | PRIVATE DETECTIVES - CONFIDENTIALITY VIOLATIONS |
| M | 338842 | 338.842 | SM | PRIVATE EYE | PRIVATE DETECTIVES - ADVERTISING VIOLATIONS |
| M | 338843 | 338.843 | SM | PRIVATE EYE | PRIVATE DETECTIVES - IMPROPER TRADE NAME |
| M | 338844 | 338.844 | SM | PRIVATE EYE | PRIVATE DETECTIVES - RECORD VIOLATIONS |
| M | 338845 | 338.845 | SM | PRIVATE EYE | PRIVATE DETECTIVES - REFUSING SUBPOENA/QUESTIONS |
| M | 338851 | 338.851 | SM | PRIVATE EYE | PRIVATE DETECTIVES - RULE VIOLATIONS |
| M | 338985 | 338.985 | SM | MECH. CONTRA | MECHANICAL CONTRACTORS - GENERAL VIOL. |
| M | 3392403 | 339.2403 | SM | UNLIC CONTRA | UNLICENSED CONTRACTOR |
| M | 33956011 | 339.56011 | SM | SKILLED TRAD | SKILLED TRADE REGULATION ACT-UNLICENSED PRACTICE/USE OF TITLE |
| M | 3396013 | 339.6013 | SM | OCC WO/LIC | OCCUPATIONAL CODE-PERFORM OCCUPATION W/O A LIC.-1ST OFFENSE |
| M | 3396014 | 339.6014 | SM | OCC WO/LIC | OCCUPATIONAL CODE-PERFORM OCCUPATION W/O A LICENSE - 2ND OFF |
| M | 339707 | 339.707 | SM | ACCOUNTING - | ACCOUNTING - GENERAL VIOLATIONS |
| M | 3801313 | 380.1313 | SM | WEAPONS/STUD | WEAPONS-REPORT POSSESSION BY STUDENT |
| M | 3801561 | 380.1561 | SM | TRUANCY | TRUANCY |
| M | 3801804 | 380.1804 | SM | SCH CODE VIO | SCHOOL CODE VIOLATIONS |
| M | 3801812 | 380.1812 | SM | SCHL/CENSUS | SCHOOLS - CENSUS VIOLATIONS |
| L | 704.3 | 390.19 | OM | USDOT # | MOTOR CARRIER INDENTIFICATION REPORT (USDOT NUMBER) |
| M | 3991581 | 399.1581 | SM | MI HISTORIC | MI HISTORICAL MARKER - UNAUTHORIZED USE OF DESIGN |
| M | 3991582 | 399.1582 | SM | MI HISTORIC | MI HISTORICAL MARKER - UNAUTHORIZED COMMERCIAL USE |
| M | 3991583 | 399.1583 | SM | MI HISTORIC | MI HISTORICAL MARKER-USING TO REPRESENT PROPERTY AS HISTORIC |

List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 3991584 | 399.1584 | SM | MI HISTORIC | MI HISTORICAL MARKER - DAMAGING OR REMOVING |
| M | 3991585 | 399.1585 | SM | MI HISTORIC | MI HISTORICAL MARKER - UNLAWFUL POSSESSION |
| M | 400151110 | 400.151110 | SM | DV FAT REV | DOMESTIC VIOLENCE FATALITY REVIEW TEAM VIOLATE CONFIDENTIALIT |
| M | 4002384 | 400.2384 | SM | CHILD SUPPRT | CHILD SUPPORT-UNAUTHORIZED DISCLOSURE OF SDU INFORMATION |
| M | 400273 | 400.273 | SM | CHARIT.SOLIC | CHARITABLE SOLICITATION - NO LICENSE APPLICATION |
| M | 400274 | 400.274 | SM | CHARI.CONTRI | CHARITABLE CONTRIBUTIONS - KEEP CONTRACT/SOLIC. MAT. |
| M | 400276 | 400.276 | SM | CHARIT.SOLIC | CHARITABLE SOLICITATION - FAIL TO NOTIFY AG OF CHANGE |
| M | 400277 | 400.277 | SM | CHARIT.SOLIC | CHARITABLE SOLICITATION - UNTIMELY RENEWAL |
| M | 400278 | 400.278 | SM | CHARIT.SOLIC | CHARITABLE SOLICITATION - RECORDS/FAIL TO ALLOW INSPECTION |
| M | 400287 | 400.287 | SM | CHARIT.SOLIC | CHARITABLE SOLICITATION-PROFESS. FUNDRAISER/SOLIC.-NO LICENSE |
| M | 400288 | 400.288 | SM | CHARIT.SOLIC | CHARITABLE SOLICITATION - USING FALSE NAMES/NO ID |
| M | 408103510 | 408.103510 | SM | MIOSHA-INSPC | MIOSHA - ASSAULTING INSPECTOR |
| M | 40810357 | 408.10357 | SM | MIOSHA-STMNT | MIOSHA - FALSE STATEMENTS/REPORTS |
| M | 40810358 | 408.10358 | SM | MIOSHA | MIOSHA - DISCLOSE INVESTIGATION/INSPECTION |
| M | 408484 | 408.484 | SM | WAGES/FRINGE | WAGES AND FRINGE BENEFITS-VIOLATIONS |
| M | 408485 | 408.485 | SM | FAIL PAY WAG | FAILURE TO PAY WAGES-WILFUL |
| M | 408486 | 408.486 | SM | CHECK NOT PD | CHECK-WAGES NOT PAID |
| M | 408557 | 408.557 | SM | PREVAIL WAGE | PREVAILING WAGES - VIOLATIONS |
| M | 408660 | 408.660 | SM | C/A RIDES | C/A RIDES - NO PERMIT/INSPECTION |
| M | 408662 | 408.662 | SM | C/A RIDES | C/A RIDES - FAIL TO NOTIFY OF NEW/MODIFIED |
| M | 408663 | 408.663 | SM | C/A RIDES | C/A RIDES - OPERATION IN VIO. OF CESSATION ORDER |
| M | 408666 | 408.666 | SM | C/A RIDES | C/A RIDES - OPERATE WO/INSURANCE |
| M | 408669 | 408.669 | SM | CARNIVAL | CARNIVAL/AMUSEMENT RIDES-FAIL TO DISPLAY RIDER SAFETY SIGNS |
| M | 408774 | 408.774 | SM | BOILERS | BOILERS-OPERATE WITHOUT INSPECTION CERT. |
| M | 408775 | 408.775 | SM | BOILERS | BOILERS-INSTALL/REPAIR WITHOUT LICENSE |
| M | 408812 | 408.812 | SM | ELEV. LICENS | ELEVATORS - NO CONTRACTOR LICENSE |
| M | 408815 | 408.815 | SM | ELEV.PERMIT | ELEVATORS - NO PERMIT |
| M | 408820 | 408.820 | SM | ELEV.SMOKING | ELEVATORS - SMOKING |
| M | 4088211 | 408.8211 | SM | ELEVATOR RUL | ELEVATORS - RULE VIOLATIONS |
| M | 4088213 | 408.8213 | SM | ELEVATOR/OP | ELEVATORS - OPERATE-SEALED OUT OF SERVICE |
| M | 409103 | 409.103 | SM | CHILDRN/EMP | CHILDREN - EMPLOYMENT/HAZARDOUS/UNDER AGE |
| M | 409104 | 409.104 | SM | CHILDRN PRMT | CHILDREN - EMP. W/O A WORK PERMIT |
| M | 409110 | 409.110 | SM | <16 YRS HRS | CHILDREN - UNDER 16/WORK. TOO MANY HOURS |
| M | 409111 | 409.111 | SM | TOO MANY HRS | CHILDREN - 16 AND OVER WORKING TOO MANY HOURS |
| M | 409112 | 409.112 | SM | CHILD.REST | CHILDREN - EMPLOYMENT WITHOUT MEAL/REST PERIOD |
| M | 409113 | 409.113 | SM | CHILD. LAWS | CHILDREN - FAILURE TO POST EMPLOYEE LAWS/KEEP RECORDS |
| M | 409122 | 409.122 | SM | YOUTH EMP | CHILDREN - VIOLATING YOUTH EMPLOYMENT STANDARDS ACT |
| M | 418641 | 418.641 | SM | WORKERS COMP | WORKER'S COMP-EMPLOYER'S FAIL TO SECURE |

Exhibit A to Appendix 1

### List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 501.M | 430.53 | OM | PRO EMBLEM | PROHIBITED DISPLAY OF EMBLEM OR INSIGNIA ON MOTOR VEHICLE |
| M | 431329 | 431.329 | SM | HORSE RACING | HORSE RACING VIOLATIONS |
| M | 4313311 | 431.3311 | SM | HORSE RACING | HORSE RACING-DRUGGING/AFFECTING HORSE |
| M | 431333 | 431.333 | SM | HORSE RACING | HORSE RACING-FAILURE TO REPORT VIOLATION TO COMMISSIONER |
| M | 432106 | 432.106 | SM | GAMBLE-BINGO | GAMBLING-BINGO/MILLIONAIRE PARTY-LICENSE DISPLAY |
| M | 432109 | 432.109 | SM | GAMBLE | GAMBLING-CHARITABLE GAMING-DISPOSITION OF PROCEEDS |
| M | 4321101 | 432.1101 | SM | GAMBLING | GAMBLING-CHARITABLE GAMING-UNQUALIFIED PARTICIPANT |
| M | 4321102 | 432.1102 | SM | GAMBLE | GAMBLING-CHARITABLE GAMING-RECEIVING COMMISSION |
| M | 4321103 | 432.1103 | SM | GAMBLING | GAMBLING-CHARITABLE GAMING-EQUIPMENT VIOLATION |
| M | 4321105 | 432.1105 | SM | GAMBLING | GAMBLING-BINGO-ILLEGAL ADVERTISING |
| M | 4321106 | 432.1106 | SM | GAMBLE-PRIZE | GAMBLING-MILLIONAIRE PARTY-ILLEGAL PRIZES |
| M | 4321107 | 432.1107 | SM | GAMBLE-MILL | GAMBLING-MILLIONAIRE PARTIES-ILLEGAL ADVERTISING |
| M | 432111 | 432.111 | SM | GAMBLING | GAMBLING-CHARITABLE GAMING-UNAUTHORIZED TAXES |
| M | 4321141 | 432.1141 | SM | GAMBLING | GAMBLING-CHARITABLE GAMING-RECORDS/INSPECTION |
| M | 4321142 | 432.1142 | SM | GAMBLING | GAMBLING-CHARITABLE GAMING-FAIL TO FILE FINANCIAL STATEMENT |
| M | 4321143 | 432.1143 | SM | GAMBLING | GAMBLING-CHARITABLE GAMING-REFUSING INSPECTION |
| M | 4322183 | 432.2183 | SM | GAMBLING | GAMBLING ACTIVITIES-MISDEMEANOR VIOLATIONS |
| M | 43222513 | 432.22513 | SM | GAMBLING | GAMBLING-DISASSOCIATED PERSON-TRESPASSING |
| M | 432273 | 432.273 | SM | GAMBLING | GAMBLING-FAILURE TO REGISTER A CASINO INTEREST |
| M | 43229 | 432.29 | SM | LOTTERY-SALE | LOTTERY - SELL TICKET TO PERSON UNDER 18 |
| M | 43312 | 433.12 | SM | ANML AT LRGE | ANIMALS - RUNNING AT LARGE |
| M | 4361203 | 436.1203 | SM | ALC SALE/DEL | ALCOHOL-SALE/DELIVERY/IMPORTING W/O A LICENSE |
| M | 43612031 | 436.12031 | SM | ALC/SALE | ALCOHOL-SALE/DELIVERY/IMPORTING WITHOUT AUTHORIZATION |
| M | 43612032 | 436.12032 | SM | ALC ORDERS | ALCOHOL-ORDERS BY MAIL OR ELECTRONIC MEANS-RETAILER VIOLATION |
| M | 43612033 | 436.12033 | SM | ALC ORDERS | ALCOHOL-ORDERS BY MAIL OR ELECTRONIC MEANS-CLERK VIOLATIONS |
| M | 43612034 | 436.12034 | SM | ALC DELIVERY | ALCOHOL-DELIVERY PERSON-FAIL VERIFY RECIPIENTS AGE/IDENTITY |
| M | 43612035 | 436.12035 | SM | ALC ILLEGAL | ALCOHOL-ILLEGALLY IMPORTED SPIRITS |
| M | 43612037 | 436.12037 | SM | ALC TRANSPRT | ALCOHOL-TRANSPORTING MORE THAN 312 OZ FROM ANOTHER STATE |
| M | 4361523 | 436.1523 | SM | ALC/LICENSEE | ALCOHOL-LAW ENFORCEMENT OFFICER AS LICENSEE |
| L | 637.1 | 436.1701 | OM | FUR ALCO MIN | FURNISHING ALCOHOLIC BEVERAGE TO PERSONS UNDER 21 |
| L | 641 | 436.1703 | OM | MIN POSS ALC | MINOR IN POSSESSION OF ALCOHOL |
| L | 642 | 436.1703 | SM | MIN POSS ALC | MINOR POSSESSION OF ALCOHOL (STATE CASE) |
| L | 910 | 436.17032 | OM | FALS AGE LIQ | FALSIFY AGE TO OBTAIN LIQUOR |
| M | 43618012 | 436.18012 | SM | ALC LICENSEE | ALCOHOL-LICENSEE FURNISHING TO MINOR/INTOXICATED PERSON |
| L | 637.4 | 436.1901 | OM | ALCOHOL COMP | COMPLIANCE REQUIRED;PHOHIBITED ACTS;VIOL;SANCTIONS & PENALTY |
| M | 43619151 | 436.19151 | SM | ALC ON HWY | ALCOHOL-CONSUME ON HIGHWAY |
| M | 4362021 | 436.2021 | SM | ILLGL REMOVL | ALCOHOL-ILLEGAL REMOVAL FROM LICENSED PREMISE |
| M | 43620251 | 436.20251 | SM | ALC GIVE AWY | ALCOHOL-GIVING AWAY |

## List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 43620253 | 436.20253 | SM | ALC-FURN | ALCOHOL-FURNISHING TO AN INTOXICATED PERSON |
| M | 43621131 | 436.21131 | SM | SELL ALC SUN | ALCOHOL-ILLEGAL SALE/PURCHASE OF SPIRITS-SUNDAY |
| M | 43633 | 436.33 | SM | ALCOHOL SELL | ALCOHOL-SELLING/FURNISHING TO MINOR |
| M | 43842 | 438.42 | SM | USURY RECORD | USURY RECORDS-POSSESSION |
| M | 44093077 | 440.93077 | SM | FARMING | FARMING - SECURED PARTY VIOLATIONS |
| M | 44093078 | 440.93078 | SM | FARM-BUYER | FARMING - BUYER OF SECURED PRODUCTS/IMPROPER PAYMENT |
| M | 442223 | 442.223 | SM | GOB-IMP ADER | GOING OUT OF BUSINESS SALE - IMPROPER ADVERTISING |
| M | 442224 | 442.224 | SM | GOB-VIOLATON | GOING OUT OF BUSINESS SALE - VIOLATION |
| M | 4451 | 445.1 | SM | ASSUMED NAME | DOING BUSINESS UNDER ASSUMED NAME-NO CERT. |
| M | 4451670 | 445.1670 | SM | MBA-REFUSAL | MBA-REFUSAL TO ANSWER SUBPOENA/QUESTIONS |
| M | 4451712 | 445.1712 | SM | VIDEO/REC/WT | VIDEO/REC./WRIT. MAT.-DISCLOSE IDENTITY |
| M | 4451823 | 445.1823 | SM | CREDIT SERVI | CREDIT SERVICES ACT VIOLATIONS |
| M | 44525071 | 445.25071 | SM | UNSOLIC EMAL | UNSOLICITED COMMERCIAL EMAIL - VIOLATIONS |
| M | 445331 | 445.331 | SM | MAIL THEFT | MAIL AND MAIL DEPOSITORY PROTECTION ACT - MAIL THEFT |
| M | 445377 | 445.377 | SM | TRANS.MERCHN | TRANSIENT MERCHANT ACT VIOLATIONS |
| M | 445401 | 445.401 | SM | 2ND HAND DLR | SECOND HAND DEALER-NO LICENSE |
| M | 445404 | 445.404 | SM | 2ND HD/DISPY | SECOND HAND DEALER-FAIL TO DISPLAY SIGN/RECORD TRANSACTION |
| M | 445405 | 445.405 | SM | 2ND HD/NO RP | SECOND HAND DEALER-FAIL TO RETAIN/TAG ARTICLE-NO RPT |
| M | 445406 | 445.406 | SM | 2ND HD-PEDDL | SECOND HAND DEALER-PEDDLER FAIL TO DELIVER RECORD TO POLICE |
| M | 445407 | 445.407 | SM | SEC.HD DEALR | SECOND HAND DEALER-UNLAWFUL PURCHASE |
| M | 445427 | 445.427 | SM | NONFERR METL | NONFERROUS METAL REGULATORY ACT - RECORD KEEPING VIOLATIONS |
| L | 985.3 | 445.429 | OM | TAG ATTACHED | TAG TO BE ATTACHED TO PURCHASED ARTICLES |
| M | 4454291 | 445.4291 | SM | NONFERROUS M | NONFERROUS METAL REGULATORY ACT -TAG AND HOLD VIOLATIONS |
| M | 4454837 | 445.4837 | SM | PGMDA REGIST | PGMDA-FAILING TO POST REGISTRATION |
| M | 4454838 | 445.4838 | SM | PGMDA NOT CH | PGMDA-FAIL TO NOTIFY OF NAME/ADDRESS CHG |
| M | 4454843 | 445.4843 | SM | PGMDA POLICE | PGMDA-FAIL TO SEND COPY OF RECORD TO POLICE |
| M | 4454844 | 445.4844 | SM | PGMDA INSPCT | PGMDA-FAILING TO ALLOW INSPECTION |
| M | 4454845 | 445.4845 | SM | PGMDA RETAIN | PGMDA-FAILING TO RETAIN RECORDS |
| M | 4454871 | 445.4871 | SM | PGMDA MATERI | PGMDA-FAILING TO RECORD MATERIAL MATTER |
| M | 445572 | 445.572 | SM | BEVERAGE CON | BEVERAGE CONTAINER VIOLATIONS |
| M | 446201 | 446.201 | SM | PAWNBROKERS | PAWNBROKERS - NO LICENSE |
| M | 446202 | 446.202 | SM | PAWNBROKERS | PAWNBROKERS - OPERATE IN UNAUTHORIZED PLACE |
| M | 446205 | 446.205 | SM | PAWNBROKERS | PAWNBROKERS - BOOK VIOLATIONS |
| M | 446206 | 446.206 | SM | PAWNBROKERS | PAWNBROKERS - FAILURE TO REPORT TO POLICE |
| M | 446208 | 446.208 | SM | PAWNBROKERS | PAWNBROKERS - MEMORANDUM/NOTE VIOLATIONS |
| M | 446209 | 446.209 | SM | PAWNBROKERS | PAWNBROKERS - USURY/EXCESS FEES |
| M | 446210 | 446.210 | SM | PAWNBROKERS | PAWNBROKERS - AUCTION VIOLATIONS |
| M | 446213 | 446.213 | SM | PAWNBROKERS | PAWNBROKERS - DEFACING PROPERTY |

## List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 446214 | 446.214 | SM | PAWNBROKERS | PAWNBROKERS-TAKE PROPERTY FROM MINOR/SUSPECTED THIEF |
| M | 446217 | 446.217 | SM | PAWNBROKERS | PAWNBROKERS - OPERATION ON SUNDAY |
| M | 449101 | 449.101 | SM | FAIL TO FILE | PARTNERSHIPS-FAILURE TO FILE CERTIFICATE |
| M | 449102 | 449.102 | SM | PARTNER/CERT | PARTNERSHIPS-FAIL TO FILE CERT. W/NAME CHANGE |
| M | 451433 | 451.433 | SM | CEASE/DESIST | DEBT MANAGEMENT ACT - VIOLATING CEASE AND DESIST ORDER |
| M | 456541 | 456.541 | SM | CEMETERY REG | CEMETERY REGULATION ACT VIOLATION |
| M | 460716 | 460.716 | SM | PUBLIC UTIL. | PUBLIC UTIL.-UNDERGROUND FACILITIES-REMOVE/DESTROY MARKERS |
| M | 462255 | 462.255 | SM | RAILROADS | RAILROADS - DISORDERLY CONDUCT |
| M | 4622572 | 462.2572 | SM | TRAINS-MISSL | TRAINS - THROWING MISSILE AT |
| M | 462267 | 462.267 | SM | REMOVE/TAMPR | REMOVE/TAMPER W/SWITCHES OR DERAIL DEVICE |
| M | 462273 | 462.273 | SM | TRAINS TRESP | RAILROADS - TRESPASS ON TRACKS/BUILDINGS |
| M | 462353 | 462.353 | SM | LOCOM/OUIL | OPERATING A LOCOMOTIVE - OUIL/IMPAIRED |
| M | 4623534 | 462.3534 | SM | LOCO.OUIL/2N | OPERATING A LOCOMOTIVE - OUIL/IMPAIRED - 2ND OFF. NOTICE |
| M | 462357 | 462.357 | SM | LOC/INTOX PR | OPERATING A LOCOMOTIVE - ALLOW INTOX. PERSON TO OPERATE |
| M | 462391 | 462.391 | SM | TRAINS | TRAINS - OBSTRUCTING TRAFFIC |
| M | 469421 | 469.421 | SM | TRESPAS R R | TRESPASSING RAILROAD PROPERTY |
| M | 47228 | 472.28 | SM | RAILROAD - D | RAILROAD - DAMAGE TO PROPERTY |
| L | 900.7 | 474.109 | OM | INS-MC-BUS | FAIL TO HAVE REQUIRED MOTOR CARRIER LIABILITY INSURANCE (BUS) |
| L | 900.M | 474.116 | OM | NO MDOT INSP | NO ANNUAL MDOT SAFETY INSPECTION |
| M | 474133 | 474.133 | SM | MOTOR BUS | MOTOR BUS TRANSP.-OPER W/O CERTIFICATE OF AUTHORITY/INSURANCE |
| L | 666.1M | 474.133 | OM | ALL/UNQ/DRIV | ALLOW UNQUALIFIED DRIVER TO DRIVE |
| M | 474134 | 474.134 | SM | MOTOR BUS | MOTOR BUS TRANSPORTATION - VIOLATIONS |
| M | 4761 | 476.1 | SM | CERT OF AUTH | COMMON MOTOR CARRIER-OPERATION VIOLATION |
| M | 47613 | 476.13 | SM | COMM.CARRIER | COMMON MOTOR CARRIER-ABANDONING SERVICE |
| M | 4766 | 476.6 | SM | COMM.CARRIER | COMMON MOTOR CARRIER-FAIL TO PUBLISH RATES |
| M | 4767 | 476.7 | SM | COMM.CARRIER | COMMON MOTOR CARRIER-UNREASONABLE RATES |
| M | 4768 | 476.8 | SM | MTC CARR FRD | COMMON MOTOR CARRIER-FRAUD/KICKBACKS |
| M | 4771 | 477.1 | SM | CONT CARRIER | CONTRACT MOTOR CARRIER-OPERATION VIO. |
| M | 47711 | 477.11 | SM | CONT.CARRIER | CONTRACT MOTOR CARRIER-ABANDON SERVICE |
| M | 4778 | 477.8 | SM | CONT.CARRIER | CONTRACT MOTOR CARRIER-FRAUD/KICKBACKS |
| M | 4782 | 478.2 | SM | MOT.CARRIERS | MOTOR CARRIER - FEE VIOLATIONS |
| M | 4787 | 478.7 | SM | MOTR.CARRIER | MOTOR CARRIER - INTERSTATE REGISTRATION VIOLATIONS |
| L | 704.2 | 478.7 | OM | NO INTER REG | MTR CARRIER ENGAGED IN INTERSTATE/FOREIGN TRANS W/O REG |
| M | 47911 | 479.11 | SM | MCA-RECORDS | MOTOR CARRIER ACT - RECORDS/CONFIDENTIALITY |
| M | 47916 | 479.16 | SM | MTR CARRIER | MOTOR CARRIER ACT-RULE/ORDER VIOLATIONS |
| L | 704.1 | 479.8 | OM | ID FOR VEH | FURNISHING I.D. FOR VEH;REMOVAL OF I.D. (MPSC CAB CARD) |
| L | 787.4 | 480.16 | OM | FL/REQ/INF/R | FAILURE TO PROVIDE REQUIRED INFORMATION ON THE TRANSPORTATION |
| M | 48017 | 480.17 | SM | MOTOR CARRIE | MOTOR CARRIER SAFETY ACT - GENERAL VIOLATIONS. |

List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 667 | 480.17 | OM | BULKHEAD VIO | CMV-NO DOUBLE BULKHEAD BETWEEN CLASS 1 AND CLASS 2/FUEL |
| M | 48245 | 482.45 | SM | FALSE STEMNT | BILLS OF LADING-ISSUING WITH A FALSE STATEMENT |
| M | 48247 | 482.47 | SM | NEG W/O TITL | BILLS OF LADING-NEGOTIATION WITHOUT TITLE |
| M | 484125 | 484.125 | SM | TEL COMPANY | TELEPHONE COMPANIES-USE OF TEL. LINES FOR COMM.ADVERTISE-VIOL |
| M | 48416052 | 484.16052 | SM | EMER TELEPH | EMERGENCY TELEPHONE SERVICE-USING FOR UNAUTHORIZED PURPOSE |
| M | 4846 | 484.6 | SM | TEL MESSENGR | TELEPHONE/MESSENGER SERVICE COMPANIES-INJURY TO PROPERTY |
| M | 4871819 | 487.1819 | SM | BIDCO ACT | BIDCO ACT-GENERAL VIOLATIONS |
| M | 487214210 | 487.214210 | SM | DEFRD SERVIC | DEFRD PRESENTMENT SERV-UNAUTHORIZED ACCESS TO DATABASE/ID NUM |
| M | 487216914 | 487.216914 | SM | DEFRD SERVIC | DEFRD PRESENTMENT SERVICES-VIOL OF ORDER SUSPENDING/PROH EMPL |
| M | 49016 | 490.16 | SM | CRED.UNIONS | CREDIT UNIONS-MEMBER/DIRECTOR LOAN VIO. |
| M | 4902172 | 490.2172 | SM | VIOL NOTICE | CREDIT UNION ACT-VIOLATING COMMISSIONERS NOTICE/ORDER |
| M | 4902173 | 490.2173 | SM | WILLFUL VIOL | CREDIT UNION ACT-WILLFUL VIOLATION |
| M | 49365 | 493.65 | SM | MORTG LOAN | SECNDRY MORTGAGE LOAN ACT-LICENSEE/REFUSAL TO ANS SUBP/QUESTN |
| M | 5003102 | 500.3102 | SM | SECURTY FAIL | MOTOR VEHICLE - OPERATE WITHOUT SECURITY |
| M | 5501408 | 550.1408 | SM | HEALTH CARE | HEALTH CARE CORPORATION - FALSE CLAIMS |
| M | 5526231 | 552.6231 | SM | CHILD SUPPRT | CHILD SUPPORT-INCOME WITHHOLDING-REFUSING TO EMPLOY |
| M | 552639 | 552.639 | SM | NON-SUPPORT | NON-SUPPORT - ESCAPE FROM JAIL |
| M | 554653 | 554.653 | SM | CAMPGROUNDS | CAMPGROUNDS - UNLAWFUL REMAINING |
| M | 6001344 | 600.1344 | SM | JUROR CERT | FRAUDULENTLY ISSING A JUROR CERTIFICATE OF ATTENDANCE |
| M | 60013481 | 600.13481 | SM | JURORS | JURORS-DISCHARGE/DISCIPLINE FOR JURY SERVICE |
| M | 60017151 | 600.17151 | SM | CRIM CONTMPT | CRIMINAL CONTEMPT |
| M | 60087279 | 600.87279 | SM | MUN C.I. | MUNICIPAL CIVIL INFRACTIONS-FAIL TO ANSWER/APPEAR |
| M | 60088278 | 600.88278 | SM | STATE C.I. | STATE CIVIL INFRACTION-FAILURE TO COMPLY W/JUDGMENT/ORDER |
| M | 7221075 | 722.1075 | SM | PROD SAFETY | CHILDREN-PRODUCT SAFETY ACT-VIOLATIONS |
| M | 72214 | 722.14 | SM | MCGRUFF HOUS | MCGRUFF HOUSE VIOLATIONS |
| M | 7226332 | 722.6332 | SM | ABUS FAILURE | CHILD-ABUSE - FAILURE TO REPORT |
| M | 7226333 | 722.6333 | SM | CHILD INFO. | CHILDREN-ABUSE-DISSEMINATION OF CONFIDENTIAL INFORMATION |
| M | 7226334 | 722.6334 | SM | ABUS RPT EXP | CHILD-ABUSE-MAINTAINING A REPORT THAT SHOULD BE EXPUNGED |
| M | 7226335 | 722.6335 | SM | ABUS MAL FLS | CHILD-ABUSE-MALICIOUS FALSE REPORT |
| M | 7226411 | 722.6411 | SM | FURN TOBACCO | TOBACCO/VAPOR/NICOTINE ALTERNATIVE - FURNISHING TO MINORS |
| M | 7226412 | 722.6412 | SM | TOBACCO | FAIL TO POST WARNING AGAINST SALE TO MINOR |
| M | 722642 | 722.642 | SM | TOBACCO-POSS | TOBACCO - POSSESSION/USE (OR ATTEMPT) BY MINORS |
| M | 722678 | 722.678 | SM | CHILD-DISSEM | CHILDREN - MAKE REP. THAT FACILITATED DISSEM. OBSCENE MATTER |
| M | 722689 | 722.689 | SM | ULTRA VIOLNT | ULTRA-VIOLENT EXPLICIT VID GAME-FALS REP FACILITATE DISSEMIN. |
| M | 722690 | 722.690 | SM | ULTRA VIOLNT | ULTRA-VIOLENT EXPLICIT VIDE0 GAME-MNGR PERMIT MINOR PLAY/VIEW |
| M | 722751 | 722.751 | SM | CURFEW VIOL | CURFEW VIOLATIONS - UNDER 12 YEARS OLD |
| M | 722752 | 722.752 | SM | CURFEW VIOL | CURFEW VIOLATIONS - UNDER 16 YEARS OLD |
| M | 722753 | 722.753 | SM | CURFEW VIOL | CURFEW VIOLATIONS - AIDING & ABETTING |

### List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 7228592 | 722.8592 | SM | SURROG.PARNT | SURROGATE PARENTING-PARTICIPANT CONTRACTING FOR COMPENSATION |
| M | 750107 | 750.107 | SM | BOAT BREAKIN | BOATS - BREAKING LOCK OR CHAIN |
| M | 750108 | 750.108 | SM | BOAT MOORING | BOATS-REMOVING FROM MOORINGS |
| M | 750109 | 750.109 | SM | MOOR TO BECN | BOATS-MOORING TO BEACON |
| M | 750113 | 750.113 | SM | B&E COIN BOX | BREAKING AND ENTERING-A COIN BOX |
| M | 750114 | 750.114 | SM | B&E OUTSIDE | B & E - OUTSIDE SHOWCASE |
| M | 750123 | 750.123 | SM | BRIB OFF DTY | BRIBERY-PUBLIC OFFICER NONPERFORMANCE OF DUTY |
| M | 750125 | 750.125 | SM | BRIBE AGENT | BRIBERY-AGENT/EMPLOYEE |
| M | 750137 | 750.137 | SM | CHILD-DEALER | CHILDREN - DEALERS/PAWNBROKERS-GOODS FROM |
| M | 750138 | 750.138 | SM | CHILD-INTERF | CHILDREN - INTERFERE WITH JUVENILE COURT CUSTODY |
| M | 750139 | 750.139 | SM | CHILD-CONFIN | CHILDREN - CONFINEMENT WITH ADULT PRISONERS |
| M | 750140 | 750.140 | SM | CHLD EXHIBIT | CHILDREN - EXHIBITION |
| M | 750141 | 750.141 | SM | CHLD TAVERN | CHILDREN - ALLOWING IN TAVERN |
| M | 750142 | 750.142 | SM | CHLD FR OBSC | CHILDREN - FURNISHING OBSCENITY TO |
| M | 750143 | 750.143 | SM | CHLD EXH OBS | CHILDREN - EXHIBITING OBSCENITY TO |
| M | 750144 | 750.144 | SM | CHLD BD HOME | CHILDREN - UNLICENSED BOARDING HOMES |
| M | 750145 | 750.145 | SM | DELINQ MINOR | CONTRIBUTE TO DELINQUENCY OF MINOR |
| M | 750147 | 750.147 | SM | DENIAL ACCOM | CIVIL RIGHTS - DENIAL OF ACCOMMODATIONS |
| M | 75015 | 750.15 | SM | ABORT PROCUR | ABORTION-ADVERTISE/SELL DRUGS TO PROCURE |
| M | 750150 | 750.150 | SM | DEATH OF NBC | CHILDREN - CONCEAL DEATH OF INFANT CHILD |
| M | 750151 | 750.151 | SM | CONSP-TRADE | CONSPIRACY - RESTRAINT OF TRADE |
| M | 750153 | 750.153 | SM | CONSP CTRACT | CONSPIRACY - ILLEGAL CONTRACTS |
| L | 161 | 750.167 | OM | DIS PER PEEP | DISORDERLY PERSON BY WINDOW PEEPING |
| L | 161.1 | 750.167 | OM | ENG INDCT PB | ENGAGING IN INDECENT/OBSCENE CONDUCT IN PUBLIC |
| L | 161.2 | 750.167 | OM | LOIT HS PROS | LOITERING IN A HOUSE OF PROSTITUTION |
| M | 750167 | 750.167 | SM | DISORDERLY P | DISORDERLY PERSON |
| L | 906 | 750.167 | OM | DISORDLY CON | DISORDERLY CONDUCT |
| M | 750169 | 750.169 | SM | DISTRB PEACE | DISTURBING THE PEACE-RELIGIOUS MEETING |
| M | 750170 | 750.170 | SM | DISOR DISTUR | DISTURBING THE PEACE |
| M | 750172 | 750.172 | SM | DUEL-ACCEPT | DUELING-ACCEPTING CHALLENGE/ASSIST AT |
| M | 750173 | 750.173 | SM | DUEL-INSULT | DUELING-INSULTING ANOTHER FOR NOT FIGHTING |
| M | 750174 | 750.174 | SM | EMBEZZLEMENT | EMBEZZLEMENT |
| M | 7501742 | 750.1742 | SM | EMBEZZLEMENT | EMBEZZLEMENT-AGENT OR TRUSTEE LESS THAN $200.00 |
| M | 7501775 | 750.1775 | SM | EMBEZZLEMENT | EMBEZZLEMENT-BY CHATTEL MORTGAGOR-< $200 |
| M | 7501785 | 750.1785 | SM | EMBEZZLEMENT | EMBEZZLEMENT-MORTGAGED/LEASED PROP-< $200 |
| M | 7501812 | 750.1812 | SM | EMBEZZLEMENT | EMBEZZLEMENT-JOINTLY HELD PROPERTY-LESS THAN $200 |
| M | 750184 | 750.184 | SM | AID F/ OFF | ESCAPE - AIDING AN ESCAPE FROM AN OFFICER |
| M | 750186 | 750.186 | SM | AID BOY'S VS | ESCAPE - ASSIST BOY'S VOCATIONAL SCHOOL INMATE |

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 750188 | 750.188 | SM | OFFIC ALLOW | ESCAPE - OFFICER VOLUNTARILY ALLOWING |
| M | 750191 | 750.191 | SM | ESCAP-PERMIT | ESCAPE - PERMIT BY DELAYING ARREST |
| M | 750196 | 750.196 | SM | ESCAP CTY WF | ESCAPE - COUNTY WORK FARMS |
| M | 750197 | 750.197 | SM | ESC AWAIT TR | ESCAPE AWAITING TRIAL |
| M | 750199 | 750.199 | SM | HARBR ESCAPE | HARBORING ESCAPEES |
| M | 7501992 | 750.1992 | SM | HARBR MISDMT | HARBORING MISDEMEANANTS |
| M | 750212 | 750.212 | SM | EXPL MARKING | EXPLOSIVES-IMPROPERLY MARKED |
| M | 750214 | 750.214 | SM | EXTORT PUBLC | EXTORTION - BY PUBLIC OFFICERS |
| M | 750215 | 750.215 | SM | IMPERSON OFF | IMPERSONATING A PUBLIC OFFICER |
| M | 750216 | 750.216 | SM | OFF BDG/UNIF | STATE POLICE BADGES/UNIFORMS UNLAWFUL USE |
| M | 750217 | 750.217 | SM | OBSTR DISGUS | OBSTRUCTING OFFICER BY DISGUISE |
| L | 905.2 | 750.217 | OM | DIS TO INTIM | DISGUISING WITH INTENT TO INTIMIDATE |
| M | 750218 | 750.218 | SM | FALSE PRETEN | FALSE PRETENSES WITH INTENT TO DEFRAUD |
| M | 7502182 | 750.2182 | SM | FALSE PRETEN | FALSE PRETENSES-LESS THAN $200.00 |
| M | 750219 | 750.219 | SM | FLS STMT FIN | FALSE STATEMENT-FINANCIAL CONDITION |
| M | 750220 | 750.220 | SM | FLS CRD APPL | FALSE STATEMENT-CREDIT APPLICATION |
| M | 750221 | 750.221 | SM | PRETND BLIND | FALSE PRETENSE-PRETEND BLIND/CRIPPLED |
| M | 7502231 | 750.2231 | SM | GUN SALE WO | SALE OF PISTOL WITHOUT COMPLIANCE |
| M | 7502232 | 750.2232 | SM | LONGGUN < 18 | WEAPONS-FIREARM-SALE OF LONG GUN TO MINOR |
| M | 750228 | 750.228 | SM | GUN INSP VIO | FIREARMS - SAFETY INSPECTION VIOLATION |
| M | 750229 | 750.229 | SM | GUN PAWNBRK | WEAPONS-PAWNBROKER ACCEPTING PISTOLS |
| M | 750232 | 750.232 | SM | WEAPONS-REGI | WEAPONS-FIREARMS-KEEP REGISTRATION RECORDS |
| M | 750233 | 750.233 | SM | WEAP WO MALI | WEAPONS-FIREARMS - AIMING WITHOUT MALICE |
| M | 750234 | 750.234 | SM | WEAP DISCHGD | WEAPONES-FIREARMS-DISCHARGE WHILED AIMED W/O MALICE & INJURY |
| M | 750235 | 750.235 | SM | WEAP DISCHGD | WEAPONS-FIREARMS-DISCHARGE WHILE AIMED W/O MALICE WITH INJURY |
| L | 711.MBAC | 750.237 | OM | FIREARM INFL | LIQ OR CONTROLLED SUB;POSSESSION OR USE OF FIREARM UND INFL |
| M | 750237 | 750.237 | SM | GUN POSS OUI | WEAPONS-FIREARMS-POSSESSION UNDER INFLUENCE |
| M | 750240 | 750.240 | SM | FIRE ALARM | FALSE FIRE ALARM |
| M | 7502412 | 750.2412 | SM | FIRE ORDR CO | FIREMAN-DISOBEY ORDER OF COMMAND OFFICER OR FIREFIGHTER |
| M | 750246 | 750.246 | SM | FLAG MUTILAT | DESECRATION OF THE FLAG |
| M | 75025 | 750.25 | SM | ADULTERATION | ADULTERATION - BUTTER OR CREAM |
| M | 750263 | 750.263 | SM | COUNTERFEIT | COUNTERFEITING-IDENTIFYING MARKS |
| M | 7502632 | 750.2632 | SM | COUNTERFEIT | COUNTERFEITING-DEL/POSS OF PROP/SERVICE W/ COUNTERF. ID MARKS |
| M | 750264 | 750.264 | SM | FLS POSS PLT | COUNTERFEITING-TRADEMARK/POSSESS DIES/PLATES/LABELS |
| M | 75027 | 750.27 | SM | ADULTERATED | ADULTERATED CIGARETTES |
| M | 750275 | 750.275 | SM | WARRANTY FLS | FRAUD - WARRANTY DEEDS |
| M | 75028 | 750.28 | SM | ALC BEV MIN | ALCOHOL-CEREAL BEVERAGE TO MINORS |
| M | 750281 | 750.281 | SM | FRAUD-LIVRY | FRAUD - LIVERY STABLE KEEPERS |

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 750287 | 750.287 | SM | FLS STSILVER | FRAUD - SALE OF ARTICLES MARKED STERLING SILVER |
| M | 750288 | 750.288 | SM | FLS COIN SIL | FRAUD - SALE OF ARTICLES MARKED COIN OR COIN SILVER |
| M | 750289 | 750.289 | SM | FLS CC DESC | FRAUD - GIVE COMMERCIAL CARRIER FAKE DESCRIPTION OF GOODS |
| M | 750291 | 750.291 | SM | DEFRAUD B HS | DEFRAUDING A BOARDING HOUSE KEEPER |
| L | 718 | 750.292 | OM | BILL/NO PAY | HOTEL,MOTEL,INN,RESTAURANT,CAFE;DEFRAUDING |
| M | 750292 | 750.292 | SM | DEFRAUD INNK | DEFRAUDING AN INNKEEPER |
| M | 750294 | 750.294 | SM | FLS AKA ANIM | FRAUD - REGISTERING ANIMALS AS PUREBRED |
| M | 750295 | 750.295 | SM | FLS MILK/FAT | FRAUD - MILK AND BUTTER FAT PRODUCTION |
| M | 750298 | 750.298 | SM | FLS MEDI NME | FRAUD - PRACTICE MEDICINE UNDER FALSE NAME |
| M | 750301 | 750.301 | SM | GAMB TAK BET | GAMBLING-TAKING BETS |
| M | 75030314 | 750.30314 | SM | GAMBLE CRANE | GAMBLING-CRANE GAMES-FUND RAISERS |
| M | 750304 | 750.304 | SM | GAMBL-SELL P | GAMBLING-SELLING POOLS/REGISTERING BETS |
| M | 750305 | 750.305 | SM | GAMBLING-PUB | GAMBLING-PUBLISHING WAGERING INFORMATION |
| M | 750306 | 750.306 | SM | GAMBL PARAPH | POSSESSION OF GAMBLING PARAPHERNALIA |
| M | 750309 | 750.309 | SM | GAMBL FREQUT | GAMBLING-FREQUENTING |
| M | 750315 | 750.315 | SM | GAMBLE-LOSE | GAMBLING-LOSING AT CARDS/DICE |
| M | 75033 | 750.33 | SM | ADVERTISING | ADVERTISING - FALSE |
| M | 750330 | 750.330 | SM | PUBL ODD HRS | GAMBLING-PUBLISHING ODDS ON HORSE RACES |
| M | 750335 | 750.335 | SM | LEWD/LASCIV | LEWD AND LASCIVIOUS CONDUCT |
| L | 949.2 | 750.335 | OM | LEWD/LASCIVI | LEWD AND LASCIVIOUS COHABITATION AND GROSS LEWDNESS |
| M | 750337 | 750.337 | SM | INDECENT LAN | INDECENT LANGUAGE |
| M | 75034 | 750.34 | SM | ADVERTISING | ADVERTISING - IMMORAL |
| M | 750351 | 750.351 | SM | EMPLOY KICKB | EMPLOYMENT - KICKBACKS |
| M | 750352 | 750.352 | SM | DISTB WORKER | MOLESTING/DISTURBING WORKERS |
| M | 750353 | 750.353 | SM | COERCED DEDC | WAGES - COERCED DEDUCTIONS |
| M | 750354 | 750.354 | SM | INS W COMP | EMPLOYMENT-REQUIRING INSURANCE WITH A PARTICULAR COMPANY |
| M | 750356 | 750.356 | SM | LARCENY | LARCENY |
| M | 7503565 | 750.3565 | SM | LARCENY | LARCENY-LESS THAN $200 |
| M | 750359 | 750.359 | SM | THEFT VACANT | LARCENY FROM VACANT BUILDING |
| M | 750362 | 750.362 | SM | LARCENY EMBE | LARCENY EMBEZZLEMENT OR CONVERSION |
| M | 7503625 | 750.3625 | SM | LARCENY CONV | LARCENY BY CONVERSION-LESS THAN $200 |
| M | 7503635 | 750.3635 | SM | LARCENY IMPE | LARCENY BY FALSE PERSONATION-LESS THAN $200 |
| M | 750364 | 750.364 | SM | LARCEN LIBRA | LARCENY - FROM LIBRARIES |
| M | 7503675 | 750.3675 | SM | LARCENY-TREE | LARCENY-TREES AND SHRUBS-LESS THAN $200 |
| M | 750368 | 750.368 | SM | LEGAL SIMULT | LEGAL PROCESS - SIMULATING |
| M | 7503682 | 750.3682 | SM | LEGAL PROCES | LEGAL PROCESS - UNAUTHORIZED PROCESS |
| M | 7503684 | 750.3684 | SM | LEGAL PROCES | LEGAL PROCESS - UNAUTHORIZED PROCESS-2ND OFFENSE NOTICE |
| M | 750369 | 750.369 | SM | LEGAL ABUSE | LEGAL PROCESS - ABUSE |

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 750370 | 750.370 | SM | SLANDER | SLANDER |
| M | 750371 | 750.371 | SM | SLANDER-2ND | SLANDER - 2ND OFFENSE |
| M | 750375 | 750.375 | SM | LOTTERY-AD/P | LOTTERY - ADVERTISING/PRINTING TICKETS |
| M | 75038 | 750.38 | SM | DSPLY VIOLEN | DISPLAY DEPICTING PERSONAL VIOLENCE/INDECENT HUMAN FORM |
| M | 750380 | 750.380 | SM | MALICIOUS DE | MALICIOUS DESTRUCTION OF HOUSE, BARN OR BUILDING |
| M | 7503805 | 750.3805 | SM | MAL DEST BLG | MALIC DESTRUCT. OF BLDG-< $200 |
| M | 750381 | 750.381 | SM | MDOP GAT/FEN | MALICIOUS DESTRUCTION OF PROP - GATES/FENCES |
| M | 750382 | 750.382 | SM | MALIC DESTR | MALICIOUS DESTRUCTION TREES, SHRUBS,CROPS, GRASS, TURF, SOIL |
| M | 750383 | 750.383 | SM | MDOP MARKERS | MALICIOUS DESTRUCTION OF BOUNDARY MARKERS/LAMP POSTS/BILLBDS |
| M | 750385 | 750.385 | SM | MDOP SIGNS | MALICIOUS DESTRUCTION OF PROP - SIGNS, BILLS, OR NOTICES |
| M | 7503873 | 750.3873 | SM | MAL DES TOMB | MALICIOUS DESTR. OF TOMBS & MEMORIALS-<$200 |
| M | 750388 | 750.388 | SM | MAL DEST-PP | MALICIOUS DESTRUCTION OF PERSONAL PROP UNDER LEGAL PROCESS |
| M | 750389 | 750.389 | SM | INSURE FIN | FALSE STATEMENT-INSURER'S FINANCIAL CONDITION |
| M | 750390 | 750.390 | SM | MD BY WRITE | MALICIOUS ANNOYANCE BY WRITING |
| M | 750391 | 750.391 | SM | MDOP LIBRARY | MALICIOUS DESTRUCTION OF PROP - LIBRARY BOOKS |
| M | 750393 | 750.393 | SM | MDOP BUOYS | MALICIOUS DESTRUCTION OF PROP - BUOYS/BEACONS |
| M | 750394 | 750.394 | SM | OBJ AT AUTO | THROWING OBJECTS AT TRAINS/CARS |
| M | 750396 | 750.396 | SM | MASKS /CRIME | MASKS/DISGUISES - WEARING TO COMMIT A CRIME |
| M | 750401 | 750.401 | SM | MILITARY VIO | MILITARY-UNAUTHORIZED WEARING OF A UNIFORM |
| M | 7504101 | 750.4101 | SM | SOLICIT PRSN | SOLICITING PERSONAL INJURY CLAIMS |
| M | 7504102 | 750.4102 | SM | PATIENT REC | PATIENT RECORDS - BUYING/SELLING |
| M | 750411 | 750.411 | SM | HOSPITAL-RPT | HOSPITALS-REPORTING INJURIES TO POLICE |
| M | 7504151 | 750.4151 | SM | AUTO CONCEAL | MOTOR VEHICLE - CONCEAL W/O INTENT TO MISLEAD |
| M | 750416 | 750.416 | SM | VEH TAMPER | MOTOR VEHICLE - TAMPERING |
| M | 750419 | 750.419 | SM | AUTO SIDEWLK | MOTOR VEHICLE - OPERATING ON SIDEWALK |
| M | 750428 | 750.428 | SM | DR REFER FEE | PHYSICIANS - REFERRAL FEES |
| M | 750429 | 750.429 | SM | DR PAT SOLIC | PHYSICIANS - EMPLOYING PATIENT SOLICITOR |
| M | 750431 | 750.431 | SM | POIS LABEL | POISON - PROPER LABELING BY RETAILER |
| M | 750432 | 750.432 | SM | POIS RECORDS | POISON - KEEPING RECORD OF SALES |
| M | 750433 | 750.433 | SM | POIS FLS NAM | POISON - GIVING FALSE NAME TO PHARMACIST |
| M | 750434 | 750.434 | SM | POIS MRK ALC | POISON - MARK NAPHTHA/DENATURED ALCOHOL CONTAINER |
| M | 750436 | 750.436 | SM | POISON-FD/DR | POISON - FOOD/DRINK/MEDICINE/WELLS |
| M | 750437 | 750.437 | SM | POIS BY ANOT | POISON - EXPOSE-LIABLE TO BE EATEN BY BEES |
| M | 75044 | 750.44 | SM | FLY-DROP OBJ | FLYING-DROP OBJECT FROM PLANE/TRICK FLY |
| M | 750444 | 750.444 | SM | PRIZE FIGHTS | PRIZE FIGHTS - ATTENDING/ADVERTISING |
| M | 750445 | 750.445 | SM | PRIZE FGT-FI | PRIZE FIGHTS - TRAIN PERSON TO FIGHT OUT STATE |
| M | 750448 | 750.448 | SM | PROST SOLICT | PROSTITUTION - ACCOSTING & SOLICITING |
| M | 750449 | 750.449 | SM | PROST ADMIT | PROSTITUTION - ADMITTING TO PLACE OF |

Exhibit A to Appendix 1

List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 75045 | 750.45 | SM | FLY TOO CLOS | FLYING - TOO CLOSE TO PEOPLE |
| M | 750450 | 750.450 | SM | AIDING ABETT | AIDING AND ABETTING |
| L | 164 | 750.451 | OM | 1ST/2ND PROS | FIRST AND SECOND PROSTITUTION |
| L | 163 | 750.454 | OM | LEAS HS PROS | LEASING A HOUSE FOR PURPOSES OF PROSTITUTION |
| M | 750454 | 750.454 | SM | PROST LEASE | PROSTITUTION - LEASING HOUSE |
| M | 750462 | 750.462 | SM | PROSTITUTION | PROSTITUTION/PERSON 16 OR LESS IN HOUSE OF |
| M | 7504651 | 750.4651 | SM | TICKET SCALP | TICKET SCALPING - INFORMATION REQUIRED ON TICKET |
| M | 7504652 | 750.4652 | SM | TICKET SCALP | TICKET SCALPING - EXCESS PRICE |
| M | 750466 | 750.466 | SM | SELL DISEASE | FOOD - SELLING DISEASED PROVISIONS |
| M | 750467 | 750.467 | SM | FEED ANML FD | FOOD - FEED ANIMALS/FOWLS PUTRID FOOD |
| M | 750468 | 750.468 | SM | FOOD-SANITRY | FOOD - SANITARY SHIPPING/BAKED GOODS |
| M | 750469 | 750.469 | SM | THERMOMETER- | THERMOMETERS - ILLEGAL SALE/USE |
| M | 750470 | 750.470 | SM | TOBACCO VEND | TOBACCO - VENDING MACHINE VIOLATIONS |
| M | 750473 | 750.473 | SM | TOBACCO SHC | TOBACCO - USE ON SCHOOL PROPERTY |
| M | 750474 | 750.474 | SM | MEDICAL MARI | MEDICAL MARIHUANA - IMPROPER TRANSPORTATION IN A VEHICLE |
| L | 939.5 | 750.474 | OM | TRANS MARIJ | TRANSPORTATION OR POSSESSION OF USABLE MARIJUANA |
| M | 750478 | 750.478 | SM | OFFIC-NEGLCT | PUBLIC OFFICER-WILFUL NEGLECT OF DUTY |
| M | 750481 | 750.481 | SM | OFF EXEC DTY | PUBLIC OFFICER-NEGLECT A SPECIAL DUTY |
| M | 750482 | 750.482 | SM | OFF CONVERT | PUBLIC OFFICER-CONVERTING FINES/BONDS |
| M | 750483 | 750.483 | SM | SHERIFF REFU | SHERIFF - REFUSING TO AID |
| M | 750487 | 750.487 | SM | DEF ACCUSED | PUBLIC OFFICER-DEFENSE OF ACCUSED BY PROSECUTOR'S PARTNER |
| M | 750489 | 750.489 | SM | OFF FLS FIN | PUBLIC OFFICER-MAKE FALSE FINANCIAL STATEMENT |
| M | 750492 | 750.492 | SM | PUB INSPECT | PUBLIC RECORDS-INSPECTION |
| M | 750493 | 750.493 | SM | PITS & HOLES | PITS & HOLES - FENCING |
| M | 750496 | 750.496 | SM | ARSON HOTEL | ARSON-NEGLIGENTLY SET FIRE TO A HOTEL |
| M | 750497 | 750.497 | SM | OPS DETOURED | OPERATING - ON DETOURED ROAD |
| M | 750498 | 750.498 | SM | TRAF SIGNAL | TRAFFIC SIGNALS - FAILURE TO OBSERVE |
| M | 75050 | 750.50 | SM | ANIMAL CRUEL | ANIMALS - ABANDONING/CRUELTY |
| M | 750507 | 750.507 | SM | PHONE-PRIORI | TELEPHONE-PRIORITY TO EMERGENCY MESSAGE |
| M | 750508 | 750.508 | SM | POL RADIO RE | POLICE RADIO RECEIVERS/SCANNERS/POSSESS |
| M | 7505081 | 750.5081 | SM | POL RADIO FY | POLICE RADIO RECEIVERS/SCANNERS/POSSESS BY A FELON |
| M | 750509 | 750.509 | SM | PD RADIO FLS | POLICE RADIO STATION - FALSE REPORTS |
| L | 364.M | 750.518 | OM | BOARD TRAIN | BOARDING RAILROAD TRAIN WHILE IN MOTION |
| M | 750518 | 750.518 | SM | RR BOARD MOT | RAILROADS - BOARDING TRAIN IN MOTION |
| M | 750535 | 750.535 | SM | BUY,REC OR P | BUY, RECEIVING, OR POSSESSING OR CONCEALING STOLEN EMBEZZLED |
| M | 7505355 | 750.5355 | SM | STOLEN PROP | STOLEN PROPERTY-RECEIVE & CONCEAL-<$200 |
| M | 750539 | 750.539 | SM | TELEPHONE-DI | TELEPHONE-DIVULGING MESSAGES |
| M | 750546 | 750.546 | SM | TRESPASS BY | TRESPASS - CUTTING OR REMOVING PROPERTY |

Exhibit A to Appendix 1

### List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 750547 | 750.547 | SM | TRESPASSING | TRESPASSING - CUTTING/REMOVING PLANTS |
| M | 750548 | 750.548 | SM | TRESPASS-CRA | TRESPASS - CRANBERRY PROPERTY |
| M | 750549 | 750.549 | SM | TRESPASS-HCK | TRESPASS - HUCKLEBERRY/BLACKBERRY PROPERTY |
| M | 750550 | 750.550 | SM | TRESPASS-VIN | TRESPASS - VINEYARDS/ORCHARDS/GARDENS |
| L | 740.1 | 750.552 | OM | TRESPASSING | TRESPASSING IN VACANT, OCCUPIED OR COMMERCIAL BUILDINGS |
| M | 750552 | 750.552 | SM | TRESPASS | TRESPASS |
| L | 915.M | 750.552 | OM | LOITER | LOITERING ON PUBLIC/PRIVATE PROPERTY/TRESPASSING |
| M | 75057 | 750.57 | SM | ANML BURIAL | ANIMALS - BURIAL |
| M | 75058 | 750.58 | SM | ANML UNHITCH | ANIMALS - UNHITCHING HORSES & DRIVING AWAY |
| M | 75059 | 750.59 | SM | ANIMAL-SALE | ANIMALS - SALE/WORKING OF UNFIT HORSES |
| M | 75060 | 750.60 | SM | ANIMAL-DOCK | ANIMALS - DOCKING HORSES TAILS |
| M | 75061 | 750.61 | SM | ANIMAL-UNREG | ANIMALS - UNREGISTERED DOCKED HORSE |
| M | 75065 | 750.65 | SM | ANIMALS - BU | ANIMALS - BULL AT LARGE |
| M | 75066 | 750.66 | SM | FL GIVE INFO | ANIMALS-FAIL TO PROVIDE INFO TO PERSON BITTEN BY HIS/HER DOG |
| M | 75067 | 750.67 | SM | ANIMAL-RUN A | ANIMALS - RUN AT LARGE-CEMETERY/AIRFIELD |
| M | 75069 | 750.69 | SM | ANIMALS-RESC | ANIMALS - RESCUING FROM IMPOUND |
| M | 75070 | 750.70 | SM | ANIMAL-LAWFU | ANIMALS - UNLAWFULLY IMPOUNDING |
| M | 75077 | 750.77 | SM | ARSON-5TH DE | ARSON-5TH DEGREE ARSON |
| M | 75081 | 750.81 | SM | ASSAULT/BATR | ASSAULT OR ASSAULT AND BATTERY |
| M | 750812 | 750.812 | SM | DOMESTIC VIO | DOMESTIC VIOLENCE |
| M | 750813 | 750.813 | SM | DOMESTIC VIO | DOMESTIC VIOLENCE - SECOND OFFENSE NOTICE |
| M | 752101 | 752.101 | SM | CRN HSKR-SAL | CORN HUSKERS-SALE/USE WITHOUT SAFETY DEVICE |
| M | 75210541 | 752.10541 | SM | COPY AUDIO | COPY AUDIO/VIDEO RECORDINGS FOR GAIN-MISDEMEANOR |
| M | 75211 | 752.11 | SM | PUBLC OFFICL | PUBLIC OFFICER-WILLFUL FAILURE TO UPHOLD LAW |
| M | 752131 | 752.131 | SM | BATTERY-RBLT | BATTERIES-REBUILT ELECTRIC STORAGE BATTERY |
| M | 752161 | 752.161 | SM | ENDURANCE CO | ENDURANCE CONTESTS |
| M | 75221 | 752.21 | SM | ANIMALS CRUE | ANIMALS CRUELTY |
| M | 752211 | 752.211 | SM | FSHSHANT NAM | FISHING SHANTIES - MARK NAME & ADDRESS |
| M | 752212 | 752.212 | SM | FSHSHANT REM | FISHING SHANTIES - REMOVAL |
| M | 752251 | 752.251 | SM | LIQUID FUEL | LIQUID FUELS/OILS - DECEPTIVE SALES |
| M | 752252 | 752.252 | SM | LIQ FUEL/OIL | LIQUID FUELS/OILS - FALSE NAME |
| M | 752253 | 752.253 | SM | LIQUID F/O | LIQUID FUELS/OILS - DISGUISE, DISTRIBUTE EQUIPMENT |
| M | 752254 | 752.254 | SM | LIQUID F/O | LIQUID FUELS/OILS - SELLING UNDER FALSE BRAND NAM |
| M | 752255 | 752.255 | SM | LIQUID F/O | LIQUID FUELS/OILS - AIDING UNLAW DEPOSIT IN DIST. EQUIPMENT |
| M | 752256 | 752.256 | SM | LIQUID F/O | LIQUID FUELS/OILS LABELING DISTRIBUTION EQUIP |
| M | 752272 | 752.272 | SM | CHEM BAD USE | PROHIBITED USE OF CHEMICAL AGENT |
| L | 949.1 | 752.365 | OM | OBSCENITY | OBSCENITY |
| M | 7523651 | 752.3651 | SM | OBSCENITY | OBSCENITY |

List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 752366 | 752.366 | SM | OBSCENITY 2N | OBSCENITY SECOND DEGREE |
| M | 75252 | 752.52 | SM | BLIND PER/MT | BLIND PERSONS - MOTOR VEHICLE PRECAUTIONS |
| M | 752581 | 752.581 | SM | UNLAW REMAIN | UNLAWFUL REMAIN HIGHER EDUCATION INSTITUTION |
| M | 752582 | 752.582 | SM | PUBLIC INSTI | PUBLIC INSTITUTION OF HIGHER EDUCATION UNLAWFUL ENTRY |
| M | 75262 | 752.62 | SM | IL USE GUIDE | HANDICAPPERS-ILLEGAL USE OF GUIDE DOG |
| M | 752772 | 752.772 | SM | TRADE SECRET | TRADE SECRETS - STEALING/COPYING |
| M | 752782 | 752.782 | SM | TAPE CPY SEL | RECORDS/TAPES-COPYING TO SELL |
| M | 752783 | 752.783 | SM | TAPE SALE IL | RECORDS/TAPES-SALE OF UNAUTHORIZED COPY |
| M | 752801 | 752.801 | SM | VEND WO PAY | VENDING MACHINES-OBTAIN GOODS/SERVICES WITHOUT PAYMENT |
| M | 752842 | 752.842 | SM | FTS DISCHARG | WEAPONS-FIREARMS-FAIL TO STOP AFTER INJURY |
| M | 752843 | 752.843 | SM | RPT INJ BY | WEAPONS-FIREARM-REPORT DEATH OR INJURY CAUSED BY |
| M | 752891 | 752.891 | SM | BB GUN MIN | WEAPONS-BB HANDGUN-POSSESS/USE BY MINOR |
| M | 75291 | 752.91 | SM | ANIMAL-SALE | ANIMALS - SALE OF DYED FOWL OR GAME |
| M | 7674 | 767.4 | SM | GRND JURY OF | DISCLOSURE BY GRAND JURY OFFICIAL AT GRAND JURY INQUIRY |
| M | 78062 | 780.62 | SM | BOND-ROOR-AB | BOND-ROOR-ABSCONDING ON MISDEMEANOR |
| M | 780623 | 780.623 | SM | EXP CONVICTN | EXPUNGED CONVICTIONS - DIVULGING |
| M | 780657 | 780.657 | SM | SEARCH WRNT | SEARCH WARRANTS - EXCEEDING AUTHORITY |
| M | 780658 | 780.658 | SM | SEARCH WARRN | SEARCH WARRANTS - UNLAWFUL PROCURING |
| M | 78072 | 780.72 | SM | BAIL-MISD | BAIL-MISDEMEANOR-UNAUTHORIZED |
| M | 780762 | 780.762 | SM | DISCH/DISCIP | VICTIM'S RIGHTS - DISCHARGE/DISCIPLINE OF FELONY VICTIM |
| M | 780790 | 780.790 | SM | DISCH/DISCIP | VICTIM'S RIGHTS - DISCHARGE/DISCIPLINE OF JUVENILE VICTIM |
| M | 780822 | 780.822 | SM | VR-DISC/VICT | VICTIM'S RIGHTS - DISCHARGE/DISCIPLINE OF MISD. VICTIM |
| M | 75081E1 | 750.81E1 | SM | ASSAULT UTLI | ASSAULTING A UTILITY COMPANY EMPLOYEE OR CONTRACTOR |
| M | 32485206 | 32485206 | SM | FERTIL-MALIC | FERTILIZER-MALICIOUS VIOLATIONS |
| M | 32443516 | 324435161 | SM | HUNT W/O LIC | HUNTING NO VALID LICENSE FEDERAL OF STATE |
| M | 282953-A | | SM | ID CARD FORG | STATE ID CARD-COUNTERFEIT/FORGED-POSSESSION |
| L | 330.M | | OM | DFACE/TRF/CN | DESTRUCTION, REMOVAL, ETC., OF DEVICES PROHIBITED |
| L | 331.M | | OM | DR SWLK/CURB | DROVE ON OR OVER SIDEWALK OR CURB |
| M | 333124342 | | SM | ARG LAB DAM | AGRICULTURAL LABOR CAMP - WILLFULLY DAMAGING |
| M | 3382187 | | SM | SECURITY ALA | SECURITY ALARM SYSTEMS ACTS VIOLATIONS |
| M | 33836211A | | SM | CLERICAL VIO | MICHIGAN IMMIGRATION CLERICAL ASSISTANT-VIOLATIONS |
| L | 448 | | OM | FRAUD STIDCD | FRAUDULENT APPLICATION FOR STATE ID CARD |
| L | 488.1 | | OM | FALSE ID PED | PEDESTRIAN SUPPLY FALSE INFORMATION AND/OR ID TO POLICE OFFIC |
| L | 513.M | | OM | REP VEH ST | REPAIRING VEHICLE ON CITY STREET/PRIVATE OR PUBLIC |
| L | 540 | | OM | ICTK FLKP MV | ICE CREAM TRUCK FAIL TO KEEP MOVING |
| L | 541 | | OM | VNDR ICTKVIO | VENDOR - ALL OTHER ICE CREAM TRUCK VIOLATIONS |
| L | 556 | | OM | SKATE BOARD | SKATE BOARDING PROHIBITED |
| L | 559 | | OM | OBST/COLDWAY | UNLAWFUL TO OBSTRUCT COLDWAY/FINANCIAL |

Exhibit A to Appendix 1

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 582 | | OM | MS - FL STOP | OPERATING A VESSEL - FAIL TO STOP FOR OFFICER |
| L | 583 | | OM | MS- FALSE ID | MARINE SAFETY -PROVIDING FALSE IDENTIFICATION |
| L | 584 | | OM | MS-OPRWHNSUS | MARINE SAFETY - OPERATING A VESSEL WHEN SUSPENDED |
| L | 585 | | OM | MS-OPRSUS2ND | MARINE SAFETY - OPERATING A VESSEL WHEN SUSPENDED - 2ND OFFEN |
| L | 586 | | OM | MS REFUSEPBT | PRELIMINARY BREATH TEST REFUSAL - OPERATING A VESSEL |
| L | 600 | | OM | POS/FUEL/CAN | VIOL EMERGENCY CITY ORD POSSESS FUEL IN PORTABLE CONTAINER |
| L | 601 | | OM | PKLOT FL PAY | PARK PARKING LOT FAIL TO PAY |
| L | 602 | | OM | JETSKIDETRIV | OPEATE JET SKI ON DETROIT RIVER |
| L | 637.M | | OM | ALC/PROH/HRS | PERSONS SELLING ALC BEVERAGES-PROHIBITED HRS-RULES AND REGULA |
| L | 637.2 | | OM | MIN AGE EMPL | MINIUMUM AGE OF EMPLOYEES WHERE ALCOHOLIC BEVERAGES SOLD |
| L | 649 | | OM | FAIL/POST/AD | FAIL TO POST ADDRESS ON FACE OF BUILDING |
| L | 658.1 | | OM | FL/MT/S/T/BK | FAIL TO MAINTAIN RETAILERS SCRAP TIRE LOG BOOK |
| L | 671 | | OM | GUARD/UNIFOR | SECURITY GUARD NOT IN PROPER UNIFORM |
| L | 672 | | OM | EMP/DAN/CARD | EMPLOY DANCERS WITHOUT VALID GROUP D CARD IN POSSESSION |
| L | 673 | | OM | DIST/HANDBIL | DISTRIBUTE OR CAUSE TO BE DISTRIBUTED ANY HANDBILLS PUBLIC OR |
| L | 673.1 | | OM | PUB OF FALSE | PUBLICATION OF FALSE, MISLEADING, ETC., ADVERTISING PROHIBITE |
| L | 674 | | OM | ALLOW/PATRON | ALLOW PATRONS TO TAKE ACTIVE PART IN ENTERTAINMENT |
| L | 674.1 | | OM | PATRON/TOUCH | A PATRON WHO KNOWINGLY OR INTENTIONALLY TOUCHES EMPLOYEES/DAN |
| L | 675 | | OM | MINGL/PATRON | EMPLOYEE MINGLE WITH PATRONS |
| L | 676 | | OM | UND/AGE/EST/ | ALLOW PERSONS UNDER AGE LICENSE ESTABLISHMENT |
| L | 677 | | OM | PROPER/ID/ | FAIL TO HAVE PROPER IDENTIFICATION FOR ATTENDANT |
| L | 678 | | OM | RESTROOM USE | USE RESTROOM DESIGNATED FOR ANOTHER |
| L | 679 | | OM | PRIV/RESTRMS | FAILURE TO MAINTAIN PRIVACY DOORS AND STALLS FOR RESTROOMS |
| L | 680 | | OM | DISMANT/AUTO | DISMANTAL USED AUTO WITHOUT LICENSE |
| L | 681 | | OM | IN PK AFT HR | ENTER OR REMAIN ON PRIVATE PROPERTY WHEN CLOSED |
| L | 682 | | OM | ENT PRO TIME | ENTER CAMPGROUND BETWEEN 10 PM AND 8 AM |
| L | 683 | | OM | SOLICIT-PARK | SOLICITING ON STATE PROPERTY |
| L | 684 | | OM | LOUD SPEAKER | USE LOUD SPEAKER W/OUT PERMISSION  OR UNREASONABLE NOISE |
| L | 685 | | OM | BUILD FIRES | BUILD FIRES - STATE PARK - CITY PARK- ETC... |
| L | 685.1 | | OM | PARK CLOSED | CITY PARKS & PUBLIC PLACES CLOSED |
| L | 689 | | OM | OPNALCOINVEH | OPEN ALCOHOL IN VEHICLE - STATE PARK |
| L | 690 | | OM | PROPRTY VIOL | DESTROY, DAMAGE, OR REMOVE STATE PROPERTY |
| L | 691 | | OM | DISORD ST PK | DISORDERLY CONDUCT - STATE PARK |
| L | 692 | | OM | INT W/PK OFF | INTERFERE W/PARK OFFICER |
| L | 693 | | OM | CONTSUB STPK | POSSESSION OF CONTROLLED SUBSTANCE - STATE PARK |
| L | 694 | | OM | NOP-STATE PK | NO VALID OPERATORS LICENSE IN POSSESSION- STATE PARK |
| L | 695 | | OM | LITTER-PARK | LITTER PARK |
| L | 696 | | OM | POS/USED/TIR | POSSESS USED TIRES ON UNREGISTERED SITE |

32

Exhibit A to Appendix 1

List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|----------|--------|-------------|-----------|-------------------|------------------|
| L | 697 | | OM | IL/DIS/WASTE | ILLEGAL DISPOSAL SOLID WASTE |
| L | 698 | | OM | DIST/COL/REF | UNAUTHORIZED PERSONS TO DISTURB COLLECT INTERFERE WITH REFUSE |
| L | 701 | | OM | INCTAX VIOL | CITY OF DETROIT INCOME TAX VIOLATION |
| L | 704.5 | | OM | VECH O/8000 | VEHICLES OVER 8000 POUNDS MUST HAVE CITY PERMIT |
| L | 710 | | OM | VIOL KNF ORD | VIOLATION OF KNIFE ORDINANCE |
| L | 710.M | | OM | KNFORD UND18 | VIOLATION OF KNIFE ORDINANCE - UNDER AGE OF EIGHTEEN |
| L | 710.1 | | OM | 250FT OF SCH | REMAIN ON SCHOOL GROUNDS WITHIN 250 FT OF SCHOOL BLDG REQSTED |
| L | 712 | | OM | VIOL SCH ORD | VIOLATION OF SCHOOL ORDINANCE |
| L | 712.1 | | OM | MIN IN PUBLI | MINOR UNLAWFULLY IN PUBLIC PLACE DURING SCHOOL HOURS |
| L | 713 | | OM | PARENT/CONTR | PARENTAL CONTROL/REFUSE TO PICK UP MINOR FROM POLICE STATION |
| L | 715 | | OM | PARENT/CONTR | PARENTAL CONTROL/PERMIT CHILDREN TO BE ABSENT FROM SCHOOL |
| L | 715.1 | | OM | PARENTDUTIES | PARENT DUTY TO PREVENT MINOR FROM COMMITTING DELINQUENT ACTS |
| L | 716 | | OM | ABET/MINOR | CONTRIBUTING TO DELINQUENCY OF A MINOR |
| L | 717 | | OM | PARENT/NEGLT | PARENTAL NEGLECT/WITHOUT PROPER SUPERVISION |
| L | 719 | | OM | PARKLOT/FOOD | CONSUME FOOD IN A DRIVE IN RESTAURANT PARKING LOT |
| L | 720 | | OM | NO BLDG P/L | NO BUILDING/DWELLING PERMIT/LICENSE |
| L | 721 | | OM | NO ELEC P/L | NO ELECTRICAL PERMIT/LICENSE |
| L | 722 | | OM | NO PLMB P/L | NO PLUMBING PERMIT/LICENSE |
| L | 723 | | OM | IMPMANTPREMS | IMPROVE MAINTENANCE OF PREMISES |
| L | 724 | | OM | REMV DEBRIS | REMOVE DEBRIS FROM PREMISES |
| L | 725 | | OM | COMPLI CERT | COMPLIANCE CERTIFICATE REQUIRED |
| L | 725.1 | | OM | UNLAW CONTIN | UNLAW CONTINUANCE OF WORK AFTER SERVICE OF STOP ORDER |
| L | 726 | | OM | IMPMANTSTRCT | IMPROVE MAINTENANCE OF STRUCTURES ON PREMISES |
| L | 726.1 | | OM | UNAPP MATER | UNAPPROVED MATERIAL USED AS PERMANENT STRUCTURE;UNSAFE |
| L | 727 | | OM | OCCUP CERT | OCCUPANCY CERTIFICATE REQUIRED |
| L | 727.1 | | OM | CHANGE OCCUP | ILLEGAL CHANGE OF USE/OCCUPANCY W/O APPROVAL OF FROM OFFICIAL |
| L | 727.2 | | OM | OCCUPANCY | UNLAWFUL OCCUPANCY OF BUILDINGS,PREMISES OR STRUCTURE;ABATE |
| L | 728 | | OM | ELECT REPRS | ELECTRICAL REPAIRS REQUIRED |
| L | 728.1 | | OM | PROTECT PRTY | TEMPORARY SAFEGUARDS- PROVIDE PROTECTION OF PROPERTIES |
| L | 729 | | OM | PLUMB REPRS | PLUMBING REPAIRS REQUIRED |
| L | 729.1 | | OM | ABAND REFRIG | ABANDONMENT OF ICEBOXES,REFRIGERATORS,AND OTHER CONTAINERS |
| L | 730 | | OM | LITPRVPUBPRP | ALLOWING LITTER ON PUBLIC OR PRIVATE PREMISES |
| L | 730.M | | OM | FL SEC BLDG | FAIL TO SECURE VACANT BUILDINGS, PREMISES, AND STRUCTURES. |
| L | 730.RCM | | OM | VIOL LIT ORD | VIOLATION OF LITTER ORDINANCE-RESIDENTIAL/COMMERICAL/MULTIPLE |
| L | 730.2 | | OM | FL/CUT/WEEDS | FAIL TO CUT GRASS/TREES/WEEDS/ALLOW TO GROW IN EXCESS OF 12 I |
| L | 730.6 | | OM | FL/KEEP/PREM | FAIL TO KEEP PREMISES FREE FROM LITTER |
| L | 730.7 | | OM | PRO/REF/BURN | PROHIBITED BURNING OF REFUSE IN OPEN FIRES |
| L | 730.8 | | OM | FL PAY ACCT | BREACH OF CONTRACT;FAILED TO PAY ACCOUNT |

List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 730.9 | | OM | VIOL LIT ORD | VIOLATION OF LITTER ORDINANCE-RESIDENTIAL/COMMERICAL/MULTIPLE |
| L | 731 | | OM | REDUCE OCCUP | REDUCE OCCUPANCY OF DWELLING |
| L | 732 | | OM | INSP REQD | INSPECTION REQUIRED/INSPECTION FEE |
| L | 732.1 | | OM | RENEWAL LIC | RENEWAL OF LICENSE; NOTIFICATION OF DEFICIENCY OR VIOLATION. |
| L | 732.2 | | OM | FEE SCHEDULE | FOR FOOD SANITATION AND INSPECTION SERVICES |
| L | 732.3 | | OM | SELLING OF | UNWHOLESOME MEAT OR FOOD PROHIBITED |
| L | 732.4 | | OM | BUSINESS VIO | BLOCKED/BARRICADED DOORS |
| L | 734 | | OM | FDHNDLR P/L | FOOD HANDLER PERMIT/LICENSE |
| L | 735 | | OM | BLDG REPRS | BUILDNG REPAIRS REQUIRED |
| L | 735.1 | | OM | TIMELY MANN | FAILURE TO CORRECT CODE VIOLATIONS IN A TIMELY MANNER |
| L | 735.2 | | OM | CERT OF APP | FAILURE TO OBTAIN A CERTIFICATE OF APPROPRIATENESS |
| L | 736 | | OM | BLDG VEH COM | BUILDING/VEHICLE AND COMMERCIAL PERMIT VIO (INOPERABLE VEH) |
| L | 737 | | OM | HEATING VIOL | HEATING VIOLATION ORDINANCE |
| L | 738 | | OM | HOUSING VIOL | HOUSING VIOLATION ORDINANCE |
| L | 739 | | OM | HEALTH VIOL | HEALTH VIOLATION ORDINANCE |
| L | 739.1 | | OM | CERTIFICATE | FROM HEALTH DEPT.OF HEALTH REQUIRED PRIOR TO ISSUANCE |
| L | 739.2 | | OM | APPLICATION | AGREEMENTS BY LICENSEE |
| L | 739.3 | | OM | CL AIR ACT | VIOLATION OF MICHIGAN CLEAN AIR ACT |
| L | 740 | | OM | ENT W/O PERM | ENTER VACANT BUILDING WITHOUT WRITTEN AUTHORIZATION |
| L | 741 | | OM | REMAPPWOAUTH | ENTER VACANT BUILDING AND REMOVE CONTENTS W/O AUTHORIZATION |
| L | 743 | | OM | DEFACE PROP | DEFACE REAL OR PERSONAL PROPERTY - PUBLIC OR PRIVATE |
| L | 744 | | OM | DEST/PROPERY | MALICIOUS DESTRUCTION OF PROPERTY/CITY OF DETROIT |
| L | 744.1 | | OM | TAMP W/P LGT | TAMPERING WITH PUBLIC LIGHTING |
| L | 745 | | OM | B&E TOOLS | POSSESSION OF BREAK AND ENTER TOOLS |
| L | 746 | | OM | ARCADE SECTY | ARCADE FAIL TO HAVE SECURITY GUARD ON PREMISES |
| L | 747 | | OM | OP/COM/BUS/C | OPERATE COMMERCIAL BUSINESS WO PROPER REFUSE CONTAINERS ON PR |
| L | 748 | | OM | VICIOUS ANIM | HARBORING VICIOUS ANIMAL |
| L | 748.1 | | OM | DANGER ANIM | ANIMALS DETERMINED TO BE DANGEROUS |
| L | 749 | | OM | ABAND/REFRIG | FAIL TO REMOVE DOOR OR LOCK FROM ABANDONED REFRIGERATOR |
| L | 750 | | OM | CONTEMPT CRT | CONTEMPT OF COURT |
| L | 750.1 | | OM | TAX RET VIOL | WILFUL FAILURE, NEGLECT OR REFUSAL TO FILE A REQUIRED RETURN |
| L | 750.2 | | OM | TAX RET VIOL | WILFUL FAILURE, NEGLECT OR REFUSAL TO PAY THE TAX, PEN OR INT |
| M | 750.234E | | OM | BRANDISH | FIREARM IN PUBLIC |
| L | 750.3 | | OM | TAX RET VIOL | WILFUL FAILURE OF AN EMPLOYER OR PERSON TO WITHHOLD PAY;TAXES |
| L | 750.4 | | OM | TAX RET VIOL | REFUSAL TOPERMIT THE CITY,AGENT,ETC;TO EXAMINE BOOKS OR RECOR |
| L | 750.5 | | OM | TAX RET VIOL | FILING OF AN INCOMPLETE, FALSE OR FRAUDULENT RETURN |
| L | 750.6 | | OM | TAX RET VIOL | ATT AVOIDANCE OF FULL DISCLOSURE OF INCOME OR AVOID TAX PAYMT |
| L | 758 | | OM | FISH OVR3LNS | FISHING WITH MORE THAN THREE LINES |

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 760.AT | | OM | MS OUIL ATTM | OPERATE A VESSEL WHILE UNDER THE INFLUENCE OF ALCOHOL - ATTEM |
| L | 761 | | OM | UNREGD BOAT | UNREGISTERED BOAT/VESSEL |
| L | 762 | | OM | BOAT REG VIO | BOAT/VESSEL REGISTRATION VIOLATION |
| L | 763.M | | OM | VIO WAKE LAW | DETROIT RIVER, ROUGE RIVER, AND WATER CITY LIMIT VIOLATIONS |
| L | 763.1 | | OM | DET/RG/RIVER | DETROIT AND ROUGE RIVER VIOLATION |
| L | 764 | | OM | BOAT EQP VIO | BOAT/VESSEL EQUIPMENT VIOLATION |
| L | 765 | | OM | MOORING VIOL | MOORING - NAVIGATIONAL AID OR LANDING AT WATER INTAKE FACILIT |
| L | 768 | | OM | MS -APUICSOV | ALLOW PER UNDER INFLUENCE OF CONTROLLED SUBSTANCE TO OPERATE |
| L | 770 | | OM | HUNT LIC VIO | HUNTING LICENSE VIOLATIONS |
| L | 771 | | OM | DEER NO S/TG | POSSESS DEER W/O SEAL OR TAG ATTACHED |
| L | 772 | | OM | IL POSS DEER | ILLEGAL POSSESSION OF DEER |
| L | 773 | | OM | WILD ANIMAL | POSSESS WILD ANIMAL WITHOUT PERMIT WITHING THE CITY;PROHIBIT |
| L | 774 | | OM | BOW/FIREARMS | BOW OR FIREARMS VIOLATIONS |
| L | 775 | | OM | HUNT/TRAP | MISC HUNTING AND TRAPPING VIOLATIONS |
| L | 776 | | OM | DESIG PIC AR | DESIGNATED AREAS FOR PICNICS-FOOD OR BEV PROHIB UNLESS PERMIT |
| L | 780 | | OM | LIT CAN/BTLS | LITTERING CANS AND (OR) BOTTLES |
| L | 781 | | OM | MISC LIT-DNR | MISCELLANEOUS LITTING |
| L | 782 | | OM | POS/FLAS/LTS | DID USE/POSSESS FLASHING,OSCILLATING,OR ROTATING RED,BLUE,AMB |
| L | 783 | | OM | IMP STK TIRE | IMPROPER STACKING OF TIRES |
| L | 783.1 | | OM | IMP DIST TIR | IMPROPER DISTANCE FROM PROPERTY OR BLDG OF TIRES |
| L | 787.10 | | OM | IL/DISP/TIRE | ILLEGAL BURIAL OR ILLEGAL BURNING OF SCRAP TIRES |
| L | 787.11 | | OM | DL/MAIN/REC | FAILURE TO MAINTAIN TRANSPORTATION RECORD (5) HAULER |
| L | 787.12 | | OM | ILLEGAL BURN | ILLEGAL OPEN BURNING WITHOUT PERMIT |
| L | 787.2 | | OM | FL/DIS/REG/N | FAILURE TO VISIBLY DISPLAY REGISTRATION NUMBER ON VEH TRANS S |
| L | 787.3 | | OM | FL/USE/DNR/R | FAILURE TO USE DNR APPROVED TRANSPORTATION RECORD |
| L | 787.5 | | OM | FL/CPY/TRANS | FAILURE TO PROVIDE ORIGINATING SITE COPY |
| L | 787.6 | | OM | FL/POS/ORG/R | FAILURE POSSESS ORIG TRANSPORTATION RECORD DURING TRANS SCRA |
| L | 787.7 | | OM | FL/PROV/SITE | FAILURE PROV COLLECTION SITE COPY OF TRANS RECORD AT TIME DEL |
| L | 787.8 | | OM | DIS/TIRE/OTH | DISPOSE OF SCRAP TIRES AT SITE OTHER THAN SITE IDENTIFIED TRA |
| L | 787.9 | | OM | DIS/TIR/COMP | DISCARDING TIRES ON PROPERTY NOT COMPLIANT WITH REGIST AND ST |
| L | 788.1 | | OM | FL;/MAIN/REC | FAILURE TO MAINTAIN TRANSPORTATION RECORDS 5 YEARS |
| L | 788.2 | | OM | FL/CONT/HAUL | FAILURE TO CONTRACT WITH REGISTERED SCRAP TIRE HAULER |
| L | 788.3 | | OM | DEL SCR TIRE | DELIVERY OF SCRAP TIRES, LIMITATIONS, REMOVAL, ETC... |
| L | 789 | | OM | FL/REG/SITE | FAILURE TO REGISTER SCRAP TIRE COLLECTION SITE |
| L | 789.M | | OM | SCRAP/RECORD | RECORD TO BE KEPT FOR EXAMINATION OF ARTICLES BY POLICE |
| L | 789.1 | | OM | FL.STOR/REQ | FAIL TO MEET STORAGE REQUIREMENTS(SCRAP IRON,VIDEO,OR ID) |
| L | 789.2 | | OM | FL/MAIN/BOND | FAILURE TO MAINTAIN BOND |
| L | 789.3 | | OM | PROH/PLD/PAW | PLEDGES,PAWNS,AND LOANS PROHIBITED |

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 789.4 | | OM | JUNK HLD (7) | CERTAIN JUNK MUST BE HELD 7 DAYS PRIOR TO DISPOSAL OR PROCESS |
| L | 790 | | OM | FLTDEV 1SHRT | PERSONAL FLOTATION DEVICE ONE SHORT |
| L | 791 | | OM | FLTDEV 2SHRT | PERSONAL FLOTATION DEVICE, TWO SHORT |
| L | 792 | | OM | FLTDEV 3SHRT | PERSONAL FLOTATION DEVICE THREE OR MORE SHORT |
| L | 793 | | OM | NO FIRE EXT | NO FIRE EXTINGUISHER |
| L | 794 | | OM | SAFETY DEV | OTHER IMPROPER OR INSUFFICIENT SAFETY DEVICE |
| L | 795 | | OM | BOAT REG VIO | MOTOR BOAT REGISTRATION REQUIREMENT |
| L | 796 | | OM | MS- RKLS OPR | RECKLESS OPERATION OF A VESSEL |
| L | 797 | | OM | MISC BT VIOL | MISCELLANEOUS BOATING VIOLATIONS |
| L | 798 | | OM | SOLICIT BUS | SOLICITATION OF TRADE IN PUBLIC PLACES |
| L | 799 | | OM | MAXIMUM CAP | PRIVATE PARKING LOT NO FILLED TO CAPACITY SIGN-MAX CAPACITY |
| L | 799.1 | | OM | USE/ST/PD/PK | USE OF STREET/PUB PROPERTY OR ALLEY FOR PAID PARKING OF VEH |
| L | 800.3 | | OM | UNAUTH USE | UNAUTHORIZEDUSE OF VEHICES;REMOVAL OF VEH TO LOTS AFTER CLOSE |
| L | 801.M | | OM | PK PRO PROP | USE OF STREETS, SIDEWALKS, OTHER PUBLIC PROPERTY PROHIBITED. |
| L | 808 | | OM | PK PUBLIC PR | PARK AUTO ON CITY PROPERTY OR PUBLIC HIGHWAY |
| L | 829 | | OM | PK/GRASS/PK | PARK MOTOR VEHICLE ON GRASSY AREA OF PARK/LAWN ETC |
| L | 832 | | OM | STR CAR FARE | BOARDING STREETCAR WITHOUT PAYMENT OF LEGAL FARE |
| L | 834 | | OM | PEOPLE MOVER | UNAUTHORIZED ACCESS TO DETROIT PEOPLE MOVER SYSTEM |
| L | 866.1 | | OM | OPEN FIR HYD | OBSTRUCTION, ETC., OF FIRE HYDRANTS |
| L | 867.M | | OM | LITTER/AUTO | THROW,DUMP,PLACE OR DEPOSIT LITTER FROM VEH TO PUB/PRIV PROP |
| L | 868 | | OM | FL/HAVE/TITL | OPERATE USED AUTO SALES LOT FAIL HAVE TITLE FOR DISPLAYED VEH |
| L | 892 | | OM | PED/FOOD/EST | LIVE BIRDS AND ANIMALS PROHIBITED IN FOOD SERVING AND SELLING |
| L | 892.1 | | OM | FEEDING BIRD | FEEDING OF BIRDS |
| L | 893 | | OM | THEF/CAB/SER | THEFT OF SERVICES AND TAMPERING (CABLE SYSTEM) |
| L | 894 | | OM | CAR/WASH HRS | CAR WASH - HOURS OF OPERATION |
| L | 896 | | OM | UNTH/TOW/ABA | UNAUTHORIZED POLICE TOWLINE ABANDON VEH WITHOUT WRITTEN PERMI |
| L | 896.1 | | OM | FL REM DEBRI | POLICE AUTHORIZED TOWING/FAILED TO REMOVE DEBRIS FROM SCENE |
| L | 896.2 | | OM | PARK LOT LIC | FAIL TO OBTAIN A PARKING LOT LICENSE FROM THE CITY |
| L | 897 | | OM | FL/POST/RATE | FAIL POST RATES FOR PARKING LOT |
| L | 897.1 | | OM | OP/LOT/NO/BR | OPERATE PARKING LOT WITH NO BARRIERS |
| L | 897.2 | | OM | PK LOT RATE | PARKING LOTS - SCHEDULE OF RATES;CATEGORIES;MANNER OF CHG |
| L | 897.3 | | OM | CLAIM CHECK | CLAIM CHECKS FOR PARKING LOTS/ OWNER INFO POSTED |
| L | 897.4 | | OM | PARK LOT REQ | REQUIRED LEVEL OF LIGHTING, SURFACE, ETC FOR PARKING LOTS |
| L | 897.5 | | OM | PK DISCLAIM | LIABILITY FOR DAMAGE TO VEHICLES (PARKING LOT) |
| L | 897.6 | | OM | PKLOT LICREQ | PARKING LOT LICENSE REQ;APPROVAL, APPLICATION ETC |
| L | 897.7 | | OM | INSUR REQ | INSURANCE REQUIREMENTS FOR VALET STAGING BUSINESS LICENSE |
| L | 898.2 | | OM | OPEN STORAGE | OPEN STORAGE OF MOTOR VEHICLE TO BE REPAIRED |
| L | 900 | | OM | TAXICAB VIOL | OTHER TAXICAB VIOLATIONS   NEW CODE 903.1 |

Exhibit A to Appendix 1

List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 900.1 | | OM | LIMO/TRTMENT | PREFERENTIAL TREATMENT UNLAWFUL |
| L | 900.2 | | OM | LIMO/SOLICIT | WAITING AT STANDS, SOLICITING OR CRUSING FOR PASSENGERS PROHI |
| L | 900.3 | | OM | NO LIM LIC | LICENSE REQUIREMENT |
| L | 901 | | OM | TAXI/LIMO PV | TAXICAB/LIMOUSINE PV VIOLATION |
| L | 901.1 | | OM | LIC - PUB DR | DRIVERS OF VEHICLES FOR HIRE SHALL BE LICENSED AS A PUBLIC DR |
| L | 901.2 | | OM | VALET PERMIT | LOCATION PERMIT FOR VALET STAGING |
| L | 901.3 | | OM | LIC VALET AT | REQUIREMENTS;LICENSE FOR VALET ATTENDANT |
| L | 901.4 | | OM | ROOF LIGHT | LIMOS/LUX SEDANS/COMM VANS SHALL NOT CARRY A TAXICAB RF LIGHT |
| L | 901.5 | | OM | REG-VALET | REGULATIONS FOR LICENSED VALET STAGING |
| L | 902 | | OM | BND PLT VIOL | TAXICAB/LIMOUSINE BOND PLATE VIOLATION |
| L | 902.1 | | OM | DISTANCE REQ | DISTANCE REQUIREMENTS AND TIME LIMITATION AT PUBLIC PLACES |
| L | 903 | | OM | TRPSHT/HIRE | IMPROPER TRIP SHEET, FAIL DISPLAY - NOT FOR HIRE SIGN |
| L | 903.1 | | OM | TAXICAB VIOL | OTHER TAXICAB VIOLATIONS |
| L | 903.2 | | OM | FAIL TO DISP | EVERY LICENSED PUBLIC DRIVER SHALL DISPLAY HIS OR HER LICENSE |
| L | 903.3 | | OM | DR REQUIREME | TAXI DRVS.SHALL BE WELL-GROOMED;NO SHORTS,TANK OR HALTER TOPS |
| L | 903.4 | | OM | STAND PROHIB | TAXICAB SHALL NOT STAND ON PUB STREET/PLACE OR SOLICIT PASS |
| L | 903.5 | | OM | FR SEAT PASS | NO PERSON SHALL RIDE IN FRONT SEAT WITH DR IN VEH FOR HIRE |
| L | 903.6 | | OM | TAXIMETERS | TAXIMETERS INSPECTED/FARES PLAINLY VISIBLE TO PASSENGERS |
| L | 903.7 | | OM | PEDALCAB LIC | PEDAL CAB AND RICKSHAW OPERATORS LICENSE |
| L | 903.8 | | OM | AREA OF OPER | APPROVED AREAS OF OPERATION FOR PEDAL-CABS & RICKSHAWS |
| L | 903.9 | | OM | PRO OF PEDAL | PROHIBITIONS OF PEDAL-CAB & RICKSHAW OPERATORS |
| L | 904 | | OM | CURFEW VIOL | CURFEW VIOLATION |
| L | 905.1 | | OM | IMPRSNATE PO | IMPERSONATING A POLICE OFFICER/FIRE OR CITY EMPLOYEE |
| L | 906.FAT | | OM | FLSE/FEL/ATT | GIVE FALSE FELONY REPORT ATTEMPTED |
| L | 906.1 | | OM | REF/PAY/FARE | REFUSAL TO PAY PUBLIC TRANSPORTATION VEHICLE FARE |
| L | 906.2 | | OM | DIS/RELIGI | DISTURBANCE OF RELIGIOUS WORSHIP OR PUBLIC MEETINGS |
| L | 906.3 | | OM | SELL BUS TIC | SALE, EXCHANGE, ETC., OF TRANSFER ISSUED BY DEPT OF TRANS |
| L | 906.4 | | OM | DISORDER HOU | DISORDERLY HOUSE- HOUSE OF ILL FAME, GAMING HOUSE, ETC... |
| L | 906.5 | | OM | DRIVER CONDU | DRIVERS CONDUCT-DUTY TO COMPLY W/TRAFFIC LAWS AND REGULATIONS |
| L | 906.6 | | OM | ATHLETIC EVT | ATHLETIC CONTESTS OR EXHIBITIONS-INVADING PLAYING AREA. |
| L | 906.7 | | OM | SAFETY LINES | IT SHALL BE UNLAWFUL TO CROSS A SAFETY LINE ON A DPM |
| L | 906.8 | | OM | PARADE/ASSEM | PARADE PERMIT SHALL BE OBTAINED BY POLICE/APPROVED BY COUNCIL |
| L | 907.M | | OM | UN CLIMBING | UNAUTHORIZED CLIMBING |
| L | 907.1 | | OM | SPRAY PAINT | MINOR IN POSSESSION OF SPRAY PAINT (BUY,RECEIVE, OR TRANSFER) |
| L | 907.2 | | OM | THRW OBJ ARE | UNLAWFUL TO THROW OR CAST BOTTLES,OR ANY OBJECT IN SPECT AREA |
| L | 908 | | OM | SWIM PROAREA | SWIMMING IN PROHIBITED AREA |
| L | 909 | | OM | POS GAMBEQIP | POSSESS GAMBLING EQUIPMENT |
| L | 911 | | OM | FIRE ORD | FIRE ORDINANCE |

37

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 911.1 | | OM | FIRE PERMIT | FAILED TO OBTAIN/POST A FIRE PERMIT |
| L | 911.2 | | OM | OVERCROWDING | RESPONSIBILITY TO PREVENT OVERCROWDING |
| L | 911.3 | | OM | IMMIN DANGER | IMMINENT DANGER:POSE A DANGER:CAUSE DEATH,HARM OR LOSS |
| L | 911.4 | | OM | FIREARM/WORK | USE OF FIREARMS OR FIREWORKS;KINDLING OF FIRES |
| L | 912 | | OM | FIREWRKS VIO | FIREWORKS VIOLATION |
| L | 913 | | OM | SMK PUB BLDG | SMOKING IN A PUBLIC BUILDING/PLACE |
| L | 914 | | OM | CAP/AIR GUNS | CAP PISTOLS AND AIR GUNS |
| L | 916 | | OM | SELL TKS RA | OFFER FOR SALE TICKETS IN A RESTRICTED AREA |
| L | 916.1 | | OM | SELL TK GREA | OFFER FOR SALE TICKETS GREATER THAN FACE VALUE |
| L | 917 | | OM | MINR POOL RM | MINOR IN POOL ROOM |
| L | 918 | | OM | NUISANCE | NUISANCE |
| L | 919 | | OM | OBST PUB WAY | OBSTRUCTIONS & ENCROACHMENTS;STREETS, SIDEWALK & PUBLIC PLACE |
| L | 919.M | | OM | LOITER-HOSP | UNAUTHORIZED PERSON IN HOSPITAL/PUBLIC/PRIVATE |
| L | 919.3 | | OM | SUP BWL VIOL | SUPER BOWL VIOLAITONS - ADVERTISING IN OVER LAY ZONE |
| L | 919.4 | | OM | PROH SIGNAGE | ATTACHING SIGNS TO POLES AND PUBLIC LIGHTING SYSTEM ETC |
| L | 919.5 | | OM | POST NOTICES | POSTING OF NOTICES, ETC.,ON PUBLIC OR PRIVATE PROPERTY |
| L | 919.6 | | OM | SIGN PERMIT | FAILURE TO SECURE PERMIT FOR SIGNS AND BANNERS |
| L | 919.7 | | OM | ADVERTISING | ADVERTISING PRIOR TO OBTAINING LICENSE PROHIBITED |
| L | 919.8 | | OM | OBSTRUCT PAS | NO PERSON SHALL OBSTRUCT ANY PASSAGEWAYS OR MEANS OF EGRESS |
| L | 919.9 | | OM | UNLAWFUL REM | UNLAWFUL REMOVAL OF NOTICE FROM BUILDING W/O AUTHORIZATION |
| L | 920 | | OM | PLAY BALL ST | PLAYING BALL IN STREET |
| L | 921 | | OM | SWTCHBLD PER | SWITCHBLADE KNIFE ON PERSON |
| L | 922 | | OM | CIG TO MINOR | CIGARETTES TO MINORS |
| L | 922.1 | | SM | SELL/GIVE | TOBACCO PRODUCTS TO MINORS;SIGN REQUIRED;COPIES TO SIGN |
| L | 923 | | OM | MINR-TOBACCO | MINOR SMOKING 0R POSESS TOBACCO/ROLLING PAPER |
| L | 924 | | OM | HOTEL REG | HOTEL REGISTER |
| L | 925 | | OM | POOL RM VIOL | POOL ROOM- ALLOW MINORS TO  LOITER; PERMIT GAMBLING |
| L | 926 | | OM | SANITARYVIOL | SANITARY- LITTERING STREETS  AND ALLEYS, GARBAGE IN ALLEY |
| L | 927 | | OM | DOG AT LARGE | DOGS AT LARGE |
| L | 928 | | OM | DOG BITE | DOG BITES |
| L | 928.1 | | OM | FL SURR DOG | FAIL TO SURRENDER A DOG FOR RABIES OBSERVATION AFTER A BITE |
| L | 928.2 | | OM | DOG VIOL | DOGS W/IN CITY LESS THAN 30 DAYS;DOG LICENSE REG |
| L | 929 | | OM | VENDORING | VENDORING-OPERATING AS STATIONARY VENDOR |
| L | 929.1 | | OM | PROH CONCERT | STREET CONCERTS PROHIBITED ON PUBLIC STREETS AND IN VEH |
| L | 930 | | OM | VENDORING | VENDORING IMPEDING PEDESTRAIN TRAFFIC |
| L | 931 | | OM | PEDDLE LOOP | PEDDLING IN LOOP |
| L | 932 | | OM | FUR/APL STOR | FURNITURE AND APPLIANCE STORE |
| L | 933 | | OM | PRO EXH ADV | PROHIBITED EXHIBITATIONS AND ADVERTISING |

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 934 | | OM | PK LOT VIOL | PARKING LOTS- ALLOW JUVENILE TO WORK, PARK CARS ON SIDEWALK |
| L | 935 | | OM | TRAN OBS TRF | TRAINS OBSTRUCTING TRAFFIC AT STREET CROSSING |
| L | 936 | | OM | THRO OBJ XWY | THROWING OBJECTS ONTO FREEWAY FROM OVERPASS |
| L | 936.1 | | OM | UNLAWFUL USE | UNLAWFUL TO THROW,SHOOT OR DROP ANY OBJECT AT OR FROM DPM |
| L | 937 | | OM | INHALE/TOXIC | INHALE TOXIC VAPORS |
| L | 938 | | OM | MODL GLU MIN | SALE OF MODEL GLUE TO MINOR |
| L | 939 | | OM | NARC/DRG VIO | NARCOTIC AND DRUG RELATED  VIOLATIONS |
| L | 939.1 | | OM | VMO | VIOLATION OF CITY MARIJUANA CODE |
| L | 939.2 | | OM | INHALE/SUBST | INHALING OR EATING PROHIBITED SUBSTANCE |
| L | 939.3 | | OM | POSS/SYRINGE | POSSESSION OF HYPODERMIC SYRINGES OR NEEDLES PROHIBITED. |
| L | 939.4 | | OM | MANUFACTURE | DELIVERY OR SALE OF DRUG PARAPHERNALIA PROHIBITED. |
| L | 939.6 | | OM | OPERATE ILL | OPERATE A PLACE OF ILLEGAL OCCUPATION |
| L | 939.7 | | OM | OPERATE MED | OPERATING A MEDICAL MARIJUANA CARE CENTER W/O LICENSE |
| L | 940 | | OM | ACCOST & SOL | ACCOSTING AND SOLICITING ANOTHER FOR AN ACT OF PROSTITUTION |
| L | 940.1 | | OM | SEXVIO/BLDG | ACCOSTING AND SOLICITING NOT OUTSIDE OF BUILDING |
| L | 940.2 | | OM | SOL/AID/ABET | SOLICITATION: AID, ASSIST OR BET FOR THE ACT OF PROSTITUTION |
| L | 941 | | OM | REP/FIRE/ARM | EXHIBIT REPLICA /FACSMILE FIREARMS |
| L | 942 | | OM | NO/RUB/PLATE | NO RUBBISH PLATE ON VEHICLE |
| L | 943 | | OM | OPER/NO/PLAT | OPERATE WITHOUT CITY BOND PLATE |
| L | 944 | | OM | OP/JITNEY/CY | OPERATE JITNEY IN DETROIT |
| L | 946 | | OM | ALARM SYS-3T | ALARM SYSTEM  ACTIVATE FALSE ALARM OR MORE THAN 3X IN A MONTH |
| L | 946.3 | | OM | UNAPP FENCE | FAIL TO REMOVE UNAPPROVED FENCE FROM PROPERTY |
| L | 946.4 | | OM | FENCE REQ | FAILURE TO ADHERE TO FENCING REQUIREMENTS |
| L | 946.5 | | OM | WRECK-SUPERV | FAILURE TO PROVIDE SUPERVISION&IDENTIFICATION;WRECKING OPERAT |
| L | 946.6 | | OM | FAIL TO REM | FAIL TO REMOVE HAZARDOUS MATERIALS IN PROPER MANNER |
| L | 947 | | OM | FAIL/ENC/BUS | FAIL TO HAVE BUSINESS ENCLOSED BY A FENCE AT LEAST 8' HIGH |
| L | 947.1 | | OM | PETITION VIO | TRANSMITTAL OF PETITION BY CITY COUNCIL TO COMM AND ECON DEV |
| L | 947.2 | | OM | FENCE PETITI | PETITION BY 2/3 OF ABUTTING PROPERTY OWNERS REQUIRED |
| L | 947.3 | | OM | DUTIES COMM | DUTIES OF COMMUNITY AND ECONOMIC DEVELOPMENT DEPT |
| L | 947.4 | | OM | DUTIES OFLAW | DUTIES OF LAW DEPARTMENT GENERALLY |
| L | 947.5 | | OM | ACT BY COUNC | ACTION BY CITY COUNCIL RETENTION OF EASEMENT FOR PUBLIC UTILI |
| L | 947.6 | | OM | CITY CLERK | CITY CLERK TO RECORD CERTIFIED COPY W/REGISTER OF DEEDS |
| L | 947.7 | | OM | LAW DEPT NOT | LAW DEPT TO SEND NOTICES;DIR OF DEPT OF PUB WORKS TO CORRECT |
| L | 947.8 | | OM | ART NO LIMIT | ARTICLE NO LIMITATION OF REGULATORY POWERS OF CITY COUNCIL |
| L | 948 | | OM | LIC/FAIL/NAM | LICENSEE FAIL  DISPLAY NAME AND PHOTO IDENTIFYING MANGER OR D |
| L | 949 | | OM | INDEC/OBSCEN | INDECENT/OBSCENE/CONDUCT/ |
| L | 949.3 | | OM | UNLAWFUL USE | UNLAWFUL USE OF RESTROOMS BY PERSONS OF OPPOSITE SEX |
| L | 949.4 | | OM | SEMI-NUDE | NO PERSON SHOULD APPEAR SEMI-NUDE AT A SEXUALLY ORIENTED BUS |

39

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 950 | | OM | OFFER ENGAGE | OFFER TO ENGAGE THE SERVICES OF ANOTHER FOR AN ACT OF PROSTIT |
| L | 950.1 | | OM | OFFER TO ENG | OFFER TO ENGAGE NOT OUTSIDE OF BUILDING |
| L | 951 | | OM | SOLIT/PAT/MT | DISTRIBUTE OR SOLICIT PATRIOTIC MATERIAL WITHOUT PERMISSION O |
| L | 951.1 | | OM | BLD PROH PUR | LEASING BUILDING FOR PROHIBITED PURPOSES |
| L | 952 | | OM | EREC/TENT/PK | ERECT TENT IN PARK WITHOUT PERMIT |
| L | 953 | | OM | DEP/REFUSE | ALLOW EMPLOYEE TO DEPOSIT REFUSE CONTAINER DESIGNATED FOR ANO |
| L | 954 | | OM | OXYGEN/GAS | FAIL TO DISPLAY PERMIT FOR ACETYLENE AND OXYGEN GAS TANKS |
| L | 955 | | OM | OPER/ARC/CAB | PERMIT OPERATION OF ARCADE/CABARET DURING PROHIBITED HOURS |
| L | 955.1 | | OM | PRO ENT HOUR | DANCE,ENTERTAINMENT & ALCOHOL PROHIBITED DURING CERTAIN HOURS |
| L | 955.2 | | OM | PUB DAN MIN | PUBLIC DANCES FOR MINORS SPECIAL PERMIT REQUIRED |
| L | 955.3 | | OM | OWN/MGT/OPER | RULES AND REGULATIONS;OWNERS,MANAGERS,OR OPER PROH CONDUCT |
| L | 955.4 | | OM | ENTR ROSTER | ADULT ENTERTAINER ROSTER TO BE KEPT AND MADE AVAILABLE |
| L | 955.5 | | OM | REG EXHIB FL | REGULATION PERTAINING TO EXHIBITION OF SEXUALLY-EXPLICIT FILM |
| L | 955.6 | | OM | LOITER REQ | LOITERING PROHIBITED; EXTERIOR MONITORING AND LIGHTING REQUIR |
| L | 955.7 | | OM | INSPECTION | INSPECTION;PERSON IN CHARGE |
| L | 955.8 | | OM | PROH CONDUCT | PROHIBITED CONDUCT;ENTERTAINERS OR PATRONS |
| L | 955.9 | | OM | OPER RESPON | OPERATORS RESPONSIBILITY FOR VIOL;AGENTS,EMPLOYEES AND PATRON |
| L | 956 | | OM | PROV/ACCESS | FAIL TO PROVIDE ACCESS TO ALL PARTS OF LICENSE PREMISES |
| L | 956.1 | | OM | VIOL AND PEN | VIOLATIONS AND PENALTIES |
| L | 957 | | OM | BLDG/PERMIT/ | DEMOLITION OF HOME BUILDING WITHOUT CITY PERMIT |
| L | 958 | | OM | JUNK/AFT/HRS | PERSON UPON SUCH JUNK DEALERS AFTER HOURS |
| L | 959 | | OM | SERIAL ITEM | POSSESS SERIAL NUMBERED ITEM WITH SERIAL NUMBER REMOVED |
| L | 960 | | OM | MISC BUS LIC | MISCELLANEOUS BUSINESS  (FAILURE TO OBTAIN LICENSE) |
| L | 961 | | OM | BAKERY LIC | BAKERY  (FAILURE TO OBTAIN LICENSE) |
| L | 962 | | OM | BEVG EST LIC | BEVERAGE/LIQUOR ESTABLISHMENT  (FAILURE TO OBTAIN LICENSE) |
| L | 963 | | OM | BILRD RM LIC | BILLIARD ROOM  (FAILURE TO OBTAIN LICENSE) |
| L | 963.1 | | OM | BILLARD REQ | A LICENSE AFFIXED TO THE BILLARD TABLE |
| L | 964 | | OM | BOWL ALY LIC | BOWLING ALLEY  (FAILURE TO OBTAIN LICENSE) |
| L | 965 | | OM | FOOD EST LIC | BULK FOOD AND MEAT ESTAB - FAILURE TO OBTAIN LICENSE |
| L | 966 | | OM | CIG DLR LIC | CIGARETTE DEALER  (FAILURE TO OBTAIN LICENSE) |
| L | 966.1 | | OM | CIGAR APP | FAIL TO OBTAIN APP TO SELL CIGARETTES FROM BUILD&SAFETY DEPT |
| L | 967 | | OM | CLEANERS LIC | CLEANERS  (FAILURE TO OBTAIN LICENSE) |
| L | 967.1 | | OM | LAUNDRY MAT | FAILED TO HAVE A LICENSE FROM CITY OF DET FOR LAUNDRY MAT |
| L | 967.2 | | OM | FL DISP LIC | FAILED TO DISPLAY A BUSINESS LICENSE FROM THE CITY OF DETROIT |
| L | 967.3 | | OM | NO CITY LIC | NO CITY OF DETROIT BUSINESS LICENSE-REQUIRED AT EACH LOCATION |
| L | 967.4 | | OM | CITY LIC VIO | GROUNDS FOR DENIAL, SUSPENSION,REVOCATION OF LICENSE |
| L | 967.5 | | OM | INSPECT PREM | INSPECTION OF PREMISES; ISSUANCE OF LICENSE |
| L | 967.6 | | OM | BUS LIC APP | FAIL TO COMPLETE BUSINESS LIC APP; REVIEWED AND PROCESSED |

Exhibit A to Appendix 1

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 967.7 | | OM | APPLICATION | EVERY OPERATOR SHALL FILE AN APP APPROVED BY CONSUMER AFFAIRS |
| L | 968 | | OM | CNTRCPTV LIC | CONTRACEPTIVE DEVICES (FAILURE TO OBTAIN LICENSE) |
| L | 968.1 | | OM | TRAILER LIC | FAIL TO OBTAIN TRAILER LICENSE FROM CITY OF DETROIT |
| L | 968.2 | | OM | PARK TRAILER | PARKING OF TRAILER AND AUTOMOBILES |
| L | 969 | | OM | DAIRY LIC | DAIRY (FAILURE TO OBTAIN LICENSE) |
| L | 970 | | OM | DANC/CAB LIC | DANCE HALL AND CABARET (FAILURE TO OBTAIN LICENSE) |
| L | 970.1 | | OM | FAIL/GRPCARD | FAILURE TO DISPLAY GROUP "D" ENTERTAINER'S CARD |
| L | 970.2 | | OM | DANCE SPACE | SPACE FOR DANCING-RAILED OFF FROM OTHER PORTIONS OF PREMISES |
| L | 970.3 | | OM | INSP AND APP | INSPECTION & APPROVAL OF PREMISES;STRUCTURAL,FIRE SAFE &SANIT |
| L | 971 | | OM | DIRT LIC | DIRT (FAILURE TO OBTAIN LICENSE) |
| L | 972 | | OM | FLORIST LIC | FLORIST (FAILURE TO OBTAIN LICENSE) |
| L | 973 | | OM | GAS STA LIC | GAS STATION AND OPERATOR (FAILURE TO OBTAIN LICENSE) |
| L | 973.1 | | OM | FITNESS CARD | OPERATE WITHOUT FITNESS CARD |
| L | 974 | | OM | HOTEL LIC | HOTEL/MOTEL (FAILURE TO OBTAIN LICENSE) |
| L | 974.1 | | OM | FL/POST/LOB/ | FAIL POST IN LOBBY ROOMS PLAINLY PRINTED NOTICE OF SECTIONS |
| L | 974.2 | | OM | HOTEL DISPLY | FAILURE TO DISPLAY WORD "HOTEL" AT ENTRANCE |
| L | 974.3 | | OM | FL MAIN REG | REGISTER REQUIRED; USE OF FICTITIOUS NAMES PROHIBITED/UNMARRI |
| L | 975 | | OM | ICEDL/PD LIC | ICE DEALER AND PEDDLER (FAILURE TO OBTAIN LICENSE) |
| L | 975.1 | | OM | MARK BAG ICE | MARKING OF BAGS OF ICE |
| L | 975.2 | | OM | CLEAN ICE | ICE THAT COMES IN CONTACT W/FOOD OR DRINK SHALL BE CLEAN AND |
| L | 976 | | OM | JUNK DLR LIC | JUNK DEALER (FAIL TO OBTAIN LICENSE/LIC PLT/BADGE/WEAR ID) |
| L | 976.1 | | OM | CITY JUNKLIC | FAILED TO HAVE A VALID JUNK VEHICLE LIC PLATE FROM THE CITY |
| L | 976.2 | | OM | JK.DEALERS | KEEP RECORD OF TRANSATIONS OF PURCHASED JUNK FOR POLICE/INSP. |
| L | 976.3 | | OM | JUNK DEALERS | PURCHASE FR.PROHIBITED PERSONS,ARTICLES;POST WARNING NOTICE |
| L | 977 | | OM | JUNK PDL LIC | JUNK PEDDLER (FAILURE TO OBTAIN LICENSE)/SCRAP VIOLATIONS |
| L | 977.1 | | OM | SURVEILLANCE | SYSTEM REQ.FOR JUNK/SCRAP DLRS. KEEP VIDEOS FOR MIN. 30 DAYS |
| L | 977.3 | | OM | COND OF PREM | NO JUNKSCRAP OR VEH SHALL BE PERMITTED TO LEAN OR TOUCH WALLS |
| L | 977.4 | | OM | 2NDHAND DLR. | MUST LEGIBLY OBTAIN THUMB PRINT AND FORWARD TO REQ. AGENCIES |
| L | 978 | | OM | MECH AMU LIC | MECHANICAL AMUSEMENT DEVICE (FAILURE TO OBTAIN LICENSE) |
| L | 979 | | OM | MOVING LIC | MOVING (FAILURE TO OBTAIN LICENSE) |
| L | 980 | | OM | MUS MACH LIC | MUSIC MACHINE (FAILURE TO OBTAIN LICENSE) |
| L | 981 | | OM | PK LT/AT LIC | PARKING LOT AND ATTENDANT (FAILURE TO OBTAIN LICENSE) |
| L | 982 | | OM | PIC THTR LIC | PICTURE THEATRE (FAILURE TO OBTAIN LICENSE) |
| L | 983 | | OM | RESTAURT LIC | RESTAURANT (FAILURE TO OBTAIN LICENSE) |
| L | 984 | | OM | 2ND AUTO LIC | SECOND-HAND AUTO (FAILURE TO OBTAIN LICENSE) |
| L | 984.1 | | OM | IMPROPER ZN | IMPROPER ZONE/USE FOR LOCATION, BUILDING, OR STRUCTURE |
| L | 984.2 | | OM | DEALER REP | LIC DEALERS SHALL MAKE OUT A DAILY REPORT BY 10AM FOR POLICE |
| L | 984.3 | | OM | POST ARTICLE | POSTING A COPY OF ARTICLE IN BUSINESS |

Exhibit A to Appendix 1

List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 985 | | OM | 2ND STOR LIC | SECOND-HAND STORE (FAILURE TO OBTAIN LICENSE) |
| L | 985.1 | | OM | 2ND STOR REC | SECOND-HAND STORE (PAWNSHOP) RECORDS TO BE KEPT BY LICENSEE |
| L | 985.2 | | OM | LOAN INTER | INTEREST ON LOANS, RATE, TIME OF PAYMENT & COMPUTATION |
| L | 985.4 | | OM | DAILY REPORT | FAILED TO PROVIDE TRANSACTION FORM TO POLICE WITHIN 48 HOURS |
| L | 985.5 | | OM | HELD 7 DAYS | FAIL TO RETAIN ARTICLES FOR 7 DAYS BEFORE SELLING |
| L | 985.7 | | OM | SECOND HAND | STORE FAIL TO MAINTAIN WRITTEN BOOK OF USED MATERIALS SOLD |
| L | 985.8 | | OM | SIGN | REQUIRED ON PLACE OF BUSINESS |
| L | 985.9 | | SM | JUNK DEALER | MUST REGISTER OR SUBSCRIBE TO DATABASE |
| L | 986 | | OM | PRT/WREK LIC | USED AUTO PARTS AND WRECKERS (FAILURE TO OBTAIN LICENSE) |
| L | 987 | | OM | NOVENDORSLIC | VENDORS (ALL) (FAILURE TO OBTAIN LICENSE) |
| L | 987.1 | | OM | ST/VEN/NO/BD | OPERATING STREET VENDOR W/O WEARING BADGE ON PERSON OR LIC PT |
| L | 987.2 | | OM | VEN/WO/EQUIP | DISPOSAL OF SOLID WASTE/FAIL TO EQUIP CART WITH RECEPTACLE |
| L | 987.3 | | OM | VENDOR RULES | STATIONARY,FOOT,& ST VENDORS;AUTHORIZED LOCATIONS & RESTRICTI |
| L | 987.4 | | OM | FAILURE TO | OBTAIN PERMIT TO SELL PATRIOTIC EMBLEMS, FLAGS, ETC. |
| L | 987.5 | | OM | SALES PROH | SALES NEAR SCHOOLS PROHIBITED;DISTANCE REQUIREMENTS |
| L | 987.6 | | OM | VENDOR-PROH | VENDORS -PROHIBITED FROM DISPLAYING OR SELLING CERTAIN GOODS |
| L | 988 | | OM | POLICE BOOK | USED CAR RECORD BOOK VIOLATION |
| L | 988.1 | | OM | FAIL/SEN/COP | FAIL TO SEND COPY TRANSACTION FORM WITHIN FORTYEIGHT HOURS TO |
| L | 988.2 | | OM | POL BK PWSHP | DAILY REPORT TO POLICE |
| L | 989 | | OM | STORE CART | TAKE OR USE STORE CART WITH INTENT TO STEAL |
| L | 989.1 | | OM | ABAN/SHOP/CT | ABANDON SHOPPING CART - UNAUTHORIZED USE OR REMOVAL |
| L | 991 | | OM | NO BOAT LIC | NO BOAT LICENSE |
| L | 992 | | OM | NO DOG LIC | NO DOG LICENSE |
| L | 992.1 | | OM | ANIMAL VIOL | TRANSPORT ANIMAL IN MANNER NOT TO ENDANGER LIFE OR LIMB OF AN |
| L | 992.2 | | OM | ANIMAL CRUEL | FAILURE TO PROVIDE FOOD,WATER, SHELTER, OR SANITATION TO ANIM |
| L | 992.3 | | OM | DOG TAGS | DOG LIC - ATTACHED TO DOG WHEN ON ANY STREET OR PUBLIC PLACE |
| L | 992.4 | | OM | DOG RESTRAIN | DOG RESTRAINT |
| L | 992.5 | | OM | LIC NOT TRAN | DOG LICENSE NOT TRANSFERABLE BETWEEN DOGS OR OWNERS |
| L | 992.6 | | OM | DOG TETHER | CONTINUOUSLY TETHER A DOG FOR MORE THAN THREE HOURS PER DAY |
| L | 992.7 | | OM | FL VACC DOG | FL TO VACCINATE DOG AGAINST RABIES OR PRODUCE PROOF OF VACCIN |
| L | 992.8 | | OM | OV 4 DOG/CAT | MORE THAN 4 DOGS OR CATS OVER 4 MONTHS AT RESIDENCE |
| L | 992.9 | | OM | OVER 4 CATS | MORE THAN 4 CATS OVER 4 MONTHS AT RESIDENCE |
| L | 993 | | OM | PIT BULL TTO | PIT BULL NO TATOO |
| L | 993.1 | | OM | OWN/UN/18/PB | OWNER ALW PERSON UNDER 18 YRS TO POSS/WALK/EXCERCISE PITBULL |
| L | 993.2 | | OM | UN/18/PIT | PERSON UNDER 18 YRS NOT ALLOWED TO WALK/POSS/EXERCISE PITBULL |
| L | 993.3 | | OM | REPTILE/SERP | OWNING,HARBORING,OR MAINTAING REPTILES/SERPENTS IS PROHIBITED |
| L | 993.4 | | OM | DOG STEEL CA | THETHER A DOG MADE OF ANYTHING BUT A COATED STEEL CABLE |
| L | 994 | | OM | RKLS OPR BT | RECKLESS OPERATION OF BOAT |

Exhibit A to Appendix 1

List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 995 | | OM | TRASH BURNG | EXCESSIVE SMOKE OR UNAUTHORIZED BURNING OF TRASH |
| L | 996 | | OM | OTH MISC VIO | ALL OTHER MISCELLANEOUS VIOLS |
| L | 997 | | OM | SNOW/ICE BUS | SNOW AND ICE - BUSINESS |
| L | 997.1 | | OM | SNOW/ETC BUS | PLOWING, ETC. OF SNOW ETC. FRM PRIV PROPERTY ONTO PAVED RDWAY |
| L | 998 | | OM | SNOW/ICE RES | SNOW AND ICE - RESIDENTIAL |
| L | 998.1 | | OM | SOLICIT VOTE | SOLICITING VOTES WITHIN 100 FEET OR AROUND A POLLING AREA |
| L | 490.1 | 028.725-A | OM | FL TO REG | SEX OFFENDER FAIL TO REGISTER |
| L | 508.1 | 117.4Q | OM | BLIGHT FINE | FAIL TO PAY BLIGHT FINE 2ND OFFENSE ($300) |
| L | 508.2 | 117.4Q | OM | BLIGHT FINE | FAIL TO PAY BLIGHT FINE 3RD OFFENSE ($500) |
| M | 1251447-A | 125.1447-A | SM | HOUSING | HOUSING-MSHDA-FAKE PRETENSE-$100 OR LESS |
| M | 1252330A | 125.2330A | SM | MOBILE HOMES | MOBILE HOMES-FAILURE TO APPLY FOR TITLE |
| M | 1252330C | 125.2330C | SM | MOBILE HOMES | MOBILE HOMES - FAIL TO APPLY FOR NEW TITLE AFTER TRAN |
| M | 1252330D | 125.2330D | SM | MOBILE HOMES | MOBILE HOMES - FAIL TO NOTIFY DEPT. OF SECURITY INTEREST |
| M | 125482A | 125.482A | SM | SMOKE ALARM | HOUSING-MULTIPLE DWELLING-SMOKE ALARM VIOLATION |
| M | 168544C10 | 168.544C10 | SM | FAIL TO REPT | NOMINATING/INITIATIVE PETITIONS-FAILURE TO REPORT VIOLATIONS |
| M | 168544C6 | 168.544C6 | SM | NOMINATE PET | NOMINATING/INITIATIVE PETITIONS-SIGNING FALSELY |
| M | 168544C6-A | 168.544C6-A | SM | SIGN TOO MNY | NOMINATING/INITIATIVE PETITIONS-SIGNING TOO MANY |
| M | 168544C7 | 168.544C7 | SM | FALSE STATEM | NOMINATING PETITIONS-FALSE STATEMENT/CIRCULATION VIOLATIONS |
| M | 1687615-A | 168.7615-A | SM | ELECTION LAW | EL-FALSE STATEMENT ON ABSENTEE BALLOT RETURN ENVELOPE |
| M | 168764B | 168.764B | SM | APPT CAND | EL-APPOINTMENT OF CANDIDATE/FAMILY MEMBER TO RECORD ABS BAL |
| M | 1689311A | 168.9311A | SM | INFLU VOTERS | ELECTION LAW-INFLUENCING VOTERS WITH MONEY |
| M | 1689311B | 168.9311B | SM | INFLU VOTER | EL-RECEIVING PAYMENT TO INFLUENCE VOTE |
| M | 1689311C | 168.9311C | SM | SOL $ CANDID | EL-SOLICITING MONEY FROM A CANDIDATE |
| M | 1689311D | 168.9311D | SM | INF EMP VOTE | EL-INFLUENCING EMPLOYEE'S VOTE |
| M | 1689311E | 168.9311E | SM | INFLU VOTES | EL-USING RELIGION TO INFLUENCE VOTES |
| M | 1689311F | 168.9311F | SM | IMPER 2 VOTE | EL-IMPERSONATE ANOTHER TO VOTE AT ELECTION |
| M | 1689311G | 168.9311G | SM | ELECTION LAW | EL-USING FALSE NAME TO VOTE |
| M | 1689311H | 168.9311H | SM | UNQUAL ELECT | EL-UNQUALIFIED ELECTOR ATTEMPTING TO VOTE |
| M | 1689311I | 168.9311I | SM | WRONG PRECNT | EL-VOTING IN WRONG PRECINCT |
| M | 1689311J | 168.9311J | SM | VOTING TWICE | EL-VOTING TWICE |
| M | 1689311K | 168.9311K | SM | VOTING LAW | EL-HIRE TRANSPOR. FOR ABLE BODIED VOTERS |
| M | 1689311L | 168.9311L | SM | FAIL TO RPT | EL-OFFICIAL'S FAIL TO REPORT AT POLLING PLACE |
| M | 1689311M | 168.9311M | SM | DUTY PERFORM | EL-FAILURE TO PERFORM DUTY |
| M | 1689311N | 168.9311N | SM | CONVENTN SUP | EL-SOLICITING CONVENTION SUPPORT |
| M | 1689311O | 168.9311O | SM | DELEGATE/CON | EL-CONVENTION DELEGATE ACCEPTING MONEY |
| M | 1689311P | 168.9311P | SM | SOLICIT VOTE | EL-SOLICITING VOTES WITHIN 100' OF POLL |
| M | 1689311Q | 168.9311Q | SM | ELECTION BET | EL-BETTING ON ELECTION |
| M | 1689311R | 168.9311R | SM | ABSENTEE BAL | EL-PLAN MEETING WHERE ABSENTEE BALLOTS ARE CAST |

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 1689311S | 168.9311S | SM | ABSENTEE BAL | EL-UNAUTHORIZED POSSESSION OF ABSENTEE BALLOT |
| M | 1689311T | 168.9311T | SM | ABSENTEE BAL | EL-FALSE STATEMENT CERTIFICATION OF ABSENTEE BALLOT RETURN |
| M | 169252A | 169.252A | SM | CAMP FINANCE | CAMPAIGN FINANCE-EXCESS CONTRIBUTIONS TO HOUSE/SENATE CAUCUS |
| M | 0183661A | 18.3661A | SM | CVICTIM SERV | CRIME VICTIM SERVICES-FALSE CLAIM AWARD <$100 |
| M | 205106-A | 205.106-A | SM | USE TAX COMP | TAXES-USE TAX-FAIL TO COMPLY WITH ACT |
| M | 205106-B | 205.106-B | SM | USE TAX COMP | FAIL TO COMPLY W/USE TAX ACT 2ND OFF.NOT |
| M | 2071103-A | 207.1103A | SM | TAXES FUEL | TAXES-MOTOR FUEL TAX-SHIPPING PAPER NOTICE VIOLATIONS |
| M | 207112B | 207.112B | SM | TAXES-MOTOR | TAXES - MOTOR FUEL TAX - FALSE CLAIMS |
| M | 2071141-A | 207.1141A | SM | TAXES FUEL | TAXES-MOTOR FUEL TAX-EMBEZZLEMENT < $200 |
| M | 2071141-B | 207.1141B | SM | TAXES FUEL | TAXES-MOTOR FUEL TAX-EMBEZZLEMENT $200 - $1000 |
| M | 2071141-C | 207.1141C | SM | TAXES FUEL | TAXES-MOTOR FUEL TAX-EMBEZZLEMENT < $200 - 2ND OR SUBS OFF |
| M | 256605B4 | 256.605B4 | SM | DR.TRAIN SCH | DRIVER TRAINING SCHOOL-IMPROPER USE/DISCLOSURE-CHR |
| M | 256605C3 | 256.605C3 | SM | STATE-CHR | DEPT OF STATE-IMPROPER USE/DISCLOSURE-CHR |
| M | 2571620A5 | 257.1620A5 | SM | ORV-OUIL-2ND | ORV - OUIL - 2ND OFFENSE |
| L | 900.5 | 257.208(B) | OM | MTR VEH REP | COMMERICAL LOOK-UP SERVICE REC INFO MAINTAINED BY DRIVER |
| M | 257248F8 | 257.248F8 | SM | IMP DISCLOSE | VEHICLE DEALER-IMPROPER DISCLOSURE OF CRIMINAL HISTORY |
| L | 706.B | 257.319D | OM | OUT-SERV-BUS | DROVE CMV DURING OUT OF SERVICE ORDER - HAZARDOUS/BUS |
| L | 706.M | 257.319D | OM | OUT-OF-SERV | OPERATE A CMV W/CERTAIN ALCOHOL CONTENT;OUT-OF-SERV;NON HAZ |
| M | 2575032A | 257.5032A | SM | ACCIDENT RPT | MOTOR VEHICLES-ACCESSING ACCIDENT REPORT |
| M | 257601B2 | 257.601B2 | SM | INJ TO CONST | MOVING VIOLATION-CAUSING INJURY TO CONSTRUCTION WORKER |
| M | 257601C2 | 257.601C2 | SM | INJ TO OPERA | MOVING VIOLATION-CAUSE INJ TO OPR OF IMPLEMENT OF HUSBANDRY |
| M | 257601D1 | 257.601D1 | SM | MOV VIO DEAT | MOVING VIOLATION CAUSING DEATH |
| M | 257601D2 | 257.601D2 | SM | MOV VIO IMPA | MOVING VIOLATION CAUSING SERIOUS IMPAIRMENT OF BODY FUNCTION |
| M | 257707C2 | 257.707C2 | SM | EXCESS NOISE | MOTOR VEHICLE - NEW-EXCESSIVE NOISE |
| M | 257707C4 | 257.707C4 | SM | CAUSE NOISE | MOTOR VEHICLE - SALE/INSTALLATION MUFFLER CAUSE EXCESS NOISE |
| M | 257707C6 | 257.707C6 | SM | NON-COMP VEH | MOTOR VEHICLE - DEALER SALE OF NON-COMPLIANT VEHICLE |
| M | 2579041A | 257.9041A | SM | OPER-SUSPEND | OPERATING-SUSPENDED FOR FAILURE TO ANSWER CITATION |
| M | 25980F2 | 259.80F2 | SM | POSS WEAPON | AIRPORTS-POSSESSING WEAPON IN STERILE AREA |
| M | 25983A | 259.83A | SM | AIRMAN-CERT. | AIRMAN-CONDUCTING FLIGHT OPERATIONS IN VIOL. OPERATING CERT. |
| M | 28173A | 28.173A | SM | REFUSE DNA | DNA PROFILING - REFUSE OR RESIST PROVIDING SAMPLES |
| M | 0282143-A | 28.2143-A | SM | LEIN INFO | LEIN INFORMATION-UNAUTHORIZED DISCLOSURE |
| M | 282143-A | 28.2143-A | SM | LEIN UNAUTH | LEIN INFORMATION - UNAUTHORIZED DISCLOSURE |
| M | 028243A | 28.243A | SM | FNGRPRNT REF | FINGERPRINTING-REFUSAL |
| M | 28243A | 28.243A | SM | REFUSE FINPR | FINGERPRINTING - REFUSAL |
| M | 0282951B | 28.2951B | SM | ST. ID CARD | STATE ID CARD-ALTER/FORGE COMMIT MISDEMEANOR |
| M | 282951B | 28.2951B | SM | ALT ST/ID MD | STATE ID CARD - ALTERED/FORGED & USED TO COMMIT A MISDEMEANOR |
| M | 282951C | 28.2951C | SM | ID CARD FORG | STATE ID CARD-COUNTERFEITING/FORGING/USING TO COMMIT MISD |
| M | 284229-A | 28.4229-A | SM | WEAPONS | WEAPONS-NONRESIDENTS FAILURE TO PRESENT CCW LICENSE |

Exhibit A to Appendix 1

List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 28425B16 | 28.425B16 | SM | WEAPONS-FAIL | WEAPONS-FAILURE TO RETURN SUSPENDED/REVOKED CCW LICENSE |
| L | 711.M | 28.425K | OM | CCW-UND INFL | CARRYING A CONCEALED WEAPON WHILE UNDER THE INFLUENCE |
| M | 28.425K2A | 28.425K2A | SM | CCW-INFLUENC | CCW-CARRY CONCEALED PISTOL WHILE UNDER THE INFLUENCE |
| M | 28425K2A | 28.425K2A | SM | WEAPONS-PIST | WEAPONS-PISTOLS-CARRYING CONCEALED WHILE UNDER THE INFLUENCE |
| M | 28.425K2B | 28.425K2B | SM | CCW-BAC.08 | CCW-CARRY CONCEALED PISTOL W/ BAC .08 OR MORE BUT < .10 |
| M | 28425K2B | 28.425K2B | SM | WEAPONS-PIST | WEAPONS-PISTOLS-CARRYING CONCEALED W/ BAC .08-.10 GRAMS |
| M | 28.425O3B | 28.425O3B | SM | CCW-2ND PROH | CCW-CARRY CONCEALED PISTOL IN PROHIBITED PLACE-2ND OFFENSE |
| M | 28425O3B | 28.425O3B | SM | WEAPONS | WEAPONS-PISTOLS-CARRY CONCEALED IN PROHIBITED PLACE-2ND OFF. |
| M | 2843514B | 28.43514B | SM | WEAPONS | WEAPONS-FIREARMS-SALE W/O TRIGGER LOCK/SECURABLE GUN CASE/2ND |
| M | 285192A | 28.5192A | SM | CCW-RETIRED | RETIRED OFFICERS-CARRYING CONCEALED FIREARM UNDER INFLUENCE |
| L | 493 | 28.725(8) | OM | FL TO OB ID | FAILED TO OBTAIN ID - SEX OFFENDER |
| L | 490.2 | 28.727(2) | OM | SEX OFF DD04 | FAIL TO SIGN SEX OFFENDER REGISTRATION FORM DD-04 |
| L | 492 | 28.729(4) | OM | FL PAY FEE | FAIL TO PAY SEX OFFENDER REG FEE |
| M | 287292B | 28.7292B | SM | SEX OFF REP2 | SEX OFFENDERS-FAILURE TO COMPLY W/REPORTING DUTIES-2ND OFFENS |
| M | 287342A | 28.7342A | SM | WORK/LOIT VI | STUDENT SAFETY ZONE-WORK/LOITERING VIOLATION |
| M | 287352A | 28.7352A | SM | RESID VIOL | STUDENT SAFETY ZONE-RESIDENCY VIOLATION |
| M | 2852792A | 285.2792A | SM | FFDA < $200 | FAMILY FARM DEVELOP. ACT-FALSE PRETENSES-LESS THAN $200 |
| M | 2852792B1 | 285.2792B1 | SM | FFDA < $1000 | FAMILY FARM DEV.ACT-FALSE PRETENSES-$200 OR MORE BUT < $1,000 |
| M | 286226-A | 286.226-A | SM | NRSRY FORGE | NURSERY STOCK - FORGING CERTIFICATE |
| M | 286226-B | 286.226-B | SM | NRSRY ILCERT | NURSERY STOCK - USE OF ANOTHER'S CERTIFICATION |
| M | 286226-C | 286.226-C | SM | NRSRY VIO OR | NURSERY STOCK-VIOLATING COMMISSIONERS ORDERS |
| M | 286563A | 286.563A | SM | PESTICIDES-C | PESTICIDES - COMMERCIAL APPLICATOR'S - LICENSE |
| M | 28711151-A | 287.11151-A | SM | LARGE CARNIV | LARGE CARNIVORE ACT-VIOLATIONS |
| M | 28711151-B | 287.11151-B | SM | LARGE CARNIV | LARGE CARNIVORE ACT-FAILURE TO OBTAIN PERMIT |
| M | 287123A | 287.123A | SM | CATTLE PRO $ | LIVESTOCK - DEPOSIT TO PRODUCER'S PROCEED ACCOUNT |
| M | 287127A | 287.127A | SM | CATTLE FLS | LIVESTOCK - SALE UNDER FALSE STATEMENT |
| M | 287262-A | 287.262-A | SM | DOG UNLIC | DOG - UNLICENSED |
| M | 287262-B | 287.262-B | SM | DOG STRAY | DOG - STRAY |
| M | 287269A | 287.269A | SM | DOG LICENSE | DOG - REFUSING TO PRODUCE LICENSE |
| M | 287286B | 287.286B | SM | ANIMAL-STEAL | ANIMALS - STEALING A LICENSED DOG |
| M | 287335A | 287.335A | SM | PET SHOP VIO | PET SHOP - VIOLATIONS |
| M | 2879674-A | 287.9674-A | SM | CERVIDAE VIO | ANIMAL INDUSTRY-CERVIDAE LIVESTOCK FACILITY - VIOLATIONS |
| M | 2879674-B | 287.9674-B | SM | CERVIDAE VIO | ANIMAL INDUSTRY-CERVIDAE LIVESTOCK FACILITY-VIOL/2ND OR SUBS |
| M | 28710151-A | 28710151-A | SM | WOLF-DOG ACT | WOLF-DOG CROSS ACT - VIOLATIONS |
| M | 28710151-B | 28710151-B | SM | WOLF-DOG ACT | WOLF-DOG CROSS ACT - FAILURE TO OBTAIN PERMIT |
| M | 02921A | 29.21A | SM | FIRE EXTINGU | FIRE PREVENTION CODE-FIRE EXTINGUISHER VIOLATIONS |
| M | 02921C | 29.21C | SM | PUBLC ASSMBY | FIRE PREVENTION CODE-PLACE OF PUBLIC ASSEMBLY WO/CERTIFICATE |
| M | 02921D | 29.21D | SM | PUB. ASSMBLY | FIRE PREVENTION CODE-PLACE OF PUBLIC ASSEMB. NO DISPLAY CERT |

List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 0295A | 29.5A | SM | CONDEMN VEH | FIRE PREVENTION CODE-USE CONDEMNED VEH TRANSPORT HAZ WASTE |
| M | 0295B | 29.5B | SM | CERT HAZ WST | FIRE PREVENTION CODE-CERTIFICATE OF HAZ. WASTE VEH./FIRMS |
| M | 0295C | 29.5C | SM | STORAGE LOCA | FIRE PREVENTION CODE-STORAGE LOCATIONS W/O CERTIFICATE |
| M | 0295G | 29.5G | SM | FIRE MARSCHL | FIRE PREVENTION CODE-FAIL TO NOTIFY FIRE MARSHALL -ACCIDENT |
| M | 0295I | 29.5I | SM | DRY CLEANERS | FIRE PREVENTION CODE-OPERATE DRY CLEANERS W/O CERTIFICATE |
| M | 0295K | 29.5K | SM | TERMINAL REQ | FIRE PREVENTION CODE-ATTENDED TERMINAL REQUIREMENTS |
| M | 0295L | 29.5L | SM | TERMINAL REQ | FIRE PREVENTION CODE-UNATTENDED TERMINAL REQUIREMENTS |
| M | 0295M | 29.5M | SM | REMOTE CONTL | FIRE PREVENTION CODE-REMOTE CONTROL TERM. REQUIREMENTS |
| M | 0295N | 29.5N | SM | DEL FLAM LIQ | FIRE PREV CODE-DEL FLAMMABLE LIQ W/FLASH POINT < 100 DEG. |
| M | 290631A | 290.631A | SM | WGT IL DEVIC | WEIGHTS & MEASURES - IMPROPER WEIGHING DEVICE |
| M | 290631B | 290.631B | SM | WGT UNTESTED | WEIGHTS & MEASURES - UNTESTED WEIGHT/MEASURE |
| M | 290631C | 290.631C | SM | WGT DISPOSED | WEIGHTS & MEASURES - DISPOSED OF WEIGHT |
| M | 290631D | 290.631D | SM | WGT REM SEAL | WEIGHTS & MEASURES - REMOVAL OF SEAL |
| M | 290631E | 290.631E | SM | WGT SHORTAGE | WEIGHTS & MEASURES - SHORTAGE |
| M | 290631F | 290.631F | SM | WGT EXC QTY | WEIGHTS & MEASURES - TAKE EXCESS QUANTITY |
| M | 290631G | 290.631G | SM | WGT ADVERTIS | WEIGHTS & MEASURES - ADVERTISING |
| M | 290631H | 290.631H | SM | WGT HID SCAL | WEIGHTS & MEASURES - HIDDEN SCALES |
| M | 290631I | 290.631I | SM | WEIGHTS VIOL | WEIGHTS & MEASURES - GENERAL VIOLATIONS |
| M | 290631J | 290.631J | SM | WGT PETRO SL | WEIGHTS & MEASURES - PETROLEUM SALES |
| M | 290650B1 | 290.650B1 | SM | MTR FUEL VIO | MOTOR FUELS QUALITY-SPECIFIC VIOLATIONS |
| M | 290650B1E | 290.650B1E | SM | MOTOR FUELS | MOTOR FUELS QUALITY-GENERAL VIOLATIONS |
| M | 290650B2A | 290.650B2A | SM | MTR FUEL VIO | MOTOR FUELS QUALITY-VIOLATIONS-SECOND OFFENSE NOTICE |
| M | 290650B2B | 290.650B2B | SM | MOTOR FUELS | MOTOR FUELS QUALITY - IMPERSONATING DIRECTOR/INSPECTOR |
| M | 2994131-A | 299.4131-A | SM | SW-DISPOSAL | SOLID WASTE - DISPOSAL OF REFUSE AT NON-LICENSED FACILITY |
| M | 299413A | 299.413A | SM | SOLID WASTE- | SOLID WASTE - ACCEPTANCE OF OTHER COUNTY WASTE |
| M | 299421A | 299.421A | SM | SLD WST-HAUL | SOLID WASTE - WASTE HAULER VIOLATIONS |
| M | 2995482-A | 299.5482-A | SM | HZRD WST-VIO | HAZARDOUS WASTE - VIOLATION OF PERMITS/RULES |
| L | 304 | 30.405(3) | OM | STATE OF EME | STATE OF EMERGENCY-DISOBEYING EXECUTIVE ORDER |
| M | 324111512-A | 324.111512-A | SM | HAZARD WASTE | HAZARDOUS WASTE - VIOLATION OF PART, PERMITS, RULES |
| M | 32421571A | 324.21571A | SM | DAMAGES<$200 | STATE LAND-TRESPASS/DAMAGES-LESS THAN $200 |
| M | 32421571B1 | 324.21571B1 | SM | DAMAGES<1000 | STATE LAND-TRESPASS/DAMAGES-$200 OR MORE BUT LESS THAN $1000 |
| M | 324303163-A | 324.303163-A | SM | WETLANDS PRO | WETLANDS PROTECTION PART - WILFUL/RECK. PERMIT VIO.-1ST |
| M | 3243115A1 | 324.3115A1 | SM | WATER RESOUR | WATER RESOURCES PROTECTION - FLOOD PLAIN ALTERATION |
| M | 3243115A2 | 324.3115A2 | SM | WATER RESOUR | WATER RESOURCES PROTECTION - FLOOD PLAIN ALTERATION-MINOR OFF |
| M | 3243115A3 | 324.3115A3 | SM | WATER RESOUR | WATER RESOURCES PROTECTION - WILFUL OR RECKLESS FLOOD PLAIN |
| M | 324315255-A | 324.315255-A | SM | DAM SAFETY | DAM SAFETY VIOLATION |
| M | 32432512A | 324.32512A | SM | GREAT LAKES | GREAT LAKES - CONSTRUCT WATERWAY TO CONNECT WITH |
| M | 32432512B | 324.32512B | SM | GREAT LAKES | GREAT LAKES - CONNECTING WATERWAY WITH |

Exhibit A to Appendix 1

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 32440112-A | 324.40112-A | SM | WILD.CONSERV | WILDLIFE CONS PART - INTERFERE W/ANOTHER'S HUNT-2ND OR SUB |
| M | 3244011811-A | 324.4011811-A | SM | WILD.CONSERV | WILDLIFE CONS PART - BUY/SELL GAME/PROTECTED ANIMALS |
| M | 32441105-A | 324.41105-A | SM | FISH & GAME | FISH & GAME - ORDER/RULE VIO.-2ND OR SUBS. |
| M | 324413093A | 324.413093A | SM | FISH & GAME | FISH/GAME-TRANSGENIC/NONNATIVE ORGANISMS-POSS OF RESTRICTED |
| M | 324413096A | 324.413096A | SM | REST.SPECIES | TRANSGENIC/NONNATIVE ORGANISMS-INTRODUCING RESTRICTED SPECIES |
| M | 324413096B | 324.413096B | SM | PROH.SPECIES | TRANSGENIC/NONNATIVE ORGANISMS-INTRODUCING PROHIBITED SPECIES |
| M | 32443525A4 | 324.43525A4 | SM | HUNT & FISH | HUNTING & FISHING LICENSE ACT-UNLAWFUL USE COMB.DEER LIC TAG |
| M | 32443525A8 | 324.43525A8 | SM | HUNT & FISH | HUNTING & FISHING LICENSE ACT-DEER LIC-MORE THAN AUTHORIZED |
| M | 324435581A | 324.435581A | SM | FALSE STATMN | HUNT & FISH LIC. PART-FALSE STATEMENT TO OBTAIN A LICENSE |
| M | 324435581B | 324.435581B | SM | FALSE DATE | HUNT & FISH LIC. PART-FALSE DATE ON LICENSE |
| M | 324435581C | 324.435581C | SM | EXCESS FEES | HUNT & FISH LIC. PART-CHARGING EXCESS FEES/NO FEE |
| M | 324435581D | 324.435581D | SM | HUNT W/O LIC | HUNT/POSSESS ANIMAL, BIRD, OR FISH W/O LICENSE |
| M | 324435581E | 324.435581E | SM | USE LICENSE | HUNT & FISH LIC. PART-USING ANOTHER'S LICENSE |
| M | 324435581F | 324.435581F | SM | LICENSES | HUNT & FISH LIC. PART-COUNTERFEIT LICENSES |
| M | 324435581G | 324.435581G | SM | USE OF TAGS | HUNT & FISH LIC. PART-UNLAWFUL USE OF TAGS |
| M | 324435581H | 324.435581H | SM | OBT >1 LICEN | HUNT & FISH LIC. PART-OBTAINING MORE THAN 1 LICENSE |
| M | 324435581I | 324.435581I | SM | OBT LICENSE | HUNT & FISH LIC. PART-INELIGIBLE PERSON OBTAINING LICENSE |
| M | 324435581J | 324.435581J | SM | HUNTING/FISH | HUNTING/FISHING LICENSE PART-NONRES. OBTAINING A RES. LIC. |
| M | 32444522-A | 324.44522-A | SM | BOAT LIVERY | BOAT LIVERY-VIOLATIONS |
| M | 32444522-B | 324.44522-B | SM | BOAT LIVERY | BOAT LIVERY-VIOLATIONS-2ND OR SUBS OFFENSE NOTICE |
| M | 32444522-C | 324.44522-C | SM | BOAT LIVERY | BOAT LIVERY-VIOLATIONS-3RD OR SUBS OFFENSE NOTICE |
| M | 32445904-A | 324.45904-A | SM | GAME FISH | GAME FISH - PROPAGATION AT UNLICENSED SITE |
| M | 32445904-B | 324.45904-B | SM | GAME FISH | GAME FISH - FAILURE TO DISPLAY LICENSE |
| M | 32447301A-A | 324.47301A-A | SM | COMM.FISHING | COMMERCIAL FISHING - OBSTRUCT OR INTERFERE |
| M | 32447301A-B | 324.47301A-B | SM | COMM.FISHING | COMMERCIAL FISHING - OBSTRUCT OR INTERFERE-2ND OR SUB. OFF |
| M | 32447327-B | 324.47327-B | SM | COMM.FISHING | COMMERCIAL FISHING - 2ND OR SUBSEQUENT OFFENSE NOTICE |
| M | 32447903-A | 324.47903-A | SM | FISHERY CONT | FISHERY CONTAMINATION-ILLEGAL DEPOSITS |
| M | 32447903-B | 324.47903-B | SM | FISHERY CONT | FISHERY CONTAMINATION-RUNNING INTO NETS |
| M | 32448702A-A | 324.48702A-A | SM | SPORTS FISHN | SPORTS FISHING-OBSTRUCT OR INTERFERING |
| M | 32448702A-B | 324.48702A-B | SM | SPORT FISHIN | SPORTS FISHING - OBSTRUCT OR INTERFERE-2ND OR SUB. OFF |
| M | 32451504A | 324.51504A | SM | FOREST FIRES | FOREST FIRES - CARELESS USE OF MATCHES/CIGARETTES |
| M | 32451504B | 324.51504B | SM | FOREST FIRES | FOREST FIRES - SETTING FIRE WO/REASONABLE PRECAUTIONS |
| M | 32451504C | 324.51504C | SM | FOREST FIRES | FOREST FIRES - SETTING BACKFIRES |
| M | 32451504D | 324.51504D | SM | FOREST FIRES | FOREST FIRES - DESTROYING FIRE CONTROL SIGN |
| M | 32451504E | 324.51504E | SM | FOREST FIRES | FOREST FIRES - USE WELDING TORCH NEAR FOREST LAND |
| M | 32451504F | 324.51504F | SM | FOREST FIRES | FOREST FIRES - USE ENGINE WITHOUT SPARK ARRESTER |
| M | 32451504G | 324.51504G | SM | BULLETS-LAND | DISCHARGE INCENDIARY BULLETS ON FOREST LAND |
| M | 324529081A | 324.529081A | SM | XMAS TREES | CHRISTMAS TREES, TREES, BOUGHS, PLANTS-VIOL-DAMAGES < $200 |

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 324529081B1 | 324.529081B1 | SM | XMAS TREES | XMAS TREES, ETC-VIOL-DAMAGES $200 OR MORE BUT LESS THAN $1000 |
| M | 32474121A | 324.74121A | SM | VANDALISM-PK | STATE PARKS - VANDALISM |
| M | 324761074A | 324.761074A | SM | ABAND PROP. | STATE LAND-REMOVAL OF ABANDONED PROPERTY-LESS THAN $200 |
| M | 324761074B1 | 324.761074B1 | SM | ABAND.PROPTY | STATE LAND-REMOVE ABANDONED PROPERTY $200 OR MORE BUT < $1000 |
| M | 324801961A | 324.801961A | SM | WC-OP SUSP | MARINE SAFETY - OPERATE A VESSEL WHEN SUSPENDED |
| L | 6400 | 324.801961A | OM | WC-OPERATE | MARINE SAFETY-OPERATED WHILE ORDERED NOT TO OPERATE |
| M | 324801961B | 324.801961B | SM | WC-SUSP 2ND | MARINE SAFETY - OPERATE VESSEL WHEN SUSP.-2ND OR SUB OFFENSE |
| M | 32480198A | 324.80198A | SM | TRES ON PIER | MARINE SAFETY - TRESPASSING ON PIER |
| M | 324802083-A | 324.802083-A | SM | PERS.WATERCF | PERSONAL WATERCRAFT SAFETY-RECKLESS OPERATION-2ND OFF NOTICE |
| M | 324802083-B | 324.802083-B | SM | PERS.WATERCF | PERSONAL WATERCRAFT SAFETY-RECKLESS OPERATION-3RD OR SUBS. |
| L | 587 | 324.803961A | OM | MSAPUIALCSOP | MARINE SAFETY-ALLOW PERSON UNDER INFL ALC/CONTROLLOED SUBST T |
| M | 324811124A | 324.811124A | SM | ORV-TITLE | ORV - TITLE/FORGE - OFFENSE PUNISHABLE BY 1 OR MORE YR |
| M | 324811124B | 324.811124B | SM | ORV-TITLE | ORV - TITLE/FORGE-OFFENSE PUNISHABLE BY < 1 YEAR |
| M | 32481133A | 324.81133A | SM | ORV-UNREA SP | ORV - OPERATING AT UNREASONABLE SPEED |
| M | 32481133B | 324.81133B | SM | ORV-W/O HELM | ORV - OPERATING WITHOUT HELMET/GOGGLES |
| M | 32481133C | 324.81133C | SM | ORV-W/O LITE | ORV - OPERATING WITHOUT LIGHTS |
| M | 32481133D | 324.81133D | SM | ORV-IMP BRAK | ORV - OPERATING WITH IMPROPER BRAKES |
| M | 32481133E | 324.81133E | SM | ORV-ST.LAND | ORV - STATE LANDS/DAMAGE CROPS |
| M | 32481133F | 324.81133F | SM | ORV W/I 100' | ORV - OPERATING WITHIN 100' OF SHANTY/PERSON |
| M | 32481133G | 324.81133G | SM | ORV-DEF.MUFF | ORV - DEFECTIVE MUFFLER |
| M | 32481133H | 324.81133H | SM | ORV W/I 100' | ORV - OPERATING WITHIN 100 FT. OF DWELLING |
| M | 32481133I | 324.81133I | SM | ORV-TRESPASS | ORV - TRESPASS |
| M | 32481133J | 324.81133J | SM | ORV-HUNT ARE | ORV - HUNT AREA IN DEER, ELK OR BEAR SE |
| M | 32481133K | 324.81133K | SM | ORV-FIREARM | ORV - TRANSPORT FIREARM/BOW |
| M | 32481133L | 324.81133L | SM | ORV-CEMETERY | ORV - OPERATING IN A CEMETERY/AIRPORT |
| M | 32481133M | 324.81133M | SM | ORV W/I 100' | ORV - OPERATING W/I 100' OF SKI/SKATE AREA |
| M | 32481133N | 324.81133N | SM | ORV-RR RT WY | ORV - OPERATING ON A RR UTILITY RIGHT OF WAY |
| M | 32481133O | 324.81133O | SM | ORV-UPON WTR | ORV - OPERATING UPON WATERS |
| M | 32481133P | 324.81133P | SM | ORV-HUNTING | ORV - OPERATING - HUNTING |
| M | 32481133Q | 324.81133Q | SM | ORV-LITTER | ORV - OPERATING - LITTER |
| M | 32481133R | 324.81133R | SM | ORV-PUB.LAND | ORV - OPERATING CONTRARY TO REG. ON PUBLIC LANDS |
| M | 32481133S | 324.81133S | SM | ORV-OPEN INT | ORV - OPEN INTOXICANTS |
| M | 32481133T | 324.81133T | SM | ORV-PASS TRN | ORV - IMPROPER PASSENGER TRANSPORT |
| M | 32481133U | 324.81133U | SM | ORV-RESD ARE | ORV - OPERATING IN A RESIDENTIAL AREA |
| M | 32481140A2A | 324.81140A2A | SM | ORV-OPERATE | ORV-OPERATE-LICENSE SUSPENDED/REVOKED |
| M | 32481140A2B | 324.81140A2B | SM | ORV-OPERATE | ORV-OPERATE-LICENSE SUSPENDED/REVOKED 2ND OFFENSE NOTICE |
| M | 324821261A | 324.821261A | SM | SN-UNREA SPD | SNOWMOBILES-OPERATING AT UNREASONABLE SPEED |
| M | 324821261B | 324.821261B | SM | SN-NURSERIES | SNOWMOBILES-OPERATING AT FOREST NURSERIES |

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 324821261C | 324.821261C | SM | SN-ICE | SNOWMOBILES-OPERATING W/I 100' OF PERSON/SHANTY/SKI AREA |
| M | 324821261D | 324.821261D | SM | SN-EX NOISE | SNOWMOBILES-EXCESS NOISE LEVELS |
| M | 324821261E | 324.821261E | SM | SN-NEAR DWEL | SNOWMOBILES-OPERATING NEAR DWELLINGS |
| M | 324821261F | 324.821261F | SM | SN-OP HUNT | SNOWMOBILES-OPERATING IN HUNTING AREA |
| M | 324821261G | 324.821261G | SM | SN-BOW/GUN | SNOWMOBILES-OPERATING WITH BOW/FIREARM |
| M | 324821261H | 324.821261H | SM | SN-OP CEMET | SNOWMOBILES-OPERATING ON CEMETERIES |
| M | 324821261I | 324.821261I | SM | SN-100' SKI | SNOWMOBILES-OPERATING W/I 100' OF A SKI/SLIDE/SK. AREA |
| M | 324821261J | 324.821261J | SM | SN-RR RT WAY | SNOWMOBILES-OPERATING RR RIGHT OF WAY |
| M | 32482126B | 324.82126B | SM | SNOWMOBILES | SNOWMOBILES-RECKLESS OPERATION |
| L | 557 | 324.82147(A) | OM | SNMOBILE/DLS | SUSP/REVOCATION OF LICENSE;OPERATION OF SNOWMOBILE PROHIBITED |
| M | 32482147A2A | 324.82147A2A | SM | SNOWMOBILES | SNOWMOBILES-OPERATE-LICENSE SUSPENDED/REVOKED |
| M | 32482147A2B | 324.82147A2B | SM | SNOWMOBILES | SNOWMOBILES-OPERATE-LICENSE SUSPENDED/REVOKED-2ND OFFENSE NOT |
| M | 324821521B | 324.821521B | SM | SN-OPER PROH | SNOWMOBILES-OPERATE PROHIBITED-2ND OFF. NOTICE |
| L | 028 | 324.83127(3) | OM | SM-OWI | SNOWMOBILE-OPERATED WHILE IMPAIRED BY LIQUOR |
| M | 3282281A | 328.2281A | SM | FUNERAL CONT | FUNERAL CONTRACTS - SOLICIT SERVICES/DEATH IMMINENT |
| M | 3282281B | 328.2281B | SM | FUNERAL CONT | FUNERAL CONTRACTS-MISLEADING STATEMENTS |
| M | 3282281C | 328.2281C | SM | FUNERAL CONT | FUNERAL CONTRACTS - FALSE ADVERTISING |
| M | 3282281D | 328.2281D | SM | FUNERAL CONT | FUNERAL CONTRACTS - REFUSING REFUNDS |
| M | 3282281E | 328.2281E | SM | FUNERAL CONT | FUNERAL CONTRACTS - RULE VIOLATIONS |
| M | 3301134A11 | 330.1134A11 | SM | PSYC CRIM CK | PSYCHIATRIC FACILITIES-FAILURE TO CONDUCT CRIMINAL HISTORY CK |
| M | 3301134A8 | 330.1134A8 | SM | PSYC FLS INF | PSYCHIATRIC FACILITIES-PROVIDE FALSE INFO. FOR EMPLOYMENT |
| M | 3301134A9 | 330.1134A9 | SM | PSYC CHR INF | PSYCHIATRIC FACILITIES-DISSEMINATION OF CRIMINAL HISTORY INFO |
| M | 3301723C | 330.1723C | SM | FL RPT ABUSE | MENTAL HEALTH RECORDS - FAIL TO REPORT ABUSE |
| M | 33312531A | 333.12531A | SM | SWIM POOL | PUBLIC SWIMMING POOLS - PROHIBIT USE OF LIFE JACK |
| M | 333137382-A | 333.137382-A | SM | RADIOACTIVE | RADIOACTIVE WASTE VIOLATIONS |
| M | 333137382-B | 333.137382-B | SM | RADIOACTIVE | RADIOACTIVE WASTE VIOLATIONS - SECOND OFFENSE NOTICE |
| M | 333137383-A | 333.137383-A | SM | RADIOACTIVE | RADIOACTIVE WASTE VIOLATIONS - DISREGARD FOR HUMAN LIFE |
| M | 33316296A | 333.16296A | SM | HLTH US TTL | HEALTH PROFESSION-UNAUTHORIZED TITLE USE |
| M | 33316296B | 333.16296B | SM | HLTH US TTL2 | HEALTH PROFESSION-UNAUTHORIZED TITLE USE-2ND OFF.NOTICE |
| M | 33317016-A | 333.17016-A | SM | PART BIRTH | MEDICINE - PARTIAL BIRTH ABORTIONS |
| M | 33317016-B | 333.17016-B | SM | PART BIRTH | MEDICINE - PARTIAL BIRTH/ABORTION 2ND OR SUB OFF NOT |
| M | 33317516-A | 333.17516-A | SM | OST. MEDICIN | OSTEOPATHIC MEDICINE - PARTIAL BIRTH ABORTION |
| M | 33317516-B | 333.17516-B | SM | OST.MED. | OSTEOPATHIC MEDICINE - PART BIRTH ABORTION 2ND OR SUB OFFENSE |
| M | 33317766A | 333.17766A | SM | CS FLS NAME | CONT SUBS-OBTAIN DRUGS BY FALSE NAME |
| M | 33317766A2 | 333.17766A2 | SM | CONT SUB-STE | CONTROLLED SUBSTANCES - STEROIDS - POSSESSION |
| M | 33317766B | 333.17766B | SM | CS-FALSE PRE | CONT SUBS-DRUGS-OBTAIN BY FALSE REPRESENTATION |
| M | 33317766C | 333.17766C | SM | CS FALSE RX | CONT SUBS-FALSE PRESCRIPTION |
| M | 33317766D | 333.17766D | SM | CS FORGE RX | CONT SUBS-DRUGS-POSSESSION OF FORGED PRESCRIPTION |

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|----------|--------|-------------|-----------|------------------|------------------|
| M | 33317766E | 333.17766E | SM | CS FALSE RX | CONT SUBS-DRUGS-OBTAINING BY FALSE PRESCRIPTION |
| M | 33317766F | 333.17766F | SM | CS-SELLING | CONT SUBS-SELLING PRESCRIBED DRUGS |
| M | 33317766G | 333.17766G | SM | NON-PHARMIC | CONT SUBS-NON-PHARMACIST PREPARING |
| M | 33317766H | 333.17766H | SM | CS-BULK SALE | CONT SUBS-DRUGS-BULK SALES |
| M | 33320173A11 | 333.20173A11 | SM | NURS HOME CK | NURSING HOMES-FAILURE TO CONDUCT CRIMINAL HISTORY CHECK |
| M | 33320173A8 | 333.20173A8 | SM | NUR HOME EMP | NURSING HOMES-PROVIDING FALSE INFORMATION FOR EMPLOYMENT |
| M | 33320173A9 | 333.20173A9 | SM | NURS HOME CH | NURSING HOMES-IMPROPER DISSEMINATION OF CRIMINAL HISTORY |
| M | 33327407A | 333.27407A | SM | MMFLA | OPERATION OF MARIHUANA FACILITY WITHOUT LICENSE |
| M | 333279654A | 333.279654A | SM | MRTMA-POSS | MRTMA-POSS/CLTVATE/DELIVR W/O REMUNERATION TWICE LEGAL LIMIT |
| M | 3332813-A | 333.2813-A | SM | VITAL RECORD | VITAL RECORDS-SOCIAL SECURITY #-UNAUTHORIZED DISCLOSURE |
| M | 3335475A3A | 333.5475A3A | SM | LEAD ABATEME | LEAD ABATEMENT-RENTAL/RESIDENTIAL UNIT |
| M | 3335477-A | 333.5477-A | SM | LEAD ABATEMT | LEAD ABATEMENT-VIOLATIONS |
| M | 3335477-B | 333.5477-B | SM | LEAD ABATEMT | LEAD ABATEMENT-VIOLATIONS-2ND OR SUBS OFFENSE |
| M | 33373414-A | 333.73414-A | SM | IMIT. USE DR | CONT SUBS-IMITATION USE |
| M | 33373414-B | 333.73414-B | SM | CS IMIT USE2 | CONT SUBS-IMITATION USE-2ND OR SUB OFFENSE |
| M | 33374032C-A | 333.74032C-A | SM | CS POSS SC#5 | CONT SUBS-POSSESSION (SCH. 5, LSD, ETC.) |
| M | 33374032C-B | 333.74032C-B | SM | CS POSS #5+ | CONT SUBS-POSSESSION (SCHEDULE 5) |
| M | 33374032D | 333.74032D | SM | CS POSS MJ | CONT SUBS-POSSESSION OF MARIJUANA |
| M | 33374032F | 333.74032F | SM | PRESC FORMS | PRESCRIPTION FORMS-POSSESSION |
| M | 33374042A | 333.74042A | SM | CONT SUB USE | CONT SUBS-USE (NARCOTIC/COCAINE/METHAMPHETAMINE/ECSTASY) |
| M | 33374042B | 333.74042B | SM | CONT SUB USE | CONT SUBS-USE |
| M | 33374042C | 333.74042C | SM | CS USE SC#5 | CONT SUBS-USE (SCHED. 5 OR LSD, ETC.) |
| M | 33374042D | 333.74042D | SM | CS USE MJ | CONT SUBS-USE OF MARIJUANA |
| M | 3337407A1-B | 333.7407A1-B | SM | CS-ATTEMPT | CONT SUBS-ATTEMPT-HIGH MISD. |
| M | 3337407A1-C | 333.7407A1-C | SM | CS-ATTEMPT | CONT SUBS-ATTEMPT-MISDEMEANOR |
| M | 3337407A-C | 333.7407A-C | SM | CS-INDUCING | CONT SUBS-INDUCING PERSON TO VIOLATE |
| M | 33374132-C | 333.74132-C | SM | CONT SUBS | CONT SUBS-2ND OR SUBS OFFENSE NOTICE-DOUBLE PENALTY-MISD |
| M | 3383434A-A | 338.3434A-A | SM | OCC. LICENSE | OCCUPATIONAL LICENSES-SSN-UNAUTHORIZED DISCLOSURE |
| M | 33834711A | 338.3471(1)(A) | SM | IMMIG-VIOL | MICHIGAN IMMIGRATION CLERICAL ASSISTANT - VIOLATIONS |
| M | 3396016A | 339.6016A | SM | UNLICENSED R | UNLICENSED RESIDENTIAL BUILDER |
| M | 3801230D3B | 380.1230D3B | SM | SCHOOL-FAILU | SCHOOLS-FAILURE OF EMPLOYEE TO REPORT MISDEMEANOR |
| M | 3801230G6 | 380.1230G6 | SM | SCHOOL-IMPRO | SCHOOLS-IMPROPER USE/DISCLOSURE-CRIMINAL HISTORY/CRIM REC CHK |
| M | 380123010 | 380.130(10) | SM | SCHOOL-DISCL | SCHOOLS-IMPROPER USE/DISCLOSURE-CRMINAL HISTORY RECORD INFORM |
| M | 38018091A | 380.18091A | SM | TEACH CERTIF | TEACHING CERTIFICATE - INVALID USE |
| M | 38018091B | 380.18091B | SM | TEACH CERT. | TEACHING CERTIFICATE - INVALID USE-2ND OFFENSE NOT |
| M | 38018092A | 380.18092A | SM | SCHOOL ADMIN | SCHOOL ADMIN. CERTIFICATE - INVALID USE |
| M | 38018092B | 380.18092B | SM | SCHOOL ADMIN | SCHOOL ADMIN. CERT-INVALID USE-2ND OFFENSE |
| M | 38018093A | 380.18093A | SM | STATE SCHOOL | STATE SCHOOL BOARD APPROVAL -INVALID USE |

List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 38018093B | 380.18093B | SM | STATE SCHOOL | STATE SCHOOL BOARD APPROVAL - INVALID USE-2ND |
| M | 38018094A | 380.18094A | SM | COLLEGE CRED | COLLEGE CREDENTIALS - INVALID USE |
| M | 38018094B | 380.18094B | SM | COLLEGE CRED | COLLEGE CREDENTIALS - INVALID USE-2ND OFF. |
| M | 4002931B | 400.2931B | SM | CHARIT.SOLIC | CHARITABLE SOLICITATION-SOLICITE FOR UNLICENSED ORGANIZATION |
| M | 4002931C | 400.2931C | SM | CHARIT.SOLIC | CHARITABLE SOLICITATION-DIVERTING FUNDS |
| M | 40057A11 | 400.57A11 | SM | FNGPRNT IMAG | SS-FINGER IMAGING INFO-UNAUTHORIZED DISCLOSURE |
| M | 400601-A | 400.601-A | SM | FLS WEL <500 | FRAUD - WELFARE - $500.00 OR LESS |
| M | 400602-A | 400.602-A | SM | FLS WEL INF< | FRAUD - WELFARE (FAILURE TO INFORM) - LESS THAN $500.00 |
| M | 400734B10 | 400.734B10 | SM | FSTR CARE CH | ADULT FOSTER CARE-IMPROPER DISSEMINATION OF CRIMINAL HISTORY |
| M | 400734B12 | 400.734B12 | SM | FSTR CARE CK | ADULT FOSTER CARE-FAILURE TO CONDUCT CRIM HISTORY CHECK |
| M | 400734B9 | 400.734B9 | SM | FSTR CARE EM | ADULT FOSTER CARE-PROVIDING FALSE INFORMATION FOR EMPLOYMENT |
| M | 409112A-A | 409.112A-A | SM | CHILD SUPERV | CHILDREN - EMPLOYMENT W/CASH TRANS. W/O ADULT SUPERVISION |
| M | 42154AIIA | 421.54AIIA | SM | FLS UNEMPLOY | UCF-FAIL TO COMPLY W/ACT/RULES-<$25,000 |
| M | 42154AIVA | 421.54AIVA | SM | UCF-WLFL VIO | UCF-WILFUL VIO. ACT/RULE $100,000 OR < |
| M | 42154B | 421.54B | SM | UNEMPLOYMENT | UNEMPLOYMENT COMPENSATION FRAUD |
| M | 42154BIIA | 421.54BIIA | SM | FLS UNEMPLOY | UCF-FALSE STM./MISREP.-LOSS $1000-25,000 |
| M | 42154CBI | 421.54CBI | SM | UCF-EMBEZZLE | UCF-EMBEZZLEMENT-LOSS OF $1,000-25,000 |
| M | 42154D-A | 421.54D-A | SM | UCF-CONF INF | UCF-DISCLOSURE OF CONFIDENTIAL INFO. |
| M | 42154E | 421.54E | SM | UCF-FALSE RE | UCF-FALSE REPRE. AS COMMISSION EMPLOYEE |
| M | 42154F | 421.54F | SM | UCF-IMPR RES | UCF-IMPROPER RESEARCH |
| M | 4239F | 423.9F | SM | LABOR-PICKET | LABOR - PICKETING VIOLATION |
| M | 4313078-A | 431.3078-A | SM | HORSE RACING | HORSE RACING-COMMISSIONER'S SUMMONS-FAIL TO APPEAR/TESTIFY |
| M | 432104A | 432.104A | SM | GAMBLING | GAMBLING-CHARITABLE GAMING-LICENSEE VIOLATIONS |
| M | 432105A | 432.105A | SM | GAMBLING | GAMBLING-RECREATIONAL BINGO-VIOLATIONS |
| M | 432105B | 432.105B | SM | GAMBLING | GAMBLING-BINGO OPERATION-VIOLATIONS |
| M | 432105C | 432.105C | SM | GAMBLING | GAMBLING-PROGRESSIVE JACKPOT BINGO-VIOLATIONS |
| M | 432105D | 432.105D | SM | GAMBLING | GAMBLING-RAFFLE-VIOLATIONS |
| M | 432107A | 432.107A | SM | GAMBLING | GAMBLING-CHARITY GAMES-VIOLATIONS |
| M | 432107D | 432.107D | SM | GAMBLING | GAMBLING-NUMERAL GAMES-VIOLATIONS |
| M | 432110AA | 432.110AA | SM | GAMBLE-MILL | GAMBLING - MILLIONAIRE PARTY-MINOR'S BETTING |
| M | 432110AB | 432.110AB | SM | GAMBLE-MILL | GAMBLING-MILLIONAIRE PARTIES-ILLEGAL WAGERS |
| M | 432110AD | 432.110AD | SM | GAMBLING | GAMBLING-MILLIONAIRE PARTIES-ILLEGAL RECEIPTS |
| M | 432110AE | 432.110AE | SM | GAMBLING | GAMBLE-MILLIONAIRE PARTIES-FAIL TO NOTIFY OF LIMIT ON WINNING |
| M | 432111B | 432.111B | SM | GAMBLING | GAMBLING-CHARITABLE GAMING-SUPPLIER VIOLATIONS |
| M | 432111C | 432.111C | SM | GAMBLING | GAMBLING-CHARITABLE GAMING-MANUFACTURER VIOLATIONS |
| L | 637.3 | 436.1101;1003;1913 | OM | MI LIQ CODE | PERMIT CONDUCT PROHIBITED BY MICHIGAN LIQUOR CONTROL CODE |
| L | 637 | 436.11100FF | OM | ALC REL VIOL | ALCOHOL RELATED VIOLATIONS |
| M | 43612033-A | 436.12033-A | SM | ALCOHOL-SHIP | ALCOHOL-DIRECT SHIPPER VIOLATIONS |

## List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 1355 | 436.17011-A | OM | SELL ALC MIN | ALCOHOL-SELLING/FURNISHING TO MINOR |
| M | 43617011-A | 436.17011-A | SM | SELL ALC MIN | ALCOHOL - SELLING/FURNISHING TO MINOR |
| M | 43617011-B | 436.17011-B | SM | SELL ALC 2ND | ALCOHOL - SELL/FURNISH TO A MINOR - 2ND OR SUBSEQUENT NOTICE |
| M | 43617011-C | 436.17011-C | SM | ALC-FL 2 PST | ALCOHOL-FAIL TO POST/DESCRIBE VIOLATION |
| L | 1360 | 436.17031A | OM | MIP ALCOHOL | MINOR - PURCHASE/CONSUME/POSSESS ALCOHOL |
| M | 43617031A | 436.17031A | SM | MIP | MINOR - PURCHASE, CONSUME, POSSESS ALCOHOL |
| M | 43617031B | 436.17031B | SM | MIP-2ND | MINOR - PURCHASE, CONSUME, POSSESS ALCOHOL/2ND OFFENSE NOTICE |
| M | 43617031C | 436.17031C | SM | MIP-3RD | MINOR - PURCHASE, CONSUME, POSSESS ALCOHOL/3RD OFFENSE NOTICE |
| L | 1330 | 436.17032-A | OM | FRAUD ID <21 | MINOR USE FRAUDULENT ID TO PURCHASE LIQUOR |
| M | 43617032-A | 436.17032-A | SM | FRAUD ID <21 | MINOR USE FRAUDULENT ID TO PURCHASE LIQUOR |
| M | 43617032-B | 436.17032-B | SM | ALC ID TO MN | ALCOHOL-FURNISH FRAUDULENT ID TO MINOR |
| M | 43619042A | 436.19042A | SM | ALCOHOL | ALCOHOL-CONSUMPTION ON SCHOOL PROPERTY |
| M | 43619042B | 436.19042B | SM | ALCOHOL | ALCOHOL-CONSUMPTION ON SCHOOL PROPERTY-2ND OFFENSE NOTICE |
| M | 43619042C | 436.19042C | SM | ALCOHOL | ALCOHOL-CONSUMPTION ON SCHOOL PROPERTY-3RD OR SUBS OFF NOTICE |
| M | 43619092-A | 436.19092-A | SM | ALC-MINOR | ALCOHOL-LICENSEE-SELLING/FURNISHING TO MINOR |
| M | 43619092-B | 436.19092-B | SM | ALC-MINOR | ALCOHOL-LICENSEE AGENT-SELLING/FURNISHING TO MINOR |
| M | 43619092-C | 436.19092-C | SM | ALC-RULE VIO | ALCOHOL-LICENSEE-RULE VIOLATIONS |
| M | 43619044B | 436.19094B | SM | VIO LIQ CONT | ALCOHOL-ILLEGAL SALE, DELIVER, IMPORT 8000-80000 MILLILITERS |
| M | 43619094B | 436.19094B | SM | VIO LIQ CONT | ALCOHOL-ILLEGAL SALE,DELIVER,IMPORT 8000 TO 80000 MILLILITERS |
| M | 43619132-A | 436.19132-A | SM | ALC-COMM EST | ALCOHOL-CONSUMING IN UNLICENSED COMMERCIAL ESTABLISHMENT |
| M | 43619132-B | 436.19132-B | SM | ALC-COMM EST | ALCOHOL-ALLOW CONSUMPTION IN UNLICENSED COMMERCIAL ESTABLISH. |
| M | 43621135-A | 436.21135-A | SM | ILLEGAL SALE | ALCOHOL-ILLEGAL SALE BY LICENSEE-CHRISTMAS |
| M | 43621135-B | 436.21135-B | SM | ILLEGAL SALE | ALCOHOL-ILLEGAL SALE/PURCHASE-CHRISTMAS |
| M | 4362114-A | 436.2114-A | SM | ILLEGAL SALE | ALCOHOL-ILLEGAL SALE BY LICENSEE-AFTER HOURS |
| M | 4362114-B | 436.2114-B | SM | ILLEGAL SALE | ALCOHOL-ILLEGAL SALE OF SPIRITS BY LICENSEE-SUNDAY |
| M | 43626C2-A | 436.26C2-A | SM | CONSUM IN UN | CONSUMING IN UNLICENSED COMMERCIAL ESTABLISHMENT |
| M | 436331-A | 436.331-A | SM | ALCOHOL SELL | ALCOHOL - SELLING/FURNISHING TO MINOR |
| M | 43633A | 436.33A | SM | ALC MIN POSS | ALCOHOL-POSSESSION BY A MINOR IN A MOTOR VEHICLE |
| M | 43619142-A | 439.19142-A | SM | ALC VAPOR | ALCOHOL-VAPOR DEVICE-USE/POSSESSION/SALE |
| M | 43619142-B | 439.19142-B | SM | ALC VAPOR | ALCOHOL-VAPOR DEVICE-LICENSEE USE/POSESSION/SALE |
| M | 4441668D | 444.1668D | SM | MTG. LIC VIO | MORTGAGE BROKERS,..LICENSE ACT-VIOL. ORDER SUSP/PROH. EMPLOY. |
| M | 445111C | 445.111C | SM | PHONE SOLIC. | TELEPHONE SOLICITATION - UNFAIR/DECEPTIVE PRACTICE |
| M | 4451668D | 445.1668D | SM | MORT. BRKRS | MORTGAGE BROKERS, LENDERS ACT-VIOL. ORDER SUSP/PROH. EMPLOY. |
| M | 4452A | 445.2A | SM | ASSUMED NAME | DOING BUSINESS UNDER ASSUMED NAME-CHANGE ADDRESS CERT. |
| M | 4452B | 445.2B | SM | ASSUME NAME | DOING BUSINESS UNDER ASSUMED NAME-OUT OF BUSINESS CERT |
| M | 4454841E | 445.4841E | SM | PGMDA SELLID | PGMDA-FAILING TO RECORD SELLER'S ID |
| M | 445574A2A | 445.574A2A | SM | BEVERAGE CON | BEVERAGE CONTAINERS-RETURN NONRETURNABLES/25-100 CONTAINERS |
| M | 445574A2B-A | 445.574A2B-A | SM | BEVERAGE CON | BEVERAGE CONTAINERS-RETURN NONRETURNABLES/OVER 100 CONTAINERS |

List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 445574A2B-B | 445.574A2B-B | SM | BEVERAGE CON | BEV. CONTAINERS-RETURN NONRETURNABLES/25-100 CONT.-2ND OFFENS |
| L | 985.6 | 445-427 | OM | REC OF PURCH | RECORD OF PURCHASE TRANSACTIONS OF NONFERROUS METALS |
| M | 449101A | 449.101A | SM | PARTNERSHIP | PARTNERSHIPS-FAILURE TO RENEW CERTIFICATE |
| M | 449104A | 449.104A | SM | PARTNER/ADDR | PARTNERSHIPS-FAIL TO FILE CHANGE OF ADDRESS |
| M | 449104B | 449.104B | SM | PARTNER/CERT | PARTNERSHIPS-FAIL TO FILE CERT. OF DISCONTINUANCE |
| M | 6002163A20 | 480.12C | SM | CHILD/VIDEO | CHILDREN - VIDEORECORDED STATEMENT - UNLAWFUL RELEASE |
| M | 48017C3 | 480.17C3 | SM | MCSA-HZRD MT | MOTOR CARRIER-HAZARDOUS MATERIALS VEH. INSPEC/REPAIR VIOL. |
| M | 48017C3-A | 480.17C3-A | SM | MCSA VIOL | MOTOR CARRIER SAFETY ACT-WILLFUL VIOLATIONS |
| M | 48017C4 | 480.17C4 | SM | MCSA HZD MTL | MOTOR CARRIER SAFETY ACT-HAZARDOUS MATERIALS VIOLATIONS |
| M | 48017D7 | 480.17D7 | SM | MCSA-SHUT DN | MOTOR CARRIER SAFETY ACT - VIOLATING SHUT DOWN ORDER |
| M | 4872060J | 487.2060J | SM | CFSA-VIOL. | CONSUMER FINANCIAL SERVICES ACT-VIOL. ORDER SUSP/PROH. EMPLOY |
| M | 492137B | 492.137B | SM | LICENSEE VIO | MOTOR VEHICLE SALES FINANCE ACT-LICENSEE VIOLATIONS |
| M | 49364D | 493.64D | SM | SEC.MORT ACT | SECONDARY MORTGAGE LOAN ACT-VIOL. ORDER SUSPEND/PROH. EMPLOY |
| M | 4939F | 493.9F | SM | REG.LOAN ACT | REGULATORY LOAN ACT-VIOL. ORDER SUSPEND/PROHIB. EMPLOYMENT |
| L | 3108 | 500.3101-.3103 | OM | NO INSURANCE | NO INSURANCE UNDER THE INSURANCE CODE (MISD) |
| M | 5003101A | 500.3101A | SM | INV CERT INS | MOTOR VEHICLE - INVALID CERT OF INSURANCE |
| M | 54210D | 54.210D | SM | CORNER/MOMUM | CORNER/REFERENCE MONUMENT-DESTRUCTION/ALTERATION REMOVAL |
| M | 551102-A | 551.102A | SM | MARRIAGE LIC | MARRIAGE LICENSE-SSN-UNAUTHORIZED DISCLOSURE |
| M | 560264-A | 560.264A | SM | UNPLAT LAND | SCA-SALE OF UNPLATTED LAND-1ST OFFENSE |
| M | 560264A | 560.264A | SM | SUB CONT ACT | SUBDIVISION CONTROL ACT-SALE OF UNPLATTED LAND-1ST OFFENSE |
| M | 560264-B | 560.264B | SM | SELL UNPLATT | SCA-SELL UNPLATTED LAND-2ND OFF. NOTICE |
| M | 560264-C | 560.264C | SM | SUBDIV.CONTL | SUBDIVISION CONTROL ACT-GEN. VIOLATIONS |
| M | 570111010A | 570.111010A | SM | CONTRACTOR | CONTRACTOR-FALSE SWORN SATATEMENT-LESS THAN $200 |
| M | 570111010B1 | 570.111010B1 | SM | CONTRACTOR | CONTRACTOR-FALSE SWORN STATEMENT-$200 OR MORE BUT < $1,000 |
| M | 570310A | 570.310A | SM | GARAGE KEEP | GARAGE KEEPER'S LIEN - FALSE STATEMENT ON APPLICATION |
| M | 570310B | 570.310B | SM | GARAGE KEEP | GARAGE KEEPERS LIEN-FALSE STMT ON APPL. 2ND OR SUB OFFENSE |
| M | 6002950M | 600.2950M | SM | DV-FOREIGN | DOMESTIC VIOLENCE-VIOLATING FOREIGN PROTECTIVE ORDER |
| M | 7122A | 712.2A | SM | DISCLOSE INF | SAFE DELIVERY OF NEWBORNS-DISCLOSING CONFIDENTIAL INFORMATION |
| M | 712A18E16 | 712A.18E16 | SM | EXP JUVENILE | EXPUNGED JUVENILE OFFENSE-DIVULGING |
| M | 712A2C | 712A.2C | SM | INTERFERE | INTERFERING WITH ATTEMPT TO APPREHEND A JUVENILE |
| M | 722115E2B | 722.115E2B | SM | CHILD CARE | CHILD CARE/DAY CARE CENTER-FAILURE TO RPT ARRN FOR MISDEMEANR |
| M | 722115F8B | 722.115F8B | SM | FAMILY DAY | FAMILY/GROUP DAY CARE HOME-FAIL TO RPT ARRN-MISDEMEANOR |
| M | 722119A | 722.119A | SM | FAM DAY CARE | CC-FAMILY DAY CARE HOME/TOO MANY CHILDREN |
| M | 7221251A | 722.1251A | SM | CHILD CARE | CHILD CARE ORGANIZATIONS-SMOKING VIOLATIONS |
| M | 7221251B | 722.1251B | SM | CHILD CARE | CHILD CARE ORGANIZATIONS-VIOLATIONS |
| M | 722151-A | 722.151-A | SM | JC ORDER VIO | AID OR ABET VIOLATION OF JUVENILE COURT ORDER |
| M | 722151-B | 722.151-B | SM | HARBR RUNAWY | HARBORING RUNAWAYS |
| M | 7226335A | 722.6335A | SM | CHILD ABUSE | CHILD-ABUSE-INTENTIONAL FALSE REPORT-MISDEM |

Exhibit A to Appendix 1

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 7226411B | 722.6411B | SM | FURN TOBACCO | TOBACCO/VAPOR/NICOTINE ALTERNATIVE-FURNISH TO MINOR SECOND |
| M | 7226411C | 722.6411C | SM | FURN TOBACCO | TOBACCO/VAPOR/NICOTINE ALTERNATIVE-FURNISH TO MINORS THIRD |
| M | 722642A | 722.642A | SM | TOBACCO RETL | TOBACCO-RETAIL SALE OF INDIVIDUAL CIGARETTE |
| L | 733 | 722.642A | OM | ILL BUS PRAC | ILLEGAL BUSINESS PRACTICES |
| M | 722642B | 722.642B | SM | LIQ. NITROGE | SALE OF LIQUID NICOTINE IN NON-CHILD RESISTANT CONTAINER |
| M | 722716A5-A | 722.716A5-A | SM | PATERNITY | PATERNITY GENETIC TESTING - VIOLATIONS |
| M | 722716A5-B | 722.716A5-B | SM | PATERNITY | PATERNITY GENETIC TESTING - VIOLATIONS-2ND OR SUBS OFFESE |
| M | 750109A | 750.109A | SM | BOAT UNAUTH | BOATS-UNAUTHORIZED USE OR POSSESSION |
| M | 750110B | 750.110B | SM | BOATS-DUMPNG | BOATS - DUMPING GARBAGE/OIL |
| M | 750115-A | 750.115-A | SM | B&E WO OWNER | BREAKING & ENTERING - ILLEGAL ENTRY (WITHOUT OWNER'S PERMISSION) |
| M | 750115-B | 750.115-B | SM | B&E PUB PLAC | BREAKING & ENTERING - PUBLIC PLACE ENTRY STRICTLY DENIED |
| M | 750120A | 750.120A | SM | JURORS - INT | JURORS - INTIMIDATING |
| M | 750120A1 | 750.120A1 | SM | JURORS | JURORS-ATTEMPTING TO INFLUENCE |
| M | 750120B | 750.120B | SM | REC DELIBERA | JURORS - RECORDING DELIBERATIONS |
| M | 7501313A1 | 750.1313A1 | SM | CHK NSF<$100 | CHECK-NSF $100.00 OR LESS |
| M | 7501313A2 | 750.1313A2 | SM | NSF<$100 2ND | CHECK-NSF $100.00 OR LESS-2ND OFFENSE NOTICE |
| M | 7501313B1 | 750.1313B1 | SM | NSF $100-500 | CHECK-NSF OVER $100.00 LESS THAN $500.00 |
| M | 750135A2A | 750.135A2A | SM | CHILD ABUSE- | CHILD ABUSE - LEAVING A CHILD UNATTENDED IN A VEHICLE |
| M | 750136B5 | 750.136B5 | SM | CHILD ABUS-4 | CHILD ABUSE - 4TH DEGREE |
| M | 750141A2 | 750.141A2 | SM | DR/ALC CONSM | DRUGS/ALCOHOL CONSUME BY MINORS-LET ON PREMISE |
| M | 750141A5 | 750.141A5 | SM | MINOR DR/ALC | LET MINOR CONSUME DRUG/ALCOHOL ON PREMISE-2ND |
| L | 160 | 750.145A | OM | ENTIC CHILD | ENTICING A CHILD FOR IMMORAL PURPOSES |
| M | 750145A | 750.145A | SM | CHILDREN ACC | CHILDREN ACCOSTING FOR IMMORAL PURPOSES |
| M | 750145C4 | 750.145C4 | SM | CHILD SEX MA | CHILD SEXUALLY ABUSIVE MATERIAL POSSESSION |
| M | 750145D2A | 750.145D2A | SM | COMPUTER-NET | COMPUTERS - INTERNET - COMMUNICATING WITH ANOTHER TO COMMIT CRIME - M |
| M | 750145E | 750.145E | SM | DIS SEX MAT | DISSEMINATION OF SEXUALLY EXPLICIT VISIUAL MATERIAL OF ANOTHE |
| M | 750145N4 | 750.145N4 | SM | ADLT ABUSE/4 | VULNERABLE ADULT ABUSE - 4TH DEGREE |
| M | 750145P3 | 750.145P3 | SM | VA-DSCRM EMP | VULNERABLE ADULT ABUSE-RETALIATION/DISCRIM. AGAINST EMPLOYEE |
| M | 750147A | 750.147A | SM | CREDIT DISCR | CIVIL RIGHTS - CREDIT DISCRIMINATION |
| M | 750149-B | 750.149-B | SM | COMPOUND MIS | COMPOUNDING OFFENSES-MISDEMEANOR |
| M | 750157S1A1 | 750.157S1A1 | SM | FTD-USE REVK | FTD-USE OF REVOKED OR CANCELLED TO OBTAIN GOODS < $100.00 |
| M | 750157S1A2 | 750.157S1A2 | SM | FTD-USE REVK | FTD-USE OF REV OR CANCELLED TO OBTAIN GOODS < $100 -2ND OFFN |
| M | 750157S1B1 | 750.157S1B1 | SM | FTD-USE REVK | FTD-USE OF REV OR CANCELED TO OBTAIN GOODS $100.00-500.00 |
| M | 750157S-A | 750.157S-A | SM | CREDIT CARD | CREDIT CARD USE OF REVOKED OR CANCELLED TO OBTAIN GOODS $100 OR LESS |
| M | 750157W1A | 750.157W1A | SM | FTD-WITHDRAW | FTD-FRAUDULENT WITHDRAWALS/TRANSFERS < $200.00 |
| M | 750157W1B1 | 750.157W1B1 | SM | FTD-WITHDRAW | FTD-FRAUDULENT WITHDRAWALS/TRANSFERS-$200.00-$1000.00 |
| M | 750157W1B2 | 750.157W1B2 | SM | FTD-WITHDRAW | FTD-FRAUDULENT WITHDRAWALS/TRANSFERS-<$200-2ND OR SUBS OFFNSE |
| M | 750160C2A | 750.160C2A | SM | DEAD BODIES | DEAD BODIES - IMPROPER DISPOSAL - 60-180 DAYS |

Exhibit A to Appendix 1

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 7501671A | 750.1671A | SM | NONSUP DISOR | DISORDERLY PERSON-NON-SUPPORT |
| M | 7501671B | 750.1671B | SM | PROSTITUTE | DISORDERLY PERSON-COMMON PROSTITUTE |
| M | 7501671C | 750.1671C | SM | WINDOW PEEPR | DISORDERLY PERSON-WINDOW PEEPER |
| M | 7501671D-A | 750.1671D-A | SM | DISORD GAMBL | DISORDERLY PERSON-GAMBLING |
| M | 7501671D-B | 750.1671D-B | SM | DISOR IL OCC | DISORDERLY PERSON-ILLEGAL OCCUPATION |
| M | 7501671D-C | 750.1671D-C | SM | ALC DISOR PR | DISORDERLY PERSON-SALE OF ALCOHOL WITHOUT A LICENSE |
| M | 7501671E | 750.1671E | SM | DISOR DRUNK | DISORDERLY PERSON-DRUNK |
| M | 7501671F | 750.1671F | SM | OBSCENE COND | DISORDERLY PERSON-OBSCENE CONDUCT |
| M | 7501671G | 750.1671G | SM | VAGRANCY | DISORDERLY PERSON-VAGRANCY |
| M | 7501671H | 750.1671H | SM | BEGGING | DISORDERLY PERSON-BEGGING |
| M | 7501671I | 750.1671I | SM | HOUSE OF ILL | DISORDERLY PERSON-LOITERING AT HOUSE OF ILL FAME |
| M | 7501671J | 750.1671J | SM | DISOR IL BUS | DISORDERLY PERSON-LOITERING AT ILLEGAL BUSINESS |
| M | 7501671K | 750.1671K | SM | DISOR SOLICT | DISORDERLY PERSON-LEGAL OR SURETY EMPLOY |
| M | 7501671L | 750.1671L | SM | JOSTLING | DISORDERLY PERSON-JOSTLING |
| M | 750167A | 750.167A | SM | HUNT W INTOX | HUNTING WHILE INTOXICATED |
| M | 750167B1 | 750.167B1 | SM | BND REFERRAL | BONDSMEN-REFERRAL FEES |
| M | 750167B2 | 750.167B2 | SM | BND ATY DEF | BONDSMEN-PROCURE ATTORNEY FOR DEFENDANT |
| M | 750167B3 | 750.167B3 | SM | BND DISMISSL | BONDSMEN-ATTEMPT TO PROCURE DISMISSAL |
| M | 7501743A | 750.1743A | SM | EMBEZZLEMENT | EMBEZZLEMENT-AGENT OR TRUSTEE-$200.00-$999.99 |
| M | 7501743B | 750.1743B | SM | EMBEZZLEMENT | EMBEZZLEMENT-AGENT OR TRUSTEE-< $200.00-2ND OR SUBS OFFENSE |
| M | 7501743C | 750.1743C | SM | EMBEZZLEMENT | EMBEZZLEMENT-LESS THAN $200 FROM A NON-PROFIT/CHARITABLE ORG |
| M | 750174-A | 750.174-A | SM | EMBEZZ AGENT | EMBEZZLEMENT AGENT OR TRUSTEE $100.00 OR LESS |
| M | 750174A2 | 750.174A2 | SM | EMBEZZLEMENT | EMBEZZLE-FROM A VULNERABLE ADULT-LESS THAN $200.00 |
| M | 750174A3A | 750.174A3A | SM | EMBEZZLEMENT | EMBEZZLE-FROM A VULNERABLE ADULT-$200.00-$999.99 |
| M | 750174A3B | 750.174A3B | SM | EMBEZZLEMENT | EMBEZZLE-FROM A VULNERABLE ADULT-LESS THAN $200.00/2ND OR SUB |
| M | 7501774A | 750.1774A | SM | EMBEZZLEMENT | EMBEZZLEMENT-BY CHATTEL MORTGAGOR-$200-1000 |
| M | 7501774B | 750.1774B | SM | EMBEZZLEMENT | EMBEZZLEMENT-BY CHATTEL MORTGAGOR-< $200-SECOND OR SUBS OFFNS |
| M | 7501784A | 750.1784A | SM | EMBEZZLEMENT | EMBEZZLEMENT-MORTGAGED/LEASED PROP-$200-1000 |
| M | 7501784B | 750.1784B | SM | EMBEZZLEMENT | EMBEZZLEMENT-MORTGAGED/LEASED PROP-< $200-2ND OR SUBS OFFENSE |
| M | 7501813A | 750.1813A | SM | EMBEZZLEMENT | EMBEZZLEMENT-JOINTLY HELD PROPERTY-$200-1000 |
| M | 7501813B | 750.1813B | SM | EMBEZZLEMENT | EMBEZZLEMENT-JOINTLY HELD PROPERTY-<$200.00-2ND OR SUBS OFFNS |
| M | 750183-B | 750.183-B | SM | AID PRISNR M | ESCAPE - AIDING PRISONER - MISDEMEANOR |
| M | 750197A | 750.197A | SM | CUSTODY ESCA | ESCAPE - LAWFUL CUSTODY |
| M | 750216A | 750.216A | SM | LAW ENF POSS | LAW ENFORCEMENT BADGE/PATCH/UNIFORM-UNLAWFUL POSSESSION |
| L | 670 | 750.216-A | OM | UNATH/POL/BD | MAKE KEEP SELL WEAR OR DISP POL BADGE OR FACSIMILE WITHOUT PE |
| M | 750216B | 750.216B | SM | LAW ENF EMBL | LAW ENFORCEMENT EMBLEM/INSIGNIA/IDENTIF UNLAW WEARING/DISPLAY |
| M | 750217A | 750.217A | SM | FLS-PRT SLCT | FAKE PRETENSE-SOLICIT INFORMATION FOR GOVERNMENT PURPOSES |
| M | 750217C2 | 750.217C2 | SM | FALSE PERSON | FALSE PERSONATION PUBLIC OFCR/EMPLOYEE-UTILIZE LEGAL PROCESS |

List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 750217G | 750.217G | SM | BADGE/UNIFOR | FIRE BADGES/UNIFORMS-UNLAWFUL USE |
| M | 750217H | 750.217H | SM | EMBLEMS/LOGO | FIRE EMBLEMS/LOGOS-UNLAWFUL USE |
| M | 7502183A | 750.2183A | SM | FALSE PRETEN | FALSE PRETENSES-$200.00-$999.99 |
| M | 7502183B | 750.2183B | SM | FALSE PRETEN | FALSE PRETENSES-LESS THAN $200.00/2ND OR SUBS OFFENSE |
| M | 750218-A | 750.218-A | SM | FALSE PRETEN | FALSE PRETENSES $100.00 OR LESS |
| M | 750219A2A | 750.219A2A | SM | TELECOMMUNIC | TELEPHONE-USING DEVICE/IDENT TO AVOID PAYMENT < $200 |
| M | 750219A2B1 | 750.219A2B1 | SM | TELECOMMUNIC | TELEPHONE-USING DEVICE/IDENT TO AVOID PAYMENT $200-1000 |
| M | 750219A2B2 | 750.219A2B2 | SM | TELECOMMUNIC | TELEPHONE-USING DEVICE/IDENT TO AVOID PYMT < $200/2ND OFF |
| M | 750219A-A | 750.219A-A | SM | PHON FLS# < | TELEPHONE-OBTAIN SERVICE BY FALSE #-$100 OR< |
| M | 750219C | 750.219C | SM | PHON AVOID | TELEPHONE-USE W/INTENT TO AVOID PAYMENT |
| M | 750224A6[A] | 750.224A6[A] | SM | ATT TASER | ATTEMPT-WEAPONS,TASER,IMPROPER USE AGAINST ANOTHER |
| M | 750224D2A | 750.224D2 | SM | WEAPONS-ATT | WEAPONS-DANGEROUS WEAPONS-USE SELF-DEFENSE SPRAY DEVICE-ATTEM |
| M | 750224D4 | 750.224D4 | SM | SELL CS DEV | DANGEROUS WEAPONS-SELL SELF-DEFENSE SPRAY DEV. TO MINOR |
| M | 750226A | 750.226A | SM | SWITCHBLADE | WEAPONS-POSSESSION OR SALE OF SWITCHBLADE |
| M | 750227C[A] | 750.227C[A] | SM | ATTEMPT WEAP | ATTEMPT WEAPONS-FIREARMS-POSSESSION LOADED FIREARM IN VEHICLE |
| L | 711.4 | 750.227D | OM | PAINTBALLGUN | PNEUMATIC GUN/SELF-PROPELLED/PAINTBALL GUN |
| M | 750227D | 750.227D | SM | GUN IMP POSS | WEAPONS-FIREARMS-IMPROPER POSSESS FIREARM IN OR UPON MOTR VEH |
| M | 750.227-D | 750.227-D | SM | WEAPONS CONC | WEAPONS CONCEALED WEAPON PISTOL IN VEHICLE |
| M | 750227G9B | 750.227G9B | SM | BODY ARMOR | WEAPONS-BODY ARMOR-POSSESSION/USE W/O WRITTEN PERM. IN POSS. |
| M | 750231C3-A | 750.231C3-A | SM | SIG SALE MIN | SIGNALING DEVICES - SALE TO MINOR |
| M | 750231C3A-A | 750.231C3A-A | SM | SIG ILL SALE | SIGNALING DEVICES - ILLEGAL SALE |
| M | 750231C3A-B | 750.231C3A-B | SM | SIG IL BUY | SIGNALING DEVICES - ILLEGAL PURCHASE |
| M | 750231C3-B | 750.231C3-B | SM | SIG BUY MIN | SIGNALING DEVICES - PURCHASE BY MINOR |
| M | 750231C4 | 750.231C4 | SM | SIG IL POSS | SIGNALING DEVICES - ILLEGAL POSSESSION |
| M | 750231C5 | 750.231C5 | SM | SIG IL USE | SIGNALING DEVICES - ILLEGAL USE |
| M | 750232A1 | 750.232A1 | SM | WEAPONS/LICN | WEAPONS-FIREARMS-PURCHASE PISTOL WITHOUT A LICENSE |
| M | 750232A4 | 750.232A4 | SM | WEAP ID PURC | WEAPONS-FIREARM-USE FALSE ID TO PURCHASE |
| M | 750234D | 750.234D | SM | WEAP RESTRIC | WEAPONS-FIREARM-POSSESS ON RESTRICTED PREMISES |
| L | 711.3 | 750.234E | OM | BRANDISH FIR | BRANDISHING FIREARM IN PUBLIC |
| M | 750234E | 750.234E | SM | BRANDISHING | WEAPONS-FIREARMS-BRANDISHING IN PUBLIC |
| M | 750234F | 750.234F | SM | WEAP MINOR | WEAPONS-FIREARM-POSSESS BY MINOR IN PUBLIC |
| M | 750235A | 750.235A | SM | WEAP SCHOOL | WEAPONS-FREE SCHOOLS - PARENTAL VIOLATION |
| M | 750235B1 | 750.235B1 | SM | SCHOOLTHREAT | SCHOOLS-THREAT TO COMMIT ACT OF VIOLENCE AGAINST SCHOOL/EMPLO |
| M | 750236-A | 750.236-A | SM | SET SPRG GUN | WEAPONS-SETTING SPRING GUN |
| M | 750236C1 | 750.236C1 | SM | COMP-SHOOTNG | COMPUTER-ASSISTED SHOOTING |
| M | 750236C2 | 750.236C2 | SM | COMP-SHOOTNG | COMPUTER-ASSISTED SHOOTING SECOND OR SUBSQ OFFENSE NOTICE |
| M | 750237A2 | 750.237A2 | SM | WEAP SCHL | WEAPONS-FREE SCHOOL ZONE-GENERAL MISDEMEANOR VIOLATION |
| M | 750237A4 | 750.237A4 | SM | WEAP SCH POS | WEAPONS-FREE SCHOOLS-POSSESSING WEAPON |

Exhibit A to Appendix 1

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 750243A | 750.243A | SM | FIREWORKS | FIREWORKS - POSSESSION |
| M | 750243E | 750.243E | SM | FIREWORKS | FIREWORKS - GENERAL VIOLATIONS |
| M | 750265A | 750.265A | SM | FLS UNION LB | COUNTERFEITING-UNION LABELS |
| M | 750282-A | 750.282-A | SM | UTIL < $500 | PUBLIC UTILITY-FRAUDULENT USE UNDER $500 |
| M | 750297F | 750.297F | SM | FRAUD-HALAL | FRAUD-REPRESENTATION THAT FOOD IS HALAL |
| M | 750298A | 750.298A | SM | FLS MED APPR | FRAUD - REPRESENT SERVICE/PRODUCT IS MEDICALLY APPROVED |
| M | 750300A1A | 750.300A1A | SM | FOOD STAMP | FOOD STAMPS - FRAUD, $250.00 OR LESS |
| M | 750302-A | 750.302-A | SM | GAMB HS KEEP | KEEPING GAMBLING HOUSE |
| M | 750302-B | 750.302-B | SM | GAMBLE EQUIP | PERMIT GAMBLING APPARATUS ON PREMISES |
| M | 75030311A | 750.30311A | SM | GAMBLE CRANE | GAMBLING-CRANE GAMES-LICENSE VIOLATIONS |
| M | 75030311B-A | 750.30311B-A | SM | GAMBLE CRANE | GAMBLING-CRANE GAMES-IMPROPER GAMES |
| M | 75030311C | 750.30311C | SM | GAMBLE CRANE | GAMBLING-CRANE GAMES-RULE/OTHER VIOLATIONS |
| M | 750314-A | 750.314-A | SM | GAMBL < $50 | GAMBLING-WIN $50 OR LESS AT CARDS/DICE |
| M | 750314-B | 750.314-B | SM | GAMB > $50 M | GAMBLING-WIN MORE THAN $50 AT CARDS/DICE |
| M | 750327A | 750.327A | SM | EXPL-SALE TO | EXPLOSIVES - SALE TO MINORS |
| M | 750331-A | 750.331-A | SM | GAMB IN HORS | GAMBLING-PARTICIPATING IN HORSE RACE |
| M | 750331-B | 750.331-B | SM | COLLECT PURS | GAMBLING-CONTRIBUTE/COLLECT PURSE FOR RACE |
| L | 162 | 750.335A | OM | INDECENT EXP | INDECENT EXPOSURE |
| M | 750335A | 750.335A | SM | INDECENT EXP | INDECENT EXPOSURE |
| M | 75033A | 750.33A | SM | ADV FLS BUSI | ADVERTISING - MISREPRESENTING BUSINESS |
| M | 750353A | 750.353A | SM | FAIL BEN PLN | EMPLOYMENT-EMPLOYER FAIL CONTRIBUTE TO BENEFIT PLAN |
| M | 7503564A | 750.3564A | SM | LARCENY | LARCENY-$200-1000 |
| M | 7503564B | 750.3564B | SM | LARCENY | LARCENY-< $200-2ND OR SUBS OFFENSE NOTICE |
| M | 750356A2A | 750.356A2A | SM | B & E | BREAKING & ENTERING-VEHICLE TO STEAL PROPERTY < $200 |
| M | 750356A2B1 | 750.356A2B1 | SM | B & E | BREAKING & ENTERING-VEHICLE TO STEAL PROPERTY-$200-1000 |
| M | 750356A2B2 | 750.356A2B2 | SM | B & E | BREAKING & ENTERING-VEHICLE TO STEAL PROP-<$200-2ND OR SUBS |
| M | 750356-B | 750.356-B | SM | LARCENY $100 | LARCENY $100.00 OR LESS |
| M | 750356D | 750.356D | SM | RETAIL FRAUD | RETAIL FRAUD - SECOND DEGREE |
| M | 750356D4 | 750.356D4 | SM | RETAIL FRAUD | RETAIL FRAUD - THIRD DEGREE |
| M | 750360A2A | 750.360A2A | SM | THEFT DETECT | THEFT DETECTION DEVICE-DEACTIVATION/REMOVAL |
| M | 7503624A | 750.3624A | SM | LARCENY CONV | LARCENY BY CONVERSION-$200-1,000 |
| M | 7503624B | 750.3624B | SM | LARCENY CONV | LARCENY BY CONVERSION-LESS THAN $200-2ND OR SUBS OFFENSE NOT |
| M | 750362A | 750.362A | SM | LARCENY RENT | LARCENY RENTED MOTOR VEHICLE TRAILER OR OTHER TANGIBLE PROPERTY |
| M | 750362A4A | 750.362A4A | SM | FAIL TO RETN | FAIL TO RETURN RENTED PROP-$200-1,000 |
| M | 750362A4B | 750.362A4B | SM | FAIL TO RETN | FAIL TO RETURN RENTED PROP-LESS THAN $200-2ND OR SUBS OFFENSE |
| M | 750362A5 | 750.362A5 | SM | FAIL TO RETN | FAIL TO RETURN RENTED PROP-LESS THAN $200 |
| M | 750362A-B | 750.362A-B | SM | FAIL RENT PR | FAILURE TO RETURN RENTED PROPERTY $100.00 OR LESS |
| M | 750362-B | 750.362-B | SM | LARCENY CONV | LARCENY BY CONVERSION $100.00 OR LESS |

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 7503634A | 750.3634A | SM | LARCENY IMPE | LARCENY BY FALSE PERSONATION-$200-1000 |
| M | 7503634B | 750.3634B | SM | LARCENY IMPE | LARCENY BY FALSE PERSONATION-LESS THAN $200/2ND OR SUBS OFFNS |
| M | 750-363-B | 750.363-B | SM | LARCENY FAL | LARCENY BY FALSE PERSONATION $100.00 OR LESS |
| M | 7503674A | 750.3674A | SM | LARCENY-TREE | LARCENY-TREES AND SHRUBS-$200-1000 |
| M | 7503674B | 750.3674B | SM | LARCENY-TREE | LARCENY-TREES AND SHRUBS-LESS THAN $200/2ND OR SUBS OFFENSE |
| L | 1840 | 750.367C | OM | THEFT-FUEL | THEFT OF MOTOR VEHICLE FUEL |
| M | 750367C | 750.367C | SM | THEFT FUEL | THEFT OF MOTOR VEHICLE FUEL - ADVISORY |
| M | 750372A | 750.372A | SM | GAME PROMO | GAME PROMOTIONS |
| M | 750377A1C1 | 750.377A1C1 | SM | MDOP | MALICIOUS DEST OF PERS PROP-$200-1,000 |
| M | 750377A1C2 | 750.377A1C2 | SM | MDOP | MALICIOUS DEST OF PERS PROP-<$200-2ND OR SUBSEQUENT OFFENSE |
| M | 750377A1D | 750.377A1D | SM | MDOP | MALICIOUS DEST OF PERS PROP-<$200.00 |
| M | 750377A-B | 750.377A-B | SM | MALIC DESTR | MALICIOUS DESTRUCTION OF PERSONAL PROPERTY $100.00 OR LESS |
| M | 750377D1A | 750.377DA1 | SM | TRAFF DEVICE | TRAFFIC CONTROL DEVICE-WILLFUL AND MALICIOUS DAMAGE |
| M | 7503804A | 750.3804A | SM | MAL DEST BLG | MALIC DESTRUCT. OF BLDG-$200-1,000 |
| M | 7503804B | 750.3804B | SM | MAL DEST BLG | MALIC DESTRUCT. OF BLDG-< $200-2ND OR SUBS OFF NOTICE |
| M | 750-380-B | 750.380-B | SM | MALIC DESTR | MALICIOUS DESTRUCTION OF BUILDING $100.00 OR LESS |
| L | 1825 | 750.3821A | OM | TURFING <200 | MALICIOUS DESTRUCTION (TURFING) <$200.00 |
| M | 7503821A | 750.3821A | SM | MAL DESTRUCT | MALIC DEST. TREES,SHRUBS,CROPS,GRASS,TURF,SOIL-<$200 |
| L | 1830 | 750.3821B1 | OM | TURFING | MALICIOUS DESTRUCTION (TURFING) >$200.00 LESS THAN $1000.00 |
| M | 7503821B1 | 750.3821B1 | SM | MAL DESTRUCT | MALIC DEST. TREES,SHRUBS,CROPS,GRASS,TURF,SOIL-$200-1000 |
| M | 7503821B2 | 750.3821B2 | SM | MAL DESTRUCT | MAL DEST. TREES,SHRUBS,CROPS,GRASS,TURF,SOIL-<$200-2ND OR SUB |
| M | 7503874A | 750.3874A | SM | MAL DES TOMB | MALICIOUS DESTR. OF TOMBS & MEMORIALS-$200-1,000 |
| M | 7503874B | 750.3874B | SM | MAL DES TOMB | MALICIOUS DESTR. OF TOMBS & MEMORIALS-<$200-2ND OR SUBS OFFNS |
| M | 7503942B | 750.3942B | SM | THROW OBJECT | THROWING OBJECTS AT TRAINS/CARS CAUSING PROPERTY DAMAGE |
| M | 750394A | 750.394A | SM | RACE OBJ TRK | RACING - THROWING OBJECTS ON TRACK |
| L | 906.F | 750.411A | OM | FLSE FEL/MIS | GIVE FALSE FELONY OR MISDEMEANOR REPORT |
| M | 750411A1A | 750.411A1A | SM | FALSE REPORT | FALSE REPORT OF A MISDEMEANOR |
| M | 750411A4A | 750.411A4A | SM | FALSE REPORT | FALSE REPORT OF A MEDICAL OR OTHER EMERGENCY |
| M | 750411A-A | 750.411A-A | SM | FLS PD REPRT | FALSE POLICE REPORT |
| M | 750411A-B | 750.411A-B | SM | FLS BOMB THR | FALSE BOMB THREAT - MISDEMEANOR |
| M | 750411D | 750.411D | SM | AMBULANC FLS | AMBULANCE - FALSE REQUESTS FOR SERVICE |
| M | 750411E | 750.411E | SM | ATHLETE AGEN | ATHLETES - AGENT VIOLATIONS |
| M | 750411G | 750.411G | SM | HOTEL RM ALC | HOTEL ROOM-POSSESS DRUG/ALCOHOL TO MINOR |
| M | 750411H | 750.411H | SM | STALKING | STALKING |
| M | 750411R1 | 750.411R1 | SM | FLEA MARKETS | FLEA MARKETS/SWAP MEETS-PROHIBITED SALES |
| M | 750411R2 | 750.411R2 | SM | FLEA MARKETS | FLEA MARKETS/SWAP MEETS-FORGED OR FALSE AUTH.TO SELL MERCHAND |
| M | 750411R3 | 750.411R3 | SM | FLEA MARKETS | FLEA MARKETS/SWAP MEETS-FAILURE TO OBTAIN/KEEP RECORDS |
| M | 750411T2A | 750.411T2A | SM | HAZING-INJUR | HAZING-RESULTING IN PERSONAL INJURY |

Exhibit A to Appendix 1

## List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 750411X2 | 750.411X2 | SM | CYBERBULLY | CYBERBULLYING |
| M | 750411X3 | 750.411X3 | SM | CYBERBULLY-2 | CYBERBULLYING - SECOND OFFENSE |
| M | 750414A | 750.414A | SM | MT VH-POSSES | MOTOR VEHICLE - POSSESSION OF MASTER KEY |
| M | 750414-A | 750.414-A | SM | MOTOR VEHICL | MOTOR VEHICLE - UNLAWFUL USE - 90 DAY MISDEMEANOR |
| M | 750417A | 750.417A | SM | MV-LEASE | MV-LEASING/SUBLEASING W/O SECURED PARTY'S CONSENT |
| M | 750421A | 750.421A | SM | AUTO TITLE | MOTOR VEHICLE - TITLE ASSIGNMENT/TRADE IN |
| M | 750421B-A | 750.421B-A | SM | HINDER TRANS | MOTOR VEHICLE - HINDER TRANSFER OF FARM PRODUCTS |
| M | 750421C | 750.421C | SM | AUTO SAL MIN | MOTOR VEHICLE - SALE TO MINOR WITHOUT PARENTAL CONSENT |
| M | 7504308B | 750.4308B | SM | HCP-PRCT IMP | HEALTH CARE PROFESSIONAL - PRACTICING WHILE IMPAIRED |
| M | 7504308C | 750.4308C | SM | HCP-IMP 2ND | HEALTH CARE PROFESSIONAL-PRACTICE WHILE IMPAIRED, 2ND OR SUBS |
| M | 750449A | 750.449A | SM | PROST ENGAGE | PROSTITUTION - ENGAGING SERVICES OF PROSTITUTE |
| M | 750451-A | 750.451-A | SM | PROST 2ND | PROSTITUTION - 2ND OFFENSE |
| M | 750451C | 750.451C | SM | PROSTITUTION | PROSTITUTION 2ND OFFENSE NOTICE |
| M | 750464A | 750.464A | SM | ALC CONS IL | ALCOHOL-CONSUME IN UNLICENSED DANCE HALL |
| M | 750477A | 750.477A | SM | HRS/DOG MEAT | HORSE & DOG MEAT - ILLEGAL SALE |
| M | 750479A | 750.479A | SM | FAILURE TO O | FAILURE TO OBEY POLICE OR CONSERVATION OFFICERS DIRECTIONS TO STOP VEH |
| M | 750479A-A | 750.479A-A | SM | POL OFC/FLEE | POLICE OFFICER - FLEEING - PENAL CODE |
| M | 750479C2A | 750.479C2A | SM | PEACE OFFICR | LYING TO A PEACE OFFICER - SERIOUS MISDEMEANOR INVESTIGATION |
| M | 750479C2B | 750.479C2B | SM | PEACE OFFICR | LYING TO A PEACE OFFICER - 1 TO 4 YEAR CRIME INVESTIGATION |
| L | 905 | 750.483A | OM | INT W/GOVEMP | INTERFERE WITH GOVERNMENT EMPLOYEE PERFORMING THEIR DUTY |
| M | 750483A2A | 750.483A2A | SM | CRIME REPORT | INTEFERING WITH A CRIME REPORT |
| M | 750483A4A | 750.483A4A | SM | POL INVESTI | INTERFERING WITH A POLICE INVESTIGATION |
| M | 750490A | 750.490A | SM | PUR GOODS PR | PUBLIC OFFICER-PURCHASE GOODS FOR PRIVATE PURPOSE |
| M | 750492A1B | 750.492A1B | SM | FLS INFO CHT | MEDICAL RECORDS-RECKLESS PLACE FALSE INFO ON CHART-HCP |
| M | 750492A1C | 750.492A1C | SM | FLS INFO CHT | MEDICAL RECORDS-INTENT PLACE FALSE INFO ON CHART-NHCP |
| M | 750492A1D | 750.492A1D | SM | FLS INFO CHT | MEDICAL RECORDS-RECKLESS PLACE FALSE INFO ON CHART-NHCP |
| M | 750493A | 750.493A | SM | LITTERING-TH | LITTERING - THROWING GLASS |
| M | 750493B | 750.493B | SM | WELL-ABANDON | WELLS - ABANDONED/UNFENCED |
| M | 750493C | 750.493C | SM | EXCAVA-LEAVE | EXCAVATION/BASEMENT-LEAVE UNCOVER/UNFENCE |
| M | 750493D | 750.493D | SM | ABAND ICEBOX | ABANDONED OR UNATTENDED ICEBOX |
| M | 750493E | 750.493E | SM | JUMP-PUBLIC | JUMP/DIVE-PUBLIC BRIDGES/OVERPASSES |
| M | 750495A1 | 750.495A1 | SM | TREE SPIKING | TREES - SPIKING |
| M | 750498B1 | 750.498B1 | SM | TAMPR MARINE | TAMPERING WITH A MARINE SAFETY DEVICE |
| M | 75049-G | 750.49-G | SM | ANIMAL FIGHT | ANIMALS - FIGHTING DOGS ATTACK |
| M | 75049-H | 750.49-H | SM | ANIMAL FIGHT | ANIMALS - FIGHTING DOGS AT LARGE |
| M | 75049-I | 750.49-I | SM | ANIMAL FIGHT | ANIMALS - FIGHTING DOGS NOT SECURELY RESTRAINED |
| M | 750502C | 750.502C | SM | HANDICP-REFU | HANDICAPPERS LEAD BY DOGS-REFUSE ACCOMMODATIONS |
| M | 750502C1 | 750.502C1 | SM | DISAB/ACCOMO | PERSONS W/ DISABILITIES LEAD BY DOGS-REFUSED ACCOMMODATIONS |

Exhibit A to Appendix 1

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 750502C2 | 750.502C2 | SM | TRAILER LEAD | TRAILER LEAD BY DOGS - REFUSE ACCOMMODATIONS |
| M | 750504A | 750.504A | SM | ANIMALS-ABAN | ANIMALS - ABANDONING/CRUELTY TO ONE ANIMAL |
| M | 750504B | 750.504B | SM | ANIMALS-ABAN | ANIMALS - ABANDONING/CRUELTY TO 2 OR 3 ANIMALS |
| M | 750504B-A | 750.504B-A | SM | ANIMALS-ABAN | ANIMALS - ABANDONING/CRUELTY TO ONE ANIMAL RESULTING IN THE ANIMAL'S D |
| M | 750507B | 750.507B | SM | RADIO-INTRFR | RADIO BROADCAST-INTERFERE W/PUBLIC SAFETY MESSAGE |
| M | 7505082A | 750.5082A | SM | POL RADIO RE | POLICE RADIO RECEIVERS/SCANNERS-USE IN COMMISS OF 93 DY MISD. |
| M | 75050A | 750.50A | SM | SERVICE DOGS | SERVICE DOGS - BEATING/IMPEDING |
| M | 75050C3 | 750.50C3 | SM | POLICE ANIML | POLICE ANIMAL/SEARCH & RESCUE DOG-CAUSING PHYSICAL HARM |
| M | 75050C4 | 750.50C4 | SM | POLICE ANIML | POLICE ANIMAL/SEARCH & RESCUE DOG-HARASSING |
| M | 7505354A | 750.5354A | SM | STOLEN PROP | STOLEN PROPERTY-RECEIVE & CONCEAL-$200-1000 |
| M | 7505354B | 750.5354B | SM | STOLEN PROP | STOLEN PROPERTY-RECEIVE & CONCEAL-<$200-2ND OR SUBS OFFENSE |
| M | 750535-B | 750.535-B | SM | RECD STOL PR | RECEIVING STOLEN PROPERTY $100.00 OR LESS |
| M | 750536A1 | 750.536A1 | SM | ALTER ID #'S | PROPERTY OR GOODS-ALTER ID NUMBERS |
| M | 750536A2 | 750.536A2 | SM | ALTER ID BUS | PROPERTY/GOODS-ALTER ID NO. IN ORDINARY COURSE BUS |
| M | 750536A3 | 750.536A3 | SM | ALTER ID SEL | PROPERTY OR GOODS-ALTER ID SELL IN BUSINESS |
| M | 750539B | 750.539B | SM | EAVESDROP-TR | EAVESDROPPING-TRESPASSING FOR |
| M | 750539L | 750.539L | SM | TRACK DEVICE | TRACKING DEVICE;PLACE OR INSTALL ON MOTOR VEH W/O CONSENT |
| M | 750540A | 750.540A | SM | PHONE-PARTY | TELEPHONE-PARTY LINE OFFENSES |
| M | 750540C1A | 750.540C1A | SM | CABL/TEL USE | TELEVISION/TELEPHONE LINES-USE OF DEV. TO AVOID PAYING |
| M | 750540C1B | 750.540C1B | SM | CABLE/TV SAL | TELEVISION/TELEPHONE LINES-SALE OF DEV. TO AVOID PAY |
| M | 750540C2 | 750.540C2 | SM | CABL/TEL ALT | CABLE TELEVISION-ALTER EQUIPMENT TO AVOID CHARGE |
| M | 750540E | 750.540E | SM | COMM SERVICE | TELECOMMUNICATIONS SERVICES-MALICIOUS USE |
| M | 750540E1A | 750.540E1A | SM | COMM SERVICE | COMMUNICATIONS SERVICE MALICIOUS USE TO THREATEN |
| M | 750540E1B | 750.540E1B | SM | PHONE CALL F | PHONE CALL FALSE MESSAGE OF DEATH OR INJURY |
| M | 750540E1C | 750.540E1C | SM | PHONE CALL R | PHONE CALL REFUSING TO DISENGAGE |
| M | 750540E1D | 750.540E1D | SM | OBSCENE PHON | OBSCENE PHONE CALL |
| M | 750540E1E | 750.540E1E | SM | TELEPHONE - | TELEPHONE CALL - CALLING AND HANGING UP |
| M | 750540E1G | 750.540E1G | SM | TELE-INTERUP | TELEPHONE CALL - REPEATEDLY INTERRUPTING SERVICE |
| M | 750540F1 | 750.540F1 | SM | PUBL.ACC DEV | TELECOM.-PUBLISHING ACCESS DEVICE FOR ILLEGAL USE |
| M | 750540G1A | 750.540G1A | SM | MISUSE VALUE | TELECOM. SERVICES-MISUSING OR DIVERTING VALUE LESS THAN $200 |
| M | 750540G1B1 | 750.540G1B1 | SM | MISUSE VALUE | TELECOM. SERVICES-MISUSING OR DIVERTING VALUE $200-$1000 |
| M | 750540G1B2 | 750.540G1B2 | SM | MISUSE VALUE | TELECOM. SERVICES-MISUSING OR DIVERTING VALUE< $200-2ND OFFEN |
| L | 742.M | 750.552A | OM | ILLEGAL DUMP | ILLEGAL DUMPING |
| M | 750552A | 750.552A | SM | LITTERING | LITTERING - PRIVATE PROPERTY |
| M | 750552-A | 750.552-A | SM | TRES-ENTRY F | TRESPASS - ENTRY FORBIDDEN |
| M | 750552-B | 750.552-B | SM | TRES-REF DEP | TRESSPASS - REFUSAL TO DEPART |
| L | 740.2 | 750.553 1 A | OM | SQUATTING | SQUATTING- OCCUPANCY OF BUILDING WITHOUT CONSENT |
| M | 7505531A | 750.5531A | SM | SQUATTING | SQUATTING |

### List of JIS Misdemeanor Charges and Description - SM and OM

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 75066A | 750.66A | SM | REMAIN ON SC | ANIMALS-RESPONSIBLE PERSON TO REMAIN ON SCENE OF DOG BITE |
| M | 75068-B | 750.68-B | SM | BRANDS DISEA | ANIMALS - CHANGING BRANDS WHEN DISEASED |
| M | 75074-A | 750.74-A | SM | ARSON PER/PR | ARSON PERSONAL PROPERTY $50.00 OR LESS |
| M | 75077-A | 750.77-A | SM | ARSON PREP/B | ARSON PREPARATION TO BURN PERSONAL PROPERTY $50.00 OR LESS |
| M | 75077-C | 750.77-C | SM | ARSON AID PR | ARSON AID,COUNSEL,ETC., ANOTHER TO COMMIT PREP. TO BURN P/P LESS $50 |
| M | 750781A1 | 750.781A1 | SM | ARSON-PRSNAL | ARSON OF PERSONAL PROPERTY - $200 OR MORE BUT < $1000 |
| M | 750781A2 | 750.781A2 | SM | ARSON-PRSNAL | ARSON OF PERSONAL PROPERTY < $200 - 2ND OFFENSE NOTICE |
| M | 750781A3 | 750.781A3 | SM | ARSON-PRSNAL | ARSON OF PERSONAL PROPERTY < $200 |
| M | 750781B | 750.781B | SM | ARSON-NEGLIG | ARSON - NEGLIGENTLY SETTING FIRE TO A HOTEL OR MOTEL |
| M | 750791A | 750.791A | SM | ARSON-PREPBN | ARSON - PREPARATION TO BURN PROPERTY - LESS THAN $200 |
| M | 750791B1 | 750.791B1 | SM | ARSON-PREPBN | ARSON - PREPARATION TO BURN PROPERTY-$200 OR MORE BUT < $1000 |
| M | 750791B2 | 750.791B2 | SM | ARSON-PREPBN | ARSON-PREP TO BURN PROPERTY < $200(2ND OR SUB OFFENSE NOTICE) |
| M | 75081A | 750.81A | SM | ASSAULT AGGR | ASSAULT - AGGRAVATED |
| M | 75081-A | 750.81-A | SM | ASSAULT/BATT | ASSAULT OR ASSAULT AND BATTERY OF PREGNANT INDIVIDUAL |
| M | 75081A2 | 750.81A2 | SM | ASSAULT AGGR | DOMESTIC VIOLENCE - AGGRAVATED |
| M | 75081C1 | 750.81C1 | SM | THREATEN | THREATENING DHS EMPLOYEE WITH PHYSICAL HARM |
| M | 75081D1A | 750.81D1 A | SM | ATT PO-ASSLT | ATTEMPTED POLICE OFFICER-ASSAULTING/RESISTING/OBSTRUCTING |
| M | 75090BC | 750.90BC | SM | ASSAULT | ASSAULT-PREGNANT INDIV-CAUSE SERIOUS INJURY TO EMBRYO/FETUS |
| M | 75090BD | 750.90BD | SM | ASSAULT | ASSAULT-PREGNANT INDIV-CAUSE PHYSICAL INJURY TO EMBRYO/FETUS |
| M | 75090CC | 750.90CC | SM | PREGNANT IND | PREG.INDIV.-GROSS NEGLIG ACT-CAUSE SER. INJ TO EMBRYO/FETUS |
| M | 75090CD | 750.90CD | SM | PREGNANT IND | PREG.INDIV.-GROSS NEGLIG ACT-CAUSE PHY. INJ TO EMBRYO/FETUS |
| M | 750923 | 750.92-3 | SM | ATTEMPT-MISD | ATTEMPT TO COMMIT CRIME - MISDEMEANOR |
| M | 75095A | 750.95A | SM | BANKS-DT ACC | BANKS-DATE ACCOUNT OPENED PRINTED ON CHECK |
| M | 752272A2A | 752.272A2A | SM | CHEMICAL AGN | CHEMICAL AGENTS-NITROUS OXIDE-SELL/DISTRIBUTE |
| M | 752272A2B | 752.272A2B | SM | CHEMICAL AGN | CHEMICAL AGENTS-NITROUS OXIDE-SELL/DISTRIBUTE-2ND OFF NOTICE |
| M | 7523681A | 752.3681A | SM | RCPT OF OBSC | OBSCENITY - REQUIRE RECEIPT OF OBSCENE MATERIAL |
| M | 7523681B | 752.3681B | SM | OBSCEN FRANC | OBSCENITY - DENYING FRANCHISE |
| M | 752796-A | 752.796-A | SM | COMPUT-THFT | COMPUTERS - UTILIZE TO VIOLATE THEFT STATUTES LESS THAN $100.00 |
| M | 752796A1A | 752.796A1A | SM | CHILD REGSTR | COMPUTERS-CHILDREN'S PROTECTION REGISTRY ACT-VIOLATIONS |
| M | 752796-C | 752.796-C | SM | COMPUTER-USE | COMPUTERS - UTILIZE TO COMMIT A CRIME - $200.00 OR MORE BUT LESS THAN |
| M | 7527971A | 752.7971A | SM | COMPUTERS | COMPUTERS-FRAUDULENT ACCESS-LESS THAN $200 |
| M | 7527971B1 | 752.7971B1 | SM | COMPUTERS | COMPUTERS-FRAUDULENT ACCESS- $200-1000 |
| M | 7527971B2 | 752.7971B2 | SM | COMPUTERS | COMPUTERS - FRAUDULENT ACCESS-2ND OFFENSE NOTICE |
| M | 7527973A | 752.7973A | SM | COMPUTERS | COMPUTERS-USE TO COMMIT A CRIME-MAX IMPRIS. < 1 YEAR |
| M | 752862-A | 752.862-A | SM | GUN-PRPTY < | WEAPONS-FIREARMS-CARELESS-DAMAGES OF $50 OR LESS |
| M | 752862-B | 752.862-B | SM | WEAPONS | WEAPONS-FIREARMS-CARELESS DISCHARGE/PROPERTY DAMAGE OVER $50 |
| M | 752863A | 752.863A | SM | GUN RECKLESS | RECKLESS USE OF FIREARMS |
| M | 752882-A | 752.882-A | SM | WEAPONS-BOW | WEAPONS-BOW & ARROW/PROPERTY DAMAGES OF LESS THAN $50.00 |

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SM and OM**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 752882-B | 752.882-B | SM | WEAPONS-BOW | WEAPONS-BOW & ARROW/PROPERTY DAMAGES OF > $50.00 |
| M | 752901A | 752.901A | SM | LITTERING PA | LITTERING OBJECTS IN PATH OF VEHICLE |
| M | 76719F | 767.19F | SM | GRAND JURY | GRAND JURY - DISCLOSING TESTIMONY |
| M | 791267B10 | 791.267B10 | SM | CORR.HIV TST | CORRECTIONS-HIV/HBV TESTING-DISCLOSING CONFIDENTIAL INFORM. |
| L | 763 | R281.1240-B | OM | IMP BOAT OPR | IMPROPER BOAT/VESSEL OPERATION |

### List of JIS Misdemeanor Charges and Description - SD and OD

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 25762510 | 257.62510 | SD | BAC U/21-2ND | PERSON UNDER 21 WITH BAC OF .02-.07% - 2ND OFFENSE |
| L | 1105 | 257.6258 | OD | OPER-CONT SB | OPERATING WITH THE PRESENCE OF A CONTROLLED SUBSTANCE |
| M | 2576258 | 257.6258 | SD | OPER-CONT SB | OPERATING WITH THE PRESENCE OF A CONTROLLED SUBSTANCE |
| M | 324801761 | 324.801761 | SD | MS-OUIL/UBAC | MARINE SAFETY - OUIL/PER SE |
| L | 581 | 324.801761 | OD | MS - OUICS | OPERATING A VESSEL UNDER INFLUENCE CONTROLLED SUBSTANCE |
| L | 6000 | 324.801761 | OD | WC - OUIL | MARINE SAFETY - OPERATED UNDER INFLUENCE LIQUOR |
| L | 6010 | 324.801761 | OD | WC - UBAC | MARINE SAFETY - UNLAWFUL BLOOD ALCOHOL CONTENT (.10%) |
| L | 6020 | 324.801761 | OD | WC/OUIL-UBAC | MARINE SAFETY - COMBINED OPER UNDER INFL LIQ/UNLAWFUL BAC .10 |
| L | 6100 | 324.801761 | OD | WC - OUIC | MARINE SAFETY - OPER UNDER INFLUENCE CONTROLLED SUBSTANCE |
| L | 6110 | 324.801761 | OD | WC-OUIL/OUIC | MARINE SAFETY-COMBINED OPR UNDER INFL LIQ & CNTRL'D SUBSTANCE |
| L | 767 | 324.801761 | OD | MS- OUIL 2ND | OPERATE A VESSEL WHILE UNDER THE INFLUENCE OF ALCOHOL - 2ND O |
| L | 769 | 324.801761 | OD | MS/OUIL/UBAL | OPERATE VESSEL UNDER INFLUENCE LIQUOR/UNLAWFUL BLOOD ALC LEVE |
| M | 324801763 | 324.801763 | SD | MS-IMPAIRED | MARINE SAFETY - OPERATING WHILE IMPAIRED |
| L | 580 | 324.801763 | OD | MS - OWI | OPERATING A VESSEL WHILE IMPAIRED |
| L | 580.AT | 324.801763 | OD | MS OWI ATTM | OPERATING A VESSEL WHILE IMPAIRED - ATTEMPTED |
| L | 581.AT | 324.801763 | OD | MS OUICS ATT | OPERATING A VESSEL UNDER INFLUENCE CONTROLLED SUBSTANCE - ATT |
| L | 6200 | 324.801763 | OD | WC-OWI | MARINE SAFETY - OPERATED WHILE IMPARIED BY LIQUOR |
| L | 6210 | 324.801763 | OD | WC-OWI CS | MARINE SAFETY-OPERATED WHILE IMPARIED BY CONTROLLED SUBSTANCE |
| L | 6220 | 324.801763 | OD | WC-COMB OWI | MARINE SAFETY-COMBINED OPER WHILE IMPAIRED BY LIQ & CNTRL SUB |
| L | 769.AT | 324.801763 | OD | MS/OUIL/ATT/ | OPERATE VESSEL UNDER INF LIQ/UNLAWFUL BLOOD ALCHOL-ATTEMPTED |
| L | 8000 | 324.811341 | OD | ORV-OUIL | ORV-OPERATED UNDER INFLUENCE LIQUOR |
| L | 8010 | 324.811341 | OD | ORV-OUCS | ORV-OPERATED UNDER INFLUENCE OF CONTROLLED SUBSTANCE |
| L | 8015 | 324.811341 | OD | ORV-OUIL/CS | ORV-COMBINED OPERATED UNDER INFLUENCE OF LIQUOR & CONT. SUB. |
| L | 8020 | 324.811342 | OD | ORV-UBAC | ORV-UNLAWFUL BODILY ALCOHOL CONTENT (.10) |
| L | 008.3 | 324.811351 | OD | ORD-CONT SUB | ORV-OPERATED WHILE IMPAIRED CONTROLLED SUBSTANCE |
| L | 8200 | 324.811351 | OD | ORV-OWI | ORV-OPERATED WHILE IMPAIRED |
| L | 8205 | 324.811351 | OD | ORV-CONT SUB | ORV-OPERATED WHILE IMPAIRED CONTROLLED SUBSTANCE |
| L | 8210 | 324.811351 | OD | ORV-OWI-CS | ORV-OPERATED WHILE IMPAIRED BY CONTROLLED SUBSTANCE |
| L | 024 | 324.821271 | OD | SM/OUIL | SNOWMOBILE-OPERATED UNDER INFLUENCE LIQUOR |
| L | 025 | 324.821271 | OD | SM-UBAL/.10% | SMOWMOBILE-UNLAWFUL BLOOD ALCOHOL LEVEL(.10%) |
| L | 027 | 324.821271 | OD | SM-OPER/OUIC | SNOWMOBILE-OPERATED UNDER INFLUENCE CONTROLLED SUBSTANCE |
| M | 324821271 | 324.821271 | SD | SN-OUIL/UBAL | SNOWMOBILES-OUIL/UBAL |
| L | 7000 | 324.821271 | OD | SM-OUIL | SNOWMOBILE-OPERATED UNDER INFLUENCE LIQUOR |
| L | 7010 | 324.821271 | OD | SM-UBAC | SNOWMOBILE-UNLAWFUL BLOOD ALCOHOL CONTENT (.10%) |
| L | 7020 | 324.821271 | OD | SM-OUIL/UBAC | SNOWMOBILE-COMBINED OPER UNDER INFL LIQ/UNLAWFUL BAC .10% |
| L | 7100 | 324.821271 | OD | SM-OUIC | SNOWMOBILE-OPERATED UNDER INFLUENCE CONTROLLED SUBSTANCE |
| L | 7110 | 324.821271 | OD | SM-OUIL & CS | SNOWMOBILE-COMBINED OPER UNDER INFL LIQ & CNTRLD SUBSTANCE |
| L | 029 | 324.821273 | OD | SM-OUICS | SNOWMOBILE-OPERATED WHILE IMPAIRED BY CONTROLLED SUBSTANCE |

Exhibit A to Appendix 1

**List of JIS Misdemeanor Charges and Description - SD and OD**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 030 | 324.821273 | OD | SM/OUIL/OBAL | SNOWMOBILE-COMBINED OPERATE WHILE IMPAIRED BY LIQUOR AND CONT |
| M | 324821273 | 324.821273 | SD | IMPAIRED-SNO | SNOWMOBILES-OPERATING IMPAIRED |
| L | 7200 | 324.821273 | OD | SM-OWI | SNOWMOBILE - OPERATED WHILE IMPAIRED BY LIQUOR |
| L | 7210 | 324.821273 | OD | SM - OWICS | SNOWMOBILE - OPERATED WHILE IMPAIRED BY CONTROLLED SUBSTANCE |
| L | 7220 | 324.821273 | OD | SM-OWI COMB | SNOWMOBILE-COMB. OPER WHILE IMPAIRED BY LIQUOR & CNTRL SUB |
| L | 005.C | | OD | MIN/BAC/CITY | MINOR WITH BAC .02-.07 OR HAVING ANY PRESENCE OF ALCHOL-CITY |
| L | 021.C | | OD | .04-.07% BAC | OPERATE COMMERCIAL MOTOR VEHICLE W/.04-.07% BLOOD ALC - CITY |
| M | 2576251C (CITY) | | OD | OPERA HI BAC | OPERATING W/HIGH BLOOD ALCOHOL CONTENT OF .17 OR MORE |
| M | 25762510B | 257.62510B | SD | OWI-2ND OFFN | OPERATING - OWI- 2ND OFFENSE NOTICE |
| L | 016.1 | 257.6251-A | OD | O W INTOXICA | OPERATING WHILE INTOXICATED |
| L | 016.1AT | 257.6251-A | OD | OW INTOX ATT | OPERATING WHILE INTOXICATED ATTEMPTED |
| L | 016.1C | 257.6251-A | OD | O W I - CITY | OPERATING WHILE INTOXICATED FIRST OFFENSE-CITY |
| L | 016.1CM | 257.6251-A | OD | O W I - CITY | OPERATING WHILE INTOXICATED FIRST OFFENSE MINOR-CITY |
| L | 016.1RO | 257.6251-A | OD | OW INTOX RO | OPERATING WHILE INTOXICATED REPEAT OFFENDER |
| L | 1025 | 257.6251-A | OD | OPER INTOX | OPERATING WHILE INTOXICATED |
| M | 2576251-A | 257.6251-A | SD | OWI | OPERATING WHILE INTOXICATED |
| L | 016.2 | 257.6251C | SD | BAC .17 MORE | OPERATING WITH BLOOD ALCOHOL CONTENT OF .17 OR MORE |
| L | 016.2C | 257.6251C | OD | BAC .17 MORE | OPERATING WITH BLOOD ALCOHOL CONTENT OF .17 OR MORE (CITY) |
| L | 016.2RO | 257.6251C | OD | BAC .17 MORE | OPERATING WITH BLOOD ALCOHOL CONT OF .17 OR MORE REPEAT OFFEN |
| L | 1050 | 257.6251C | OD | BAC .17 MORE | OPERATING WITH BLOOD ALCOHOL CONTENT OF .17 OR MORE |
| M | 2576251C | 257.6251C | SD | OPERA HI BAC | OPERATING WITH A HIGH BLOOD ALCOHOL CONTENT (BAC).17 OR MORE |
| L | 008.AT | 257.6253-A | OD | OWVI ATTEMPT | OPERATING WHILE VISIBLY IMPAIRED - ATTEMPTED |
| L | 008.C | 257.6253-A | OD | OWVI-CITY | OPERATING WHILE VISIBLY IMPAIRED (CITY) |
| L | 014 | 257.6253-A | OD | OWVI- 2ND | OPERATING WHILE VISIBLY IMPAIRED  - 2ND OFFENSE |
| L | 014.AT | 257.6253-A | OD | OWVI 2 ATMPT | OPERATING WHILE VISIBLY IMPAIRED  - 2ND OFFENSE -ATTEMPTED |
| L | 014.RO | 257.6253-A | OD | OWVI-2ND RO | OPERATING WHILE VISIBLY IMPAIRED  - 2ND OFFENSE  REPEAT OFFEN |
| L | 014.1 | 257.6253-A | OD | OWVI 2ND | OPERATING WHILE VISIBLY IMPAIRED  - 2ND OFFENSE |
| L | 014.1AT | 257.6253-A | OD | OWVI 2ND ATT | OPERATING WHILE VISIBLY IMPAIRED  - 2ND OFFENSE ATTEMPTED |
| L | 014.1RO | 257.6253-A | OD | OWVI 2ND RO | OPERATING WHILE VISIBLY IMPAIRED  - 2ND OFFENSE REPEAT OFFEND |
| L | 1200 | 257.6253-A | OD | OPER IMPAIRD | OPERATED WHILE IMPAIRED BY LIQUOR |
| L | 1210 | 257.6253-A | OD | OWIC | OPERATED WHILE IMPAIRED BY CONTROLLED SUBSTANCE |
| L | 1220 | 257.6253-A | OD | OWI/OWIC | COMBINED OPERATED WHILE IMPAIRED BY LIQUOR & CNTRL'D SUBSTAN |
| M | 2576253-A | 257.6253-A | SD | OWI | OPERATED-IMPAIRED |
| L | 008 | 257.6253-A/257.6252C | OD | OWVI | OPERATING WHILE VISIBLY IMPAIRED |
| L | 005 | 257.6256-A | OD | MIN/BAC/0207 | MINOR WITH BAC .02-.07 OR HAVING ANY PRESENCE OF ALCHOL |
| L | 1240 | 257.6256-A | OD | UNDER 21 BAC | OUIL UNDERAGE BAC .02-.07 |
| M | 2576256-A | 257.6256-A | SD | BAC U/21 | OPERATING-MINOR WITH ANY BAC |
| M | 2576256B | 257.6256B | SD | OWI-2ND | OPERATED WHILE INTOXICATED/IMPAIRED/CONT SUB - 2ND OFFENSE |

**Exhibit A to Appendix 1**

**List of JIS Misdemeanor Charges and Description - SD and OD**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 1150 | 257.6257A1 | OD | OWI-OCC<16Y | OWI-OCCUPANT LESS THAN 16 YEARS (CHILD ENDANGERMENT) |
| M | 2576257A1 | 257.6257A1 | SD | OWI/OCC<16Y | OPERATING WHILE INTOXICATED-OCCUPANT LESS THAN 16 |
| M | 2576257B1 | 257.6257B1 | SD | OUI/OCC<16Y | OPERATING-MINOR W/ ANY BAC-OCCUPANT < 16 YRS |
| L | 017 | 257.6257B1 -(7A) | OD | CHILD ENDANG | CHILD ENDANGERMENT (OPER VEH UND INFL OF LIQ OR CON SUB W/CHI |
| M | 2576257B2 | 257.6257B2 | SD | OUI/OCC<16Y | OPERATING-MINOR W/ ANY BAC-OCCUPANT < 16 YRS-2ND OR SUBS.OFF |
| L | 021 | 257.625M1 | OD | .04-.07% BAC | OPERATED COMMERCIAL MOTOR VEHICLE WITH .04-.07% BLOOD ALCOHOL |
| L | 021.AT | 257.625M1 | OD | .04.07%BACAT | OPERATED CMV WITH .04-.07% BLOOD ALCOHOL CONTENT - ATTEMPTED |
| L | 1230 | 257.625M1 | OD | CMV BAC 4-7% | OPERATED COMMERCIAL MOTOR VEHICLE WITH BAC .04-.07% |
| M | 257625M1 | 257.625M1 | SD | CMV-BAC | CMV - OPERATE WITH A BAC .04 GRAMS BUT LESS THAN .08 GRAMS |
| M | 257625M4 | 257.625M4 | SD | CMV-BAC 2ND | CMV - OPERATE W/BAC OF .04 GRAM BUT LESS THAN .08 GRAMS - 2ND |
| M | 324801771B | 324.801771B | SD | WC-OUIL 2ND | MARINE SAFETY - OUIL/PER SE-2ND OFF. NOTICE |
| M | 324801771C-A | 324.801771C-A | SD | WC-OUIL-3RD | MARINE SAFETY - OUIL/PER SE-3RD OFF. NOTICE-MISDEMEANOR |
| M | 324801781B | 324.801781B | SD | WC-IMPAIRD-2 | MARINE SAFETY - OWI - 2ND OFFENSE NOTICE |
| M | 324801781C | 324.801781C | SD | WC-IMPAIR-3 | MARINE SAFETY - OWI - 3RD OFFENSE NOTICE |
| M | 324821281B | 324.821281B | SD | SN-OUIL 2ND | SNOWMOBILES-OUIL/UBAL-2ND OFFENSE NOTICE |
| M | 324821281C-A | 324.821281C-A | SD | SN-OUIL 3RD | SNOWMOBILES-OUIL/UBAL-3RD OFF. NOTICE-MISDEMEANOR |
| M | 324821291B | 324.821291B | SD | SN-IMPAIR 2 | SNOWMOBILES-OWI-2ND OFFENSE NOTICE |
| M | 324821291C | 324.821291C | SD | SN-IMPAIR | SNOWMOBILES-OWI-3RD OFFENSE NOTICE |

# EXHIBIT B TO APPENDIX 1

Exhibit B to Appendix 1

List of JIS Misdemeanor Charges and Description - ST and OT

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 665 | 29.34 | OT | NO HAUL LIC | CMV-FAIL TO CARRY HAULING LICENSE ON VEHICLE |
| M | 25711034 | 257.11034 | ST | INSUR-FALSE | INSURANCE-PRESENT FALSE EVIDENCE ON REGISTRATION TRANSFER |
| M | 25711035 | 257.11035 | ST | SOLIC INSURC | INSURANCE-USE PRIVILEGED INFO TO SOLICIT |
| M | 2571306 | 257.1306 | ST | MTR VEH REPA | MOTOR VEHICLE REPAIR FACILITY-NO REGISTRATION |
| M | 2571311 | 257.1311 | ST | MASTER MECHN | FAIL TO OBTAIN CERTIFICATION AS SPEC/MASTER MECHANIC |
| M | 25713172 | 257.13172 | ST | REP FAC PREV | MOTOR VEHICLE REPAIR FACILITY - HINDERING/PREVENTING INSPECT. |
| M | 2571338 | 257.1338 | ST | REP FAC 2ND | MOTOR VEHICLE REPAIR FACILITY ACT-2ND OFFENSE NOTICE |
| M | 25713531 | 257.13531 | ST | PRT DLR-FAIL | USED CAR PART DEALERS-FAILING TO RECORD MATERIAL MATTER |
| M | 25713532 | 257.13532 | ST | PRT DLR-FAIL | USED CAR PART DEALERS-FAIL TO RECORD MATERIAL MATTER-2ND |
| M | 25713541 | 257.13541 | ST | PRT DLR VIO | USED CAR PART DEALERS-GENERAL VIOLATIONS |
| L | 372 | 257.1855 | OT | FL/ACT/REDLT | FAIL TO ACTIVATE RED FLASHING LIGHTS ON SCHOOL BUS/EMERGENCY |
| M | 2571873 | 257.1873 | ST | SCHOOLS-TRAN | SCHOOLS-PUPIL TRANSPORTATION ACT VIOLATION |
| L | 900.6 | 257.1913 | ST | LIMO- MDOT | OPERATE LIMO WITHOUT MDOT PASSENGER TRANSPORTATION INSURANCE |
| L | 900.9 | 257.1917 | ST | LIMO REG FEE | OPERATING A LIMO/BUS WITHOUT PAYING REGISTRATION FEES |
| M | 25719291 | 257.19291 | ST | LIMOUSINES | LIMOUSINES-OPERATE W/O CERTIFICATE OF AUTHORITY/INSURANCE |
| M | 25719292 | 257.19292 | ST | LIMOUSINES | LIMOUSINES-COMMIT FRAUD/MISREPRESENTATION IN AN INSPECTION |
| M | 2571931 | 257.1931 | ST | LIMOUSINES | LIMOUSINES-LIMO CARRIER-REQUIRE/PERMIT OPERATOR/DRIVER VIOL. |
| L | 704.M | 257.208 | OT | DRIV RECORD | MAINTAINING OF RECORDS INVOLVING OPERATION COMMERCIAL VEH |
| M | 257215 | 257.215 | ST | UNREGISTERED | OPERATED - UNREGISTERED VEHICLE |
| L | 470 | 257.215 | OT | UNREG UNTLED | DRIVE UNREGISTERED OR UNTITLED VEHICLE |
| L | 470C | 257.215 | OT | UNREG CON ZO | DRIVE UNREGISTERED OR UNTITLED VEHICLE IN CON ZONE |
| L | 470S | 257.215 | OT | UNREG SCH ZO | DRIVE UNREGISTERED OR UNTITLED VEHICLE IN SCH ZONE |
| L | 476 | 257.215 | OT | NO TRALR PLT | NO PLATES ON TRAILER |
| L | 787 | 257.215217 | OT | FAIL/REG | FAIL TO REGISTER |
| M | 2572171 | 257.2171 | ST | TITLE APPLIC | TITLE APPLICATIONS-OMITTING INFORMATION |
| M | 257233 | 257.233 | ST | MV-PLATES | MOTOR VEHICLE - NEW REG APPS BY HOLDER OF ASSIGNED PLATES |
| M | 2572332 | 257.2332 | ST | CIRCUM.IMMOB | MOTOR VEH.-OBTAINING VEHICLE TO CIRCUMVENT IMMOBILIZATION |
| L | 9150 | 257.2332 | ST | CIRCUM IMMOB | OBTAINING VEHICLE TO CIRCUMVENT IMMOBILIZATION |
| M | 2572333 | 257.2333 | ST | AVOID FORF. | MOTOR VEH.-TRANSFER TO AVOID FORFEITURE |
| L | 9160 | 257.2333 | ST | AVOID FORF. | TRANSFER TO AVOID FORFEITURE |
| M | 2572334 | 257.2334 | ST | PERS USE TAX | SUBJECT TO TEMP REG.-TRANS TO PERSON NOT SUBJECT TO USE TAX |
| L | 9170 | 257.2334 | ST | TEMP REGIST | SUBJECT TO TEMP REGIS-TRANS.TO PERSON NOT SUBJECT TO USE TAX |
| L | 9190 | 257.2336 | OT | ILL ACQ VEH | ILLEGALLY ACQUIRED VEH. WHILE SUBJECT TO REGISTRATION DENIAL |
| M | 257234 | 257.234 | ST | MV-TITLE | MOTOR VEHICLE - FAIL TO TRANSFER TITLE |
| M | 257239 | 257.239 | ST | FAIL TO ENDO | MV-FAILING TO ENDORSE & DEL. CERT. OF TITLE TO TRANSFEREE |
| L | 471.2 | 257.239 | ST | CERT TITLE | CERTIFICATE OF TITLE FAILURE TO ENDORSE OR DELIVER |
| L | 473.2 | 257.244 | OT | DEALER PLATE | OPERATION OF VEHICLE BY MANUFACTURER, DEALER, OR TRANSPORTER |
| M | 257248 | 257.248 | ST | NO DEALER LC | MOTOR VEHICLE CODE - NO DEALER'S LICENSE |

**Exhibit B to Appendix 1**

**List of JIS Misdemeanor Charges and Description - ST and OT**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 896.3 | 257.248 | OT | DEALER LIC | DEALER LICENSE;INVESTIGATION;REPORT;BOND RENEWAL CERT; |
| L | 471.3 | 257.251 | ST | DEALER REC | DEALER RECORDS;MAINTENANCE;DELIVERY;CONDITIONS TO VALID SALE |
| M | 2572511 | 257.2511 | ST | DEALER RECRD | MOTOR VEHICLE CODE - VEH. DEALER FAIL TO MAINTAIN RECORDS |
| M | 25725117 | 257.25117 | ST | FOREIGN SALV | MVC-FOREIGN SALVAGE VEHICLE DEALER RECORDS |
| M | 2572513 | 257.2513 | ST | DEALER STMT | MOTOR VEHICLE CODE - DEALER STATEMENT TO BUYER |
| M | 2572515 | 257.2515 | ST | DEALER INSPC | MOTOR VEHICLE CODE - DEALER REFUSING INSPECTION |
| M | 2572516 | 257.2516 | ST | TRANSP RECRD | MOTOR VEHICLE CODE - DISTRESSED VEH. TRANSPORTER RECORDS |
| M | 2572517 | 257.2517 | ST | SALV POOL OP | MOTOR VEHICLE CODE - SALVAGE POOL OPERATOR RECORDS |
| M | 2572518 | 257.2518 | ST | USED VEH PRT | MOTOR VEHICLE CODE - USED VEHICLE PARTS DEALER RECORDS |
| M | 2572519 | 257.2519 | ST | SCRAP METAL | MOTOR VEHICLE CODE - SCRAP METAL PROCESSOR DEALER RECORDS |
| L | 474 | 257.255 | OT | EXP PLATES | EXPIRED PLATES CMV |
| M | 2572551 | 257.2551 | ST | LIC PLATE EX | EXPIRED OR NO LICENSE PLATES (COMMERCIAL VEHICLE ONLY) |
| L | 3500CMV | 257.2551 | OT | REG EXP-CMV | REGISTRATION AND/OR PLATE EXPIRED-CMV (MISD) |
| M | 257256 | 257.256 | ST | LIC PLATE IL | LICENSE PLATES/REGISTRATION/TITLE-UNLAWFUL USE |
| L | 473 | 257.256 | OT | IMP PLATES | IMPROPER PLATES |
| L | 473C | 257.256 | OT | IMP PLT CON | IMPROPER PLATES IN A CONSTRUCTION ZONE |
| L | 473S | 257.256 | OT | IMP PLT SCH | IMPROPER PLATES IN A SCHOOL ZONE |
| L | 475 | 257.256 | OT | NVR ACQ PLTS | NEVER ACQUIRED PLATES CMV |
| L | 477 | 257.256 | OT | AL OTH US VP | ALLOW ANOTHER TO USE HIS LICENSE PLATES |
| L | 664.1 | 257.256 | OT | UNLAWFUL PLT | UNLAWFUL DISPLAY OF PLATE ON COMMERCIAL VEHICLE |
| L | 489 | 257.257 | OT | ALT/FICT REG | DRIVE WITH ALTERED OR FICTITIOUS REGISTRATION |
| M | 257301 | 257.301 | ST | EXPIRED LIC | DROVE WHILE LICENSE NOT VALID, IMPROPER OR EXPIRED |
| L | 3010 | 257.301 | OT | LIC NOT VAL | DROVE WHILE LICENSE NOT VALID OR IMPROPER LICENSE |
| L | 3220 | 257.301 | OT | EXPIRED LIC | DROVE WHILE LICENSE EXPIRED |
| L | 449 | 257.301 | OT | LIC IMP/IMP | DROVE WHILE LICENSE NOT VALID OR IMPROPER LICENSE |
| L | 449.C | 257.301 | OT | LIC/NTVAL CN | DROVE WHILE LICENSE NOT VAILD OR IMPROPER LIC CON ZONE |
| L | 449.S | 257.301 | OT | LIC/NTVL SCH | DROVE WHILE LICENSE NOT VAILD OR IMPROPER LIC SCH ZONE |
| L | 451 | 257.301 | OT | DR LIC NVACQ | DRIVER'S LICENSE--NEVER  ACQUIRED |
| L | 452 | 257.301 | OT | DR LIC EXP | DRIVER'S LICENSE--EXPIRED |
| L | 454.M | 257.301 | OT | NO CHAUF LIC | NO CHAUFFEUR'S LICENSE |
| L | 455 | 257.3013 | OT | MORE 1 LIC | A PERSON SHALL NOT HAVE MORE THAN 1 VALID DRIVER'S LICENSE |
| M | 257306 | 257.306 | ST | LEARNER PRMT | MOTOR VEHICLES - LEARNER'S PERMIT VIOLATION |
| L | 3040 | 257.306 | OT | VIOL PERMIT | VIOLATION OF INSTRUCTION PERMIT |
| L | 460 | 257.306 | OT | STUDNT UNACC | STUDENT DRIVER UNACCOMPANIED |
| M | 25731010 | 257.31010 | ST | FORGED LICEN | DRIVER'S LICENSE - FORGED - POSSESSION |
| M | 257311 | 257.311 | ST | OPER WO LIC | OPERATING WITHOUT LICENSE ON PERSON |
| L | 3000 | 257.311 | OT | FL DSP LICEN | FAILED TO DISPLAY A VALID LICENSE |
| L | 451.S | 257.311 | OT | DR LIC NVACQ | DRIVER'S LICENSE NEVER ACQUIRED |

2

**Exhibit B to Appendix 1**

**List of JIS Misdemeanor Charges and Description - ST and OT**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 453 | 257.311 | OT | OPR LIC NOP | FAIL TO DISPLAY A VALID OPERATORS LICENSE - NOT ON PERSON |
| L | 453.C | 257.311 | OT | OPR NOP CON | FAIL TO DISPLAY A VALID OP LIC - NOT ON PERSON IN CONS ZONE |
| L | 453.S | 257.311 | OT | OPR NOP SH Z | FAIL TO DISPLAY A VALID OP LIC - NOT ON PERSON IN SCH ZONE |
| L | 464 | 257.311 | OT | REFU EXH LIC | REFUSAL TO EXHIBIT MOTOR  VEHICLE OPERATOR'S LICENSE |
| L | 465C | 257.311 | OT | NOP -OPR LIC | NO OPERATORS LICENSE ON PERSON |
| L | 465C | 257.311 | OT | NO OPR C ZON | FAIL TO DISPLAY VALID OPER LIC - NOT ON PERSON CONS ZONE |
| L | 465S | 257.311 | OT | NO OPR C ZON | FAIL TO DISPLAY VALID OPER LIC - NOT ON PERSON SCH ZONE |
| M | 257312 | 257.312 | ST | LIC RESTRICT | VIOLATION OF LICENSE RESTRICTIONS |
| L | 3030 | 257.312 | OT | CORR LENS | DROVE W/O CORRECTIVE LENS |
| L | 3050 | 257.312 | OT | VIO LIC REST | VIOLATION OF LICENSE RESTRICTIONS |
| L | 3060 | 257.312 | OT | VL REST LICN | VIOLATION OF RESTRICTED LICENSE |
| L | 466 | 257.312 | OT | DRV W/O LENS | FAIL TO WEAR CORRECTIVE LENSES |
| L | 483 | 257.312 | OT | VIO REST LIC | VIOLATION OF RESTRICTED  LICENSE |
| L | 487 | 257.312 | OT | VIO LIC REST | VIOLATION OF LICENSE RESTRICTION |
| L | 456.1 | 257.313 | OT | LOST LICENSE | LOSS, DESTRUCTION, MULTILATION OR ILLEGIBILITY LICENSE |
| M | 2573154 | 257.3154 | ST | IMP ADDRESS | OPERATOR'S LICENSE-IMPROPER CHANGE OF ADDRESS |
| L | 3630 | 257.3154 | OT | FRAUD CHG AD | FRAUDULENT CHANGE OF ADDRESS |
| M | 2573155 | 257.3155 | ST | IMP ADDRESS | OPERATOR'S LICENSE-IMPROPER CHANGE OF ADDRESS-2ND OR SUB OFF. |
| M | 257324 | 257.324 | ST | LIC FORG/ALT | OPERATING-LICENSE-FORGE/ALTER/FALSE ID |
| L | 3250 | 257.324 | OT | UNLW DSP LIC | UNLAWFUL USE OR DISPLAY OF LICENSE |
| L | 3260 | 257.324 | OT | ALT'D LICENS | ALTERED DRIVER LICENSE |
| L | 3270 | 257.324 | OT | FRAUD LICENS | FRAUD IN OBTAINING LICENSE |
| L | 3310 | 257.324 | OT | FLS INFO PO | GAVE FALSE INFORMATION TO POLICE OFFICER |
| L | 462 | 257.324 | OT | ALW U/D LIC | PERMIT ANOTHER TO USE AND  DISPLAY HIS LICENSE |
| L | 463 | 257.324 | OT | U/D FICT LIC | USE AND DISPLAY FICTITIOUS  OPERATOR/CHAUFFEUR LICENSE |
| L | 463.1 | 257.324 | OT | U/D LIC/ANTH | USE AND DISPLAY LICENSE BELONGING TO ANOTHER |
| L | 467 | 257.324 | OT | U/D OTH LIC | USE AND DISPLAY OPERATOR'S  LICENSE ISSUED TO ANOTHER |
| L | 481 | 257.324 | OT | FRAUD OBTLIC | FRAUD IN OBTAINING LICENSE |
| L | 485 | 257.324 | OT | DSPLY ALTLIC | DISPLAY ALTERED LICENSE |
| L | 488 | 257.324 | OT | FALSEINFO/ID | SUPPLY FALSE INFORMATION AND(OR) ID TO POLICE OFFICER |
| L | 488.C | 257.324 | OT | FALSE/ID CN | SUPPLY FALSE INFORMATION AND(OR) ID TO POLICE OFFICER CON ZON |
| M | 257325 | 257.325 | ST | UNLIC MIN OP | MOTOR VEHICLE - LET UNLICENSED MINOR OPERATE |
| M | 257326 | 257.326 | ST | PRMT ANOTHER | OPERATED - OWNER LET ANOTHER VIOLATE MOTOR VEHICLE CODE |
| L | 3280 | 257.326 | OT | ALW UNL DVR | ALLOWED PERSON TO DRIVE IN VIOLATION OF VEHICLE CODE |
| L | 459 | 257.326 | OT | AL DR NO LIC | ALLOWING UNLICENSED DRIVER TO DRIVE |
| M | 257328 | 257.328 | ST | FLS INSURANC | MOTOR VEHICLE CODE - PRODUCE FALSE EVIDENCE OF INSURANCE |
| L | 3120 | 257.328 | OT | FLS INS-MISD | FRAUDULENT/FALSE INSURANCE INFORMATION - MISDEMEANOR |
| L | 469 | 257.3281 | OT | FALS PRF INS | FRAUDULENT/FALSE INSURANCE INFORMATION- |

3

Exhibit B to Appendix 1

List of JIS Misdemeanor Charges and Description - ST and OT

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 469.AT | 257.3284 | OT | FALSPFINS-AT | FRAUDULENT/FALSE INSURANCE INFORMATION-ATTEMPT |
| L | 2510 | 257.602 | OT | DISOBEY P.O. | DISOBEYED POLICE OFFICER DIRECTING TRAFFIC FLOW |
| M | 257602 | 257.602 | ST | DISOBEY P.O. | DISOBEY POLICE OFFICER-REFUSAL TO OBEY TRAFFIC ORDER |
| L | 363 | 257.602 | OT | DIS OFF SIGL | DISREGARD OFFICER'S SIGNAL |
| L | 363.A | 257.602 | OT | ACCIDENT-363 | ACCIDENT-DISREGARD OFFICER'S SIGNAL |
| L | 363.AT | 257.602 | OT | OFFSIG-ATMPT | DISREGARD OFFICERS SIGNAL - ATTEMPTED |
| L | 363.C | 257.602 | OT | DIS OFF SIGL | DISREGARD OFFICER'S SIGNAL IN A CON ZONE |
| L | 363.S | 257.602 | OT | DIS OFF SIGL | DISREGARD OFFICER'S SIGNAL IN A SCHOOL ZONE |
| L | 363.1 | 257.602 | OT | DIS OFF/PED | PEDESTRIAN DISOBEY OFFICER'S SIGNAL |
| L | 654 | 257.602 | OT | FL STOP REQ | FAILED TO STOP UPON REQUEST |
| M | 257603 | 257.603 | ST | EMERG VEHICL | EMERGENCY VEHICLE VIOLATIONS |
| L | 2710 | 257.603 | OT | IMPR EMG VEH | IMPROPER OPERATION - EMERGENCY VEHICLE |
| M | 257612 | 257.612 | ST | UNSAFE APPRO | MOTOR VEHICLE - UNSAFELY APPROACH WHEELCHAIR USER IN X-WALK |
| L | 2630 | 257.612 | OT | FTY-BLIND | FAILED TO YIELD TO HANDICAPPED/BLIND |
| M | 257615 | 257.615 | ST | TRF DEV OBST | TRAFFIC DEVICES-IMITATION/OBSTRUCTION |
| M | 257616 | 257.616 | ST | INTERF TR DE | TRAFFIC DEVICES-REMOVAL/INJURY |
| L | 356 | 257.617 | OT | LV SCN PIACC | LEAVE SCENE OF ACCIDENT - PERSONAL INJURY |
| L | 1630 | 257.618 | OT | FL STP-PD AC | FAILED TO STOP OR IDENTIFY AFTER P.D. ACCIDENT |
| L | 1640 | 257.618 | OT | FLS INFO PD | GAVE FALSE INFO - PROPERTY DAMAGE ACCIDENT |
| M | 257618 | 257.618 | ST | FTS PROPERTY | FAIL TO STOP-PROPERTY DAMAGE ACCIDENT |
| L | 350 | 257.618 | OT | FL STP/ID PD | FAIL TO STOP OR IDENTIFY AFTER PD ACCIDENT |
| L | 350.AT | 257.618 | OT | PD ACC-ATMPT | FL TO STOP OR IDENTIFY PD ACC - ATTEMPTED |
| L | 355 | 257.618 | OT | LV SCN PDACC | LEAVE SCENE OF ACCIDENT - PROPERTY DAMAGE |
| L | 355.AT | 257.618 | OT | LVSCNPD-ATMT | LEAVE SCENE OF ACCIDENT - PROPERTY DAMAGE - ATTEMPTED |
| L | 358 | 257.618 | OT | GV FLS IF AC | GIVE FALSE INFORMATION REGARDING ACCIDENT |
| L | 358.1 | 257.619 | OT | FL TO PRO IN | FAIL TO PROVIDE INFO REGARDING ACCIDENT |
| L | 359 | 257.619 | OT | GV INF/AID | ACCIDENT-GIVING INFORMATION AND AID |
| M | 257620 | 257.620 | ST | ACC FTS COLL | FAILURE TO STOP AFTER COLLISION |
| M | 257621 | 257.621 | ST | ACC FIXTURES | FAILURE TO REPORT ACCIDENT TO FIXTURES |
| L | 1650 | 257.622 | OT | FAIL TO REPT | FAILED TO REPORT ACCIDENT |
| M | 257622 | 257.622 | ST | FAIL RPT ACC | FAILURE TO REPORT ACCIDENT |
| L | 352 | 257.622 | OT | FL REPT ACCD | FAIL TO REPORT ACCIDENT |
| L | 357 | 257.622 | OT | GK FL RPT AC | GARAGE KEEPER FAILURE TO REPORT ACCIDENT |
| M | 257623 | 257.623 | ST | GARAGE KEEPR | MOTOR VEHICLE - ACCIDENTS/GARAGE KEEPER FAIL TO REPORT |
| L | 640.S | 257.625 | OT | OPNALCVEH DR | OPEN ALCOHOL IN A MOTOR VEHICLE-DRIVER (SCHOOL ZONE) |
| L | 008.2AT | 257.6253 | OT | OWVI ATTEMPT | OPERATING WHILE VISIBLY IMPAIRED-ATTEMPTED |
| L | 019 | 257.6258 | OT | OPER W/DRUGS | OPERATING WITH ANY PRESENCE OF DRUGS |
| L | 106 | 257.626 | OT | RECKLESS DRV | RECKLESS DRIVING |

4

Exhibit B to Appendix 1

**List of JIS Misdemeanor Charges and Description - ST and OT**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 106.AT | 257.626 | OT | RD-ATTEMPTED | RECKLESS DRIVING - ATTEMPTED |
| L | 1800 | 257.626 | OT | RECKLESS DRV | RECKLESS DRIVING |
| M | 257626 | 257.626 | ST | RECKLESS DRV | RECKLESS DRIVING |
| M | 257675 | 257.675 | ST | DISABLED PER | MOTOR VEHICLE-DISABLED PERSONS VIOLATIONS |
| M | 2576985 | 257.6985 | ST | FLASHING LTS | MOTOR VEHICLE - USE/POSSESSION OF FLASHING LIGHTS |
| L | 2720 | 257.6985 | OT | IM OPR EQUIP | IMPROPER OPERATION - EMERGENCY EQUIPMENT |
| M | 2576986 | 257.6986 | ST | EMERG VEHICL | MOTOR VEHICLE - SALE FLASH LIGHTS/UNAUTH USE OF EMERGENCY VEH |
| M | 2576987 | 257.6987 | ST | FLASH LITES | MOTOR VEHICLE - FLASH LIGHTS-IMPROPER USE BY SECURITY GUARD |
| M | 2577096 | 257.7096 | ST | NO DEFROSTER | CMV - NO WINDSHIELD DEFROSTERS |
| L | 652 | 257.715 | OT | REF VEH INSP | REFUSED VEHICLE INSPECTION |
| L | 657.A | 257.718 | OT | FL SECU ACCD | FAILED TO SECURE LOAD TO BODY OR FRAME ACCIDENT |
| L | 657.C | 257.718 | OT | FL SEC LD CZ | FAILED TO SECURE LOAD TO BODY OR FRAME IN CONSTRUCTION ZONE |
| L | 411 | 257.720 | OT | CONTLBLE SPL | CONTENTS LIABLE TO SPILL |
| L | 431 | 257.720 | OT | SPILCONT HAZ | SPILL CONTENTS IN STREET- HAZARDOUS |
| L | 431.A | 257.720 | OT | ACCIDENT-431 | ACCIDENT-SPILL CONTENTS IN STREET- HAZARDOUS |
| L | 432 | 257.720 | OT | SPILCNT NHAZ | SPILL CONTENTS IN STREET- NON/HAZARDOUS |
| L | 432.A | 257.720 | OT | ACCIDENT-432 | ACCIDENT-SPILL CONTENTS IN STREET- NON/HAZARDOUS |
| L | 433 | 257.720 | OT | UNSECURE LD | FAILED TO SECURE LOAD OR CONTENTS (TOWED VEHICLE) |
| L | 433.A | 257.720 | OT | INSECE LD AC | FAILED TO SECURE LOAD OR CONTENTS ACCIDENT |
| L | 653 | 257.720 | OT | FL TARP LOAD | FAILED TO TARP LOAD |
| L | 657 | 257.720 | OT | FL SECU LOAD | FAILED TO SECURE LOAD TO BODY OR FRAME |
| M | 2577201 | 257.7201 | ST | SPILL LOAD | MOTOR VEHICLE - SPILLING LOAD ON HIGHWAY |
| M | 2577203 | 257.7203 | ST | SECURE LOAD | MOTOR VEHICLE - SECURING LOADS |
| M | 2577205 | 257.7205 | ST | CARRY LOGS | MOTOR VEHICLE - CARRYING LOGS OR TUBULAR PRODUCTS |
| M | 2577209 | 257.7209 | ST | FRONT END LD | MOTOR VEHICLES - W/ FRONT END LOADER DRIVING W/ PROTRUD TINE |
| L | 534.M | 257.721 | OT | NO/TOW/CHAIN | NO TOW SAFETY CHAINS ON TOWED VEHICLE |
| M | 257722 | 257.722 | ST | OVERWT TRCKS | MOTOR VEHICLE CODE - OVERWEIGHT TRUCKS |
| L | 705.M | 257.723 | OT | TRK/NO SIGN | FAIL TO DISPLAY NAME AND ADDRESS ON TRUCK -BUS-LIMO |
| L | 3700 | 257.724 | OT | BYPASS SCALE | FAILED TO SUBMIT TO TRUCK WEIGHING WHEN REQUIRED |
| L | 700.M | 257.724 | OT | OVRWGHT VEH | OVERWEIGHT VEHICLE - MISDEMEANOR |
| M | 2577247 | 257.7247 | ST | WEIGH SUBMIT | MOTOR VEHICLE CODE - FAIL TO SUBMIT TO A WEIGHING |
| L | 461 | 257.904 | OT | DR REVKD LIC | DRIVE WITH REVOKED LICENSE |
| M | 2579047 | 257.9047 | ST | CMV - DWLS | CMV-OPERATING W/ SUSP/REVOKED/VEHICLE GROUP DESIGNATIONS |
| L | 3205 | 257.9047 | OT | CMV LIC SUSP | DRIVING CMV WHILE COMMERCIAL DRIVER LIC SUSP/REV/DENIED/CANC |
| L | 482.2 | 257.9047 | OT | DR SUSP CMV | DRIVE CMV WHILE COMM DRIVER LICENSE SUSP/REV/DENIED OR CANCEL |
| L | 751 | 324.435321 | ST | FISH W/O LIC | FISH OR POSSESS FISH WITHOUT LICENSE |
| L | 757 | 324.487031 | OT | FISH 3 LINES | FISHING WITH MORE THAN TWO LINES (THREE) |
| L | 665.6 | 397.67 | OT | VIO HZ ROUTE | ROUTING OF NON-RADIOACTIVE HAZARDOUS MATERIALS |

**Exhibit B to Appendix 1**

**List of JIS Misdemeanor Charges and Description - ST and OT**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 339.4 | 462.273 | OT | DR ON RR YRD | DRIVE UPON YARD OF RAILROAD |
| L | 669.1 | 476.1 | ST | CMV-CERT | MOTOR CARRIER OPERATION VIOLATION - HAUL FOR HIRE |
| L | 650.2 | 478.2 | OT | CMW FEE VIOL | CMW - INTRASTATE FEE VIOLATION |
| L | 650.3 | 478.7 | OT | FAIL TO REG | FAILURE TO REGISTER UNDER (UCR) |
| L | 650.1 | 479.16 | OT | UNPAID UCR | FAILURE TO PAY/UNIFIED CARRIER REGISTRATION FEES (UCR) |
| L | 469.1 | 500.3102 | ST | SECURITY FL | MOTOR VEHICLE - OPERATE WITHOUT SECURITY |
| L | 907 | 750.167 | OT | DISORDLY PER | DISORDERLY PERSON |
| M | 257312E1 | 257.312E1 | ST | LICENSE DESG | CMV-OPERATING W/O PROPER VEHICLE GROUP DESIGNATOR |
| L | 3027D | 257.312E1 | OT | CMV W/O DES | DRIVING A CMV WITHOUT PROPER DESIGNATOR |
| M | 257312E2 | 257.312E2 | ST | CMV LIC INDO | CMV-OPERATING W/O PROPER VEHICLE INDORSEMENT |
| L | 3027E | 257.312E2 | OT | CMV W/O END | DRIVING A CMV WITHOUT PROPER ENDORSEMENT |
| M | 257312E9 | 257.312E9 | ST | CMV AGRICULT | CMV - OPERATING FOR AGRICULTURAL PURPOSES W/O F VEHICLE ENDOR |
| M | 257312E10 | 257.312E10 | ST | CMV HAZ ARG | CMV - CARRYING HAZARDOUS MATERIALS FOR AGRICULTURAL PURPOSES |
| L | 019.C | | OT | OPER W/DRUGS | OPERATING WITH ANY PRESENCE OF DRUGS -CITY |
| L | 023.C | | OT | PBT-REF CITY | PRELIMINARY BREATH TEST REFUSAL-OPERATE COMMERCIAL MOTOR-CITY |
| M | 2572336 | | ST | REG DENIAL | MV-ACQUIRE DURING LICENSE/REGIS DENIAL FOR MULTIPLE OUIL/SUSP |
| L | 339.5 | | OT | TRAIN/OBSTRU | MAXIMUM PERIOD OF TIME TRAINS MAY OBSTRUCT STREETS |
| L | 447 | | OT | MREP/USE/ID/ | MISREPRESENTATION OF ID/USED SOMEONE ELSE'S IDENTIFICATION/ |
| L | 454.3 | | OT | OPER W/O LIC | OPERATING A VEHICLE WITHOUT A LICENSE |
| L | 456 | | OT | ILGB/DEF LIC | ILLEGIBLE OR DEFACED LICENSE,LOSS,ETC... |
| L | 456.C | | OT | ILGB/DEF LIC | ILLEGIBLE OR DEFACED LICENSE IN CON ZONE |
| L | 484 | | OT | REFU SUR LIC | REFUSE TO SURRENDER DRIVER'S LICENSE |
| L | 489.1 | | ST | GREAT SEAL | GREAT SEAL; IMPRESSION ON CERTAIN DOCUMENTS |
| L | 542.1 | | OT | ILL LIGHTS | ILLEGALLY USING POLICE LIGHTS |
| L | 640.CM | | OT | OPNALC-CITY | OPEN ALCOHOL IN A MOTOR VEHICLE - CITY (DRIVER ALLOW INTOX) |
| L | 643 | | OT | IMP WRECKING | UNDUE HAZARDS TO PUBLIC/WORKMEN-FAIL TO USE GOOD PRACTICES |
| L | 663 | | OT | FUEL TAXPRMT | CMV-NO MOTOR FUEL TAX PERMIT |
| L | 664 | | OT | NO MPSC ID | CMV-NO VALID MPSC CARD, PLATE, OR 24HR TEMPORARY ID CARD |
| L | 668.2 | | ST | CMV-CITY PER | VEHICLES OVER 8000 POUNDS MUST HAVE A CITY PERMIT |
| L | 686 | | OT | SPDOVR 25MPH | SPEEDING OVER 25 MILES PER HOUR - STATE PARK |
| L | 687 | | OT | VEH PRO AREA | OPERATE/PARK VEHICLE NOT ON ROAD,PARK OR PARKING LOT |
| L | 687.1 | | OT | TRAILER PRO | PROHIBITS VEH HAULING A SECOND VEH WITHIN ANY PARKS OR PUBLIC |
| L | 714 | | OT | HANDICAPCERT | USE HANDICAP CERTIFICATE OF ANOTHER PERSON |
| L | 752 | | OT | FISH LIC VIO | OTHER FISHING LICENSE VIOLATIONS |
| L | 752.1 | | ST | PROHIBITED | POSSESSION OF BLACK BASS OR OTHER FISH DURING CLOSED SEASON |
| L | 753 | | OT | OVR LMT FISH | POSSESS OVER LIMIT OF FISH |
| L | 754 | | OT | FISH ILL DEV | FISH WITH ILLEGAL DEVICE |
| L | 755 | | OT | UNDSIZE FISH | TAKE UNDERSIZED FISH |

Exhibit B to Appendix 1

**List of JIS Misdemeanor Charges and Description - ST and OT**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 756 | | OT | FISH LN UNTD | FISHING LINES UNATTENDED |
| L | 759 | | OT | MISC FSH VIO | MISCELLANEOUS FISHING VIOLATIONS |
| L | 787.1 | | OT | FL/POS/UNEX | FAILURE TO POSSESS UNEXPIRED REGISTRATION |
| L | 831 | | OT | OBS/STR CAR | OBSTRUCTING STREET CAR |
| L | 833 | | OT | STR CAR/TRAC | NO PERSON SHALL RIDE SKATEBRD OR SIMILAR DEVICE ON RAIL TRACK |
| L | 836 | | OT | ST CAR/HIDER | HINDERING OR IMPEDING EMPLOYEES OF THE STREET CAR SYSTEM |
| L | 837 | | OT | LEAVE VEHICL | REFUSE TO LEAVE PUBLIC TRANSPORTATION UPON DIRECTION |
| L | 838 | | OT | EATING/BUS | UNLAWFUL FOR ANY PERSON TO EAT/DRINK ANY FOOD ON BUS |
| L | 869 | | OT | OP/TX/WO/INS | OPERATE TAXI WITHOUT INSURANCE |
| L | 895 | | OT | REM VEH IMM | REM VEH AFTER IMMOBILIZATION |
| L | 898.1 | | OT | DISABLED VEH | DISABLED OR ACCIDENT VEHICLE |
| M | 2571318A | 257.1318A | ST | REPAIR FACIL | MV REPAIR FACILITY-RECORDS OF USED OR RECONDITIONED AIR BAGS |
| L | 984.4 | 257.1318A | OT | RECORDS | RECORDS OF AIR BAG SALES, PURCHASES, OR ACQUISITIONS;MAINTAIN |
| M | 257217C | 257.217C | ST | TITLE VIOLAT | SALVAGE OR SCRAP TITLE VIOLATIONS |
| M | 2572226A | 257.2226A | ST | FLS TL > 1YR | COUNTERFEIT TITLE-1 OR MORE YRS PUNISHABLE |
| M | 2572226B | 257.2226B | ST | FLS TL < 1YR | COUNTERFEIT TITLE-NOT > 1 YR PUNISHABLE |
| M | 257226A | 257.226A | ST | TEMP REG PLT | TEMPORARY REGISTRATION PLATE VIOLATIONS |
| L | 471.4 | 257.226A | OT | TEMP REG PL | TEMPORARY REGISTRATION PLATES OR MARKERS |
| L | 471.1 | 257.233  257.234 | ST | FL REG/TITLE | FAIL TO TRANSFER/ OR PRESENT REG OR TITLE FOR VEH;ODOMETER MI |
| L | 9180 | 257.233(6) | OT | NEW REG APP | NEW REGIS. APPLICATIONS BY HOLDER OF ASSIGNED PLATES |
| M | 257233A1 | 257.233A1 | ST | ODOMETER DIS | MOTOR VEHICLE - ODOMETER DISCLOSURE STATEMENTS |
| M | 257233A11 | 257.233A11 | ST | ODOMETER STA | MOTOR VEHICLE - DEALER FAIL TO RETAIN ODOMETER STATEMENTS |
| M | 257233A12 | 257.233A12 | ST | LESSEE ODOM | MOTOR VEHICLE - LESSOR'S FAIL TO KEEP LESSEE ODOMETER ST. |
| M | 257233A13 | 257.233A13 | ST | SAV POOL OPR | AUCTION DEALER/SALVAGE POOL OPERATOR'S FAIL KEEP RECORDS |
| M | 257233A3-A | 257.233A3A | ST | DEALER ODOM | DEALER FAIL CERT. TITLE/ODOMETER STATEMENT TO TRANSFEREE |
| M | 257233A3-B | 257.233A3B | ST | SIGN ODOMETR | SIGN. ODOMETER STATEMENT AS TRANSFEROR & TRANSFEREE |
| M | 257233A4 | 257.233A4 | ST | ODOMETER STM | MOTOR VEHICLE - DEALER OBTAINING ODOMETER STATEMENT |
| M | 257233A8 | 257.233A8 | ST | LESSOR TRANS | MOTOR VEHICLE - NOTIFYING LESSOR OF VEHICLE TRANSFER |
| M | 257233A9 | 257.233A9 | ST | ODOMETER STM | MOTOR VEHICLE - LESSEE'S FAIL TO GIVE ODOMETER STATEMENT |
| M | 2573107C | 257.3107C | ST | DRV LIC-FORG | DRIVER'S LICENSE-FORGING W/INTENT TO COMMIT CRIME (<6 MONTHS) |
| M | 257312A | 257.312A | ST | MTRCYCLE END | MOTORCYCLES/MOPEDS OPERATING WITHOUT ENDORSEMENT |
| L | 3011C | 257.312A | OT | NO CYCLE END | DROVE WITHOUT CYCLE ENDORSEMENT |
| L | 454.2 | 257.312A | OT | DR W/O CYC E | DROVE WITHOUT CYCLE ENDORSEMENT/NO MOPED LICENSE |
| L | 453.1 | 257.312E | OT | CMV LC NVACQ | DROVE CMV W/O OBTAINING A COMMERICAL DRIVER LICENSE |
| L | 453.2 | 257.312E | OT | CMV NOP | DROVE CMV WITH NO LICENSE IN POSSESSION |
| L | 453.3 | 257.312E | OT | CMV NO ENDOR | DROVE CMV W/O PROPER ENDORSEMENT OR DESIGNATOR |
| L | 702.1 | 257.312E | OT | CMV-GRP DESI | CMV - GROUP DESIGNATION |
| M | 257312G | 257.312G | ST | CMV-TRAN HAZ | CMV-TRANSPORTING HAZARDOUS MATERIAL W/O LICENSE ENDORSEMENT |

Exhibit B to Appendix 1

**List of JIS Misdemeanor Charges and Description - ST and OT**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 022 | 257.319D | OT | DR CMV -DOSO | DROVE COMMERCIAL MOTOR VEHICLE DURING OUT OF SERVICE ORDER |
| L | 022.AT | 257.319D | OT | DRCMVDOSO AT | DROVE COMMERCIAL MOTOR VEHICLE DURING OUT OF SERVICE ORDER AT |
| L | 3240M | 257.319D | OT | OUT SERV ORD | DROVE CMV DURING OUT OF SERVICE ORDER - NON-HAZARDOUS (MISD) |
| L | 3241M | 257.319D | OT | OUT SERV ORD | DROVE CMV DURING OUT OF SERVICE ORDER - HAZARDOUS/BUS (MISD) |
| M | 257321A | 257.321A | ST | FAC/TRAF CIT | TRAFFIC CITATION/FAILURE TO APPEAR |
| L | 018.2 | 257.322A | OT | BAIID-REMVAL | IGNITION INTERLOCK DEVICE - UNAUTHORIZED REMOVAL |
| L | 9110 | 257.322A | OT | BAIID-REMVAL | IGNITION INTERLOCK DEVICE - UNAUTHORIZED REMOVAL |
| L | 669 | 257.324H | OT | REFUSED/ID | CMV-REFUSED TO IDENTIFY SELF WHILE UNDER INVESTIGATION |
| L | 1801 | 257.601B2 | OT | WRK ZONE INJ | FAIL TO USE DUE CARE/CAUTION-INJURY IN A WORK ZONE |
| L | 1803 | 257.601C2 | OT | INJ HUSB OPR | FAIL TO USE DUE CARE/CAUTION-INJURY TO HUSBANDRY OPERATOR |
| L | 110 | 257.601D1 | ST | MV-DEATH | MOVING VIOLATION CAUSING DEATH |
| L | 1725 | 257.601D1 | ST | MV-DEATH | MOVING VIOLATION CAUSING DEATH |
| L | 110.1 | 257.601D2 | OT | MV-SER IMPAI | MOVING VIOLATION SERIOUS IMPAIRMENT OF BODY FUNCTION |
| L | 1730 | 257.601D2 | OT | MV-SER IMPAI | MOVING VIOLATION CAUSING SERIOUS IMPAIRMENT OF BODY FUNCTION |
| M | 257602A | 257.602A | ST | FAIL OFFICER | FAILURE TO OBEY OFFICER'S SIGNAL (MOTOR VEHICLE CODE) |
| L | 006 | 257.602-A | OT | FLEE & ELUDE | FLEEING AND ELUDING  (FOLDER CASE) |
| L | 006.AT | 257.602-A | OT | FLEELU-ATMPT | FLEEING AND ELUDING - ATTEMPTED (FOLDER CASE) |
| L | 610.M | 257.612(4) | ST | PED INJURY | PED CROSSING-PRECAUTIONS TO AVOID INJURY TO WHEELCHAIR/DEVICE |
| L | 2420 | 257.613D | OT | X-ING GUARD | DISOBEYED SCHOOL CROSSING GUARD |
| M | 257613D | 257.613D | ST | SCHL XING GD | SCHOOL CROSSING GUARDS - FAIL TO STOP FOR |
| L | 368.1 | 257.613D | ST | DIS CRO GRD | FAIL TO STOP FOR SCHOOL CROSSING GUARD |
| M | 257616A2A | 257.616A2A | ST | PREEMPT DEV | PORTABLE SIGNAL PREEMPTION DEVICE-POSSESSION |
| L | 1610 | 257.617A | OT | PI ACC-MISD | FAILED TO STOP OR IDENTIFY AFTER P.I. ACCIDENT - MISDEMEANOR |
| L | 1620 | 257.617A | OT | FLSE INFO-PI | GAVE FALSE INFO - PERSONAL INJURY ACCIDENT |
| M | 257617A | 257.617A | ST | FTS PI ACC | FAIL TO STOP-PERSONAL INJURY ACCIDENT |
| L | 351 | 257.617A | OT | FL STP/ID PI | FAIL TO STOP OR IDENTIFY AFTER PI ACCIDENT |
| L | 351.AT | 257.617A | OT | PI ACC-ATMPT | FL TO STOP OR IDENTIFY PI ACC - ATTEMPTED |
| L | 356.AT | 257.617A | OT | LVSCNPI-ATMT | LEAVE SCENE OF ACCIDENT - PERSONAL INJURY - ATTEMPTED |
| L | 1300 | 257.624A | OT | OPEN INTOX D | OPEN INTOXICANTS IN VEHICLE-DRIVER |
| L | 1306 | 257.624A | OT | OPEN INTOX P | OPEN INTOXICANTS IN VEHICLE-PASSENGER |
| M | 257624A | 257.624A | ST | DRVR OPN INX | ALCOHOL-OPEN CONTAINER IN VEHICLE |
| L | 1307 | 257.624B1 | OT | TRANS/POSSES | PERSON UNDER 21 TRANSPORT/POSSESS IN VEHICLE (DRIVER) |
| L | 1308 | 257.624B1 | OT | TRANS/POSSES | PERSON UNDER 21 TRANSPORT/POSSESS IN VEHICLE (PASSENGER) |
| M | 257624B1 | 257.624B1 | ST | ALC/<21 POSS | ALCOHOL-POSSESSION BY MINOR IN A MOTOR VEHICLE |
| M | 257624B4 | 257.624B4 | ST | TRANS/IMPOUN | MOTOR VEHICLE - TRANSFER TO AVOID IMPOUNDMENT |
| L | 640 | 257.625/257.624 | OT | OPNALCVEH DR | OPEN ALCOHOL IN A MOTOR VEHICLE - DRIVER |
| L | 640.1 | 257.625/257.624 | OT | OPNALCVEH PA | OPEN ALCOHOL IN A MOTOR VEHICLE - PASSENGER |
| L | 018.1 | 257.6251L | ST | BAIID-IMPROP | OPERATING W/O IGNITION INTERLOCK DEVICE PROPERLY INSTALLED |

Exhibit B to Appendix 1
List of JIS Misdemeanor Charges and Description - ST and OT

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| M | 2576252-A | 257.6252A | ST | ALLOW OWI | ALLOW INTOXICATED PERSON TO OPERATE MOTOR VEHICLE |
| L | 008.2 | 257.6252-A | OT | ALLOW OWVI | ALLOW PERSON TO OPERATE WHILE VISIBLY IMPAIRED |
| L | 012 | 257.6252-A | OT | ALLINTPEROPR | ALLOW PERSON UNDER INFLUENCE OF ALCOHOL TO OPERATE |
| L | 012.AT | 257.6252-A | OT | AIPO-ATTEMPT | ALLOW PERSON UNDER INFLUENCE OF ALCOHOL TO OPERATE - ATTEMPTE |
| L | 012.C | 257.6252-A | OT | ALLINTPEROPR | ALLOW PERSON UNDER INFLUENCE OF ALCOHOL TO OPERATE- CITY |
| L | 013 | 257.6252-A | OT | APUICSO | ALLOW PERSON UNDER THE INFLUENCE OF CONTROLLED SUBSTANCE TO O |
| L | 013.AT | 257.6252-A | OT | APUICSOATMPT | ALLOW PERSON UNDER INFLUENCE OF CONTROLLED SUBSTANCE TO OPERA |
| L | 1340 | 257.6252-A | OT | ALW DRK/DRUG | ALLOWED PERSON UNDER INFL ALC/CONTR OR INTOX SUBS TO OPERATE |
| L | 023 | 257.625A5 | OT | PBT -REFUSAL | PRELIMINARY BREATH TEST REFUSAL - OPERATING COMMERCIAL MOTOR |
| L | 023.AT | 257.625A5 | OT | REFUSEPBT-AT | PBT REFUSAL - OPERATING COMMERCIAL MOTOR VEHICLE - ATTEMPTED |
| L | 1310 | 257.625A5 | OT | PBT - CMV | PRELIMINARY BREATH TEST REFUSAL IN CMV |
| M | 257625A5 | 257.625A5 | ST | CMV-PBT REF | CMV - PBT REFUSALS |
| M | 257625K10 | 257.625K10 | ST | IGN INTERLCK | IGN INTRLCK DEV-MANUF/LAB-NEG FAIL TO NOTIFY SOS NONCONF DEV |
| M | 257625K8 | 257.625K8 | ST | IGN INTERLCK | IGNITION INTRLCK DEV-MANUF/LAB-NEG PROVIDE FALSE INFO TO SOS |
| M | 257625L | 257.625L | ST | IGN DEV VIOL | IGNITION INTERLOCK DEVICE VIOLATIONS |
| L | 9100 | 257.625L | ST | IGNIT.INTLCK | IGNITION INTERLOCK DEVICE VIOLATIONS |
| L | 9120 | 257.625L | ST | BAIID-IMPROP | OPERATING W/O IGNITION INTERLOCK DEVICE PROPERLY INSTALLED |
| M | 257625N10-A | 257.625N10-A | ST | OUIL-DISPOSL | OUIL-DISPOSAL OF VEHICLE TO AVOID FORFEITURE |
| L | 010 | 257.626A | OT | DRAG RACING | DRAG RACING |
| L | 010.AT | 257.626A | OT | DRGRAC-ATMPT | DRAG RACING - ATTEMPTED |
| L | 010.C | 257.626A | OT | DRA RAC CON | DRAG RACING CONSTRUCTION ZONE |
| L | 010.1 | 257.626A | OT | DRAG RACE PA | DRAG RACING - PASSENGER |
| L | 010.2 | 257.626A | OT | DRG/RCE/SPEC | RENDER ASSISTANCE TO DRAG RACE IN ANY MANNER - SPECTATOR |
| L | 1820 | 257.626A | OT | DRAG RACING | DRAG RACING |
| M | 257626A | 257.626A | ST | DRAG RACING | DRAG RACING |
| L | 1806 | 257.653A2 | OT | USE CARE/CAU | FAIL TO USE DUE CARE & CAUTION FOR STATIONARY EMERG.RESPONDER |
| M | 257653A2 | 257.653A2 | ST | EMERG VEH. | FAIL TO USE DUE CARE - PASSING STATIONARY EMERG. VEHICLE |
| L | 108.CMV | 257.653B | OT | FL YD-WASTE | FAIL TO YIELD TO STATIONARY SOLID WASTE VEHICLE |
| L | 1809 | 257.653B | OT | CARE/CAUTION | FAIL TO USE CARE/CAUTION FOR WASTE/UTITLITY/ROAD MAINT VEH |
| L | 196.1 | 257.653B | OT | CARE/CAUTION | FAIL TO USE CARE/CAUTION FOR WASTE/UTITLITY/ROAD MAINT VEH |
| M | 25767516C | 257.67516C | ST | DISABLED PER | DISABLED PERS-COPY/FORGE CERTIFICATE OF ID/WINDSHIELD PLACARD |
| M | 257677A | 257.677A | ST | SNOW HIGHWAY | SNOW ON HIGHWAY - OBSTRUCTING VISION |
| L | 997.2 | 257.677A | OT | SNOW HIGHWAY | OBSTRUCTION OF VISION BY REMOVAL/DEPOSIT OF SNOW/ICE/SLUSH |
| L | 542 | 257.698B5 | OT | EMERG LIGHTS | IMPROPER USE OF OR UNAUTHORIZED EMERGENCY LIGHTS |
| L | 656 | 257.724(7) | OT | REF DRWGHSTA | REFUSED TO DRIVE TO WEIGHING STATION |
| M | 257728D | 257.728D | ST | IMP DISPOSAL | CITATIONS-FALSIFY/IMPROPER DISPOSAL |
| L | 650 | 257.8011,257.215 | OT | IMP FEE PAID | DROVE VEHICLE FOR WHICH IMPROPER FEE PAID |
| M | 2579041B | 257.9041B | ST | DWLS | DROVE WHILE LICENSE SUSPENDED, REVOKED, DENIED |

Exhibit B to Appendix 1

**List of JIS Misdemeanor Charges and Description - ST and OT**

| Rec-Type | Charge | Charge Code | Case Type | Short Description | Long Description |
|---|---|---|---|---|---|
| L | 3200 | 257.9041B | OT | DWLS | DROVE WHILE LICENSE SUSP/REV/DENIED |
| L | 450 | 257.9041B | OT | LIC DENIED | DROVE WHILE LICENSE DENIED |
| L | 482 | 257.9041B | OT | DR LIC SUSP | DRIVE WHILE LICENSE SUSPENDED |
| L | 482.C | 257.9041B | OT | DR LIC SUSP | DRIVE WHILE LICENSE SUSP CONSTRUCTION ZONE |
| L | 482.RO | 257.9041B | OT | DR SUSP R/O | DRIVE WHILE LICENSE SUSPENDED/REPEAT OFFENDER |
| L | 482.ROC | 257.9041B | OT | DR SUSP R/O | DRIVE WHILE LICENSE SUSPENDED/REPEAT OFFENDER CON ZONE |
| M | 2579041C | 257.9041C | ST | DWLS-2ND | DROVE WHILE LICENSE S/R/D -LET SUSP PERSON OP-2ND OR SUB |
| L | 482.1 | 257.9042-257.9047 | OT | ALLW SUSP DR | OPERATING VEHICLE IF LIC ENDORSEMENT, DESIGNATION SUSPENDED, |
| L | 1341 | 257.9042-A | OT | ALW SUS/DRVE | ALLOWED A SUSPENDED/REVOKED PERSON TO OPERATE |
| M | 2579042-A | 257.9042-A | ST | ALLOW DWLS | ALLOWING A SUSPENDED PERSON TO OPERATE |
| L | 1342 | 257.9047-A | OT | ALW SUS/DRVE | ALLOWED A SUSPENDED/REVOKED PERSON TO OPERATE CAUSING SER INJ |
| L | 454.1 | 257.904A | OT | DR WH UNLIC | DROVE WHILE UNLICENSED |
| L | 454.1S | 257.904A | OT | DR W/UNLIC | DROVE WHILE UNLICENSED -SCHOOL ZONE |
| M | 257904A-A | 257.904A-A | ST | NO LIC/3 YRS | OPERATING-NO LICENSE FOR 3 YRS. 1ST OFFENSE |
| L | 3011L | 257.904A-A | OT | DRV/UNLICENS | DROVE WHILE UNLICENSED/WITHOUT OBTAINING LICENSE WITHIN 3 YRS |
| M | 257904A-B | 257.904A-B | ST | NO LIC/3 YRS | OPERATING-NO LICENSE FOR 3 YRS. 2ND OFF.NOTICE |
| L | 018 | 257.904E | OT | VEH IMMOBILE | VEHICLE IMMOBILIZATION;MANNER;STORGE;REMOVAL;IMPOUNDMENT |
| M | 257904E | 257.904E | ST | IMMOB VIOL | IMMOBILIZATION VIOLATIONS |
| L | 9130 | 257.904E | OT | IMMOB. VIOL | IMMOBILIZATION VIOLATIONS |
| M | 257905-A | 257.905-A | ST | PRF OF INSUR | MOTOR VEHICLE - FORGING PROOF OF INSURANCE |
| M | 257905-B | 257.905-B | ST | FIN RESPON | OPERATED - WHILE SUSPENDED - FAILURE TO PROVE FINANCIAL RESP |
| L | 3070 | 257.905-B | OT | VL FIN RESP | VIOLATION OF FINANCIAL RESPONSIBILITY LAW |
| L | 480 | 257.905-B | OT | VIOL F/R LIC | VIOLATION OF FINANCIAL RESPONSIBILITY LICENSE |
| L | 797.1 | 324.44502(1)(A) | OT | BOATING VIOL | COND TO RENT/LEASE BOAT OR CARRY PASS FOR HIRE;POSS VALID LIC |
| L | 900.8 | 474.105  /257.1929 | ST | MDOT-CERT | HAUL FOR HIRE W/O MDOT PASSENGER AUTHORITY/CERTIFICATE |
| L | 705.2 | 479.16/R460.18503 | ST | NAME/ACCT NU | FAIL TO DISPLAY NAME AND ACCOUNT NUMBER-MOTOR CARRIER |
| L | 705.3 | 479.16/R460.18504 | ST | AUTH CARRIED | SUMMARY OF AUTHORITY CARRIED (HOUSEHOLD MOVERS) |
| L | 706.1M | 480.17BCD | OT | MTR CARRIER | VIOLATION OF ACT OR RULES/MOTOR CARRIER SAFETY ACT |
| L | 468 | 500.3101A | OT | NO INS MISD | NO INSURANCE MISDEMEANOR |
| L | 468.AT | 500.3101A | OT | NO/INS/ATMPT | NO INSURANCE - ATTEMPTED |
| L | 468.C | 500.3101A | OT | NO INS MISD | NO INSURANCE MISDEMEANOR IN A CONST ZONE |
| L | 468.S | 500.3101A | OT | NO INS MISD | NO INSURANCE MISDEMEANOR IN A SCHOOL ZONE |
| L | 543 | 750.243 324.81122(1) | OT | OP ORV HGHY | OPERATE OFF ROAD VEHICLE ON PUBLIC HIGHWAY |
| L | 3025 | MCL 257.312E | OT | CMV W/O LIC | DRIVING A CMV WITHOUT OBTAINING A CMV LICENSE |
| L | 3026 | MCL 257.312E | OT | CMV/LIC/POSS | DRIVING A CMV WITHOUT A CMV LICENSE IN POSSESSION |
| L | 1660 | MCL 257.619 | OT | FAIL TO AID | FAILED TO PROVIDE INFORMATION OR RENDER AID AFTER ACCIDENT |
| L | 1805 | MCL 257.653A(1)A | OT | FAILED YIELD | FAILURE TO YIELD TO STATIONARY AUTHORIZED EMERGENCY RESPONDER |
| L | 3710M | MCL 257.720 | OT | IMP LOAD/TOW | IMPROPER LOAD OR TOWING (MISD) |

# EXHIBIT C TO APPENDIX 1

| 750110A2 | 750.110A2 | HOME INV-1ST | HOME INVASION-1ST DEGREE | a or excepted |
|---|---|---|---|---|
| 750317 | 750.317 | MURDER/2ND | HOMICIDE-MURDER-SECOND DEGREE | a or excepted |
| 750321-A | 750.321-A | MANSLAUGHTER | HOMICIDE-MANSLAUGHTER-STATUTORY SHORT FORM | a or excepted |
| 750321-C | 750.321-C | HOMICIDE | HOMICIDE-MANSLAUGHTER-INVOLUNTARY | a or excepted |
| 750321-D | 750.321-D | HOMICIDE MAN | HOMICIDE MANSLAUGHTER VOLUNTARY | a or excepted |
| 750321-E | 750.321-E | HOMICIDE | HOMICIDE-MANSLAUGHTER WITH MOTOR VEHICLE | a or excepted |
| 750350 | 750.350 | KIDNAPPING | KIDNAPPING - CHILD ENTICEMENT | a or excepted |
| 750397 | 750.397 | MAYHEM | MAYHEM | a or excepted |
| 750411I | 750.411I | AGG STALKING | STALKING - AGGRAVATED | a or excepted |
| 750520C | 750.520C | CSC-2ND DEGR | CRIMINAL SEXUAL CONDUCT-2ND DEGREE (MULTIPLE VARIABLES) | a or excepted |
| 750520C1A | 750.520C1A | CSC-2ND DEGR | CRIMINAL SEXUAL CONDUCT-2ND DEGREE (PERSON UNDER 13) | a or excepted |
| 750520C1B | 750.520C1B | CSC-2ND DEGR | CRIMINAL SEXUAL CONDUCT-2ND DEGREE (RELATIONSHIP) | a or excepted |
| 750520C1C | 750.520C1C | CSC-2ND DEGR | CRIMINAL SEXUAL CONDUCT-2ND DEGREE (DURING FELONY) | a or excepted |
| 750520C1D | 750.520C1D | CSC-2ND DEGR | CRIMINAL SEXUAL CONDUCT-2ND DEGREE (ACCOMPLICES) | a or excepted |
| 750520C1E | 750.520C1E | CSC-2ND DEGR | CRIMINAL SEXUAL CONDUCT-2ND DEGREE (WEAPON USED) | a or excepted |
| 750520C1F | 750.520C1F | CSC-2ND DEGR | CRIMINAL SEXUAL CONDUCT-2ND DEGREE (PERSONAL INJURY) | a or excepted |
| 750520C1G | 750.520C1G | CSC-2ND DEGR | CRIMINAL SEXUAL CONDUCT-2ND DEGREE (INJURY TO INCAP. VICTIM) | a or excepted |
| 750520C1H | 750.520C1H | CSC-2ND DEGR | CRIMINAL SEXUAL CONDUCT-2ND DEGREE (MENTALLY DISABLED-RELATN) | a or excepted |
| 750520C1I | 750.520C1I | CSC 2ND | CRIMINAL SEXUAL CONDUCT-2ND DEGREE (STATE PRISONER) | a or excepted |
| 750520C1J | 750.520C1J | CSC 2ND | CRIMINAL SEXUAL CONDUCT-2ND DEG(STATE PRISONER-PRIV YTH FAC) | a or excepted |
| 750520C1K | 750.520C1K | CSC 2ND | CRIMINAL SEXUAL CONDUCT-2ND DEGREE (COUNTY PRISONER) | a or excepted |
| 750520C1L | 750.520C1L | CSC 2ND | CRIMINAL SEXUAL CONDUCT-2ND DEGREE-DETAINED JUVENILE | a or excepted |
| 750520C2B | 750.520C2B | CSC 2ND DEG | CRIMINAL SEXUAL CONDUCT-2ND DEGREE (UNDER 13, DEFENDANT 17+) | a or excepted |
| 750520D | 750.520D | CSC-3RD DEGR | CRIMINAL SEXUAL CONDUCT-3RD DEGREE (MULTIPLE VARIABLES) | a or excepted |
| 750520D1A | 750.520D1A | CSC-3RD DEGR | CRIMINAL SEXUAL CONDUCT-3RD DEGREE (PERSON 13 THROUGH 15) | a or excepted |
| 750520D1B | 750.520D1B | CSC-3RD DEGR | CRIMINAL SEXUAL CONDUCT-3RD DEGREE (FORCE OR COERCION) | a or excepted |
| 750520D1C | 750.520D1C | CSC-3RD DEGR | CRIMINAL SEXUAL CONDUCT-3RD DEGREE (INCAPACITATED VICTIM) | a or excepted |
| 750520D1D | 750.520D1D | CSC-3RD DEGR | CRIMINAL SEXUAL CONDUCT-3RD DEGREE (INCEST) | a or excepted |
| 750520D1E | 750.520D1E | CSC-3RD-STDT | CRIMINAL SEXUAL CONDUCT-3RD DEGREE (STUDENT) | a or excepted |
| 750520D1F | 750.520D1F | CSC-3RD-SPEC | CRIMINAL SEXUAL CONDUCT-3RD DEGREE(SPECIAL EDUCATION STUDENT) | a or excepted |
| 750520D1G | 750.520D1G | CSC-3RD-FOST | CRIMINAL SEXUAL CONDUCT - 3RD DEGREE (FOSTER CARE) | a or excepted |
| 750520E | 750.520E | CSC-4TH DEGR | CRIMINAL SEXUAL CONDUCT-4TH DEGREE (MULTIPLE VARIABLES) | a or excepted |
| 750520E1A | 750.520E1A | CSC-4TH DEGR | CRIMINAL SEXUAL CONDUCT-4TH DEGREE (FORCE OR COERCION) | a or excepted |
| 750520E1A-A | 750.520E1A-A | CSC-4TH DEGR | CRIMINAL SEXUAL CONDUCT-4TH DEGREE-VICTIM BETWEEN 13-16 | a or excepted |

| 750520E1B | 750.520E1B | CSC-4TH DEGR | CRIMINAL SEXUAL CONDUCT-4TH DEGREE (INCAPACITATED VICTIM) | a or excepted |
|---|---|---|---|---|
| 750520E1E-A | 750.520E1E-A | CSC 4TH MULT | CRIMINAL SEXUAL CONDUCT-4TH DEGREE (MENTAL HEALTH PROFESS.) | a or excepted |
| 750520E1F-A | 750.520E1F-A | CSC-4TH-STDT | CRIMINAL SEXUAL CONDUCT-4TH DEGREE (STUDENT) | a or excepted |
| 750520E1G | 750.520E1G | CSC 4 INCEST | CRIMINAL SEXUAL CONDUCT-4TH DEGREE (INCEST) | a or excepted |
| 750520E1G-A | 750.520E1G-A | CSC-4TH-SPEC | CRIMINAL SEXUAL CONDUCT-4TH DEGREE(SPECIAL EDUCATION STUDENT) | a or excepted |
| 750520E1H | 750.520E1H | CSC-4TH-FOST | CRIMINAL SEXUAL CONDUCT - 4TH DEGREE (FOSTER CARE) | a or excepted |
| 750520G1 | 750.520G1 | CSC-ASSAULT | CRIMINAL SEXUAL CONDUCT-ASSAULT W/INTENT/SEXUAL PENETRATION | a or excepted |
| 750520G2 | 750.520G2 | CSC-2ND DEG | CRIMINAL SEXUAL CONDUCT-2ND DEGREE ASSAULT | a or excepted |
| 750529A | 750.529A | CARJACKING | CARJACKING | a or excepted |
| 750529-C | 750.529-C | CONSPIRACY | CONSPIRACY TO COMMIT ROBBERY-ARMED | a or excepted |
| 750530 | 750.530 | ROBBERY-UNAR | ROBBERY-UNARMED | a or excepted |
| 75082 | 750.82 | ASSAULT | ASSAULT WITH DANGEROUS WEAPON (FELONIOUS ASSAULT) | a or excepted |
| 75083 | 750.83 | ASSAULT/MURD | ASSAULT WITH INTENT TO MURDER | a or excepted |
| 75084 | 750.84 | ASSAULT/HARM | ASSAULT WITH INTENT TO DO GREAT BODILY HARM LESS THAN MURDER | a or excepted |
| 75086 | 750.86 | ASSAULT/MAIM | ASSAULT WITH INTENT TO MAIM | a or excepted |
| 75087 | 750.87 | ASLT W/I FEL | ASSAULT WITH INTENT TO COMMIT A FELONY | a or excepted |
| 75088 | 750.88 | ASSAULT ROB | ASSAULT WITH INTENT TO ROB WHILE UNARMED | a or excepted |
| 75089 | 750.89 | ASSAULT/ROB | ASSAULT WITH INTENT TO ROB WHILE ARMED | a or excepted |
| 750349A | 750.349A | HOSTAGE | PRISONER - TAKING A HOSTAGE | a or excepted |

# EXHIBIT D TO APPENDIX 1

| 750316 | 750.316 | MURDER 1ST | HOMICIDE - 1ST DEGREE MURDER - MULTIPLE THEORIES | excepted |
|---|---|---|---|---|
| 750316-A | 750.316-A | HOMICIDE | HOMICIDE-MURDER FIRST DEGREE-PREMEDITATED | excepted |
| 750316-AJ | 750.316-AJ | HOMICIDE | HOMICIDE-MURDER FIRST DEGREE-PREMEDITATED-JUVENILE | excepted |
| 750316-B | 750.316-B | FELONY MURDR | HOMICIDE-FELONY MURDER | excepted |
| 750316-BJ | 750.316-BJ | FEL MURD JUV | HOMICIDE-FELONY MURDER -JUVENILE | excepted |
| 750316-C | 750.316-C | OPEN MURDER | HOMICIDE-OPEN MURDER-STATUTORY SHORT FORM | excepted |
| 750316-D | 750.316-D | MURDR POLICE | HOMICIDE-MURDER OF POLICE/CORRECTIONS OFFICER | excepted |
| 750316-J | 750.316-J | HOMICIDE | HOMICIDE-1ST DEGREE MURDER - MULTIPLE THEORIES | excepted |
| 750349 | 750.349 | KIDNAPPING | KIDNAPPING | excepted |
| 750520B | 750.520B | CSC-1ST DEGR | CRIMINAL SEXUAL CONDUCT-1ST DEGREE (MULTIPLE VARIABLES) | excepted |
| 750520B1A | 750.520B1A | CSC-1ST DEGR | CRIMINAL SEXUAL CONDUCT-1ST DEGREE (PERSON UNDER 13) | excepted |
| 750520B1B | 750.520B1B | CSC-1ST DEGR | CRIMINAL SEXUAL CONDUCT-1ST DEGREE (RELATIONSHIP) | excepted |
| 750520B1C | 750.520B1C | CSC-1ST DEGR | CRIMINAL SEXUAL CONDUCT-1ST DEGREE (DURING FELONY) | excepted |
| 750520B1D | 750.520B1D | CSC-1ST DEGR | CRIMINAL SEXUAL CONDUCT-1ST DEGREE (ACCOMPLICES) | excepted |
| 750520B1E | 750.520B1E | CSC-1ST DEGR | CRIMINAL SEXUAL CONDUCT-1ST DEGREE (WEAPON USED) | excepted |
| 750520B1F | 750.520B1F | CSC-1ST DEGR | CRIMINAL SEXUAL CONDUCT-1ST DEGREE (PERSONAL INJURY) | excepted |
| 750520B1G | 750.520B1G | CSC-1ST DEGR | CRIMINAL SEXUAL CONDUCT-1ST DEGREE (INJURY TO INCAP. VICTIM) | excepted |
| 750520B1H | 750.520B1H | CSC-1ST DEGR | CRIMINAL SEXUAL CONDUCT-1ST DEGREE (MENTALLY DISABLED-RELATN) | excepted |
| 750520B2B | 750.520B2B | CSC LESS 13 | CRIMINAL SEXUAL CONDUCT-1ST DEGREE (UNDER 13, DEFENDANT 17+) | excepted |
| 750529 | 750.529 | ROBBERY-ARMD | ROBBERY-ARMED | excepted |
| 750529-A | 750.529-A | ROBBERY-ARMD | ROBBERY - ARMED - SERIOUS INJURY | excepted |
| 750544 | 750.544 | TREASON | TREASON | excepted |
| 750545 | 750.545 | TREASON | TREASON-MISPRISION | excepted |

# EXHIBIT E TO APPENDIX 1

| 750120A2A | 750.120A2A | JURORS | JURORS-INTIMIDATION | b or excepted |
|---|---|---|---|---|
| 750120A2B | 750.120A2B | JURORS | JURORS-INTIMIDATION-CRIMINAL CASE PUNISHABLE BY > 10 YEARS | b or excepted |
| 750120A2C | 750.120A2C | JURORS | JURORS-INTIMIDATION-COMMITTING CRIME/THREATEN TO KILL/INJURE | b or excepted |
| 750120A4 | 750.120A4 | JURORS | JURORS-RETALIATING AGAINST | b or excepted |
| 7501227A | 750.1227A | WITNESSES | WITNESSES-BRIBING/INTIMIDATING/INTERFERING | b or excepted |
| 7501227B | 750.1227B | WITNESSES | WITNESSES-BRIBING/INTIMIDATING/INTERFERING-CRIMINAL CASE >10Y | b or excepted |
| 7501227C | 750.1227C | WITNESSES | WITNESSES-INTIMIDATING-COMMIT CRIME/THREATEN TO KILL/INJURE | b or excepted |
| 750136B2 | 750.136B2 | CHILD ABUS-1 | CHILD ABUSE - 1ST DEGREE | b or excepted |
| 750145C2 | 750.145C2 | CHILD ABUSE | CHILD SEXUALLY ABUSIVE ACTIVITY | b or excepted |
| 750145C2B | 750.145C2B | CSAA-AGGRAVA | CHILD SEXUALLY ABUSIVE ACTIVITY AGGRAVATED | b or excepted |
| 750145N1 | 750.145N1 | ADULT ABUSE | VULNERABLE ADULT ABUSE - 1ST DEGREE | b or excepted |
| 750145N3 | 750.145N3 | ADLT ABUSE/3 | VULNERABLE ADULT ABUSE - 3RD DEGREE | b or excepted |
| 750197C | 750.197C | ASSAULT PRIS | ASSAULT-PRISON EMPLOYEES | b or excepted |
| 750197C-A | 750.197C-A | ASSLT EMPLOY | ASSAULT OF PRISON EMPLOYEE | b or excepted |
| 750197C-B | 750.197C-B | ESCAPE JAIL | ESCAPE-FROM JAIL THROUGH VIOLENCE | b or excepted |
| 7502042A | 750.2042A | EXPLOSIVES | EXPLOSIVES-SENDING W/ INTENT TO INJURE/DESTROY | b or excepted |
| 7502042B | 750.2042B | EXPLOSIVES | EXPLOSIVES-SENDING W/ INTENT TO INJURE/DESTROY CAUSE PROP DAM | b or excepted |
| 7502042C | 750.2042C | EXPLOSIVES | EXPLOSIVES-SENDING W/ INTENT TO INJURE/DESTROY CAUSE PERS INJ | b or excepted |
| 7502042D | 750.2042D | EXPLOSIVES | EXPLOSIVES-SENDING W/ INTENT TO INJURE/DESTROY CAUSE SER INJ | b or excepted |
| 7502042E | 750.2042E | EXPLOSIVES | EXPLOSIVES-SENDING W/ INTENT TO INJURE/DESTROY CAUSE DEATH | b or excepted |
| 750204A | 750.204A | EXPLOSIVES | EXPLOSIVES-SENDING WITH INTENT TO FRIGHTEN | b or excepted |
| 750207 | 750.207 | EXPLOS INJUR | EXPLOSIVES PLACING WITH PERSONAL INJURY RESULTING | b or excepted |
| 7502072A | 750.2072A | EXPLOSIVES | EXPLOSIVES-PLACING NEAR PROPERTY | b or excepted |
| 7502072C | 750.2072C | EXPLOSIVES | EXPLOSIVES-PLACING NEAR PROPERTY CAUSING PHYSICAL INJURY | b or excepted |
| 7502072D | 750.2072D | EXPLOSIVES | EXPLOSIVES-PLACING NEAR PROPERTY CAUSING SERIOUS INJURY | b or excepted |
| 7502072E | 750.2072E | EXPLOSIVES | EXPLOSIVES-PLACING NEAR PROPERTY CAUSING DEATH | b or excepted |
| 7502091C | 750.2091C | EXPLOSIVES | EXPLOSIVES-PLACE OFFENSIVE SUBS W/ INTENT TO INJURE/PERS INJ | b or excepted |
| 7502091D | 750.2091D | EXPLOSIVES | EXPLOSIVES-PLACE OFFENSIVE SUBS W/ INTENT TO INJURE/SER INJ | b or excepted |
| 7502091E | 750.2091E | EXPLOSIVES | EXPLOSIVES-PLACE OFFENSIVE SUBS W/ INTENT TO INJURE/DEATH | b or excepted |
| | | | | |
| | | | | |
| 750212A | 750.212A | EXPLOSIVES | EXPLOSIVES-VIOLATION-VULNERABLE TARGET | b or excepted |
| 750234A | 750.234A | WEAP DIS VEH | WEAPONS-FIREARMS-DISCHARGE FROM VEHICLE | b or excepted |
| 750234A1B | 750.234A1B | WEAP DIS VEH | WEAPONS-FIREARMS-DISCHARGE FROM VEHICLE CAUSING INJURY | b or excepted |
| 750234A1C | 750.234A1C | WEAP DIS VEH | WEAPONS-FIREARMS-DISCHARGE FROM VEHICLE CAUSING SER IMPAIRMNT | b or excepted |
| 750234A1D | 750.234A1D | WEAP DIS VEH | WEAPONS-FIREARMS-DISCHARGE FROM VEHICLE CAUSING DEATH | b or excepted |
| 750234B | 750.234B | WEAP DIS BLG | WEAPONS-FIREARMS-DISCHARGE IN OR AT A BUILDING | b or excepted |
| 750234B3 | 750.234B3 | WEAP DIS BLG | WEAPONS-FIREARMS-DISCHARGE IN OR AT A BUILDING CAUSING INJURY | b or excepted |
| 750234B4 | 750.234B4 | WEAP DIS BLG | WEAPONS-FIREARMS-DISCHARGE IN/AT BLDG CAUSING SER. IMPAIRMENT | b or excepted |
| 750234B5 | 750.234B5 | WEAP DIS BLG | WEAPONS-FIREARMS-DISCHARGE IN OR AT BUILDING CAUSING DEATH | b or excepted |
| 750234C | 750.234C | WEAP DIS PLC | WEAPONS-FIREARM-DISCHARGE AT EMERGENCY/POLICE VEHICLE | b or excepted |
| 750235B2 | 750.235B2 | SCHOOLTHREAT | SCHOOLS-INTENTIONAL THREAT COMMIT ACT OF VIOLENCE WITH INTENT | b or excepted |
| 750236-B | 750.236-B | SPRING GUN | HOMICIDE-BY SETTING SPRING GUN | b or excepted |
| 7502373 | 750.2373 | GUNS-IMPAIR | WEAPONS-FIREARMS-USE/DISCHARGE OUI CAUSING SERIOUS IMPAIRMENT | b or excepted |
| 7502374 | 750.2374 | GUNS-DEATH | WEAPONS-FIREARMS-USE/DISCHARGE OUI CAUSING DEATH | b or excepted |
| 750319 | 750.319 | HOMICIDE | HOMICIDE-DEATH BY DUELS | b or excepted |
| 750349B | 750.349B | IMPRISONMENT | UNLAWFUL IMPRISONMENT | b or excepted |

| | | | | |
|---|---|---|---|---|
| 7504362A | 750.4362A | POISONING | POISONING-FOOD/DRINK/MEDICINE/WATER SUPPLY | b or excepted |
| 7504362B | 750.4362B | POISONING | POISONING-FOOD/DRINK/MEDICINE/WATER SUPPLY-PROPERTY DAMAGE | b or excepted |
| 7504362C | 750.4362C | POISONING | POISONING-FOOD/DRINK/MEDICINE/WATER SUPPLY-PHYSICAL INJURY | b or excepted |
| 7504362D | 750.4362D | POISONING | POISONING-FOOD/DRINK/MEDICINE/WATER SUPPLY-SERIOUS INJURY | b or excepted |
| 7504362E | 750.4362E | POISONING | POISONING=FOOD/DRINK/MEDICINE/WATER SUPPLY-CAUSING DEATH | b or excepted |
| 750462B1 | 750.462B1 | HUMAN TRAFIC | HUMAN TRAFFICKING-THREATS OF PHYSICAL HARM | b or excepted |
| 750462B2 | 750.462B2 | HUMAN TRAFIC | HUMAN TRAFFICK-FORCED LABOR/THREAT PHYSICAL HARM CAUSE INJURE | b or excepted |
| 750462B3 | 750.462B3 | HUMAN TRAFIC | HUMAN TRAFFICKING-THREATS OF PHYSICAL HARM CAUSING DEATH | b or excepted |
| 750462B4 | 750.462B4 | HUMAN TRAFF | HUMAN TRAFFICKING-FORCED LABOR INVOLVING KIDNAPPING,CSC OR DE | b or excepted |
| 750462C1 | 750.462C1 | HUMAN TRAFIC | HUMAN TRAFFICKING-BY PHYSICAL RESTRAINT | b or excepted |
| 750462C2 | 750.462C2 | HUMAN TRAFIC | HUMAN TRAFFICKING-BY PHYSICAL RESTRAINT CAUSING INJURY | b or excepted |
| 750462C3 | 750.462C3 | HUMAN TRAFIC | HUMAN TRAFFICKING-BY PHYSICAL RESTRAINT CAUSING DEATH | b or excepted |
| 750462D2 | 750.462D2 | HUMAN TRAFIC | HUMAN TRAFFICKING-BY ABUSING LEGAL PROCESS CAUSING INJURY | b or excepted |
| 750462I | 750.462I | HUMAN TRAFIC | HUMAN TRAFFICKING-KIDNAPPING, CSC OR AN ATTEMPT TO KILL | b or excepted |
| 750462J2B | 750.462J2B | HUMAN TRF-IN | HUMAN TRAF-INVOLUNTARY SERVITUDE-MINOR/COMM. SEX ACT/SER INJ | b or excepted |
| 7504793 | 750.4793 | PUBLIC OFCR | PUBLIC OFFICER-ASSAULTING OR OBSTRUCTING-CAUSING DEATH | b or excepted |
| 7504794 | 750.4794 | PUBLIC OFCR | PUBLIC OFFICER-ASSAULT OR OBSTRUCT-CAUSING SERIOUS IMPAIRMENT | b or excepted |
| 7504795 | 750.4795 | PUBLIC OFCR | PUBLIC OFFICER-ASSAULTING OR OBSTRUCTING-CAUSING INJURY | b or excepted |
| 750483A2B | 750.483A2B | CRIME REPORT | INTEFERE W/ A CRIME REPORT-COMMIT CRIME/THREATEN TO KILL/INJ | b or excepted |
| 750531-A | 750.531-A | BANK ROBBERY | BANK ROBBERY | b or excepted |
| 750543F-A | 750.543F-A | TERRORISM | TERRORISM | b or excepted |
| 750543F-B | 750.543F-B | TERROR-DEATH | TERRORISM CAUSING DEATH | b or excepted |
| 750814 | 750.814 | DOMESTIC VIO | DOMESTIC VIOLENCE - THIRD OFFENSE NOTICE | b or excepted |
| 75081A3 | 750.81A3 | ASSAULT AGGR | DOMESTIC VIOLENCE - AGGRAVATED - 2ND OFFENSE NOTICE | b or excepted |
| 75081C2 | 750.81C2 | A&B DHS EMP | ASSAULT OR ASSAULT & BATTERY OF DHS EMPLOYEE | b or excepted |
| 75081C3 | 750.81C3 | A&B DHS EMP | ASSAULT OR ASSAULT & BATTERY OF DHS EMPLOYEE/CAUSE SER IMPAIR | b or excepted |
| 75081D2 | 750.81D2 | PO-ASSAULT | POLICE OFFICER-ASSAULT/RESIST/OBSTRUCT CAUSING INJURY | b or excepted |
| 75081D3 | 750.81D3 | PO-ASSAULT | POLICE OFFICER-ASSAULT/RESISTING/OBSTRUCT -SERIOUS IMPAIRMENT | b or excepted |
| 75081D4 | 750.81D4 | PO-DEATH | POLICE OFFICER-ASSAULT/RESIST/OBSTRUCT CAUSING DEATH | b or excepted |
| 75081E2 | 750.81E2 | UTILITY ASSL | ASSAULTING A UTILITY COMPANY EMPLOYEE OR CONTRACTOR CAUSING | b or excepted |
| 750822 | 750.822 | WFS-ASSAULT | WEAPONS-FREE SCHOOLS - ASSAULT WITH DANGEROUS WEAPON | b or excepted |
| 75085 | 750.85 | TORTURE | TORTURE | b or excepted |
| 75090 | 750.90 | SEX-PRETEXT | SEXUAL INTERCOURSE-PRETEXT OR MEDICAL TREATMENT | b or excepted |
| 75090A | 750.90A | ASSAULT | ASSAULT-PREGNANT INDIV-INTENT.CAUSE MISCARRIAGE/STILLBIRTH | b or excepted |
| 75090BA | 750.90BA | ASSAULT | PREGNANT INDIV-GROSS NEGLIG ACT-CAUSE MISCARRIAGE/STILLBIRTH | b or excepted |
| 75090BB | 750.90BB | ASSAULT | ASSAULT-PREGNANT INDIV-CAUSE GREAT BODY HARM TO EMBRYO/FETUS | b or excepted |
| 75091 | 750.91 | HOMICIDE | HOMICIDE-ATTEMPTED MURDER | b or excepted |
| 750397A | 750.397A | FOOD-OBJECTS | FOOD-PLACING HARMFUL OBJECTS IN | b or excepted |

# EXHIBIT F TO APPENDIX 1

| 1430 | | FELONY-AUTO | FELONY / AUTO USED | b |
|---|---|---|---|---|
| 1440 | | FELONY-AUTO | FELONY WITH AUTO USED/ATTEMPT IS MISDEMEANOR | b |
| 12514471C1 | 125.14471C1 | HOUSING-MSHD | HOUSING - MSHDA - FALSE PRETENSES - $1,000.00 OR MORE BUT LESS THAN $2 | b |
| 12514471D1 | 125.14471D1 | HOUSING-MSHD | HOUSING - MSHDA - FALSE PRETENSES - $20,000.00 OR MORE | b |
| 1251447-B | 125.1447-B | HOUSING | HOUSING-MSHDA-FALSE PRETENSES OVER $100 | b |
| 153242 | 15.3242 | PURCH PUBLIC | CONTR OF PUBLIC SERVANT W/PUBLIC ENTITIES-PUR PUBLIC RESID PR | b |
| 1687598 | 168.7598 | FORG SIGN | ELECTION LAW - FORGING A SIGNATURE ON AN ABSENTEE BALLOT APP. | b |
| 1687615-B | 168.7615-B | ELECTION LAW | EL-FALSE STATEMENT-ABSENTEE BALLOT RETURN ENVELOPE-ASSIST | b |
| 1687694 | 168.7694 | ELECTION VIO | ELECTION LAW-VOTING ABSENTEE AND IN PERSON | b |
| 1688483 | 168.8483 | ELECTION LAW | ELECTION LAW-ELECTED CAND-FALSE STATMENT IN POSTELECT STATMNT | b |
| 168932A | 168.932A | BRIBE VOTERS | EL-BRIBING/INTIMIDATING VOTERS | b |
| 168932AA | 168.932AA | IMPERS TO VT | EL-IMPERSONATING ANOTHER TO VOTE AT AN ELECTION | b |
| 168932AB | 168.932AB | FALSE NAME | EL-USING FALSE NAME TO VOTE | b |
| 168932AC | 168.932AC | UNQUAL ELCTR | EL-UNQUALIFIED ELECTOR ATTEMPTING TO VOTE | b |
| 168932AD | 168.932AD | WRONG PRECIN | EL-VOTING IN WRONG PRECINCT | b |
| 168932AE | 168.932AE | VOTE > 1 TME | EL-OFFERING TO VOTE MORE THAN ONCE | b |
| 168932B | 168.932B | BALLOT TAMPR | EL-BALLOT TAMPERING | b |
| 168932C | 168.932C | FALSIFY RETN | EL-FALSIFYING RETURNS/RECORDS | b |
| 168932D | 168.932D | DISCL VOTES | EL-DISCLOSING VOTES/OBSTRUCTING VOTER | b |
| 168932E | 168.932E | ABSENTEE BAL | EL-ABSENTEE BALLOT TAMPERING | b |
| 168932F | 168.932F | ABSENTEE BAL | EL-ABSENTEE BALLOT-IMPROPER POSSESSION/RETURN | b |
| 168932G | 168.932G | ABSENT VOTER | EL-ATTEMPTING TO INFLUENCE DISABLED ABSENT VOTER | b |
| 168932H | 168.932H | ABSENT VOTER | EL-ATTEMPTING TO INFLUENCE ABSENT VOTER | b |
| 168932I | 168.932I | ABS. BALLOTS | EL-PLANNED/ORGANIZED MEETING FOR VOTING ABSENTEE BALLOTS | b |
| 168933 | 168.933 | FLS SWEARING | EL-FALSE SWEARING TO REGISTER/VOTE | b |
| 169254 | 169.254 | CAMP FINANCE | CAMPAIGN FINANCE-CORPORATE CONTRIBUTIONS | b |
| 169255 | 169.255 | CAMP FINANCE | CAMPAIGN FINANCE-CORPORATE SOLICITATION FOR FUNDS | b |
| 169257 | 169.257 | CAMP FINANCE | CAMPAIGN FINANCE-PUBLIC BODY CONTRIBUTIONS | b |
| 169266 | 169.266 | CAMP FINANCE | CAMPAIGN FINANCE-UNQUALIFIED CAMPAIGN EXPENDITURES | b |
| 0183661B | 18.3661B | CVICTIM SERV | CRIME VICTIM SERVICES-FALSE CLAIM AWARD >$100 | b |
| 205271A | 205.271A | TAXES-FILE | TAXES-FAILURE TO FILE/FALSE RETURN | b |
| 205271B | 205.271B | TAX EVASION | TAXES-AID & ABET TAX EVASION/FILE FALSE RETURN | b |
| 205271C | 205.271C | FALSE RETURN | TAXES-MAKE/PERMIT FALSE RETURNS | b |
| 205273 | 205.273 | FALSE RETURN | TAXES-FALSE RETURNS/PERJURY | b |
| 205281E | 205.281E | TAX/ST EMPLY | TAXES-STATE EMPLOYEE COMPROMISING TAXES | b |
| 205281F | 205.281F | TAX INFO DIS | TAXES-UNAUTHORIZED DISCLOSURE OF TAX INFO | b |
| 205284 | 205.284 | TAXES | TAXES - UNAUTHORIZED DISCLOSURE OF PROPERTY TAX INFORMATION | b |
| 2054282 | 205.4282 | TOBACCO VIOL | TOBACCO PRODUCTS TAX ACT VIOLATIONS - FELONY | b |
| 2054282-A | 205.4282-A | TOBACCO VIOL | TOBACCO PRODUCTS TAX ACT-SELLING PRODUCT WITHOUT TAX STAMP | b |
| 2054286 | 205.4286 | TOB TAX ACT | TOBACCO PRODUCTS TAX ACT-UNAUTHORIZED TAX STAMPS | b |
| 2054287 | 205.4287 | TOB TAX ACT | TOBACCO PRODUCT TAX ACT-FALSIFYING LICENSE/RECORDS | b |
| 205509B-A | 205.509BA | TAXES-CIG. T | TAXES - CIGARETTE TAX VIOLATIONS $50.00 OR MORE | b |
| 2071053 | 207.1053 | TAXES FUEL | TAXES-MOTOR FUEL TAX-ENGAGING IN BUSINESS W/O A LICENSE | b |
| 2071085 | 207.1085 | TAXES FUEL | TAXES-MOTOR FUEL TAX-MOTOR FUEL EXPORTATION VIOLATIONS | b |
| 2071094 | 207.1094 | TAXES FUEL | TAXES-MOTOR FUEL TAX-AVIATION FUEL VIOLATIONS | b |
| 2071101 | 207.1101 | TAXES FUEL | TAXES-MOTOR FUEL TAX-SHIPPING PAPER VIOLATIONS | b |
| 2071102 | 207.1102 | TAXES FUEL | TAXES-MOTOR FUEL TAX-DRIVER/OPERATOR-SHIPPING PAPER VIOLATION | b |

| 2071103-B | 207.1103B | TAXES FUEL | TAXES-MOTOR FUEL TAX-SHIPPING PAPER NOTICE VIOL-2ND OR SUBSEQ | b |
|---|---|---|---|---|
| 2071104 | 207.1104 | TAXES FUEL | TAXES-MOTOR FUEL TAX-IMPORT VERIFICATION NUMBER VIOLATIONS | b |
| 2071110 | 207.1110 | TAXES FUEL | TAXES-MOTOR FUEL TAX-IMPRINT FALSE/MISLEADING SHIPPING PAPERS | b |
| 2071123 | 207.1123 | TAXES FUEL | TAXES-MOTOR FUEL TAX-DIESEL FUEL-ALTER DYE/MARKER TO EVADE TX | b |
| 2071124 | 207.1124 | TAXES FUEL | TAXES-MOTOR FUEL TAX-SALE/PURCHASE-FUEL NOT MEET ASTM STANDRD | b |
| 2071125 | 207.1125 | TAXES FUEL | TAXES-MOTOR FUEL TAX-DISPENSER EQUIPMENT VIOLATIONS | b |
| 2071126 | 207.1126 | TAXES FUEL | TAXES-MOTOR FUEL TAX-FAILURE TO COLLECT/REMIT TAX | b |
| 2071134 | 207.1134 | TAXES FUEL | TAXES-MOTOR FUEL TAX-REFUSAL TO PERMIT INSPECTION | b |
| 2071141-D | 207.1141D | TAXES FUEL | TAXES-MOTOR FUEL TAX-EMBEZZLEMENT $1000- 20,000 | b |
| 2071141-E | 207.1141E | TAXES FUEL | TAXES-MOTOR FUEL TAX-EMBEZZLEMENT $200 - 1000 - 2ND OR SUBSE. | b |
| 2071141-F | 207.1141F | TAXES FUEL | TAXES-MOTOR FUEL TAX-EMBEZZLEMENT $20,000 OR MORE | b |
| 2071141-G | 207.1141G | TAXES FUEL | TAXES-MOTOR FUEL TAX-EMBEZZLEMENT $1000-20,000 - 3RD OR SUBS | b |
| 021154 | 21.154 | PO-EMBEZZLE | PO-EMBEZZLE/DIVERT TAXES/PUBLIC MONEY | b |
| 252311 | 252.311 | HWY ADS-DEST | HIGHWAY - ADVERTISING - DESTRUCTION TREES/SHRUBS | b |
| 25713542 | 257.13542 | USED CAR | USED CAR PART DEALERS-GENERAL VIOLATIONS-2ND OFFENSE | b |
| 2571355A | 257.1355A | USED CAR PRT | USED CAR PART DEALERS-FAILING TO RECORD TRANSACTION | b |
| 2571355B | 257.1355B | USED CAR PRT | USED CAR PART DEALERS-FALSIFY RECORDS | b |
| 257233A6 | 257.233A6 | ODOMETER TAM | MOTOR VEHICLE - ODOMETER TAMPERING | b |
| 257254 | 257.254 | FALSE TITLE | MOTOR VEHICLE CODE - INTENT TO PASS FALSE TITLE | b |
| 257257 | 257.257 | LIC FORGERY | LICENSE DOCUMENTS/PLATES - FORGERY | b |
| 3600 | 257.257 | ALT/FORG/FLS | ALTER/FORGE/FALSIFY VEH DOCUMENT OR LICENSE PLATE | b |
| 3610 | 257.257 | STOLEN PLATE | POSSESSION OF STOLEN LICENSE PLATE | b |
| 2572572 | 257.2572 | LIC DOC PLTS | LICENSE DOCUMENTS/PLATES-FORGERY-2ND OFFENSE NOTICE | b |
| 2572573 | 257.2573 | LIC.DOC/PLAT | LICENSE DOCUMENTS/PLATES-FORGERY-3RD OFFENSE NOTICE | b |
| 2573096 | 257.3096 | DRIV LIC/COR | DRIVERS LICENSE-CORRUPTING AN EXAMINING OFFICER | b |
| 2573097 | 257.3097 | DRIV EXAM OF | DRIV LIC-EXAMINING OFFICER-DEVIATE FROM ROAD TEST CRITERIA | b |
| 2573098 | 257.3098 | DRIV FORGE | DRIV LIC-FORGE/COUNTERFEIT/ALTER-ROAD TEST CERTIFICATION | b |
| 2573107A | 257.3107A | DRV LIC-FORG | DRIVER'S LICENSE-FORGING W/ INTENT TO COMMIT CRIME - 10 YEARS | b |
| 2573107B | 257.3107B | DRV LIC-FORG | DRIVER'S LICENSE-FORGING W/INTENT TO COMMIT CRIME-  (6MO-10Y) | b |
| 2573108 | 257.3108 | DRV LIC-FORG | DRIVER'S LICENSE-FORGED-SELLING OR POSSESS W/INTENT TO DELIVR | b |
| 257312B6 | 257.312B6 | DRIV LICENSE | DRIVER LIC-CORRUPTING PERSON/AGENCY CONDUCT A MOTORCYCLE TEST | b |
| 257312B7 | 257.312B7 | DRIV LICENSE | DRIVER LIC-DEVIATE FROM MOTORCYCLE ROAD TEST CRITERIA | b |
| 257312B8 | 257.312B8 | DRIV LICENSE | DRIVER LIC-FORGE/COUNTERFEIT/ALTER MOTORCYCLE ROAD TEST CERT. | b |
| 2573291 | 257.3291 | INSUR CERTIF | INSURANCE CERT - POSSESSION/SALE OF STOLEN/COUNTERFEIT | b |
| 3110 | 257.3291 | FLS INS -FEL | FRAUDULENT/FALSE INSURANCE INFORMATION - FELONY | b |
| 2573292 | 257.3292 | INSUR CERTIF | INSURANCE CERT - POSSESSION/SALE STOLEN/COUNTERFEIT -2ND OFF | b |
| 2573293 | 257.3293 | INSUR CERTIF | INSURANCE CERT - POSSESSION/SALE STOLEN/COUNTERFEIT-3RD OFF | b |
| 1802 | 257.601B3 | WK ZONE DEAT | FAIL TO USE DUE CARE/CAUTION-DEATH IN A WORK ZONE | b |
| 257601B3 | 257.601B3 | INJ TO CONST | MOVING VIOLATION-CAUSING DEATH TO CONSTRUCTION WORKER | b |
| 1804 | 257.601C3 | DEATH HUS OP | FAIL TO USE DUE CARE/CAUTION-DEATH TO HUSBANDRY OPERATOR | b |
| 257601C3 | 257.601C3 | INJ TO OPERA | MOVING VIOLATION-CAUSE DEATH TO OPR OF IMPLEMENT OF HUSBANDRY | b |
| 1709 | 257.602A2 | FLEE & ELUDE | FLEEING AND ELUDING OFFICER 4TH DEGREE - FELONY | b |
| 257602A2 | 257.602A2 | FLEE VEHICLE | POLICE OFFICER-FLEEING-4TH DEGREE-VEHICLE CODE | b |
| 257602A3 | 257.602A3 | POL OFF FLEE | POLICE OFFICER-FLEEING/VEHICLE CODE/2ND OFFENSE | b |
| 1708 | 257.602A3-A | FLEE & ELUDE | FLEEING AND ELUDING OFFICER 3RD DEGREE - FELONY | b |
| 257602A3-A | 257.602A3-A | FLEE VEHICLE | POLICE OFFICER-FLEEING-THIRD DEGREE/VEHICLE CODE | b |
| 257602A3-B | 257.602A3-B | FLEE VEHICLE | POLICE OFFICER-FLEEING-AREA WHERE SPEED LIMIT 35 MPH OR LESS | b |

| 257602A4 | 257.602A4 | POL OFF-FLEE | POLICE OFFICER-FLEEING/HEGICLE CODE/CAUSING SERIOUS BODILY INJURY | b |
|---|---|---|---|---|
| 1707 | 257.602A4-A | FLEE & ELUDE | FLEEING AND ELUDING OFFICER 2ND DEGREE - FELONY | b |
| 257602A4-A | 257.602A4-A | FLEE VEHICLE | POLICE OFFICER-FLEEING-2ND DEGREE-VEHICLE CODE | b |
| 1706 | 257.602A5 | FLEE & ELUDE | FLEEING AND ELUDING OFFICER 1ST DEGREE - FELONY | b |
| 257602A5 | 257.602A5 | FLEE VEHICLE | POLICE OFFICER-FLEEING-1ST DEGREE-VEHICLE CODE | b |
| 257616A2B | 257.616A2B | PREEMPT DEV | PORTABLE SIGNAL PREEMPTION DEVICE-USE | b |
| 257616A2C | 257.616A2C | PREEMPT DEV | PORTABLE SIGNAL PREEMPTION DEVICE-USE CAUSING A TRAFFIC ACC | b |
| 257616A2D | 257.616A2D | PREEMPT DEV | PORTABLE SIGNAL PREEMPTION DEVICE-CAUSING IMPAIR OF BODY FUNC | b |
| 257616A2E | 257.616A2E | PREEMPT DEV | PORTABLE SIGNAL PREEMPTION DEVICE-USE CAUSING DEATH | b |
| 257616A2F | 257.616A2F | PREEMPT DEV | PORTABLE SIGNAL PREEMPTION DEVICE-SELLING OR PURCHASING | b |
| 1600 | 257.617 | PI ACC-FELNY | FAILED TO STOP OR IDENTIFY AFTER ACCIDENT CAUSING SER. IMPAIR | b |
| 1605 | 257.617 | PI ACC-FELNY | FAILED TO STOP OR IDENTIFY AFTER ACCIDENT CAUSING DEATH | b |
| 257617 | 257.617 | FTS PI ACC | FAIL TO STOP AT SCENE RESULTING IN SERIOUS IMPAIRMENT/DEATH | b |
| 353 | 257.6172 | FL STO/IMPAR | FAILED TO STOP OR ID AFTER ACCIDENT CAUSING SERIOUS IMPAIRMEN | b |
| 2576173 | 257.6173 | FTS- DEATH | FAIL TO STOP AT ACCIDENT-WHEN AT FAULT-RESULTING IN DEATH | b |
| 354 | 257.6173 | FL STP/DEATH | FAILED TO STOP OR ID AFTER ACCIDENT CAUSING DEATH | b |
| 257655B | 257.625(5)(B) | OPER HI BAC | OPER W/ A HIGH BLOOD ALC.17 OR MORE:SERIOUS INJURY:PRIOR CONV | b |
| 25762510C | 257.62510C | OPERATING-OW | OPERATING-OWI 3RD OFFENSE NOTICE | b |
| 2576251-AF | 257.6251-A | OWI - NOTICE | OPERATING WHILE INTOXICATED - 3RD OFFENSE NOTICE - FELONY | b |
| 2576251-CF | 257.6251C | HIGH BAC-3RD | OPERATING WITH A HIGH BAC - 3RD OFFENSE NOTICE | b |
| 1030 | 257.6254 | OUIL-DEATH | OPERATED UNDER INFLUENCE LIQUOR CAUSING DEATH | b |
| 2576254 | 257.6254 | OWI-DEATH | OPERATED WHILE INTOXICATED CAUSING DEATH | b |
| 008.1 | 257.6254B | OWI/D/RESPO | OPERATING WHILE IMPAIRED BY LIQUOR CAUSING DEATH OF AN EMG RE | b |
| 1035 | 257.6254B | OUI-EMS DEAD | OUIL/OWI CAUSING DEATH OF EMERGENCY RESPONDER | b |
| 2576254B | 257.6254B | OWI-EMERG | OPERATING WHILE INTOXICATED-CAUSE DEATH/EMERGENCY PERSONNEL | b |
| 003.1 | 257.6254-B | OUIL/D/RESPO | OPERATING UNDER INFLUENCE LIQUOR CAUSING DEATH OF AN EMG RESP | b |
| 2576254BA | 257.6254B-A | OWI-DEATH | OPERATING WITH A HIGH BAC CAUSING DEATH WITH PRIOR CONVICTION | b |
| 1040 | 257.6255-A | OUIL-INJURY | OPERATED UNDER INFLUENCE LIQUOR CAUSING SERIOUS IMPAIRMENT | b |
| 2576255-A | 257.6255-A | OWI-SER INJ | OPERATING WHILE INTOXICATED CAUSING SERIOUS INJURY | b |
| 2576256 | 257.6256 | OUIL 3RD OFF | OPERATING - UNDER THE INFLUENCE THIRD OR SUBSEQUENT OFFENSE | b |
| 2576256D | 257.6256D | OWI - 3RD | OPERATED WHILE INTOXICATED/IMPAIRED/CONT SUBSTANCE-3RD OFFNSE | b |
| 2576257A2 | 257.6257A2 | OWI/OCC<16Y | OPERATING WHILE INTOXICATED-OCCUPANT < 16 YRS-2ND OR SUBS. | b |
| 2576258F | 257.6258 | OPER-CONT SB | OPERATING WITH PRESENCE OF A CONTROLLED SUBSTANCE-3RD OFFENSE | b |
| 1344 | 257.6259B | ALW INTX/DRV | ALLOWED INTOXICATED PERSON TO OPERATE CAUSING DEATH | b |
| 2576259B | 257.6259B | INTOX/DEATH | ALLOWING INTOXICATED PERSON TO OPERATED MV-CAUSING DEATH | b |
| 1345 | 257.6259C | ALW INTX/DRV | ALLOWED INTOXICATED PERSON TO OPERATE CAUSING SERIOUS INJURY | b |
| 2576259C | 257.6259C | INTOX/INJURY | ALLOWING INTOXICATED PERSON TO OPERATED MV-CAUSING SER INJURY | b |
| 257625K7 | 257.625K7 | IGN INTERLCK | IGNITION INTERLOCK DEV-MANUF/LAB-PROVIDE FALSE INFO TO SOS | b |
| 257625K9 | 257.625K9 | IGN INTERLCK | IGN INTRLCK DEV-MANUF/LAB-FAIL TO NOTIFY SOS OF NONCONF DEV | b |
| 257625M5 | 257.625M5 | CMV- .04-.08 | COMM VEH- OPERATE W/BAC .04 G BUT LESS THAN .08 G - 3RD OFF. | b |
| 106.1 | 257.6263 | RECKLS/IMPAI | RECKLESS DRIVING CAUSING SERIOUS IMPAIRMENT OF BODY FUNCTION | b |
| 1715 | 257.6263 | RECKLS/IMPAI | RECKLESS DRIVING CAUSING SERIOUS IMPAIRMENT OF BODY FUNCTION | b |
| 1750 | 257.6263 | RECKLESS*** | RECKLESS DRIVING CAUSING SERIOUS IMPAIRMENT OF BODY FUNCTION | b |
| 2576263 | 257.6263 | RECKLESS DRI | RECKLESS DRIVING CAUSING SERIOUS IMPAIRMENT OF BODY FUNCTION | b |
| 106.2 | 257.6264 | RECKLS/DEATH | RECKLESS DRIVING CAUSING DEATH | b |
| 1720 | 257.6264 | RECKLS/DEATH | RECKLESS DRIVING CAUSING DEATH | b |
| 2576264 | 257.6264 | RECKLESS DRI | RECKLESS DRIVING CAUSING DEATH | b |

| 007 | 257.626C | FELONIOUS DR | FELONIOUS DRIVING | b |
|---|---|---|---|---|
| 007.AT | 257.626C | FELDRV-ATMPT | FELONIOUS DRIVING - ATTEMPTED | b |
| 257626C | 257.626C | DRIVE-FELONY | DRIVING FELONIOUS | b |
| 108.3 | 257.653A3 | FL CAU INJUY | FAIL TO YIELD FOR AN EMERGENCY RESPONDER CAUSING INJURY | b |
| 1807 | 257.653A3 | EMERG-INJURY | FAILURE TO YIELD TO EMERGENCY RESPONDER CAUSING INJURY | b |
| 257653A3 | 257.653A3 | EMERG VEH. | FAIL TO USE DUE CARE-PASSING STATIONARY EMER.VEH.CAUSING INJ | b |
| 108.4 | 257.653A4 | FY CAU DEATH | FAILED TO YIELD FOR AN EMERGENCY RESPONDER CAUSING DEATH | b |
| 1808 | 257.653A4 | EMERG-DEATH | FAILURE TO YIELD TO EMERGENCY RESPONDER CAUSING DEATH | b |
| 257653A4 | 257.653A4 | EMERG VEH. | FAIL TO USE DUE CARE-PASS STATIONARY EMER.VEH. CAUSING DEATH | b |
| 2576255B | 257.655(5)(B) | OPER-SER INJ | OPER W/ A HIGH BAC;CAUSING SERIOUS INJURY; PRIOR CONVICTION | b |
| 257903 | 257.903 | FALSE CERTIF | MVC-FALSE CERTIFICATION/IMPERMISSIBLE USE OF PERSONAL INFO | b |
| 3320 | 257.903 | FLS CERT MVC | FALSE CERTIFICATION UNDER VEHICLE CODE (PERJURY) | b |
| 2579032 | 257.9032 | FALSE CERT-2 | MOTOR VEHICLE CODE - FALSE CERTIFICATION-2ND OFFENSE NOT. | b |
| 2579033 | 257.9033 | FALSE CERT-3 | MOTOR VEHICLE CODE - FALSE CERT.-3RD OR SUB. OFFENSE NOT. | b |
| 2579044 | 257.9044 | DWLS-DEATH | OPERATE WHILE LICENSE SUSPENDED/REVOKED/DENIED CAUSING DEATH | b |
| 3235 | 257.9044 | DWLS - DEATH | DROVE WHILE LICENSE SUSP/REV/DENIED-DEATH | b |
| 2579045 | 257.9045 | DWLS-SER INJ | OPERATE WHILE LICENSE SUSP/REV/DENIED CAUSING SERIOUS INJURY | b |
| 3245 | 257.9045 | DWLS-SER INJ | DROVE WHILE LICENSE SUSP/REV/DENIED-SERIOUS INJURY | b |
| 2579047-A | 257.9047-A | ALLOW SUSP | ALLOWING A SUSP PERSON TO OPERATE-CAUSING SERIOUS INJURY | b |
| 1343 | 257.9047-B | ALW SUS/DRVE | ALLOWED A SUSPENDED/REVOKED PERSON TO OPERATE CAUSING DEATH | b |
| 2579047-B | 257.9047-B | ALLOW SUSP | ALLOWING A SUSP PERSON TO OPERATE-CAUSING DEATH | b |
| 2573109 | 2573109 | LIC-2 OR MOR | DRIVER'S LICENSE-FORGED-POSSESSING 2 OR MORE | b |
| 259183 | 259.183 | AIRCRFT-TAKE | AIRCRAFT - UNLAWFUL TAKING/TAMPERING | b |
| 2591854 | 259.1854 | AIRCFT-DEATH | AIRCRAFT - OPERATING/CREWING CAUSING DEATH | b |
| 2591855-A | 259.1855-A | AIRCRFT-INJ | AIRCRAFT - OPERATE/CREWING CAUSING SERIOUS INJURY | b |
| 2591858 | 259.1858 | AIRCRFT-OUIL | AIRCRAFT - OUIL - 3RD OFFENSE | b |
| 25980F3 | 259.80F3 | WEAPON-PLANE | AIRPORTS-POSSESSING/PLACING WEAPON ON AN AIRCRAFT | b |
| 259832B | 259.832B | AIRMAN-CERT | AIRMAN-OPER IN VIOL. FEDERAL CERTIF. REQUIREMENTS-2ND OFFENSE | b |
| 259832C | 259.832C | AIRMAN-CERT | AIRMAN-OPERATING IN VIOL. FED. CERTIF. REQUIREMENTS-3RD/SUB | b |
| 25983B2A | 259.83B2A | AIRMAN-CERT. | AIRMAN-CONDUCT. FLIGHT OPER. W/O FED. AIR CARRIER/OPER. CERT. | b |
| 25983B2B | 259.83B2B | AIRMAN-CERT | AIRMAN-CONDUCT FLIGHT OPER. W/O FED. CERTIF - 2ND OFFENSE | b |
| 25983B2C | 259.83B2C | AIRMAN-CERT. | AIRMAN-CONDUCT FLIGHT OPER. W/O FED. CERT. - 3RD OR SUB. OFFN | b |
| 0282143-B | 28.2143-B | LEIN INFO | LEIN INFORMATION-UNAUTHORIZED DISCLOSURE-2ND OR SUBS OFFENSE | b |
| 282143-B | 28.2143-B | LEIN UNAUTH | LEIN INFORMATION - UNAUTHORIZED DISCLOSURE-SECOND OR SUBS OFF | b |
| 0282931 | 28.2931 | STATE ID | STATE ID CARD-FALSE APPLICATION | b |
| 282931 | 28.2931 | ID CARD FALS | STATE ID CARD-FALSE REPRESENTATION OF INFORMATION | b |
| 0282932 | 28.2932 | STATE ID-2ND | STATE ID CARD-FALSE APPLICATION-2ND OFFENSE NOTICE | b |
| 0282933 | 28.2933 | STATE ID-3RD | STATE ID CARD-FALSE APPLICATION-3RD OR SUBS OFFENSE NOTICE | b |
| 0282951A | 28.2951A | ST. ID CARD | STATE ID CARD-ALTER/FORGE USE TO COMMIT FELONY | b |
| 282951A | 28.2951A | ALT ST/ID FY | STATE ID CARD - ALTERED/FORGED & USED TO COMMIT A FELONY | b |
| 282951A-A | 28.2951A-A | ID CARD FORG | STATE ID CARD-COUNTERFEITING/FORGING/USING TO COMMIT FELONY | b |
| 282951B-A | 28.2951B-A | ID CARD FORG | STATE ID CARD-COUNTERFEITING/FORGING/USING TO COMMIT FELONY | b |
| 282952-A | 28.2952-A | ID CARD FORG | STATE ID CARD-COUNTERFEIT/FORGED-SALE/POSSESS W/INTENT DELIV | b |
| 0282953 | 28.2953 | ST. ID CARD | STATE ID CARD-USE STOLEN TO COMMIT FELONY | b |
| 282953 | 28.2953 | ID CARD FEL | STATE ID CARD-USE OF STOLEN CARD TO COMMIT FELONY | b |
| 028295A1 | 28.295A1 | STATE ID | STATE ID CARD-FALSE CERT/IMPERMISSIBLE USE OF PERSONAL INFO | b |
| 28295A | 28.295A1 | FALSE CERTIF | STATE IDENTIFICATION CARD-FALSE CERTIFICATION | b |

| 028295A2 | 28.295A2 | STATE ID-2ND | STATE ID CARD-FALSE CERT/IMPERMISSIBLE USE OF PERS INFO/2ND | b |
|---|---|---|---|---|
| 028295A3 | 28.295A3 | STATE ID-3RD | STATE ID CARD-FALSE CERT/IMPERMISSIBLE USE OF PERS INFO/3RD | b |
| 28308 | 28.308 | ENHANCE DRVR | ENHANCED DRIVER LICENSE/STATE ID-FALSE STATEMENT IN APPLICATN | b |
| 284229 | 28.422(13) | WEAPONS | WEAPONS - PISTOLS - LICENSE FORGERY | b |
| 0284229 | 28.4229 | WEAPONS-LIC | WEAPONS-PISTOLS - LICENSE FORGERY | b |
| 28422A | 28.422A | WEAPONS-PIST | WEAPONS-PISTOLS-FALSE STATEMENT ON SALES RECORD | b |
| 28425B3 | 28.425B3 | WEAPONS-PIST | WEAPONS-PISTOLS-FALSE STMT ON CONCEALED PISTOL PERMIT APPLIC. | b |
| 28.425J3 | 28.425J3 | CCW-CERTIF. | CCW-UNLAWFUL GRANT/PRESENT PISTOL TRAINING CERTIFICATE | b |
| 28425J3 | 28.425J3 | WEAPONS-PIST | WEAPONS-PISTOLS-UNLAWFUL GRANT/PRESENT PISTOL TRAINING CERTIF | b |
| 28.425O3C | 28.425O3C | CCW-3RD PROH | CCW-CARRY CONCEALED PISTOL IN PROHIBITED PLACE-3RD OR SUB. | b |
| 28425O3C | 28.425O3C | WEAPONS | WEAPONS-PISTOLS-CARRY CONCEALED IN PROHIBITED PLACE-3RD OFF. | b |
| 2843514C | 28.43514C | WEAPONS | WEAPONS-FIREARMS-SALE W/O TRIGGER LOCK/SECURABLE GUN CASE/3RD | b |
| 028729 | 28.729 | SEX OFND REG | SEX OFFENDERS - FAILURE TO REGISTER | b |
| 28729 | 28.729 | SEX OFF REGS | SEX OFFENDERS-FAILURE TO COMPLY W/REGISTRATION ACT | b |
| 0287291B | 28.7291B | FAIL TO REG | SEX OFFENDERS-FAIL TO REGISTER-2ND OFFENSE NOTICE | b |
| 287291B | 28.7291B | SEX OFF REG2 | SEX OFFENDERS-FAILURE TO COMPLY W/REGIS ACT-2ND OFF NOTICE | b |
| 0287291C | 28.7291C | FAIL TO REG | SEX OFFENDERS-FAIL TO REGISTER-3RD OR SUBS OFFENSE NOTICE | b |
| 287291C | 28.7291C | SEX OFF REG3 | SEX OFFENDERS-FAILURE TO COMPLY W/REGIS ACT-3RD OR SUBS NOTIC | b |
| 287292 | 28.7292 | SEX OFF REP | SEX OFFENDERS-FAILURE TO COMPLY W/REPORTING DUTIES | b |
| 287292C | 28.7292C | SEX OFF REP3 | SEX OFFENDERS-FAILURE TO COMPLY W/REPORTING DUTIES-3RD OR SUB | b |
| 287342B | 28.7342B | WORK/LOIT 2N | STUDENT SAFETY ZONE-WORK/LOITERING VIOLATION-2ND OR SUBS OFF | b |
| 287352B | 28.7352B | RESID VIOL-2 | STUDENT SAFETY ZONE-RESIDENCY VIOLATION-2ND OR SUBS OFFENSE | b |
| 287541 | 28.7541 | FALS REP-ABD | FALSE REPORT OF A CHILD ABDUCTION | b |
| 2852792C1 | 285.2792C1 | FFDA <$20000 | FAMILY FARM DEVELOP. ACT-FALSE PRETENSES $1000 OR > < $20000 | b |
| 2852792D1 | 285.2792D1 | FFDA $20,000 | FAMILY FARM DEVELOP. ACT-FALSE PRETENSES-$20,000 OR MORE | b |
| 285834 | 285.834 | GRAIN-FELONY | GRAIN DEALERS ACT - FELONY VIOLATIONS | b |
| 2862286 | 286.2286 | QUARANTNE VL | INSECT PEST/PLANT DISEASE-QUARANTINE VIOL W/INTENT TO DAMAGE | b |
| 2862604 | 286.2604 | VIO RULE/ORD | INSECT/PEST/PLANT DISEASE VIOL QUARANTINE RULE/ORDER W/INTENT | b |
| 2869294 | 286.9294 | ORGANIC PROD | ORGANIC PRODUCTS ACT - FELONY VIOLATIONS | b |
| 2873231 | 287.3231 | ANIMAL/DEATH | ANIMALS - DANGEROUS ANIMAL CAUSING DEATH | b |
| 2873232 | 287.3232 | ANIMAL/INJUR | ANIMALS - DANGEROUS ANIMAL CAUSING SERIOUS INJURY | b |
| 2876792 | 287.6792 | ANM-DEAD BOD | ANIMALS - DEAD BODIES-VIOLATIONS-THIRD OR SUBSEQUENT OFFENSE | b |
| 2877441 | 287.7441 | ANIM INDUSTR | ANIMAL INDUSTRY ACT - FELONY VIOLATIONS | b |
| 2878551 | 287.8551 | PSEUDORABIES | PSEUDORABIES & SWINE BRUCELLOSIS - FELONY | b |
| 2879675 | 287.9675 | CERVIDAE VIO | ANIMAL INDUST-CERVIDAE LIVESTOCK FAC-INTENTIONAL/KNOWING VIOL | b |
| 28951072 | 289.51072 | FOOD LAW-FEL | FOOD LAW-FELONY VIOLATIONS | b |
| 2906291 | 290.6291 | WGT&MEASURES | WEIGHTS & MEASURES - ASSAULTING OFFICERS | b |
| 2906313A | 290.6313A | WGT FL DEVIC | WEIGHTS AND MEASURES - ADDING DEVICE TO MAKE SHORT WEIGHT | b |
| 2906313B | 290.6313B | WGT FL DEVIC | WEIGHTS AND MEASURES - INTENTIONAL VIOLATIONS | b |
| 2906313C | 290.6313C | WEIGHTS/MEAS | WEIGHTS AND MEASURES-VIOLATIONS-THIRD OFFENSE NOTICE | b |
| 290650 | 290.650 | MOTOR FUELS | MOTOR FUELS - ASSAULTING/OBSTRUCTING INSPECTOR | b |
| 290650B3A | 290.650B3A | MF QUALITY | MOTOR FUELS - QUALITY-INTENTIONAL VIOLATIONS | b |
| 290650B3B | 290.650B3B | MOTOR FUELS | MOTOR FUELS QUALITY-SPECIFIC VIOL.-THIRD OFFENSE NOTICE | b |
| 30017 | 300.17 | RESIST/OBSTR | RESISTING & OBSTRUCTING - CONSERVATION OFFICERS | b |
| 324111512-B | 324.111512-B | HAZARD WASTE | HAZARDOUS WASTE - 2ND OFFENSE | b |
| 324111513 | 324.111513 | HAZARD WASTE | HAZARDOUS WASTE - DANGER OF DEATH OR SERIOUS INJURY | b |
| 324121162 | 324.121162 | LIQ IND WAST | LIQUID INDUSTRIAL WASTE - FALSE STATEMENTS | b |

| | | | | |
|---|---|---|---|---|
| 3241608 | 324.1608 | R&O OFFICERS | RESIST & OBSTRUCT CONSERVATION OFFICERS | b |
| 32420139 | 324.20139 | HAZ.SUBSTANC | HAZARDOUS SUBSTANCES - KNOWING RELEASE OF HS/FALSE STATEMENT | b |
| 324215481 | 324.215481 | UND STORAGE | UNDERGROUND STORAGE TANK FINANCIAL ASSURANCE PART-FALSE STMT | b |
| 32421571C1 | 324.21571C1 | DAMAG<20,000 | STATE LAND-TRESPASS/DAMAGES-$1,000 OR MORE BUT < $20,000 | b |
| 32421571D1 | 324.21571D1 | DAMGES>20000 | STATE LAND-TRESPASS/DAMAGES $20,000 OR MORE | b |
| 324303163-B | 324.303163-B | WETLANDS PRO | WETLANDS PROTECTION PART - WILFUL/RECK. PERMIT VIO.-2ND | b |
| 32431152-A | 324.31152-A | WATER RESOUR | WATER RESOURCES PROTECTION VIOLATIONS | b |
| 32431152-B | 324.31152-B | WATER RESOUR | WATER RESOURCES PROTECTION VIOLATIONS - 2ND OFFENSE | b |
| 32431154 | 324.31154 | WATER RESOUR | WATER RESOURCES PROTECTION - SUBS ENDANGERMENT TO PUBLIC | b |
| 324315255-B | 324.315255-B | DAM SAFETY | DAM SAFETY VIOLATION - 2ND OR SUB. OFFENSE | b |
| 32433135 | 324.33135 | AQUATIC NUIS | AQUATIC NUISANCE CONTROL-CAUSE SERIOUS HARM/POSE THREAT 2ND | b |
| 32433939 | 324.33939 | GREAT LAKES | GREAT LAKES - BOTTOM LANDS-COMMERCIAL VIOLATION | b |
| 3244011811-B | 324.4011811-B | WILD.CONSERV | WILDLIFE CONS PART - BUY/SELL GAME/PROTECTED ANIMALS-2ND | b |
| 3244130910A | 324.4130910A | REST.SPECIES | TRANSGENIC/NONNATIVE ORGANISMS-INTRO REST. SPECIES-INTENT | b |
| 3244130910B | 324.4130910B | PROH.SPECIES | TRANSGENIC/NONNATIVE ORGANISMS-INTRO PROH. SPECIES-INTENT | b |
| 324413093B | 324.413093B | FISH & GAME | FISH/GAME-TRANSGENIC/NONNATIVE ORGANISMS-POSS PROHIB. SPECIES | b |
| 324413094A | 324.413094A | FISH & GAME | TRANSGENIC/NONNATIVE ORGANISMS-POSS RESTRICTED SPECIES-INTENT | b |
| 324413094B | 324.413094B | FISH & GAME | TRANSGENIC/NONNATIVE ORGANISMS-POSS PROHIB SPECIES-INTENT | b |
| 324413098 | 324.413098 | PROH.SPECIES | TRANSGENIC/NONNATIVE ORGANISMS-INTRODUCING PROHIBITED SPECIES | b |
| 324413099A | 324.413099A | REST.SPECIES | TRANSGENIC/NONNATIVE ORGANISMS-UNLAWFUL INTRO REST. SPECIES | b |
| 324413099B | 324.413099B | PROH.SPECIES | TRANSGENIC/NONNATIVE ORGANISMS-UNLAWFUL INTRO PROH. SPECIES | b |
| 324487384A | 324.487384-A | SPORTS FISH | SPORTS FISHING-POSS/IMPORT/PLANT GENETIC ENG/NONNATIVE FISH | b |
| 324511202 | 324.511202 | COMM FORESTS | COMMERCIAL FORESTS-FELONY VIOLATIONS | b |
| 32451510 | 324.51510 | SET FOR.FIRE | FOREST FIRES - WILFULLY SETTING/FORESTS | b |
| 324529081C1 | 324.529081C1 | XMAS TREES | XMAS TREES, ETC-VIOL-DAMAGES $1000 OR MORE BUT < $20000 | b |
| 324529081D1 | 324.529081D1 | XMAS TREES | XMAS TREES, ETC-VIOL-DAMAGES $20,000 OR MORE | b |
| 32455314 | 324.55314 | AIR POLLUTN | AIR POLUTION CONTROLL-HAZARDOUS RELEASE OF POLLUTANT | b |
| 32455315 | 324.55315 | AIR POLLUTN | APC-HAZARDOUS RELEASE POLLUTANT CAUSING SERIOUS INJURY/DEATH | b |
| 32455316 | 324.55316 | AIR POLLUTN | APC-INTENTIONAL RELEASE OF POLLUTANT-SERIOUS INJURY OR DEATH | b |
| 32461511 | 324.61511 | OIL&GAS WAST | OIL & GAS - PERJURY | b |
| 324615211 | 324.615211 | OIL&GAS STMT | OIL & GAS - FALSE STATEMENT | b |
| 324761073-A | 324.761073-A | REMOVE BODY | STATE LAND-BOTTOMLANDS-REMOVAL OF BODY | b |
| 324761074C1 | 324.761074C1 | ABAND.PROPTY | STATE LAND-REMOVE ABANDONED PROP. $1000 OR MORE BUT < $20,000 | b |
| 324761074D1 | 324.761074D1 | ABAND.PROPTY | STATE LAND-REMOVE ABANDONED PROPERTY-$20,000 OR MORE | b |
| 32480130D1 | 324.80130D1 | MS-FLS CERIF | MARINE SAFETY-FALSE CERTIF./IMPERMISSIBLE USE OF PERS. INFO | b |
| 32480130D2 | 324.80130D2 | MS-FLS CERIF | MS-FALSE CERTIF./IMPERMISSIBLE USE OF PERS. INFO-2ND OFF NTC | b |
| 32480130D3 | 324.80130D3 | MS-FLS CERIF | MS-FALSE CERTIF./IMPERMISSIBLE USE OF PERS. INFO-3RD OR SUBS | b |
| 324801315 | 324.801315 | FELONY-COMM | FELONY-COMMISSION W/VESSEL-ADULT ADVISOR | b |
| 6300 | 324.801315 | WC - FELONY | MARINE SAFETY - FELONY / VESSEL USED | b |
| 324801316 | 324.801316 | FELONY-VESSL | FELONY-COMMISSION W/VESSEL-JUVENILE ADVI | b |
| 32480134A2 | 324.80134A2 | MARINE-STOP | MARINE SAFETY-ACC WITH SERIOUS IMPAIR/DEATH-FL STOP AT SCENE | b |
| 32480134A3 | 324.80134A3 | MARINE-ACC/D | MARINE-ACC W/DEATH-FAILURE TO STOP AT SCENE WHEN AT FAULT | b |
| 32480172 | 324.80172 | MS-NEG CRIPP | MARINE SAFETY - NEGLIGENT CRIPPLING/HOMICIDE | b |
| 32480173 | 324.80173 | FEL.OPER VES | MARINE SAFETY - FELONIOUSLY OPERATE VESSEL | b |
| 324801764 | 324.801764 | WC-OUILDEATH | MARINE SAFETY - OUIL/PER SE CAUSING DEATH | b |
| 6030 | 324.801764 | WC-OUILDEATH | MARINE SAFETY - OPERATED UNDER INFLUENCE LIQUOR CAUSING DEATH | b |
| 6120 | 324.801764 | WC-OUICDEATH | MARINE SAFETY-OPR UNDER INFLU CNTRLD SUBSTANCE CAUSING DEATH | b |

| 324801765 | 324.801765 | WC-INCAP INJ | MARINE SAFETY - OUIL/PER SE CAUSING INCAP INJURY | b |
|---|---|---|---|---|
| 6040 | 324.801765 | WC-OUIL INJY | MARINE SAFETY-OPER U/INFLUENCE CAUSING SERIOUS IMPAIRMENT OF | b |
| 6130 | 324.801765 | WC-OUICINJRY | MARINE SAFETY-OPER U/INFLU CNTRLD SUB CAUSING SERIOUS IMPAIRM | b |
| 324801771C | 324.801771C | WC-OUIL 3RD | MARINE SAFETY - OUIL/PER SE-3RD OFF. NOTICE-FELONY | b |
| 32480319A1 | 324.80319A1 | WC-FLS CERTI | WC-FALSE CERTIFICATION/IMPERMISSIBLE USE OF PERSONAL INFO | b |
| 32480319A2 | 324.80319A2 | WC-FLS CERTI | WC-FALSE CERTIFICATION/IMPERMISSIBLE USE OF PERS INFO/2ND OFF | b |
| 32480319A3 | 324.80319A3 | WC-FLS CERTI | WC-FALSE CERTIFICATION/IMPERMISSIBLE USE OF PERS INFO/3RD OFF | b |
| 324811201 | 324.811201 | ORV-FLS CERT | ORV-FALSE CERTIFICATION/IMPERMISSIBLE USE OF PERSONAL INFO | b |
| 324811202 | 324.811202 | ORV-FLS CERT | ORV-FALSE CERTIFICATION/IMPER USE OF PERSONAL INFO/2ND OFFNS | b |
| 324811203 | 324.811203 | ORV-FLS CERT | ORV-FALSE CERTIFICATION/IMPER USE OF PERSONAL INFO/3RD OFFNS | b |
| 324811345 | 324.81134(5) | ORV-OUIL | ORV-OUIL/OUID/OWI CAUSING SERIOUS IMPAIRMENT OF BODY FUNCTION | b |
| 324811346 | 324.811346 | ORV-OUIL 3 | ORV - OUIL - 3RD OR SUB. OFFENSE NOTICE | b |
| 324811347 | 324.811347 | ORV-DEATH | ORV-OUIL-CAUSING DEATH | b |
| 8040 | 324.811347 | ORV-DEATH | ORV-OUIL/OUID/OWI CAUSING DEATH | b |
| 324811348 | 324.811348 | ORV-SER INJ | ORV-OUIL-CAUSING SERIOUS INJURY | b |
| 8050 | 324.811348 | ORV-IMPAIRMT | ORV-OUIL/OUID/OWI CAUSING SERIOUS IMPAIRMENT OF A BODY FUNCTN | b |
| 32482126C1 | 324.82126C1 | SNOWMOBILES | SNOWMOBILES-NEGLIGENT OPERATION CAUSING SERIOUS INJURY/DEATH | b |
| 32482126C2 | 324.82126C2 | SNOWMOBILES | SNOWMOBILES-FELONIOUS OPERATION | b |
| 324821274 | 324.821274 | SN-CAUSEDEAT | SNOWMOBILES-OPERATE UNDER INFLUENCE CAUSING DEATH | b |
| 7030 | 324.821274 | SM-OUILDEATH | SNOWMOBILE-OPERATED UNDER INFLUENCE LIQUOR CAUSING DEATH | b |
| 7120 | 324.821274 | SM-OUICDEATH | SNOWMOBILE - OPERATED UNDER INFL CNTRL'D SUB CAUSING DEATH | b |
| 324821275 | 324.821275 | SNW SER. INJ | SNOWMOBILES-OUIL CAUSING SERIOUS INJURY | b |
| 7040 | 324.821275 | SM-OUIL-INJ | SNOWMOBILE-OPERATED UNDER INFL LIQ CAUSING SERIOUS IMPAIRMENT | b |
| 7130 | 324.821275 | SM-OUIC-INJY | SNOWMOBILE-OPER U/INFL CNTRLD SUB CAUSING SERIOUS IMPAIRMENT | b |
| 324821281C | 324.821281C | SN-OUIL 3RD | SNOWMOBILES-OUIL/UBAL-3RD OFF. NOTICE-FELONY | b |
| 324821575 | 324.821575 | FEL-SNOWMOBL | SNOWMOBILES-FELONY COMMISSION W/SNOWMOBILE-ADULT ADVISORY | b |
| 7300 | 324.821575 | SM-FELONY | SNOWMOBILE - FELONY / SNOWMOBILE USED | b |
| 324821576 | 324.821576 | FEL JUVENILE | SNOWMOBILES-FELONY COMMISSION W/SNOWMOBILE-JUVENILE ADVISORY | b |
| 324821601 | 324.821601 | SN-FLS CERTI | SNOWMOBILES-FALSE CERT/IMPERMISSIBLE USE OF PERSONAL INFOR. | b |
| 324821602 | 324.821602 | SN-FLS CERTI | SNOWMOBILES-FALSE CERT/IMPERMISSIBLE USE OF PERS INFO-2ND OFF | b |
| 324821603 | 324.821603 | SN-FLS CERTI | SNOWMOBILES-FALSE CERT/IMPERMISSIBLE USE OF PERS INFO-3RD OFF | b |
| 32489052 | 324.89052 | INFEC. WASTE | LITTERING - INFECTIOUS WASTE | b |
| 32489053 | 324.89053 | INFEC WASTE | LITTERING - INFECTIOUS WASTE - 2ND OFFENSE NOTICE | b |
| 3282321 | 328.2321 | FUNERAL CONT | FUNERAL CONTRACTS - CONVERSION | b |
| 333102041 | 333.102041 | HUMAN ORGANS | HUMAN ORGANS-ACQUIRED/TRANSFERRED FOR CONSIDERATION | b |
| 333102044 | 333.102044 | HUMAN ORGANS | HUMAN ORGANS-SURGICAL REMOVAL BY UNQUALIFIED INDIVIDUAL | b |
| 33310205 | 333.10205 | HUMAN ORGANS | HUMAN ORGANS-SURGICAL REMOVAL IN UNAUTHORIZED FACILITY | b |
| 333137383-B | 333.137383-B | RADIOACTIVE | RADIOACTIVE WASTE VIOLAT.-EXTREME INDIFFERENCE FOR HUMAN LIFE | b |
| 33316294 | 333.16294 | HEALTH PROF | HEALTH PROFESSION-UNAUTHORIZED PRACTICE-FELONY | b |
| 333177643 | 333.177643 | MISBRAND DRG | CONT SUBS-SALE OF ADULTERATED/MISBRANDED DRUGS | b |
| 333177644 | 333.177644 | MISBRAND DRG | CONT SUBS-SALE OF ADULTERATED/MISBRANDED DRUGS-PERSONAL INJ | b |
| 333177645 | 333.177645 | MISBRAND DRG | CONT SUBS-SALE OF ADULTERATED/MISBRANDED DRUGS-SERIOUS IMPAIR | b |
| 333177646 | 333.177646 | CS SELL DEAT | CONT SUBS-SALE OF ADULTERATED/MISBRANDED DRUGS-CAUSING DEATH | b |
| 333177647 | 333.177647 | CS SELL DEAT | CONT SUBS-SELL MISBRAND DRUG W/INTENT KILL/SERI IMPAIR-DEATH | b |
| 33317766C1 | 333.17766C1 | EPHEDRINE | EPHEDRINE/PSEUDOEPHEDRINE-POSS MORE THAN 12 GRAMS | b |
| 333217921 | 333.217921 | NURSING HOME | NURSING HOMES - REFERRAL FEES | b |
| 333217922 | 333.217922 | NURSING HOME | NURSING HOMES - BRIBING OFFICIALS | b |

7

| | | | | |
|---|---|---|---|---|
| 333217923 | 333.217923 | NURSING HOME | NURSING HOMES - ACCEPTING BRIBES | b |
| 33326424 | 333.26424 | CONTROL SUBS | CONTROLLED SUBSTANCE - ILLEGAL SALE OF MEDICAL MARIHUANA | b |
| 3332813-B | 333.2813-B | VITAL RECORD | VITAL RECORDS-SSN-UNAUTHORIZED DISCLOSURE-2ND OR SUBS OFFENSE | b |
| 33328359 | 333.28359 | ABORTION | HEALTH-ABORTION REPORTS-DISCLOSING IDENTIFYING INFORMATION | b |
| 33328413 | 333.28413 | CONCEAL DEAT | CONCEALING THE DEATH OF AN INDIVIDUAL | b |
| 3335210 | 333.5210 | AIDS-SEX PRT | AIDS - SEXUAL PENETRATION WITH UNINFORMED PARTNER | b |
| 3335661 | 333.5661 | TRMT DECISIO | DIGNIFIED DEATH-FRAUDULENTLY CAUSING TREATMENT DECISION | b |
| 3337340 | 333.7340 | CS SALE EPHD | CONT SUBS-SALE OF EPHEDRINE OR PSEUDOEPHEDRINE BY ELEC. MEANS | b |
| 1140 | 333.7341 | CDL-CNTL SUB | CDL MANU/DISTRIB CONTROLLED SUBSTANCE | b |
| 33373413 | 333.73413 | IMIT DRUGS | CONT SUBS-IMITATION MANUFACTURE OR DISTRIBUTION | b |
| 33374012A1 | 333.74012A1 | DEL/MAN>1000 | CONT SUBS-DELIVER/MANUF (NARCOTIC/COCAINE) 1000 OR MORE GRAMS | b |
| 33374012A2 | 333.74012A2 | DEL/MAN DRUG | CONT SUBS-DELIVER/MANUF (NARCOTIC OR COCAINE) 450-999 GRAMS | b |
| 33374012A3 | 333.74012A3 | DEL/MAN DRUG | CONT SUBS-DELIVER/MANUF (NARCOTIC OR COCAINE) 50-449 GRAMS | b |
| 33374012A4 | 333.74012A4 | DEL/MAN DRUG | CONT SUBS-DELIVER/MANUF (NARCOTIC OR COCAINE) < THAN 50 GRAMS | b |
| 33374012B1 | 333.74012B1 | CS-DEL/METHA | CONTROLLED SUBS-DELIVERY/MANUFACTURE-METHAMPHETAMINE | b |
| 33374012B1A | 333.74012B1-A | CS-DEL/METHA | CONTROLLED SUBSTANCE - DELIVERY/MANUFACTURE METHAMPHETAMINE | b |
| 33374012B-A | 333.74012B-A | DEL/MANF DRG | CONT SUBS-DEL/MANUF(SCHED 1,2,3 EXCEPT MARIJUANA & COCAINE) | b |
| 33374012B-B | 333.74012B-B | DEL/MANF DRG | CONT SUBS-DEL/MANUF(SUBSTANCE ADDED TO SCHED 1,2,&3 BY RULE) | b |
| 33374012C-A | 333.74012C-A | DEL/MANF DRG | CONT SUBS-DELIVER/MANUFACTURE (SCHED 4) | b |
| 33374012C-B | 333.74012C-B | DEL/MANF DRG | CONT SUBS-DELIVER/MANUF (ADDED TO SCHEDULE 4 BY BOARD RULE) | b |
| 33374012D | 333.74012D | DEL/MANF DRG | CONT SUBS-DELIVER/MANUFACTURE (SCHED 5) | b |
| 33374012D1 | 333.74012D1 | DEL/MANF DRG | CONT SUBS-DELIVER/MANUFACTURE 45 KILOGRAMS OF MARIJUANA | b |
| 33374012D11 | 333.74012D11 | DEL/MANF DRG | CONT SUBS-DELIVER/MANUFACTURE 5-45 KILOGRAMS OF MARIJUANA | b |
| 33374012D111 | 333.74012D11 | CS-DEL/MFG 5 | CONTROLLED SUBSTANCE-DELIVERY/MANUFACTURE 5-45 KILOGRAMS OF  MARIJUANA | b |
| 33374012D3 | 333.74012D3 | CS/DEL MARIJ | CONT SUBS-DELIVERY/MANUFACTURE MARIJUANA | b |
| 33374012F | 333.74012F | PRESC FORMS | PRESCRIPTION FORMS-MANUFACTURE/DELIVERY | b |
| 333740124 | 333.74012F | PRESC FORMS | PRESCRIPTION FORMS-MANUFACTURE/DELIVERY | b |
| 3337401A | 333.7401A | CS-DELIVERY | CONT.SUBS-DELIVERY TO COMMIT CRIMINAL SEXUAL CONDUCT | b |
| 3337401B3A | 333.7401B3A | DRUG-GBL | CONT. SUBS.-DELIVERY/MANUFACTURE - GBL | b |
| 3337401B3B | 333.7401B3B | DRUG-GBL | CONT. SUBS.-POSSESSION - GBL | b |
| 3337401C2A | 333.7401C2A | DRUG-LAB | CONT. SUBS.-OPERATING/MAINTAINING A LABORATORY | b |
| 3337401C2B | 333.7401C2B | DRUG-LAB | CONT. SUBS.-OPERATE/MAINTAIN A LAB IN PRESENCE OF MINOR | b |
| 3337401C2C | 333.7401C2C | DRUG-LAB | CONT. SUBS.-OPERATE/MAINTAIN A LAB INVOLVING HAZARDOUS WASTE | b |
| 3337401C2D | 333.7401C2D | DRUG-LAB | CONT. SUBS.-OPERATE/MAINTAIN A LAB NEAR SPECIFIED PLACES | b |
| 3337401C2E | 333.7401C2E | DRUG-LAB | CONT.SUBS.-OPERATE/MAINTAIN LAB INVOLVING FIREARM/HARMFUL DEV | b |
| 3337401C2F | 333.7401C2F | CS-METH LAB | CONT SUB-OPERATE/MAINTAIN LAB INVOLVING METHAMPHETAMINE | b |
| 33374022A | 333.74022A | CREAT/DEL DR | CONT SUBS-CREATION/DELIVERY OF A COUNTERFEIT SUBS (NARC/METH) | b |
| 33374022B | 333.74022B | CREAT/DEL DR | CONT SUBS-CREATION/DEL OF COUNTERFEIT SUBS (SCHED 1,2,OR 3) | b |
| 33374022C | 333.74022C | CREAT/DEL DR | CONT SUBS-CREATION/DELIVERY OF A COUNTERFEIT SUBS (SCHED 4) | b |
| 33374022D | 333.74022D | CREAT/DEL DR | CONT SUBS-CREATION/DELIVERY OF A COUNTERFEIT SUBS (SCHED 5) | b |
| 33374022E | 333.74022E | CS-ANALOGUE | CONT SUBS-CREATION/DELIVERY OF AN ANALOGUE | b |
| 33374032A1 | 333.74032A1 | POSS NARCOTC | CONT SUBS-POSSESSION (NARCOTIC OR COCAINE) 1000 OR MORE GRAMS | b |
| 33374032A2 | 333.74032A2 | POSS NARCOTC | CONT SUBS-POSSESSION (NARCOTIC OR COCAINE) 450-999 GRAMS | b |
| 33374032A3 | 333.74032A3 | POSS NARCOTC | CONT SUBS-POSSESSION (NARCOTIC OR COCAINE) 50-449 GRAMS | b |
| 33374032A4 | 333.74032A4 | POSS NARCOTC | CONT SUBS-POSSESSION (NARCOTIC OR COCAINE) 25-49 GRAMS | b |
| 33374032A5 | 333.74032A5 | POSS NARCOTC | CONT SUBS-POSSESSION (NARCOTIC OR COCAINE) LESS THAN 25 GRAMS | b |
| 33374032B1 | 333.74032B1 | POSS METHAM | CONT.SUBS.-POSSESSION OF METHAMPHETAMINE/ECSTASY | b |

| 33374032B-A | 333.74032B-A | POSS ANALOGU | CONT SUBS-POSSESSION/ANALOGUES | b |
|---|---|---|---|---|
| 33374032B-B | 333.74032B-B | POSS CONT SU | CONT SUBS-POSSESSION (SUBS ADDED TO SCHED 1,2,3 OR 4 BY RULE) | b |
| 33374032E | 333.74032E | PRESCRIPTION | PRESCRIPTION FORMS/OFFICIAL - POSSESSION | b |
| 3337403A | 333.7403A | POSS OF CONT | FRAUDULENTLY OBTAIN CONTROLLED DANGEROUS SUBSTANCE | b |
| 33374051E | 333.74051E | CS-DISP PRES | CONT SUB-DISPENSING PRESCRIPTION FROM OUT-OF-STATE PRESCRIBER | b |
| 3337405A | 333.7405A | CS-PRES VIOL | CONT SUBS-LICENSEE PRESCRIPTION VIOLATIONS | b |
| 3337405B | 333.7405B | CS-MFG/DIST | CONT SUBS-MANUFACTURE/DISTRIBUTE OUTSIDE OF LICENSE | b |
| 3337405C | 333.7405C | CS-REF INSPC | CONT SUBS-REFUSING INSPECTION | b |
| 3337405D | 333.7405D | CS-DRUG HOUS | CONT SUBS-MAINTAIN DRUG HOUSE | b |
| 33374071A | 333.74071A | CS-LICENSEE | CONT SUBS-LICENSEE/DISTRIBUTE WITHOUT ORDER FORM | b |
| 33374071B | 333.74071B | CS-LIC NO. | CONT SUBS-USE A FICTITIOUS LICENSE NO. | b |
| 33374071C | 333.74071C | CONT SUB/FRD | CONT SUBS-OBTAINING BY FRAUD | b |
| 33374071D | 333.74071D | CS-FALSE REP | CONT SUBS-FALSE REPORTING | b |
| 33374071E | 333.74071E | CS-CONTERFEI | CONT SUBS-COUNTERFEITING IMPLEMENTS | b |
| 33374071G | 333.74071G | CS-PRESC FRM | CONT SUBS-COUNTERFEIT PRESCRIPTION FORMS | b |
| 33374072 | 333.74072 | CS-KEEP RECR | CONT SUBS-FAIL TO KEEP RECORDS | b |
| 3337407A | 333.7407A | CONT SUBS | CONT SUBS-INDUCING A PERSON TO VIOLATE | b |
| 3337407A1-A | 333.7407A1-A | CS-ATTEMPT | CONT SUBS-ATTEMPT - FELONY | b |
| 3337407A-A | 333.7407A-A | CS-INDUCE | CONT SUBS-INDUCING PERSON TO VIOLATE - FELONY | b |
| 3337407A-B | 333.7407A-B | CONT SUBS | CONT SUBS-INDUCING A PERSON TO VIOLATE - HIGH MISD | b |
| 33374101-A | 333.74101-A | CONT SUBS | CONT SUBS-DELIVERY TO MINOR (NARC OR COCAINE) > 50 GRAMS | b |
| 33374101-B | 333.74101-B | CONT SUBS | CONT SUBS-DEL TO MINOR (SCHED 1,2,&3 EXCEPT MARIJ & COCAINE) | b |
| 33374101-C | 333.74101-C | CONT SUBS | CONT SUBS-DEL TO MINOR (SUBS ADDED TO SCHED 1,2, & 3 BY RULE) | b |
| 33374101-D | 333.74101-D | CONT SUBS | CONT SUBS-DELIVERY TO MINOR (SCHED 4 AND MARIJUANA) | b |
| 33374101-D1 | 333.74101-D1 | CONT SUBS | CONTROLLED SUBSTANCE-DELIVERY TO MINOR - MARIHUANA | b |
| 33374101-E | 333.74101-E | CONT SUBS | CONT SUBS-DELIVERY TO MINOR (ADDED TO SCHED 4 BY BOARD RULE) | b |
| 33374101-F | 333.74101-F | CONT SUBS | CONT SUBS-DELIVERY TO MINOR (SCHEDULE 5) | b |
| 33374101-G | 333.74101-G | GBL DELIVERY | CONT.SUBS.-DELIVERY OF GBL TO MINOR | b |
| 33374102-A | 333.74102-A | CS-SCHL DELV | CONT SUBS-DELIVER ON SCHOOL OR LIBRARY PROPERTY <50 GRAMS | b |
| 3337403 | 333.74103 | CS-SCHL PROP | CONT SUBS-POSSESS W/INTENT DELIVER ON SCHOOL/LIB PROP <50 GR | b |
| 33374104-A | 333.74104-A | CS-SCHL<25GR | CONT SUBS-POSSESS ON SCHOOL OR LIBRARY PROPERTY <25 GRAMS | b |
| 33374104-B | 333.74104-B | CS-SCHL PROP | CONT SUBS-POSSESS ON SCHOOL/LIBRARY PROPERTY SCHEDULE 1,2,3,4 | b |
| 33374104-C | 333.74104-C | CS-SCHL PROP | CONT SUBS-POSSESS ON SCHOOL OR LIBRARY PROPERTY (SCHED. 5) | b |
| 33374104-D | 333.74104-D | SCH PROP/MAR | CONT SUBS-POSSESSION OF MARIJUANA ON SCHOOL/LIBRARY PROPERTY | b |
| 33374104-E | 333.74104-E | GBL SCHOOL | CONT SUBS-POSSESSION OF GBL ON SCHOOL OR LIBRARY PROPERTY | b |
| 3337410A | 333.7410A | CS-DEL PARK | CONT.SUBS-DELIVERY/POSSESSION IN A PARK | b |
| 33374131 | 333.74131 | CONT SUBS | CONT SUBS-2ND OFFENSE NOTICE-LIFE | b |
| 33374132 | 333.74132 | CONT SUBS | CONT SUBS-2ND OFFENSE NOTICE-DOUBLE PENALTY | b |
| 33374132-A | 333.74132-A | CONT SUBS | CONT SUBS-2ND OR SUBSEQUENT OFFENSE NOTICE-DOUBLE PENALTY-FY | b |
| 33374132-B | 333.74132-B | CONT SUBS | CONT SUBS-2ND OR SUBS OFFENSE NOTICE-DOUBLE PENALTY-HIGH MISD | b |
| 33374133 | 333.74133 | CS/DEL/POSS | CONT SUBS-DELIVERY/POSSESSION..<50 GR. SCH. 2ND OFF.NOTICE | b |
| 3337416 | 333.7416 | CS-INDUCE MN | CONT SUBS-INDUCE MINOR TO COMMIT A FELONY | b |
| 3381053-A | 338.1053-A | SEC.GUARDS | SECURITY GUARDS-NO LICENSE/PERMISSION TO CONNECT SEC. ALARM | b |
| 3383434A-B | 338.3434A-B | OCC. LICENSE | OCCUPATIONAL LICENSES-SSN-UNAUTHORIZED DISCL.2ND OR SUBS OFFN | b |
| 33836211B | 338.36211B | CLERICAL VIO | MICHIGAN IMMIGRATION CLERICAL ASSISTANT-VIOLATIONS 2ND OR SUB | b |
| 338823A | 338.823-A | PRIVATE EYE | PRIVATE DETECTIVES - NO LICENSE | b |
| 339735 | 339.735 | ACCOUNT VIOL | ACCOUNTING VIOLATIONS | b |

| 038516 | 38.516 | CIVL SER VIO | FIRE AND POLICE CIVIL SERVICE-VIOLATIONS | b |
|---|---|---|---|---|
| 3801230D3A | 380.1230D3A | SCHOOL-FAILU | SCHOOLS-FAILURE OF EMPLOYEE TO REPORT FELONY OR LISTED MISDEM | b |
| 3881937 | 388.1937 | FALSE STMNT | SCHOOL BOND-FALSE STATEMENT/CONCEAL TO OBTAIN/MISUSE PROCEEDS | b |
| 400601-B | 400.601-B | FLS WEL <500 | FRAUD - WELFARE - OVER $500.00 | b |
| 400602-B | 400.602-B | FLS WEL INF< | FRAUD - WELFARE (FAILURE TO INFORM) - $500.00 OR MORE | b |
| 4006031 | 400.6031 | MEDICAID FRD | MEDICAID FRAUD - FALSE STATEMENT IN BENEFIT APPLICATION | b |
| 4006032 | 400.6032 | MEDICAID FRD | MEDICAID FRAUD - FALSE STATEMENT TO DETERMINE BENEFIT RIGHTS | b |
| 4006033 | 400.6033 | MEDICAID FRD | MEDICAID FRAUD - CONCEALING INFORMATION | b |
| 400604 | 400.604 | MEDICAID FRD | MEDICAID FRAUD - KICKBACKS/REFERRAL FEES | b |
| 400605 | 400.605 | MEDICAID FRD | MEDICAID FRAUD - FALSE STATEMENT REGARDING INSTITUTIONS | b |
| 400606 | 400.606 | MEDICAID FRD | MEDICAID FRAUD - CONSPIRACY TO COMMIT | b |
| 4006071 | 400.6071 | MEDICAID FRD | MEDICAID FRAUD - FALSE CLAIM | b |
| 4006072 | 400.6072 | MEDICAID FRD | MEDICAID FRAUD - MEDICALLY UNNECESSARY | b |
| 400609 | 400.609 | MED.FRAUD | MEDICAID FRAUD - FOURTH OFFENSE | b |
| 400646 | 400.646 | DHS DISCLOSR | DHS-DISCLOSURE/USE OF CONFIDENTIAL INFO-VIOLATION | b |
| 40071313-A | 400.71313-A | ADULT FOSTER | ADULT FOSTER CARE FACILITY - OPERATING W/O A LICENSE | b |
| 40071313-B | 400.71313-B | ADULT FOSTER | ADULT FOSTER CARE FACILITY-OPERATING W/O A LICENSE/2ND OFFENS | b |
| 4007224 | 400.7224 | ADULT FOSTER | ADULT FOSTER CARE FACILITY - FORMER LICENSEE VIOLATIONS | b |
| 4007311 | 400.7311 | ADULT FOSTER | ADULT FOSTER CARE FACILITY - GENERAL VIOLATIONS | b |
| 40095016 | 400.95016 | UCC-FIN STMT | UCC-FILING FALSE/FRAUDULENT FINANCING STATEMENT | b |
| 40810355 | 408.10355 | MIOSHA | MIOSHA - VIOL CAUSING EMPLOYEE DEATH | b |
| 40810355-A | 408.10355-A | MIOSHA | MIOSHA - VIOL CAUSING EMPLOYEE DEATH-2ND OFFENSE NOTICE | b |
| 409112A-B | 409.112A-B | CHILD/SUPER | CHILDREN - EMPLOYMENT W/CASH TRANS. W/O ADULT SUPERVISION | b |
| 409112A-C | 409.112A-C | CHILD SUPERV | CHILDREN - EMPLOYMENT W/CASH TRANS. W/O ADULT SUPERVISION | b |
| 409114A | 409.114A | CHILD ABUSE | CHILDREN - EMPLOYMENT IN CHILD ABUSE ACTIVITY | b |
| 42154A | 421.54A | UNEMP COMPEN | UCF-FALSE STATEMENT AS CONDITION OF EMPLOYMENT | b |
| 42154AIIB | 421.54AIIB | UCF-NO COMPL | UCF-NO COMPLY W/ACT/RULE $25,000-100,000 | b |
| 42154AIIC | 421.54AIIC | UCF-COMPLY | UCF-FAIL TO COMPLY W/ACT/RULES >$100,000 | b |
| 42154AIVB | 421.54AIVB | UCF-WILF VIO | UCF-WILFUL VIO. ACT/RULE OVER $100,000 | b |
| 42154BBI | 421.54BBI | UCF-CONSPIR | UCF-CONSPIRACY-LOSS OF $25,000 OR LESS | b |
| 42154BBII | 421.54BBII | UCF-CONSPIRA | UCF-CONSPIRACY-LOSS OVER $25,000 | b |
| 42154BBIII | 421.54BBIII | UCF-CONSPIRA | UCF-CONSPIRACY - NO ACTUAL LOSS | b |
| 42154BIIB | 421.54BIIB | UCF-FLS STAT | UCF-FALSE STM./MISREP. $25,000 OR MORE | b |
| 42154BIIC | 421.54BIIC | UCF-FLS STAT | UCF-FALSE STM./MISREP.-NO ACTUAL LOSS | b |
| 42154CBII | 421.54CBII | UCF-EMBEZZLE | UCF-EMBEZZLEMENT-$25,000-$100,000 | b |
| 42154CBIII | 421.54CBIII | UCF-EMBEZZLE | UCF-EMBEZZLEMENT-$100,000 OR MORE | b |
| 42154CBIV | 421.54CBIV | UCF-EMBEZZLE | UCF-EMBEZZLEMENT - NO ACTUAL LOSS | b |
| 42154D-B | 421.54D-B | UCF-DISCLSE | UCF-DISCLOSE CONF. INFO. FOR FINAN. GAIN | b |
| 42154M | 421.54M | UCF-FALSE ST | UCF-FALSE STATEMENT/MISREPRESENTATION - LOSS OF $3500-$25000 | b |
| 4313078-B | 431.3078-B | HORSE RACING | HORSE RACING-FALSE TESTIMONY TO COMMISSIONER | b |
| 4313304 | 431.3304 | HORSE RACING | HORSE RACING-ADMINISTERING DRUG/FOREIGN SUBSTANCE | b |
| 431332 | 431.332 | HORSE RACING | HORSE RACING-UNDUE INFLUENCE | b |
| 4322181 | 432.2181 | GAMBLING | GAMBLING OPERATIONS-FELONY VIOLATIONS | b |
| 4322182 | 432.2182 | GAMBLING | GAMBLING ACTIVITIES-FELONY VIOLATIONS | b |
| 43230 | 432.30 | LOTTERY | LOTTERY - FORGING/COUNTERFEITING A TICKET | b |
| 432302 | 432.302 | LOTTERY | LOTTERY - MULTI STATE FORGERY/COUNTERFEIT TICKET | b |
| 4361203F | 436.1203 | ALC SALE/DEL | ALCOHOL-SALE/DELIVERY/IMPORTING W/O A LICENSE | b |

| | | | | |
|---|---|---|---|---|
| 43612033A | 436.12033A | ALCOHOL-SHIP | ALCOHOL-DIRECT SHIPPING WITHOUT A LICENSE | b |
| 43617012 | 436.17012 | FURN/MNR/DEA | ALCOHOL-SELL/FURNISH TO MINOR-CAUSING DEATH | b |
| 43619093 | 436.19093 | VIO LIQ.CNTR | ALCOHOL - VIOLATION OF LIQUOR CONTROL CODE BY PERSON WHO SHOULD HAVE O | b |
| 43619131 | 436.19131 | ALC-FURN PLC | ALCOHOL-FURNISHING PLACE FOR CONSIDERATION | b |
| 43626C1 | 436.26C1 | ALCHL-FRNSH | ALCOHOL - FURNISHING PLACE FOR CONSIDERATION | b |
| 43626C2-B | 436.26C2-B | ALLOW CONSUM | ALLOWING CONSUMPTION IN UNLICENSED COMMERCIAL ESTABLISHMENT | b |
| 4363 | 436.3 | SALE/DELIV/I | SALE/DELIVERY/IMPORTING WITHOUT A LICENSE | b |
| 43632 | 436.32 | ALCOHOL SALE | ALCOHOL-MANUFACTURE,SALE,TRAFFIC IN WITHOUT LICENSE (ONE YEAR FELONY) | b |
| 43841 | 438.41 | USURY | USURY | b |
| 44093074 | 440.93074 | FARMING | FARMING - ILLEGAL SALE OF SECURED PRODUCTS | b |
| 44095016 | 440.95016 | UCC-FILING F | UCC - FILING FALSE/FRAUDULENT FINANCING STATEMENT | b |
| 442219 | 442.219 | GOB-PERJURY | GOING OUT OF BUSINESS SALE - PERJURY IN APP FOR LICENSE | b |
| 4451505 | 445.1505 | FRAUD FILE | FRAUDULENT FILING/OFFERS | b |
| 4451508 | 445.1508 | SALE DISCLOS | FRANCHISE INVEST LAW-SALE WITHOUT PROPER DISCLOSURE | b |
| 4451513 | 445.1513 | FILNG ILLEGL | FRANCHISE INVEST LAW-ILLEGAL OFFERS/SALES | b |
| 4451520 | 445.1520 | FILNG-RECORD | FRANCHISE INVEST LAW-KEEPING RECORDS | b |
| 4451521 | 445.1521 | FALSE REPRES | FRANCHISE INVEST LAW-FALSE REPRESENTATION | b |
| 4451523 | 445.1523 | FILE-FALSE | FRANCHISE INVEST LAW-FALSE STATEMENTS OF MATERIAL FACT | b |
| 4451525 | 445.1525 | FALSE ADVERT | FRANCHISE INVEST LAW-FALSE ADVERTISING | b |
| 4451528 | 445.1528 | PYRAMID/CHAI | PYRAMID/CHAIN PROMOTIONS-OFFER TO SELL | b |
| 4451679 | 445.1679 | MBA-GEN VIOL | MBA-GENERAL VIOLATIONS | b |
| 44525072 | 445.25072 | UNSOLIC EMAL | UNSOLICIT COMMERCIAL EMAIL-FALSE TRANSMISSION INFORMATION | b |
| 4454082 | 445.4082 | 2ND HND BUY | SECOND HAND DEALER-KNOWLINGLY BUY/SELL STOLEN SCRAP METAL | b |
| 4454083 | 445.4083 | 2ND HND BUY | SECOND HAND DEALER-BUY/SELL STOLEN UTILITY COMP SCRAP METAL | b |
| 4454332 | 445.4332 | BUY/SELL STO | BUYING AND SELLING STOLEN NON FERROUS METALS - 1ST OFFENSE | b |
| 4454831 | 445.4831 | PGMDA REGIST | PGMDA-DOING BUSINESS W/O REGISTRATION | b |
| 445485 | 445.485 | PREC GEM ACT | PGMDA-FAILING TO KEEP PROPERTY SEVEN (7) DAYS | b |
| 4454872 | 445.4872 | PGMDA MATERI | PGMDA-FAILING TO RECORD MATERIAL MATTER-2ND OFFENSE | b |
| 4454882 | 445.4882 | PGMDA DEALER | PGMDA-GENERAL DEALER VIOLATIONS - 2ND OFFENSE | b |
| 445489A | 445.489A | PGMDA TRANS. | PGMDA-FAILING TO RECORD TRANSACTION | b |
| 445489B | 445.489B | PGMDA RECORD | PGMDA-FALSIFY RECORDS | b |
| 445489C-A | 445.489C-A | PGMDA PURCHA | PGMDA-PURCHASE FROM MINOR OR THIEF | b |
| 445489C-B | 445.489C-B | PGMDA PURCHA | PGMDA-PURCHASE W/O CHECKING I.D. | b |
| 44565 | 445.65 | IDENTITY TFT | IDENTITY THEFT | b |
| 44565-A | 445.65-A | IDNT THFT2ND | IDENTITY THEFT - SECOND OFFENSE NOTICE | b |
| 44567 | 445.67 | OBTAIN/POSSE | OBTAIN/POSSESS/TRANSFER PERSONAL INFORMATION - IDENTITY THEFT | b |
| 4582 | 45.82 | CO.PUR AGENT | COUNTY-PURCHASING AGENT-VIOLATIONS | b |
| 4512501 | 451.2501 | SECURITIES - | SECURITIES - FRAUDULENT SALES | b |
| 45125021 | 451.2502(1) | SECURITIES - | SECURITIES - FRAUDULENT ADVICE | b |
| 45125022 | 451.2502(2) | SECURITIES - | SECURITIES - FINDER VIOLATIONS | b |
| 4512505 | 451.2505 | SECURITIES - | SECURITIES - FALSE STATEMENTS | b |
| 4512508 | 451.2508 | SECURITIES - | SECURITIES - GENERAL VIOLATIONS | b |
| 451434 | 451.434 | DEBT MANAGEM | DEBT MANAGEMENT ACT - LICENSEE VIOLATIONS | b |
| 4622571 | 462.2571 | TRAINS-TRAVL | TRAINS - ENDANGERING TRAVEL | b |
| 4623535 | 462.3535 | LOCO/3RD OUI | OPERATIVE A LOCOMOTIVE - OUIL/IMPAIRED - 3RD OR SUB. OFFENSE | b |
| 4623536 | 462.3536 | LOCO/DEATH | OPERATIVE A LOCOMOTIVE - OUIL/IMPAIRED - CAUSING DEATH | b |
| 4623537 | 462.3537 | LOCO/INJURY | OPERATE LOCOMOTIVE - OUIL/IMPAIRED - CAUSING SERIOUS INJURY | b |

| 48244 | 482.44 | GOODS NO RCD | BILLS OF LADING-ISSUANCE FOR GOODS NOT RECEIVED | b |
|---|---|---|---|---|
| 48248 | 482.48 | NEG NOT POSS | BILLS OF LADING-NEGOTIATION WHEN GOODS NOT IN CARRIER'S POSS | b |
| 48249 | 482.49 | INDUCE CARRI | BILLS OF LADING-INDUCING CARRIER TO ISSUE WHEN GOODS NOT RECD | b |
| 48250 | 482.50 | FRAUD ISSUE | BILLS OF LADING-FRAUDULENTLY ISSUING A NON-NEGOTIABLE BILL | b |
| 48416053 | 484.16053 | EMER TELEPH | EMERGENCY TELEPHONE SERVICE-USING FOR UNAUTH.PURPOSE-2ND OFF | b |
| 4871042 | 487.1042 | MONEY TRANSM | MONEY TRANSMISSION SERVICES ACT VIOLATION | b |
| 4871505 | 487.1505 | INT RATE 25% | BIDCO ACT-KNOWLINGLY RECEIVE MONEY/PROP. AT INT. RATE 25% + | b |
| 492137A | 492.137A | SALE W/O LIC | MOTOR VEHICLE SALES FINANCE ACT-INSTALLMENT SALES W/O LICENSE | b |
| 49356A13 | 493.56A13 | MORTG LOAN | SECONDARY MORTGAGE LOAN ACT-LICENSEE/REGISTRANT-FALSE REPORT | b |
| 49377 | 493.77 | LOAN W/O LIC | SECONDARY MORTGAGE LOAN ACT-MAKING LOANS WITHOUT A LICENSE | b |
| 50045111 | 500.45111 | INSURANCE | INSURANCE - FRAUDULENT ACTS | b |
| 50045112 | 500.45112 | INS.FRAUD | INSURANCE FRAUD - CONSPIRACIES | b |
| 5005252 | 500.5252 | INSURANCE | INSURANCE-IMPROPER PERSONAL INTEREST IN TRANSACTION | b |
| 553014 | 55.3014 | NOTARY/REVOK | NOTARY PUBLIC - PERFORMING NOTARIAL ACT AFTER REVOCATION | b |
| 553091B | 55.3091B | NOTARY-RPROP | NOTARY PUBLIC - VIOLATIONS INVOLING REAL PROPERTY | b |
| 551102-B | 551.102B | MARRIAGE LIC | MARRIAGE LICENSE-SSN-UNAUTHORIZED DISCL-2ND OR SUBS OFFENSE | b |
| 565371 | 565.371 | REAL PROPERT | REAL PROPERTY-RECORDING FRAUDULENT CONVEYANCE | b |
| 565451B | 565.451B | FLS AFFIDAVT | PERJURY - FALSE AFFIDAVIT/STATEMENT | b |
| 570111010C1 | 570.111010C1 | CONTRACTOR | CONTRACTOR-FALSE SWORN STATEMENTS-$1,000 OR MORE BUT < $20000 | b |
| 570111010D1 | 570.111010D1 | CONTRACTOR | CONTRACTOR-FALSE SWORN STATEMENT-$20,000 OR MORE | b |
| 570152 | 570.152 | CONTRACTOR | CONTRACTOR-FRAUDULENT USE OF BUILDING CONTRACT FUND | b |
| 6002907A2 | 600.2907A2 | REAL PROPRTY | REAL PROPERTY-ENCUMBERING W/O LAWFUL CAUSE | b |
| 6008713 | 600.8713 | PERJURY-MUNI | PERJURY-MUNICIPAL CIVIL INFRACTION CITE | b |
| 722115E2A | 722.115E2A | CHILD CARE | CHILD CARE/DAY CARE CENTR-FAIL TO RPT ARRN FOR FELONY/LIST MI | b |
| 722115F8A | 722.115F8A | FAMILY DAY | FAMILY/GROUP DAY CARE HOME-FAIL TO RPT ARRN-FELONY LIST MISD | b |
| 7226335B | 722.6335B | CHILD ABUSE | CHILD-ABUSE-INTENTIONAL FALSE REPORT-FELONY | b |
| 722675 | 722.675 | DIST OBS MAT | CHILDREN - DISTRIBUTING OBSCENE MATTER TO | b |
| 722857 | 722.857 | SURROG.PARNT | SURROGATE PARENTING-CONTRACT INVOLVING UNEMANCIPATED MINOR | b |
| 7228593 | 722.8593 | SURROG.PARNT | SURROGATE PARENTING-INDUCING CONTRACT FOR COMPENSATION | b |
| 750100 | 750.100 | BANKS INSOLV | BANKS-CONDUCTING BUSINESS WHEN INSOLVENT | b |
| 750101 | 750.101 | BANKS ACTS | BANKS-VIOLATING FINANCIAL INSTITUTIONS ACT | b |
| 750104 | 750.104 | BOATS | BOATS-FITTING W/ INTENT TO DESTROY | b |
| 750105 | 750.105 | BOATS | BOATS-MAKING FALSE INVOICE OF CARGO | b |
| 750106 | 750.106 | BOATS | BOATS-MAKING OR PROCURING FALSE PROTEST | b |
| 75010A | 750.10A | SEX DELIQUNT | SEXUALLY DELIQUENT PERSON | b |
| 750110 | 750.110 | B&E BUILDING | BREAKING AND ENTERING A BUILDING W/ INTENT | b |
| 750110-A | 750.110-A | B&E BUILDING | BREAKING AND ENTERING A BUILDING WITH INTENT | b |
| 750110A3 | 750.110A3 | HOME INV-2ND | HOME INVASION-2ND DEGREE | b |
| 750110A4 | 750.110A4 | HOME INVASN | HOME INVASION-3RD DEGREE | b |
| 750110-B | 750.110-B | B&E OCC DWEL | BREAKING AND ENTERING OCCUPIED DWELLING WITH INTENT | b |
| 750111 | 750.111 | ENTRY W/O BR | B&E - ENTRY W/O BREAKING WITH INTENT | b |
| 750112 | 750.112 | BURGLARY | BURGLARY W/ EXPLOSIVES | b |
| 750116 | 750.116 | BURGLAR TOOL | BURGLAR'S TOOLS-POSSESSION | b |
| 750117 | 750.117 | PUB.OFC-BRIB | PUBLIC OFFICER-BRIBERY | b |
| 750118 | 750.118 | PUB.OFC-BRIB | PUBLIC OFFICER-ACCEPTING BRIBE | b |
| 750119 | 750.119 | BRIBE-JURORS | BRIBERY-JURORS/OTHERS | b |
| 7501191B | 750.1191B | BRIBER JUROR | BRIBERY-JURORS/OTHERS-CRIMINAL CASE PUNISHABLE BY > 10 YEARS | b |

| 75012 | 750.12 | ABDUCTION | ABDUCTION-TAKING A WOMAN WITH INTENT TO MARRY | b |
|---|---|---|---|---|
| 750120 | 750.120 | BRIBE-JURORS | BRIBERY-JURORS/OTHERS ACCEPTING | b |
| 750121 | 750.121 | BRIBERY | BRIBERY-PUBLIC OFFICIALS TO INFLUENCE CONTRACT | b |
| 750124 | 750.124 | BRIBERY/ATHL | BRIBERY-ATHLETES | b |
| 75013 | 750.13 | ENTICE FEMLE | ENTICING FEMALE UNDER 16 FOR IMMORAL PURPOSES | b |
| 7501313B2 | 750.1313B2 | NSF $100-500 | CHECK-NSF OVER $100.00 LESS THAN $500.00 3RD OR SUBS OFFENSE | b |
| 7501313C | 750.1313C | CHECK-NSF | CHECK-NSF FUNDS $500.00 OR MORE | b |
| 750131A1 | 750.131A1 | CHECK-NO ACT | CHECK-NO ACCOUNT | b |
| 750131A2 | 750.131A2 | CHECK-NSF | CHECK-NSF- 3 WITHIN 10 DAYS | b |
| 750135 | 750.135 | CHILD ABANDN | CHILDREN - ABANDONMENT | b |
| 750136 | 750.136 | CHILDREN CRU | CHILDREN CRUELTY | b |
| 750136A | 750.136A | CHILDREN TOR | CHILDREN TORTURING | b |
| 750136C | 750.136C | CHILDREN | CHILDREN-TRANSFER OR ACQUIRE CUSTODY FOR CONSIDERATION | b |
| 75014 | 750.14 | ABORTION | ABORTION | b |
| 750145A-A | 750.145A-A | CHILD.ACCOST | CHILDREN-ACCOSTING FOR IMMORAL PURPOSES | b |
| 750145B-A | 750.145B-A | CHILD.ACCOST | CHILDREN-ACCOSTING FOR IMMORAL PURPOSES-SECOND OR SUB. NOTICE | b |
| 750145C3 | 750.145C3 | CHILD ABUSE | CHILD SEXUALLY ABUSIVE ACTIVITY-DISTRIBUTING OR PROMOTING | b |
| 750145C3B | 750.145C3B | CSAA AGG DIS | CHILD SEXUALLY ABUSIVE ACTIVITY AGGRAVATED DISTRIBUTING OR PR | b |
| 750145C4-A | 750.145C4-A | SEX ABUS MAT | CHILD SEXUALLY ABUSIVE MATERIAL - POSSESSION | b |
| 750145C4-A1 | 750.145C4-A1 | CSAM AGG POS | CHILD SEXUALLY ABUSIVE MATERIAL AGGRAVATED POSSESSION | b |
| 750145D2B | 750.145D2B | INTERNET | COMPUTERS-INTERNET-COMMUNICATE W/ ANOTHER TO COMMIT CRIME | b |
| 750145D2C | 750.145D2C | INTERNET | COMPUTERS-INTERNET-COMMUNICATE W/ ANOTHER TO COMMIT CRIME | b |
| 750145D2D | 750.145D2D | INTERNET | COMPUTERS-INTERNET-COMMUNICATE W/ ANOTHER TO COMMIT CRIME | b |
| 750145D2E | 750.145D2E | INTERNET | COMPUTERS-INTERNET-COMMUNICATE W/ ANOTHER TO COMMIT CRIME | b |
| 750145D2F | 750.145D2F | INTERNET | COMPUTERS-INTERNET-COMMUNICATE W/ ANOTHER TO COMMIT CRIME | b |
| 750145O | 750.145O | VA-UNL CARET | VULNERABLE ADULT ABUSE - DEATH CAUSED BY UNLIC CARETAKER | b |
| 750145P1 | 750.145P1 | COMMING FUND | VULNERABLE ADULT ABUSE - CAREG. COMMINGLE FUNDS/OBSTR INVEST | b |
| 750145P2 | 750.145P2 | RETAL DISCRI | VULNERABLE ADULT ABUSE- RETALIATION/DISCRIM. BY CARE GIVER | b |
| 750145P5 | 750.145P5 | VA-CARE 2ND | VULNERABLE ADULT ABUSE - CARE GIVER VIO. - 2ND OFFENSE NOTICE | b |
| 750149-A | 750.149-A | COMPOUNDING | COMPOUNDING OFFENSES-FELONY | b |
| 750157A | 750.157A | CONSPIRACY | CONSPIRACY - LEGAL ACT/ILLEGAL MANNER | b |
| 750157AB(C) | 750.157AB(C) | CONSP GAMBLE | CONSPIRACY - GAMBLING | b |
| 750157B | 750.157B | SOL COMMT FY | SOLICITATION TO COMMIT A FELONY | b |
| 750157B2 | 750.157B2 | HOMICIDE-SOL | HOMIDE-SOLICITATION OF MURDER | b |
| 750157C | 750.157C | MINORS-INDUC | MINORS - INDUCING TO COMMIT A FELONY | b |
| 750157N1 | 750.157N1 | FTD-STEALING | FINANCIAL TRANSACTION DEVICE-STEALING/RETAINING W/O CONSENT | b |
| 750157N2 | 750.157N2 | FTD-POSS ONE | FINANCIAL TRANSACTION DEVICE-POSSESSION OF FRAUDULENT ONE | b |
| 750157P | 750.157P | FTD-POSSESSN | FINANCIAL TRANSACTION DEVICE-POSSESSION | b |
| 750157Q | 750.157Q | FTD-ILL SALE | FINANCIAL TRANSACTION DEVICE-ILLEGAL SALE/USE | b |
| 750157Q-B | 750.157Q-B | CREDT CRD US | CREDIT CARD USE | b |
| 750157R | 750.157R | FTD-FORGERY | FINANCIAL TRANSACTION DEVICE-FORGERY, ALTERATION, COUNTERFEIT | b |
| 750157S1B2 | 750.157S1B2 | FTD-USE REVK | FTD-USE OF REV OR CANCELED TO OBTAIN GOODS $100-500/2ND OFFNS | b |
| 750157S1C | 750.157S1C | FTD-USE REVK | FTD-USE OF REV OR CANCELED TO OBTAIN GOODS OVER $500 | b |
| 750157S-B | 750.157S-B | CREDIT CARD | CREDIT CARD USE OF REVOKED OR CANCELLED TO OBTAIN GOODS OVER $100.00 | b |
| 750157T | 750.157T | FURN GOOD/SE | FINANCIAL TRANSACTION DEVICE-FURNISHING GOODS OR SERVICES | b |
| 750157U | 750.157U | FTD-OVERCHRG | FINANCIAL TRANSACTION DEVICE-OVERCHARGING | b |
| 750157V | 750.157U | FTD-FLS STAT | FINANCIAL TRANSACTION DEVICE-FALSE STATEMENT OF IDENTITY | b |

| 750157W1C1 | 750.157W1C1 | FTD-WITHDRAW | FTD-FRAUDULENT WITHDRAWALS/TRANSFERS-$1000-20,000 | b |
|---|---|---|---|---|
| 750157W1C2 | 750.157W1C2 | FTD-WITHDRAW | FTD-FRAUDULENT WITHDRAWALS/TRANSFERS-$200-1000-2ND OR SUBS | b |
| 750157W1D1 | 750.157W1D1 | FTD-WITHDRAW | FTD-FRAUDULENT WITHDRAWALS/TRANSFERS-OVER $20,000 | b |
| 750157W1D2 | 750.157W1D2 | FTD-WITHDRAW | FTD-FRAUDULENT WITHDRAWALS/TRANSFERS-$1000-20,000-3RD OR SUBS | b |
| 750158 | 750.158 | SODOMY | SODOMY | b |
| 750159I1 | 750.159I1 | CRIM ENTPR | CRIMINAL ENTERPRISE - CONDUCTING | b |
| 750159I2 | 750.159I2 | CRIM ENTPR | CRIMINAL ENTERPRISE - ACQUIRE/MAINTAIN | b |
| 750159I3 | 750.159I3 | CRIM ENTPR | CRIMINAL ENTERPRISE - RACKETEERING PROCEEDS | b |
| 750159I4-A | 750.159I4-A | CRIM ENTPR | CRIMINAL ENTERPRISE - CONSPIRACY | b |
| 750159I4-B | 750.159I4-B | CRIM ENTPR | CRIMINAL ENTERPRISE - ATTEMPT | b |
| 750159J5 | 750.159J5 | CR ENT NOTIC | CRIMNAL ENTERPRISES - NOTICE OF INTENT TO FORFEIT PROPERTY | b |
| 750160 | 750.160 | DEAD BODIES | DEAD BODIES - DISINTERMENT & MUTILATION | b |
| 750160A | 750.160A | DEAD BODIES | DEAD BODIES - PHOTOGRAPH IN HUMAN GRAVE | b |
| 750160C2B | 750.160C2B | DEAD BODIES | DEAD BODIES - IMPROPER DISPOSAL AFTER 180 DAYS | b |
| 750161 | 750.161 | DESERTION | DESERTION/ABANDONMENT/NON-SUPPORT | b |
| 750161-A | 750.161-A | DRUG MISBRAN | DRUGS OR MEDICINE-ADULTERATING/MISBRANDING/SUBSTITUTING | b |
| 750162 | 750.162 | DRUG MISBRAN | DRUGS OR MEDICINE-ADULTERT./MISBRAND-CAUSING PERSONAL INJURY | b |
| 750163 | 750.163 | DRUG MISBRAN | DRUGS OR MEDICINE-ADULTERT.-CAUSE IMPAIRMENT OF BODY FUNCTION | b |
| 750164 | 750.164 | DESERTION | DESERTION FOLLOWING MARRIAGE TO ESCAPE PROSECUTION | b |
| 750164-A | 750.164-A | DRUG MISBRAN | DRUGS OR MEDICINE-ADULTERT./MISBRAND-CAUSING DEATH | b |
| 750165 | 750.165 | CHILD SUPPRT | CHILD SUPPORT - FAILING TO PAY | b |
| 750165-A | 750.165-A | DRUG MISBRAN | DRUGS OR MEDICINE-ADULTERT.W/INTENT KILL/IMPAIR CAUSE DEATH | b |
| 750167D | 750.167D | FUNERAL | DISRUPTING A FUNERAL, MEMORIAL SERVICE OR BURIAL | b |
| 750171 | 750.171 | DUELING | DUELING-ENGAGING IN/ISSUING CHALLENGE | b |
| 7501744A | 750.1744A | EMBEZZLEMENT | EMBEZZLEMENT-AGENT OR TRUSTEE-$1000-$19,999 | b |
| 7501744B | 750.1744B | EMBEZZLEMENT | EMBEZZLEMENT-AGENT OR TRUSTEE-$200-$999-2ND OR SUBS OFFENSE | b |
| 7501744C | 750.1744C | EMBEZZLEMENT | EMBEZZLEMENT-$200-$999 FROM A NON-PROFIT/CHARITABLE ORG | b |
| 7501745A | 750.1745A | EMBEZZLEMENT | EMBEZZLEMENT-AGENT OR TRUSTEE-$20,000-$49,999 | b |
| 7501745B | 750.1745B | EMBEZZLEMENT | EMBEZZLEMENT-AGENT OR TRUSTEE-$1000-$19,999-3RD OR SUBS OFFNS | b |
| 7501745C | 750.1745C | EMBEZZLEMENT | EMBEZZLEMENT-$1000-$19,999 FROM A NON-PROFIT/CHARITABLE ORG | b |
| 7501746 | 750.1746 | EMBEZZLEMENT | EMBEZZLEMENT-$50,000-$99,999 | b |
| 7501747 | 750.1746 | EMBEZZLEMENT | EMBEZZLEMENT-$100,000 OR MORE | b |
| 750174A4A | 750.174A4A | EMBEZZLEMENT | EMBEZZLE-FROM A VULNERABLE ADULT-$1000.00-$19999.99 | b |
| 750174A4B | 750.174A4B | EMBEZZLEMENT | EMBEZZLE-FROM A VULNERABLE ADULT-$200.00-$999.99/2ND OR SUBS | b |
| 750174A5A | 750.174A5A | EMBEZZLEMENT | EMBEZZLE-FROM A VULNERABLE ADULT-$20,000.00 OR MORE | b |
| 750174A5B | 750.174A5B | EMBEZZLEMENT | EMBEZZLE-FROM A VULNERABLE ADULT-$1000.00-$19999.99/3RD OFF | b |
| 750174A6A | 750.174A6A | EMBEZZLEMENT | EMBEZZLE-FROM A VULNERABLE ADULT-$50,000 OR MORE < $100,000 | b |
| 750174A6B | 750.174A6B | EMBEZZLEMENT | EMBEZZLE-FROM VULNERABLE ADULT-$20,000+ < $50,000/3RD OFF NOT | b |
| 750174A7A | 750.174A7A | EMBEZZLEMENT | EMBEZZLE-FROM A VULNERABLE ADULT-$100,000 OR MORE | b |
| 750174A7B | 750.174A7B | EMBEZZLEMENT | EMBEZZLE-FROM VULNERABLE ADULT-$50,000+ <$100,000/3RD OFF NOT | b |
| 750174-B | 750.174-B | EMBEZZ AGENT | EMBEZZLEMENT AGENT OR TRUSTEE OVER $100.00 | b |
| 750175 | 750.175 | EMBEZZLEMENT | EMBEZZLEMENT-PUBLIC OFFICIAL OVER $50 | b |
| 750176 | 750.176 | EMBEZZLEMENT | EMBEZZLEMENT-ADMINISTRATOR, EXECUTOR, OR GUARDIAN | b |
| 7501772A | 750.1772A | EMBEZZLEMENT | EMBEZZLEMENT-BY CHATTEL MORTGAGOR-$20,000 OR MORE | b |
| 7501772B | 750.1772B | EMBEZZLEMENT | EMBEZZLEMENT-BY CHATTEL MORTGAGOR-$1000-20,000-3RD OR SUBS | b |
| 7501773A | 750.1773A | EMBEZZLEMENT | EMBEZZLEMENT-BY CHATTEL MORTGAGOR-$1000-20,000 | b |
| 7501773B | 750.1773B | EMBEZZLEMENT | EMBEZZLEMENT-BY CHATTEL MORTGAGOR-$200-1000-2ND OR SUBS OFFNS | b |

| 7501782A | 750.1782A | EMBEZZLEMENT | EMBEZZLEMENT-MORTGAGED/LEASED PROPERTY-$20,000 OR MORE | b |
|---|---|---|---|---|
| 7501782B | 750.1782B | EMBEZZLEMENT | EMBEZZLEMENT-MORTGAGED/LEASED PROP-$1000-20,000-3RD OR SUBS | b |
| 7501783A | 750.1783A | EMBEZZLEMENT | EMBEZZLEMENT-MORTGAGED/LEASED PROP-$1000-20,000 | b |
| 7501783B | 750.1783B | EMBEZZLEMENT | EMBEZZLEMENT-MORTGAGED/LEASED PROP-$200-1000-2ND OR SUBS OFFN | b |
| 750180 | 750.180 | EMBEZ FINANC | EMBEZZLEMENT-FINANCIAL INSTITUTIONS | b |
| 7501814A | 750.1814A | EMBEZZLEMENT | EMBEZZLEMENT-JOINTLY HELD PROPERTY-$1000-20,000 | b |
| 7501814B | 750.1814B | EMBEZZLEMENT | EMBEZZLEMENT-JOINTLY HELD PROPERTY-$200-1000-2ND OR SUBS OFFN | b |
| 7501815A | 750.1815A | EMBEZZLEMENT | EMBEZZLEMENT-JOINTLY HELD PROPERTY-$20,000 OR MORE | b |
| 7501815B | 750.1815B | EMBEZZLEMENT | EMBEZZLEMENT-JOINTLY HELD PROPERTY-$1000-20,000-3RD OR SUBS | b |
| 750182 | 750.182 | EMBEZZ-WAREH | EMBEZZLEMENT-WAREHOUSES | b |
| 750182A | 750.182A | SCHL FLS REC | SCHOOLS-FALSIFYING RECORDS | b |
| 750183-A | 750.183-A | AID PRISNR M | ESCAPE - AIDING PRISONER - FELONY | b |
| 750183-C | 750.183-C | DRUG ADULTER | DRUGS OR MEDICINE-ADULTERATING TO AFFECT QUALITY | b |
| 750184-A | 750.184-A | DRUG ADULERT | DRUGS OR MEDICINE-ADULTER. AFFECT QUALITY-CAUSE PERSONAL INJ | b |
| 750185 | 750.185 | DRUG ADULTER | DRUGS OR MEDICINE-ADULTER. AFFECT QUAL-CAUSE IMPAIR BODY FUNC | b |
| 750186A | 750.186A | ESCAPE JUV | ESCAPE - JUVENILE FACILITY | b |
| 750186-A | 750.186-A | DRUG ADULERA | DRUGS OR MEDICINE-ADULTER. TO AFFECT QUALITY CAUSING DEATH | b |
| 750187 | 750.187 | DRUG ADULTER | DRUGS OR MEDICINE-ADULTER. QUAL W/INTENT TO KILL/IMPAIR-DEATH | b |
| 750189 | 750.189 | ESCAPE | ESCAPE - OFFICER NEG ALLOWING/REFUSING TO RECEIVE PRISONER | b |
| 750190 | 750.190 | ESCAPE | ESCAPE - OFFICER RECEIVING REWARD TO ASSIST | b |
| 750193 | 750.193 | ESCAP PRISON | ESCAPE - PRISON | b |
| 7501951 | 750.1951 | ESCAPE MISD | ESCAPE - FROM MISDEMEANOR JAIL SENTENCE | b |
| 7501952 | 750.1952 | ESCAPE MISD | ESCAPE - FELONY JAIL SENTENCE | b |
| 7501971 | 750.1971 | ESC AWT TRL | ESCAPE - AWAITING TRIAL FOR MISDEMEANOR | b |
| 7501972 | 750.1972 | ESC AWT TRL | ESCAPE - AWAITING TRIAL FOR FELONY | b |
| 7501993 | 750.1993 | HARBR FELONS | HARBORING FELONS | b |
| 750199A | 750.199A | BOND-ABSCOND | BOND-ABSCONDING OR FORFEITING | b |
| 750200 | 750.200 | EXPLOSIVES | EXPLOSIVES-CARRYING ON COMMON CARRIER | b |
| 75020011A | 750.20011A | HARMFUL DEV | HARMFUL DEVICES-UNLAWFUL POSSESSION OR USE | b |
| 75020011B | 750.20011B | HARMFUL DEV | HARMFUL DEVICES-UNLAWFUL POSSESSION OR USE CAUSING PROP DAM | b |
| 75020011C | 750.20011C | HARMFUL DEV | HARMFUL DEVICES-UNLAWFUL POSSESSION OR USE CAUSING PERS INJ | b |
| 75020011D | 750.20011D | HARMFUL DEV | HARMFUL DEVICES-UNLAWFUL POSSESSION OR USE CAUSING SER. INJ | b |
| 75020011E | 750.20011E | HARMFUL DEV | HARMFUL DEVICES-UNLAWFUL POSSESSION OR USE CAUSING DEATH | b |
| 750200J1A-A | 750.200J1A | HARMFUL DEV | HARMFUL DEVICES-IMITATION/IRRITANTS-UNLAWFUL POSSESSION/USE | b |
| 750200J1B | 750.200J1B | HARMFUL DEV | HARM DEV-IMITATION/IRRITANTS-UNLAWF POSS/USE CAUSING PROP DAM | b |
| 750200J1C | 750.200J1C | HARMFUL DEV | HARM DEV-IMITATION/IRRITANTS-UNLAWF POSS/USE CAUSING PERS INJ | b |
| 750200J1D | 750.200J1D | HARMFUL DEV | HARM DEV-IMITATION/IRRITANTS-UNLAWF POSS/USE CAUSING SER INJ | b |
| 750200J1E | 750.200J1E | HARMFUL DEV | HARM DEV-IMITATION/IRRITANTS-UNLAWF POSS/USE CAUSING DEATH | b |
| 750200L | 750.200L | HARMFUL SUBS | HARMFUL SUBSTANCE/DEVICE PERSON FALSELY EXPOSED | b |
| 750201 | 750.201 | EXPLOSIVES | EXPLOSIVES-TRANSPORTATION OF CONCUSSION OR FRICTION TYPE | b |
| 750202 | 750.202 | EXPLOSIVES | EXPLOSIVES-SHIPPING WITH FALSE MARKING/INVOICE | b |
| 750208 | 750.208 | EXPL-PLACE W | EXPLOSIVES - AIDING ABETTING PLACING WITH INTENT TO DESTROY PROPERTY | b |
| 750210 | 750.210 | EXPL PSS BOM | EXPLOSIVES POSSESSION OF BOMBS WITH UNLAWFUL INTENT | b |
| 7502102A | 750.2102A | EXPLOSIVES | EXPLOSIVES-POSSESSION OF BOMBS W/ UNLAWFUL INTENT | b |
| 7502102B | 750.2102B | EXPLOSIVES | EXPLOSIVES-POSSESSION OF BOMBS W/ UNLAWFUL INTENT/PROP DAMAGE | b |
| 7502102C | 750.2102D | EXPLOSIVES | EXPLOSIVES-POSSESSION OF BOMBS W/ UNLAWFUL INTENT/PERS INJ | b |
| 7502102D | 750.2102D | EXPLOSIVES | EXPLOSIVES-POSSESSION OF BOMBS W/ UNLAWFUL INTENT/SER INJ | b |

| | | | | |
|---|---|---|---|---|
| 7502102E | 750.2102E | EXPLOSIVES | EXPLOSIVES-POSSESSION OF BOMBS W/ UNLAWFUL INTENT/DEATH | b |
| 750211 | 750.211 | EXPL MANUF W | EXPLOSIVES MANUFACTURE WITH UNLAWFUL INTENT | b |
| 750211A | 750.211A | EXPLOS MOLOT | EXPLOS POSSESSION OF MOLOTOV COCKTAIL | b |
| 750211A2A | 750.211A2A | EXPLOSIVES | MANUF/POSSESS EXPLOSIVE/INCENDIARY DEVICE W/MALICIOUS INTENT | b |
| 750211A2A-A | 750.211A2A-A | EXPLOSIVES-M | EXPLOSIVES - MANUFACTURE/POSSESSION OF MOLOTOV COCKTAIL | b |
| 750211A2B | 750.211A2B | EXPLOSIVES | EXPLOSIVE-POSS. OF MOLOTOV COCKTAIL/OTHER EXPLOS/PROP DAMAGE | b |
| 750211A2C | 750.211A2C | EXPLOSIVES | EXPLOSIVE-POSS. OF MOLOTOV COCKTAIL/OTHER EXPLOS/PER INJURY | b |
| 750211A2D | 750.211A2D | EXPLOSIVES | EXPLOSIVE-POSS. OF MOLOTOV COCKTAIL/OTHER EXPLOS/SER INJURY | b |
| 750211A2E | 750.211A2E | EXPLOSIVES | EXPLOSIVE-POSS. OF MOLOTOV COCKTAIL/OTHER EXPLOS/DEATH | b |
| 750213 | 750.213 | EXTORTION | EXTORTION | b |
| 7502153 | 750.2153 | IMPRS OFFCR | IMPERSONATING A PEACE OFFICER TO COMMIT A CRIME | b |
| 750217B | 750.217B | FLS PERSONAT | FALSE PERSONATION OF PUBLIC UTILITY WORKER | b |
| 750217C3 | 750.217C3 | FALSE PERSON | FLS PERS.PUBLC OFCR/EMPLOYEE-UTIL LEGAL PROCESS-2ND OFF NOTCE | b |
| 750217C4 | 750.217C4 | FALSE PERSON | FLS PERS.PUBLC OFCR/EMPLOYEE-UTIL LEGAL PROCESS-3RD OR SUBS | b |
| 750217D | 750.217D | FALSE PERSON | FALSE PERSONATION OF HEALTH PROFESSIONAL | b |
| 750217E | 750.217E | IMPER. DHS | IMPERSONATING DHS EMPLOYEE | b |
| 750217F | 750.217F | IMPER.FIREFI | IMPERSONATING FIREFIGHTER/EMERGENCY MEDICAL SERVICE PERSONNEL | b |
| 7502184A | 750.2184A | FALSE PRETEN | FALSE PRETENSES-$1000.00-$19,999.99 | b |
| 7502184B | 750.2184B | FALSE PRETEN | FALSE PRETENSES-$200.00-$999.99/2ND OR SUBS OFFENSE | b |
| 7502185A | 750.2185A | FALSE PRETEN | FALSE PRETENSES-$20,000.00 OR MORE | b |
| 7502185B | 750.2185B | FALSE PRETEN | FALSE PRETENSES-$1000.00-$19,999.99/3RD OR SUBS OFFENSE | b |
| 7502186A | 750.2186A | FALSE PRETEN | PROPERTY - FALSE PRETENSES > $50,000 BUT < $100,000 | b |
| 7502187A | 750.2187A | FALSE PRETEN | FALSE PRETENSES WITH INTENT TO DEFRAUD;$100,000 OR MORE | b |
| 750218-B | 750.218-B | FALSE PRETEN | FALSE PRETENSES OVER $100.00 | b |
| 750219A2C1 | 750.219A2C1 | TELECOMMUNIC | TELEPHONE-USING DEVICE/IDENT TO AVOID PYMT $1,000-20,000 | b |
| 750219A2C3 | 750.219A2C3 | TELECOMMUNIC | TELEPHONE-USE DEV/IDENT TO AVOID PYMT $200-1000 2ND OFFENSE | b |
| 750219A2D1 | 750.219A2D1 | TELECOMMUNIC | TELEPHONE-USING DEVICE/IDENT TO AVOID PYMT $20,000 OR MORE | b |
| 750219A2D4 | 750.219A2D4 | TELECOMMUNIC | TELEPHONE-USE DEV/IDENT TO AVOID PMT $1000-20,000 3RD OR SUBS | b |
| 750219A-B | 750.219A-B | PHON FLS# < | TELEPHONE-OBTAIN SERVICE BY FALSE NUMBER - OVER $100 | b |
| 750219E | 750.219E | FINANCIAL | FINANCIAL INSTITUTIONS-UNAUTHORIZED CREDIT APPLICATION | b |
| 750219F | 750.219F | FINANCIAL | FINANCIAL INSTITUTIONS-FORWARD UNAUTHOR. CREDIT APPLICATIONS | b |
| 7502232-A | 750.2232-A | WEAP SEL 2ND | WEAPONS-FIREARM-SELL LONG GUN TO MINOR 2ND | b |
| 7502234 | 750.2234 | WEAP SALE | WEAPONS-FIREARMS - SALE TO FELON | b |
| 7502241-A | 750.2241-A | WEAPONS | WEAPONS-DANGEROUS WEAPON-MISCELLANEOUS | b |
| 7502241-B | 750.2241-B | WEAPONS | WEAPONS-DANGEROUS WEAPON-GAS EJECTING DEVICE | b |
| 750224A | 750.224A | WEAPONS | WEAPONS-TASER-POSSESSION OR SALE OF | b |
| 750224A6 | 750.224A6 | WEAPONS | WEAPONS-TASER-IMPROPER USE AGAINST ANOTHER | b |
| 750224B | 750.224B | WEAPONS | FIREARMS - SHORT BARRELED SHOTGUN/RIFLE | b |
| 750224C | 750.224C | WEAPONS-ARMR | WEAPONS-ARMOR PIERCING AMMUNITION | b |
| 750224D2 | 750.224D2 | WEAPONS | WEAPONS-DANGEROUS WEAPONS-USING SELF-DEFENSE SPRAY DEVICE | b |
| 750224E | 750.224E | SEMIAUTO-AUT | WEAPONS-FIREARMS-DEVICES TO CONVERT SEMIAUTO TO AUTOMATIC | b |
| 750224F | 750.224F | POSS FELON | WEAPONS-FIREARMS-POSSESSION BY FELON | b |
| 750224F6 | 750.224F6 | POSS FELON | WEAPONS-AMMUNITION-POSSESS BY FELON | b |
| 750226 | 750.226 | POSS FELON | WEAPONS-DANGEROUS WEAPONS-CARRYING WITH UNLAWFUL INTENT | b |
| 750227 | 750.227 | CARRYING CON | WEAPONS-CARRYING CONCEALED | b |
| 750227A | 750.227A | SEC GUARD | WEAPONS-FIREARMS-UNLAWFUL POSSESSION BY SECURITY GUARD | b |
| 750227-A | 750.227-A | WEAPONS CONC | WEAPONS CONCEALED WEAPON NON-PISTOL ON PERSON | b |

| 750227-B | 750.227-B | WEAP CONC NP | WEAPONS CONCEALED WEAPON NON-PISTOL IN VEHICLE | b |
|---|---|---|---|---|
| 750227B-A | 750.227B-A | WEAPONS | WEAPONS-FELONY FIREARM | b |
| 750.227B-A1 | 750.227BA1 | WEAPONS | WEAPONS-FELONY FIREARM- PNEUMATIC GUN | b |
| 750227B-A1 | 750.227B-A1 | WEAPONS | WEAPONS- FELONY FIREARM- PNEUMATIC GUN | b |
| 750227B-B | 750.227B-B | WEAPONS/FEL | WEAPONS-FELONY FIREARM-SECOND OFFENSE NOTICE | b |
| 750227B-C | 750.227B-C | WEAPONS/FEL | WEAPONS-FELONY FIREARM-THIRD OFFENSE NOTICE | b |
| 750227C | 750.227C | GUN IMP POSS | WEAPONS-FIREARMS-POSSESS LOADED FIREARM IN OR UPON A VEHICLE | b |
| 750227-C | 750.227-C | WEAPONS CONC | WEAPONS CONCEALED WEAPON PISTOL ON PERSON | b |
| 750227F | 750.227F | BODY ARMOR | BODY ARMOR-WEARING DURING COMMISSION OF VIOLENT CRIME | b |
| 750227G9A | 750.227G9A | BODY ARMOR | WEAPONS-BODY ARMOR-POSSESSION/USE BY VIOLENT FELON | b |
| 750230 | 750.230 | ALTER ID MRK | WEAPONS-FIREARMS-ALTERING ID MARKS | b |
| 750232A3 | 750.232A3 | WEAP APPLICA | WEAPONS-FIREARMS - FALSE APPLICATION | b |
| 750237A1 | 750.237A1 | WEAP SCH FEL | WEAPONS-FREE SCHOOL ZONE-GENERAL FELONY VIOLATION | b |
| 7502413 | 750.2413 | PUBL UTIL OB | OBSTRUCTING A PUBLIC UTILITY MAINTENANCE PERSON | b |
| 750248 | 750.248 | FORGERY | FORGERY | b |
| 750248A | 750.248A | UTRING PUBSH | FINANCIAL TRANSACTION DEVICE - UTTERING & PUBLISHING | b |
| 750248B | 750.248B | FORGERY | MAKE/ALTER/FORGE/COUNTERFEIT DOCUMENT AFFECT INTEREST IN PROP | b |
| 750249 | 750.249 | UTTER&PUBLIS | UTTERING & PUBLISHING | b |
| 750249A | 750.249A | FORGERY | FINANCIAL TRANSACTION DEVICE-FORGERY | b |
| 750249B | 750.249B | UTTER&PUBLSH | UTTERING & PUBLISHING AS TRUE DOCUMENT LISTED IN MCL 750.248B | b |
| 750250 | 750.250 | FORGERY STAT | FORGERY OF A STATE WARRANT | b |
| 750251 | 750.251 | FORGERY | FORGERY-BANK BILLS/PROMISSORY NOTES | b |
| 750252 | 750.252 | UTTER & PUB | UTTERING & PUBLISHING-POSS OF COUNTERFEIT NOTES W/INTENT | b |
| 750253 | 750.253 | U&P CNTRFEIT | UTTERING & PUBLISHING COUNTERFEIT BILLS OR NOTES | b |
| 750254 | 750.254 | UTTER&PUBLIS | UTTERING & PUBLISHING-POS OF COUNTER BANK, STATE, MUNIC BILL | b |
| 750255 | 750.255 | COUNTERFEIT | COUNTERFEITING-POSSESSION OF TOOLS | b |
| 750260 | 750.260 | COUNTERFEIT | COUNTERFEITING-COINS/POSSESSION OF 5 OR MORE | b |
| 750261 | 750.261 | COUNTERFEIT | COUNTERFEITING-COINS/POSSESSION OF LESS THAN 5 | b |
| 750262 | 750.262 | COUNTERFEIT | COUNTERFEITING-TOOLS FOR COINS | b |
| 7502633 | 750.2633 | COUNTERFEIT | COUNTERFEIT-DEL/POSS OF PROP/SERV W/ COUNTERF. ID MARK/FELONY | b |
| 750271 | 750.271 | FRAUD | FRAUD - ISSUE/SELL DOMESTIC SECURITIES | b |
| 750272 | 750.272 | FRAUD | FRAUD - SALE OF FRAUDULENT STOCK-FOREIGN CORPORATIONS | b |
| 750273 | 750.273 | FRAUD | FRAUD - OBTAINING SIGNATURE TO FINANCIAL DOCUMENT | b |
| 750274 | 750.274 | FRAUD | FRAUD - PURCHASE/COLLECT ON FRAUDULENT FINANCIAL DOCUMENT | b |
| 750278 | 750.278 | FRAUD-WAREHO | FRAUD - WAREHOUSE RECEIPTS | b |
| 750279 | 750.279 | FRAUD | FRAUD - DISPOSITION OF EXHAUSTED PROPERTY | b |
| 750280 | 750.280 | FRAUD | FRAUD - COMMON LAW | b |
| 750282A1A | 750.282A1A | ILLEGAL SALE | ILLEGAL SALE OR TRANSFER OF UTILITY SERVICES | b |
| 750282-B | 750.282-B | UTIL > $500 | PUBLIC UTILITY-FRAUDULENT USE OVER $500 | b |
| 75030 | 750.30 | ADULTERY | ADULTERY | b |
| 750300 | 750.300 | FRAUD | FRAUD - KILLING/INJURING ANIMALS TO DEFRAUD INSURER | b |
| 750300A1A-A | 750.300A1A-A | FOOD STAMP 2 | FOOD STAMPS - FRAUD $250.00 OR LESS-2ND OFF. NOTICE | b |
| 750300A1A-B | 750.300A1A-B | FOOD STAMP 3 | FOOD STAMPS - FRAUD $250.00 OR LESS-3RD OFF. NOTICE | b |
| 750300A1B | 750.300A1B | FOOD STAMP | FOOD STAMPS - FRAUD, $250-1000 | b |
| 750300A1B-A | 750.300A1B-A | FOOD STAMP 2 | FOOD STAMPS - FRAUD $250-$1000 - 2ND OFFENSE NOTICE | b |
| 750300A1C | 750.300A1C | FOOD STAMP | FOOD STAMPS - FRAUD OVER $1,000.00 | b |
| 75030311B-B | 750.30311B-B | GAMBLE CRANE | GAMBLING-CRANE GAMES-IMPROPER GAMES-3RD | b |

| 75030312 | 750.30312 | GAMBLE CRANE | GAMBLING-CRANE GAMES-ALTERING | b |
|---|---|---|---|---|
| 750311 | 750.311 | GAMBL-STOCKS | GAMBLING-STOCKS/BONDS/COMMODITIES | b |
| 750313 | 750.313 | GAMBL-STOCKS | GAMBLING-KEEPING PLACE FOR GAMBLING STOCKS | b |
| 1405 | 750.316 | CMV FATALITY | FATALITY THROUGH NEGLIGENT OR CRIMINAL OPERATION OF CMV | b |
| 706.9 | 750.316,317 | CMV FATAL OP | A FATALITY THROUGH NEGLIGENT OR CRIMINAL OPERATION OF A CMV | b |
| 750317A | 750.317A | DEL CS-DEATH | DELIVERY OF CONTROLLED SUBSTANCE CAUSING DEATH | b |
| 750321-B | 750.321-B | ABORTION-DTH | ABORTION-DEATH RESULTING | b |
| 1400 | 750.321-E | MANSLAUGHTER | MANSLAUGHTER WITH MOTOR VEHICLE | b |
| 750322 | 750.322 | HOMICIDE | HOMICIDE-WILLFUL KILLING OF UNBORN QUICK CHILD | b |
| 750323 | 750.323 | HOMICIDE | HOMICIDE-DEATH OF MOTHER OR UNBORN QUICK CHILD BY ABORTION | b |
| 750324 | 750.324 | HOMICIDE | HOMICIDE-NEGLIGENT HOMICIDE | b |
| 750327 | 750.327 | DEATH EXPLOS | HOMICIDE-DEATH BY EXPLOSIVES/COMMON CARRIER | b |
| 750328 | 750.328 | EXPL-HOMICID | HOMICIDE-BY EXPLOSIVES IN OR NEAR BUILDING | b |
| 750329 | 750.329 | HOMICID WEAP | HOMICIDE-MANSL-DEATH BY WEAPON AIMED W/ INTENT BUT W/O MALICE | b |
| 750329A | 750.329A | ASST SUICIDE | SUICIDE-ASSISTING | b |
| 750332 | 750.332 | RACING | RACING - ENTERING HORSE UNDER FALSE NAME | b |
| 750335A2B | 750.335A2B | AGG INDECENT | AGGRAVATED INDECENT EXPOSURE | b |
| 750335A2C | 750.335A2C | INDECENT EXP | INDECENT EXPOSURE BY SEXUALLY DELINQUENT PERSON | b |
| 750338 | 750.338 | GROSS INDEC | GROSS INDECENCY BETWEEN MALES-COMMITTING/PROCURING | b |
| 750338A | 750.338A | GROSS INDEC | GROSS INDECENCY BETWEEN FEMALES-COMMITTING/PROCURING | b |
| 750338B | 750.338B | GROSS INDEC | GROSS INDECENCY BETWEEN MALE AND FEMALE-COMMITTING/PROCURING | b |
| 750338B-A | 750.338B-A | GRS IN M&F C | GROSS INDECENCY BETWEEN MALE AND FEMALE COMMITTING | b |
| 750338B-B | 750.338B-B | GRS IN M&F P | GROSS INDECENCY BETWEEN MALE AND FEMALE PROCURING | b |
| 750350A1 | 750.350A1 | KIDNAPPING | KIDNAPPING - CUSTODIAL INTERFERENCE | b |
| 7503562A | 750.3562A | LARCENY | LARCENY-$20,000 OR MORE | b |
| 7503562B | 750.3562B | LARCENY | LARCENY-$1,000-20,000-3RD OR SUBS OFFENSE NOTICE | b |
| 7503563A | 750.3563A | LARCENY | LARCENY-$1,000-20,000 | b |
| 7503563B | 750.3563B | LARCENY | LARCENY-$200-1000-2ND OR SUBS OFFENSE NOTICE | b |
| 750356-A | 750.356-A | LARCENY OVER | LARCENY OVER $100.00 | b |
| 750356A1 | 750.356A1 | LARCENY MV | LARCENY-FROM A MOTOR VEHICLE | b |
| 750356A2C1 | 750.356A2C1 | B & E | BREAKING & ENTERING-VEHICLE TO STEAL PROP-$1000-20,000 | b |
| 750356A2C2 | 750.356A2C2 | B & E | BREAKING & ENTERING-VEH TO STEAL PROP-$200-1000-2ND OR SUBS | b |
| 750356A2D1 | 750.356A2D1 | B & E | BREAKING & ENTERING-VEH TO STEAL PROP-$20,000 OR MORE | b |
| 750356A2D2 | 750.356A2D2 | B & E | BREAKING & ENTERING-VEH TO STEAL PROP-$1000-20,000-3RD OR SUB | b |
| 750356A3 | 750.356A3 | B & E | B & E - A VEHICLE WITH DAMAGE TO VEHICLE | b |
| 750356A-A | 750.356A-A | LARCENY VEHI | LARCENY FROM A MOTOR VEHICLE | b |
| 750356A-B | 750.356A-B | B&E VEHICLE | BREAKING AND ENTERING VEHICLE TO STEAL PROPERTY OVER $5.00 | b |
| 750356A-C | 750.356A-C | B&E VEHICLE | BREAKING AND ENTERING VEHICLE WITH DAMAGE TO VEHICLE | b |
| 750356B | 750.356B | B&E COIN TEL | BREAKING & ENTERING - A COIN TELEPHONE | b |
| 750356C | 750.356C | RETAIL FRAUD | RETAIL FRAUD - FIRST DEGREE | b |
| 750357 | 750.357 | LARCENY PERS | LARCENY FROM THE PERSON | b |
| 750357A | 750.357A | LARCENY/LIVE | LARCENY OF LIVESTOCK | b |
| 750357B | 750.357B | WEAPONS/LARC | WEAPONS-FIREARMS-LARCENY | b |
| 750358 | 750.358 | LARCENY BLDG | LARCENY IN BURNING BUILDING | b |
| 750360 | 750.360 | LARCENY BLDG | LARCENY IN A BUILDING | b |
| 750360A2B | 750.360A2B | THEFT DEVICE | THEFT DETECTION DEVICE-DEACTIVATION/REMOVAL-2ND OFF. NOTICE | b |
| 750361 | 750.361 | LARCENY TRAI | TRAINS - STEALING/MALICIOUSLY REMOVING PARTS | b |

| 7503622A | 750.3622A | LARCENY CONV | LARCENY BY CONVERSION-$20,000 OR MORE | b |
| 7503622B | 750.3622B | LARCENY CONV | LARCENY BY CONVERSION-$1,000-20,000-3RD OR SUBS OFFENSE NOTIC | b |
| 7503623A | 750.3623A | LARCENY CONV | LARCENY BY CONVERSION-$1,000-20,000 | b |
| 7503623B | 750.3623B | LARCENY CONV | LARCENY BY CONVERSION-$200-1,000-2ND OR SUBS OFFENSE NOTICE | b |
| 750362-A | 750.362-A | LARCENY CONV | LARCENY BY CONVERSION OVER $100.00 | b |
| 750362A2A | 750.362A2A | FAIL TO RETN | FAIL TO RETURN RENTED PROP-$20,000 OR MORE | b |
| 750362A2B | 750.362A2B | FAIL TO RETN | FAIL TO RETURN RENTED PROP-$1,000-20,000-3RD OR SUBS OFFENSE | b |
| 750362A3A | 750.362A3A | FAIL TO RETN | FAIL TO RETURN RENTED PROP-$1,000-20,000 | b |
| 750362A3B | 750.362A3B | FAIL TO RETN | FAIL TO RETURN RENTED PROP-$200-1,000-2ND OR SUBS OFFENSE | b |
| 750362A-A | 750.362A-A | FAIL RENT PR | FAILURE TO RETURN RENT PROPERTY OVER $100.00 | b |
| 7503632A | 750.3632A | LARCENY IMPE | LARCENY BY FALSE PERSONATION - $20,000 OR MORE | b |
| 7503632B | 750.3632B | LARCENY IMPE | LARCENY BY FALSE PERSONATION-$1000-20,000/3RD OR SUBS OFFENSE | b |
| 7503633A | 750.3633A | LARCENY IMPE | LARCENY BY FALSE PERSONATION-$1000-20,000 | b |
| 7503633B | 750.3633B | LARCENY IMPE | LARCENY BY FALSE PERSONATION-$200-1000/2ND OR SUBS OFFENSE | b |
| 750363-A | 750.363-A | LARCENY FAL | LARCENY BY FALSE PERSONATION OVER $100.00 | b |
| 750365 | 750.365 | LARC CAR | LARCENY - FROM CAR OR PERSON INJURED IN A TRAIN ACCIDENT | b |
| 750366 | 750.366 | LARCENY-RAIL | LARCENY - RAILROAD TICKETS | b |
| 7503672A | 750.3672A | LARCENY-TREE | LARCENY-TREES AND SHRUBS-$20,000 OR MORE | b |
| 7503672B | 750.3672B | LARCENY-TREE | LARCENY-TREES AND SHRUBS-$1000-20,000/3RD OR SUBS OFFENSE NOT | b |
| 7503673A | 750.3673A | LARCENY-TREE | LARCENY-TREES AND SHRUBS-$1000-20,000 | b |
| 7503673B | 750.3673B | LARCENY-TREE | LARCENY-TREES AND SHRUBS-$200-1000/2ND OR SUBS OFFENSE NOTICE | b |
| 750367B | 750.367B | AIRPLANES | AIRPLANES - TAKING POSSESSION | b |
| 7503685 | 750.3685 | LEGAL PROCES | LEGAL PROCESS - UNAUTHORIZED PROCESS-3RD OR SUBS OFF NOTICE | b |
| 750372 | 750.372 | LOTTERY | LOTTERY - RUNNING/ALLOWING | b |
| 750374 | 750.374 | LOTTERY-2ND | LOTTERY - SECOND OFFENSE NOTICE | b |
| 750377 | 750.377 | ANIMALS MALI | ANIMALS MALICIOUS DESTRUCTION | b |
| 750377A1A1 | 750.377A1A1 | MDOP | MALICIOUS DEST OF PERS PROP-$20,000 OR MORE | b |
| 750377A1A2 | 750.377A1A2 | MDOP | MALIC DEST OF PER PROP-$1,000-20,000-3RD OR SUBS OFFENSE | b |
| 750377A1B1 | 750.377A1B1 | MDOP | MALICIOUS DESTRUCTION OF PERSONAL PROP-$1,000-20,000 | b |
| 750377A1B2 | 750.377A1B2 | MDOP | MALIC DEST OF PERS PROP-$200-1,000-2ND OR SUBS OFFENSE NOTICE | b |
| 750377AA | 750.377AA | AID/ABET MAL | AIDING AND ABETTING MALICIOUS DESTRUCTION OF PERSONAL PROPERTY > $100 | b |
| 750377A-A | 750.377A-A | MALIC DESTR | MALICIOUS DESTRUCTION OF PERSONAL PROPERTY OVER $100.00 | b |
| 750377B | 750.377B | MAL DEST FIR | MALICIOUS DESTRUCTION OF FIRE OR POLICE PROPERTY | b |
| 750377C | 750.377C | SCH BUS DMG | SCHOOL BUS - INTENTIONAL DAMAGE | b |
| 750378 | 750.378 | MDOP DAMS | MDOP-DAMS/CANALS/MILLS | b |
| 750379 | 750.379 | MDOP BRIDGES | MALICIOUS DESTRUCTION OF PROP - BRIDGES/RAILROADS/LOCKS | b |
| 7503802A | 750.3802A | MAL DEST BLG | MALIC DESTRUCT. OF BLDG-$20,000 OR MORE | b |
| 7503802B | 750.3802B | MAL DEST BLG | MALIC DESTRUCT. OF BLDG-$1,000-20,000-3RD OR SUBS NOTICE | b |
| 7503803A | 750.3803A | MAL DEST BLG | MALIC DESTRUCT. OF BLDG-$1,000-20,000 | b |
| 7503803B | 750.3803B | MAL DEST BLG | MALIC DESTRUCT. OF BLDG-$200-1,000-2ND OR SUBS OFFENSE | b |
| 750380-A | 750.380-A | MALIC DESTR | MALICIOUS DESTRUCTION OF BUILDING OVER $100.00 | b |
| 7503821C1 | 750.3821C1 | MAL DESTRUCT | MAL DEST. TREES,SHRUBS,CROPS,GRASS,TURF,SOIL-$1000-20,000 | b |
| 7503821C2 | 750.3821C2 | MAL DESTRUCT | MAL DEST. TREES,SHRUBS,CROPS,GRASS,TURF,SOIL-$200-1000/2ND OF | b |
| 7503821D1 | 750.3821D1 | MAL DESTRUCT | MAL DEST. TREES,SHRUBS,CROPS,GRASS,TURF,SOIL-$20,000 OR MORE | b |
| 7503821D2 | 750.3821D2 | MAL DESTRUCT | MAL DEST. TREES,SHRUBS,CROPS,GRASS,TURF,SOIL-$1000-20,000-3RD | b |
| 750383A | 750.383A | MDOP-UTILITY | MALICIOUS DESTRUCTION OF PROP - UTILITY PROPERTY | b |
| 750386 | 750.386 | MDOP MINES | MALICIOUS DESTRUCTION OF PROP - MINES | b |

| 7503872 | 750.3872 | CEMETERY DES | CEMETERY MALICIOUS DESTRUCTION (FELONY) | b |
|---|---|---|---|---|
| 7503875A | 750.3875A | MAL DES TOMB | MALICIOUS DESTR. OF TOMBS & MEMORIALS-$1000-20,000 | b |
| 7503875B | 750.3875B | MAL DES TOMB | MALICIOUS DESTR. OF TOMBS & MEMORIALS-$200-1000-2ND OR SUBS | b |
| 7503876A | 750.3876A | MAL DES TOMB | MALICIOUS DESTR. OF TOMBS & MEMORIALS-$20,000 OR MORE | b |
| 7503876B | 750.3876B | MAL DES TOMB | MALICIOUS DESTR. OF TOMBS & MEMORIALS-$1000-20,000-3RD OR SUB | b |
| 750392 | 750.392 | MDOP-VESSELS | MALICIOUS DESTRUCTION OF PROP - VESSELS | b |
| 7503942C | 750.3942C | THROW OBJECT | THROW OBJECTS AT TRAINS/CARS CAUSING INJURY | b |
| 7503942D | 750.3942D | THROW OBJECT | THROWING OBJECTS AT TRAINS/CARS CAUSING SERIOUS IMPAIRMENT | b |
| 7503942E | 750.3942E | THROW OBJECT | THROWING OBJECTS AT TRAINS/CARS CAUSING DEATH | b |
| 750410A | 750.410A | CONS ST HOSP | CONSPIRACY - TO COMMIT UNJUSTLY TO A STATE HOSPITAL | b |
| 750411A1A(2) | 750.411A(2) | FLS BOMB-SHL | FALSE REPORT OR THREAT OF BOMB/HARMFUL DEVICE (SCHOOL) | b |
| 9210 | 750.411A(2) | SCHOOL BOMB | SCHOOL BOMB THREAT | b |
| 750411A1B | 750.411A1B | FALSE REPORT | FALSE REPORT OF A FELONY | b |
| 750411A1D | 750.411A1D | FALSE REPORT | FALSE REPORT OF A FELONY RESULTING IN SERIOUS IMPAIRMENT | b |
| 750411A2 | 750.411A2 | FALSE BOMB T | FALSE BOMB THREAT - FELONY | b |
| 750411A3A | 750.411A3A | FLS RPT BOMB | FALSE REPORT OR THREAT OF BOMB/HARMFUL DEVICE | b |
| 750411A3B | 750.411A3B | FLS RPT BOMB | FALSE REPORT OR THREAT OF BOMB/HARMFUL DEVICE-2ND OR SUBS OFF | b |
| 750411H2B | 750.411H2B | STALK/MINOR | STALKING A MINOR | b |
| 750411I2B | 750.411I2B | STALK/MINOR | STALKING A MINOR-AGGRAVATED | b |
| 750411L | 750.411L | MONEY LAUNDE | MONEY LAUNDERING - 4TH DEGREE | b |
| 750411M | 750.411M | MONEY LAUNDE | MONEY LAUNDERING - 3RD DEGREE | b |
| 750411N | 750.411N | MONEY LAUNDE | MONEY LAUNDERING - 2ND DEGREE | b |
| 750411O | 750.411O | MONEY LAUNDE | MONEY LAUNDERING - 1ST DEGREE | b |
| 750411P2A | 750.411P2A | MONEY LAUNDE | MONEY LAUNDERING - TRANS. PROCEEDS REP. TO BE $10,000... | b |
| 750411P2B | 750.411P2B | MONEY LAUND | MONEY LAUNDERING-TRANS. PROCEEDS REP. CS OR >$10,000.. | b |
| 750411P2C | 750.411P2C | MONEY LAUNDE | MONEY LAUNDERING-TRANS. INVOLV. REPRESENTED PROCEEDS | b |
| 750411S2A | 750.411S2A | POST MESSAGE | UNLAWFUL POSTING OF MESSAGE | b |
| 750411S2B | 750.411S2B | POST MESSAGE | UNLAWFUL POSTING OF MESSAGE WITH AGGRAVATING CIRCUMSTANCES | b |
| 750411T2B | 750.411T2B | HAZING-IMPAI | HAZING-RESULTING IN SERIOUS IMPAIRMENT | b |
| 750411T2C | 750.411T2C | HAZING-DEATH | HAZING-RESULTING IN DEATH | b |
| 750411U | 750.411U | GANG MEMBERS | GANG MEMBERSHIP FELONIES | b |
| 750411X4 | 750.411X4 | CYBBULLY-INJ | CYBERBULLYING - CONTINUOUS PATTERN CAUSING SERIOUS INJURY | b |
| 750411X5 | 750.411X5 | CYBBULLY-DEA | CYBERBULLYING - CONTINUOUS PATTERN CAUSING DEATH | b |
| 1500 | 750.413 | UDAA | UNLAWFUL DRIVING AWAY AUTO | b |
| 750413 | 750.413 | MV-UDA | MOTOR VEHICLE - UNLAWFUL DRIVING AWAY OF AUTO | b |
| 1510 | 750.414 | JOYRIDING | UDAA W/O INTENT TO STEAL (JOYRIDING) | b |
| 750414 | 750.414 | UNLAWFUL USE | MOTOR VEHICLE - UNLAWFUL USE | b |
| 7504152 | 750.4152 | AUTO CONCEAL | MOTOR VEHICLE - CONCEAL W/INTENT TO MISLEAD | b |
| 7504155 | 750.4155 | MV VIN NUMBR | MV-POSSESS/DELIVER-VIN NUMBER PLATES OR LABELS | b |
| 7504156 | 750.4156 | MV VIN NUMBR | MV-BUY OR RECEIVE VEH/PART-KNOWING VIN WAS REMOVED OR ALTERED | b |
| 750417 | 750.417 | MORT MV STAT | MOTOR VEHICLE - MORTGAGED-REMOVAL FROM STATE | b |
| 750420 | 750.420 | AUTO-SMOKE | MOTOR VEHICLE - EQUIPPING TO RELEASE SMOKE/GAS | b |
| 750421 | 750.421 | MV-ATTACK | MOTOR VEHICLE - DESIGNED FOR ATTACK | b |
| 750421B-B | 750.421B-B | HINDER TRANS | MOTOR VEHICLE - HINDER TRANS. FARM PROD.-2ND OFFENSE NOTICE | b |
| 750422 | 750.422 | PERJURY COUR | PERJURY COURT PROCEEDING | b |
| 750422-A | 750.422-A | PERJURY CT | PERJURY-COURT PROCEEDING - CAPITAL CRIME | b |
| 750422-B | 750.422-B | PERJURY CT | PERJURY-COURT PROCEEDING | b |

| 750423 | 750.423 | PERJURY CT | PERJURY-OTHER THAN COURT PROCEEDING | b |
|---|---|---|---|---|
| 750424-A | 750.424-A | PERJURY | PERJURY-SUBORNATION, OTHER THAN COURT PROCEEDING | b |
| 750424-B | 750.424-B | PERJURY | PERJURY-SUBORNATION, COURT PROCEEDING | b |
| 750425-A | 750.425-A | PERJURY | PERJURY-INCITING OR PROCURING, OTHER THAN COURT PROCEEDING | b |
| 750425-B | 750.425-B | PERJURY | PERJURY-INCITING OR PROCURING, COURT PROCEEDING | b |
| 750430A | 750.430A | HUMAN CLONE | HUMAN CLONING | b |
| 7504363A | 750.4363A | POISONING | POISONING-MALICOUS FALSE STATEMENT | b |
| 7504363B | 750.4363B | POISONING | POISONING-MALICIOUS FALSE STATEMENT-SECOND OFFENSE NOTICE | b |
| 750439 | 750.439 | POLYGAMY | POLYGAMY | b |
| 750440 | 750.440 | POLYGAMY | POLYGAMY-ENTER PROHIBITED MARRIAGE KNOWINGLY | b |
| 750441 | 750.441 | POLYGAMY | POLYGAMY-TEACHING/ADVOCATING | b |
| 750442 | 750.442 | PRIZE FIGHTS | PRIZE FIGHTS - PARTICIPATING IN | b |
| 750451-B | 750.451-B | PROST 3RD | PROSTITUTION - 3RD OFFENSE | b |
| 750451D | 750.451D | PROSTIT 3RD | PROSTITUTION 3RD OR SUBSEQUENT OFFENSE NOTICE | b |
| 750452 | 750.452 | PROST HOUSE | PROSTITUTION - KEEPING HOUSE OF | b |
| 750455 | 750.455 | PANDERING | PROSTITUTION - PANDERING | b |
| 750456 | 750.456 | PLACING WIFE | PROSTITUTION - PLACING WIFE | b |
| 750457 | 750.457 | ACC EARNINGS | PROSTITUTION - ACCEPTING EARNINGS | b |
| 750458 | 750.458 | DETAIN FEMAL | PROSTITUTION - DETAINING FEMALE FOR DEBT | b |
| 750459 | 750.459 | TRANS FEMALE | PROSTITUTION - TRANSPORTING FEMALE | b |
| 7504592 | 750.4592 | PROSTITUTION | PROSTITUTION-SELL/OFFER/FACILITATE TRAVEL SERVICES | b |
| 750462D1 | 750.462D1 | HUMAN TRAFIC | HUMAN TRAFFICKING-BY ABUSING LEGAL PROCESS | b |
| 750462D3 | 750.462D3 | HUMAN TRAFIC | HUMAN TRAFFICKING-BY ABUSING LEGAL PROCESS CAUSING DEATH | b |
| 750462DA | 750.462DA2 | HUMAN TRAFFI | HUMAN TRAFFICKING-PROCURE PERSON FOR FORCED LABOR RESULT INJU | b |
| 750462DB | 750.462DB1 | HUMAN TRAFIC | HUMAN TRAFFICKING ENTERPRISE | b |
| 750462DB2 | 750.462DB2 | HUMAN TRAFF | HUMAN TRAFFICKING-ENTERPRISE RESULT IN INJURY/COMMERCIAL SEX | b |
| 750462DB3 | 750.462DB3 | HUMAN TRAFF | HUMAN TRAFFICKING-ENTERPRISE CAUSING SERIOUS BODILY INJURY | b |
| 750462DB4 | 750.462DB4 | HUMAN TRAFF | HUMAN TRAFFICKING ENTERPRISE INVOLVING KIDNAPPING,CSC OR DEAT | b |
| 750462E1 | 750.462E1 | HUMAN TRAFIC | HUMAN TRAFFICKING-BY DESTROYING IDENTIFICATION DOCUMENTS | b |
| 750462E2 | 750.462E2 | HUMAN TRAFIC | HUMAN TRAFFICKING-BY DESTROYING ID DOCUMENTS CAUSING INJURY | b |
| 750462E3 | 750.462E3 | HUMAN TRAFIC | HUMAN TRAFFICKING-BY DESTROYING ID DOCUMENTS CAUSING DEATH | b |
| 750462EA | 750.462EA | HUMAN TRAFFI | HUMAN TRAFFICKING OF A MINOR FOR COMMERCIAL SEXUAL ACTIVITY | b |
| 750462F1 | 750.462F1 | HUMAN TRAFIC | HUMAN TRAFFICKING-BY BLACKMAIL | b |
| 750462F2 | 750.462F2 | HUMAN TRAFIC | HUMAN TRAFFICKING-BY BLACKMAIL CAUSING INJURY | b |
| 750462F3 | 750.462F3 | HUMAN TRAFIC | HUMAN TRAFFICKING-BY BLACKMAIL CAUSING DEATH | b |
| 750462G | 750.462G | HUMAN TRAFIC | HUMAN TRAFFICKING-RECRUIT MINOR SEXUALLY ABUSIVE ACTIVITIES | b |
| 750462H1A | 750.462H1A | HUMAN TRAFIC | HUMAN TRAFFICKING-RECRUITING PERSON FOR FORCED LABOR | b |
| 750462H1A3 | 750.462H1A3 | HUMAN TRAFIC | HUMAN TRAFFICKING-RECRUIT PERSON FORCED LABOR, CAUSE INJURY | b |
| 750462H1A4 | 750.462H1A4 | HUMAN TRAFIC | HUMAN TRAFFICKING-RECRUIT PERSON FORCED LABOR, CAUSE DEATH | b |
| 750462H1B | 750.462H1B | HUMAN TRAFIC | HUMAN TRAFFICKING-FINANCIALLY BENEFITTING | b |
| 750462H1B3 | 750.462H1B3 | HUMAN TRAFIC | HUMAN TRAFFICKING-FINANCIALLY BENEFITTING CAUSING INJURY | b |
| 750462H1B4 | 750.462H1B4 | HUMAN TRAFIC | HUMAN TRAFFICKING-FINANCIALLY BENEFITTING CAUSING DEATH | b |
| 750478A2 | 750.478A2 | PUBLIC OFFCR | PUBLIC OFFICER-ATTEMPTING TO OBSTRUCT OFFICIAL DUTIES | b |
| 750478A3 | 750.478A3 | PUBLIC OFFCR | PUBLIC OFFICER-ATTEMPTING TO OBSTRUCT OFFICIAL DUTIES-2ND OFF | b |
| 750479A2 | 750.479A2 | PO/FLEE&ELUD | PEACE OFFICER-FLEEING-FOURTH DEGREE-PENAL CODE | b |
| 750479A3 | 750.479A3 | PO/FLEE&ELUD | POLICE OFFICER-FLEEING-THIRD DEGREE-PENAL CODE | b |
| 750479A4 | 750.479A4 | POL. OFF.-FL | POLICE OFFICER - FLEEING/PENAL CODE 2ND OFFENSE | b |

| 750479A4-A | 750.479A4-A | PO/FLEE&ELUD | PEACE OFFICER-FLEEING-SECOND DEGREE-PENAL CODE | b |
|---|---|---|---|---|
| 750479A5 | 750.479A5 | POLICE FLEE- | POLICE OFFICER-FLEEING/PENAL CODE/CAUSING SERIOUS BODILY INJURY | b |
| 750479A5-A | 750.479A5-A | PO/FLEE&ELUD | PEACE OFFICER-FLEEING-FIRST DEGREE-PENAL CODE | b |
| 750479B1 | 750.479B1 | PEACE OFFICR | PEACE OFFICER-DISARMING/NON-FIREARM | b |
| 750479B2 | 750.479B2 | PEACE OFF WE | PEACE OFFICER-DISARMING FIREARM | b |
| 750479C2C | 750.479C2C | PEACE OFFICR | LYING TO A PEACE OFFICER - 4 YR OR MORE CRIME INVESTIGATION | b |
| 750479C2D | 750.479C2D | PEACE OFFICR | LYING TO A PEACE OFFICER - VIOLENT CRIME INVESTIGATION | b |
| 750480 | 750.480 | REF BOOKS | PUBLIC OFFICER-REFUSE TO TURN OVER BOOKS/MONEY TO SUCCESSOR | b |
| 750483A6A | 750.483A6A | TAMPERING | TAMPERING WITH EVIDENCE | b |
| 750483A6B | 750.483A6B | TAMPERING | TAMPERING WITH EVIDENCE-CRIMINAL CASE PUNISHIABLE > 10 YEARS | b |
| 750488 | 750.488 | RETAIN FEES | PUBLIC OFFICER-STATE OFFICIAL/RETAINING FEES | b |
| 750490 | 750.490 | PUBLIC MONEY | PUBLIC MONEY-SAFE KEEPING | b |
| 750491 | 750.491 | PUB RECORDS | PUBLIC RECORDS-REMOVAL/MUTILATION/DESTRUCTION | b |
| 750492A1A | 750.492A1A | FLS INFO CHT | MEDICAL RECORDS-INTENTIONALLY PLACE FALSE INFO ON CHART-HCP | b |
| 750492A2-A | 750.492A2-A | CONCEAL INJ | MEDICAL RECORDS-ALTER-HCP TO CONCEAL INJURY OR DEATH | b |
| 750492A2-B | 750.492A2-B | ANIMAL FIGHT | MEDICAL RECORDS-ALTER-NHCP TO CONCEAL INJURY OR DEATH | b |
| 750495A2 | 750.495A2 | TREE C INJUR | TREES - SPIKING-CAUSING INJURY TO A PERSON | b |
| 750495A3 | 750.495A3 | TREE C DEATH | TREES - SPIKING-CAUSING DEATH OF A PERSON | b |
| 750498B2 | 750.498B2 | TAMPR MARINE | TAMPERING WITH A MARINE SAFETY DEVICE CAUSING SERIOUS INJURY | b |
| 750498B3 | 750.498B3 | TAMPR MARINE | TAMPERING WITH A MARINE SAFETY DEVICE CAUSING DEATH | b |
| 75049-A | 750.49-A | ANIMS-FIGHT | ANIMALS - FIGHTING | b |
| 75049-B | 750.49-B | ANIMS-FIGHT | ANIMALS - ATTENDING FIGHT | b |
| 75049-C | 750.49-C | ANIMAL FIGHT | ANIMALS - FIGHTING ANIMALS/EQUIPMENT | b |
| 75049-D | 750.49-D | ANIMAL FIGHT | ANIMALS - INCITE FIGHT DOGS/DEATH RESULTING | b |
| 75049-E | 750.49-E | ANIMAL FIGHT | ANIMALS - INCITING FIGHTING DOGS | b |
| 75049-F | 750.49-F | ANIMAL FIGHT | ANIMALS - FIGHTING DOGS CAUSING DEATH | b |
| 750502D | 750.502D | ANHYD AMMONA | ANHYDROUS AMMONIA CONTAINER - UNAUTHORIZED/TAMPERING | b |
| 750504C | 750.504C | ANIMALS - AB | ANIMALS - ABANDONING/CRUELTY TO 4 TO 10 ANIMALS | b |
| 750504D | 750.504D | ANIMALS-ABAN | ANIMALS - ABANDONING/CRUELTY TO 10 OR MORE ANIMALS | b |
| 750504E | 750.504E | ANIMALS-ABAN | ANIMALS-ABANDONING/CRUELTY TO 25 OR MORE ANIMALS | b |
| 750504F | 750.504F | ANIMALS-ABAN | ANIMALS-BREEDER/PET SHOP OPERATOR 6 OR MORE PET SHOP ACT VIOL | b |
| 750505-A | 750.505-A | OBST. OF JUS | OBSTRUCTION OF JUSTICE | b |
| 750505-B | 750.505-B | ACC AFT FACT | ACCESSORY AFTER THE FACT TO A FELONY | b |
| 750505-C | 750.505-C | COMMON LAW | COMMON LAW OFFENSES | b |
| 7505082B | 750.5082B | POL RADIO RE | POLICE RADIO RECEIVERS/SCANNERS-USE IN COMMISS. OF FELONY | b |
| 75050-A | 750.50-A | ABANDON ANML | ANIMALS - ABANDONING/CRUELTY-SECOND OFFENSE NOTICE | b |
| 75050B | 750.50B | ANIMAL TOTUR | ANIMALS - KILLING/TORTURING | b |
| 75050-B | 750.50-B | ABANDON ANML | ANIMALS - ABANDONING/CRUELTY-THIRD OR SUBSEQUENT OFFENSE NOTI | b |
| 75050B3 | 750.50B3 | ANIMAL TOTUR | ANIMALS - KILLING/TORTURING FIRST DEGREE | b |
| 75050B4 | 750.50B4 | ANIMAL-TORTU | ANIMALS-KILLING/TORTURING ANIMALS-SECOND DEGREE | b |
| 75050-C | 750.50-C | ABANDON ANML | ANIMALS - ABANDONING/CRUELTY - FOURTH OFFENSE NOTICE | b |
| 75050C2 | 750.50C2 | POLICE ANIML | POLICE ANIMAL/SEARCH & RESCUE DOG-KILLING/SERIOUS INJURY | b |
| 75050C7 | 750.50C7 | PA-INJURE/HA | POLICE ANIMAL/SEARCH & RESCUE DOG-INJURE/HARASS COMMIT CRIME | b |
| 750511 | 750.511 | RR BLOCKING | RAILROADS - BLOCKING/WRECKING TRACK | b |
| 750512 | 750.512 | RR UNCOUPLIN | RAILROADS - UNCOUPLING CARS | b |
| 750513 | 750.513 | RAILRD-ISSUE | RAILROADS - ISSUING FRAUDULENT SECURITIES | b |
| 750520F | 750.520F | CSC 2ND/SUBS | CRIMINAL SEXUAL CONDUCT SECOND OR SUBSEQUENT OFFENSE | b |

| 750520N | 750.520N | CSC-MONITOR | CRIMINAL SEXUAL CONDUCT-TAMPER WITH ELEC MONITORING DEVICE | b |
|---|---|---|---|---|
| 750528 | 750.528 | UNLAW ASSMBY | UNLAWFUL ASSEMBLY-DAMAGE TO BUILDING | b |
| 750528A2 | 750.528A2 | CIVIL DISORD | CIVIL DISORDERS-TEACHING USE OF FIREARMS/EXPLOSIVES | b |
| 750528A3 | 750.528A3 | CIVIL DISORD | CIVIL DISORDERS-ASSEMBLY FOR TRAINING ON FIREARMS/EXPLOSIVES | b |
| 750531-B | 750.531-B | SAFE BREAKIN | SAFE BREAKING | b |
| 750532 | 750.532 | SEDUCTION | SEDUCTION | b |
| 7505352A | 750.5352A | STOLEN PROP | STOLEN PROPERTY-RECEIVE & CONCEAL-$20,000 OR MORE | b |
| 7505352B | 750.5352B | STOLEN PROP | STOLEN PROPERTY-RECEIVE & CONCEAL-$1000-20,000-3RD OR SUBS | b |
| 7505353A | 750.5353A | STOLEN PROP | STOLEN PROPERTY-RECEIVE & CONCEAL-$1000-20,000 | b |
| 7505353B | 750.5353B | STOLEN PROP | STOLEN PROPERTY-RECEIVE & CONCEAL-$200-1000-2ND OR SUBS OFF | b |
| 7505357 | 750.5357 | R&C VEHICLE | STOLEN PROPERTY - RECEIVING AND CONCEALING - MOTOR VEHICLE | b |
| 7505358 | 750.5358 | R&C VEHICLE | STOLEN PROPERTY-RECEIVING & CONCEALING-MOTOR VEHICLE-2ND OFF | b |
| 750535A2 | 750.535A2 | CHOP SHOP | MOTOR VEHICLE - OPERATING A CHOP SHOP | b |
| 750535A3 | 750.535A3 | CHOP SHOP | MOTOR VEHICLE - OPERATING A CHOP SHOP-2ND OFFENSE NOTICE | b |
| 750535B | 750.535B | RCV/CNL WEPN | WEAPONS - FIREARMS - RECEIVING & CONCEALING | b |
| 750535-C | 750.535-C | RECD STOL PR | RECEIVING STOLEN PROPERTY $100.00 OR LESS THIRD OFFENSE | b |
| 750539C | 750.539C | EAVESDROP | EAVESDROPPING | b |
| 750539D | 750.539D | EAVESDROP | EAVESDROPPING-INSTALLING/USING DEVICE | b |
| 750539D3A2 | 750.539D3A2 | EAVESDROP-2 | EAVESDROPPING-INSTALLING/USING DEVICE 2ND OFFENSE NOTICE | b |
| 750539D3B | 750.539D3B | EAVESDROP | EAVESDROPPING-DISTRIBUTE/DISSEMINATE/TRANSMIT RECORDING/IMAGE | b |
| 750539E | 750.539E | EAVESDROP | EAVESDROPPING-DIVULGING INFORMATION | b |
| 750539F | 750.539F | EAVESDROP | EAVESDROPPING-MANUFACTURE/POSSESSION OF DEVICE | b |
| 750539J2A1 | 750.539J2A1 | SURVEILLING | SURVEILLING UNCLOTHED PERSON | b |
| 750539J2A2 | 750.539J2A2 | SURVEILLING | SURVEILLING UNCLOTHED PERSON 2ND OFFENSE NOTICE | b |
| 750539J2B | 750.539J2B | DIST IMAGE | CAPTURING/DISTRIBUTING IMAGE OF UNCLOTHED PERSON | b |
| 7505405A | 750.5405A | ELEC COMMUN | INTERFERING WITH ELECTRONIC COMMUNICATIONS | b |
| 7505405B | 750.5405B | ELEC COMMUN | INTERFERING WITH ELECTRONIC COMMUNIC CAUSING INJURY OR DEATH | b |
| 750540C2-A | 750.540C2-A | DEV AVOID PY | TELECOM.-PLANS/MAT FOR COUNTERFEIT DEVICES/DEV TO AVOID PYMT | b |
| 750540C4 | 750.540C4 | TELECOMMUNIC | TELECOMMUNICATIONS - ACCESS DEVICE VIOLATIONS | b |
| 750540F2 | 750.540F2 | PUBL.ACC DEV | TELECOM.-PUBLISHING ACCESS DEVICE FOR ILLEGAL USE-2ND OFFENSE | b |
| 750540G1C1 | 750.540G1C1 | MISUSE VALUE | TELECOM. SERVICES-MISUSING OR DIVERTING VALUE $1000-20,000 | b |
| 750540G1C3 | 750.540G1C3 | MISUSE VALUE | TELECOM. SERVICES-MISUSE OR DIVERT VALUE $200-1000/2ND OFFENS | b |
| 750540G1D1 | 750.540G1D1 | MISUSE VALUE | TELECOM. SERVICES-MISUSE OR DIVERT VALUE $20,000 OR MORE | b |
| 750540G1D4 | 750.540G1D4 | MISUSE VALUE | TELECOM. SERVICES-MISUSE OR DIVERT VALUE $1000-20,000/3RD OFF | b |
| 750543H3A | 750.543H3A | TERRORISM | TERRORISM-HINDERING PROSECUTION UNDER MI ANTI-TERRORISM ACT | b |
| 750543H3B | 750.543H3B | TERRORISM | TERRORISM-HINDERING PROSECUTION OF A TERRORIST | b |
| 750543K1A | 750.543K1A | TERRORISM | TERRORISM-SOLICITING MATERIAL SUPPORT | b |
| 750543K1B | 750.543K1B | TERROR ACTS | TERRORIST ACTS - PROVIDING MATERIAL SUPPORT | b |
| 750543M | 750.543M | TERRORISM | FALSE REPORT OR THREAT OF TERRORISM | b |
| 750543P | 750.543P | TERRORISM | TERRORISM-USING THE INTERNET/TELECOMMUNICATIONS TO COMMIT | b |
| 750543R | 750.543R | TERRORISM | TERRORISM-SURVEILLANCE OF VULNERABLE TARGET | b |
| 750552B | 750.552B | TRESPASS/COR | TRESPASS - STATE CORRECTIONAL FACILITY | b |
| 750552C | 750.552C | TRESPASS | TRESPASS UPON KEY FACILITY | b |
| 7505531B | 750.553(1)(B) | SQUATTING | SQUATTING - SECOND OFFENSE NOTICE | b |
| 75068-A | 750.68-A | BRANDS STEAL | ANIMALS - CHANGING BRANDS/INTENT TO STEAL | b |
| 75072 | 750.72 | ARSON-1ST DE | ARSON-FIRST DEGREE ARSON | b |
| 750731 | 750.731 | ARSON-2ND DE | ARSON-SECOND DEGREE ARSON | b |

| | | | | |
|---|---|---|---|---|
| 75074 | 750.74 | ARSON-3RD DE | ARSON-THIRD DEGREE ARSON | b |
| 750741B | 750.741B | ARSON-3RD DE | ARSON-THIRD DEGREE ARSON-PRIOR CONVICTION | b |
| 75074-B | 750.74-B | ARSON PER/PR | ARSON PERSONAL PROPERTY OVER $50.00 | b |
| 750751 | 750.751 | ARSON-4TH DE | ARSON-4TH DEGREE ARSON | b |
| 750751A2 | 750.751A2 | ARSON-4TH DE | ARSON-4TH DEGREE ARSON - PRIOR CONVICTION | b |
| 750761A | 750.761A | ARSON-INSURE | ARSON OF AN INSURED DWELLING | b |
| 750761B | 750.761B | ARSON-INSURE | ARSON OF INSURED REAL PROPERTY | b |
| 750761C | 750.761C | ARSON-PRSNAL | ARSON OF PERSONAL PROPERTY | b |
| 75077-B | 750.77-B | ARSON PREP B | ARSON PREPARATION TO BURN REAL PROPERTY OR PERSONAL PROPERTY OVER $50 | b |
| 75077-D | 750.77-D | ARSON AID PR | ARSON-AID,COUNSEL,ETC.ANOTHER TO COMMIT CRIME PREP TO BURN P/P OVER$50 | b |
| 75077-E | 750.77-E | ARSON AID RV | ARSON-AID,COUNSEL,ETC TO COMMIT CRIME OF PREP TO BURN REAL PROPERTY | b |
| 750791C1 | 750.791C1 | ARSON-PREPBN | ARSON - PREPARATION TO BURN PROPERTY - $1000 OR MORE < $20000 | b |
| 750791C2 | 750.791C2 | ARSON-PREPBN | ARSON-PREP. TO BURN PROPERTY-$200 OR MORE(2ND OFFENSE NOTICE) | b |
| 750791C3 | 750.791C3 | ARSON-PREPBN | ARSON - PREPARATION TO BURN REAL PROPERTY | b |
| 750791D1 | 750.791D1 | ARSON-PREPBN | ARSON - PREPARATION TO BURN PROPERTY - $20,000 OR MORE | b |
| 750791D2 | 750.791D2 | ARSON-PREPBN | ARSON-PREP BURN PROP-$1000 OR MORE<$20000(3RD OR SUB OFF NOT) | b |
| 750791D3 | 750.791D3 | ARSON-PREPBN | ARSON-PREPARATION TO BURN INSURED PROPERTY WITH VALUE > $2000 | b |
| 750791D4 | 750.791D4 | ARSON-PREPBN | ARSON - PREPARATION TO BURN REAL PROPERTY RESULTING IN INJURY | b |
| 750791D5 | 750.791D5 | ARSON-PREPBN | ARSON - PREPARATION TO BURN INSURED REAL PROPERTY | b |
| 750791D6 | 750.791D6 | ARSON-PREPBN | ARSON - PREPARATION TO BURN A DWELLING | b |
| 750791E1 | 750.791E1 | ARSON-PREPBN | ARSON - PREPARATION TO BURN AN INSURED DWELLING | b |
| 750791E2 | 750.791E2 | ARSON-PREPBN | ARSON - PREPARATION TO BURN A DWELLING RESULTING IN INJURY | b |
| 75080 | 750.80 | ARSON-MINES | ARSON-MINES | b |
| 75090CA | 750.90CA | PREGNANT IND | PREGN.INDIV.-GROSS NEGLIG ACT-CAUSE MISCARRIAGE/STILLBIRTH | b |
| 75090CB | 750.90CB | PREGNANT IND | PREG.INDIV.-GROSS NEGLIG ACT-CAUSE GREAT BODY HARM TO EMB/FET | b |
| 75090DA | 750.90DA | PREGNANT IND | PREG.INDIV.-OUIL-CAUSING MISCARRIAGE/STILLBIRTH | b |
| 75090DB | 750.90DB | PREGNANT IND | PREG.INDIV.-OUIL-CAUSE SER INJ OR BODILY HARM TO EMBRYO/FETUS | b |
| 75090E | 750.90E | PREGNANT IND | PREG.INDIV.-NEG OPER OF MV-CAUSING A MISCARRIAGE/STILLBIRTH | b |
| 75090G | 750.90G | INFANTS | INFANTS-PROCEDURE WITH INTENT TO CAUSE DEATH | b |
| 1420 | 750.91 | MURDER-AUTO | MURDER / AUTO USED | b |
| 75093 | 750.93 | BANKS/STATE | BANKS-BONDS IN STATE TREASURY, REMOVING OR DESTROYING | b |
| 75094 | 750.94 | BANKS/STATE | BANKS-ISSUING NOTES W/O COMPLYING W/ REQUIREMENTS | b |
| 75095 | 750.95 | BANKS-NOTES | BANKS-FRAUDULENT NOTES | b |
| 75096 | 750.96 | BANKS PROPER | BANKS-FRAUDULENT DISPOSAL OF PROPERTY | b |
| 75097 | 750.97 | BANKS CONDIT | BANKS-MAKING DEROGATORY STATEMENT RE: FINANCIAL CONDITION | b |
| 75098 | 750.98 | PRIV. BANKNG | BANKS-PRIVATE BANKING | b |
| 75099 | 750.99 | BANKS | BANKS-CERTIFYING CHECKS W/O SUFFICIENT FUNDS | b |
| 750128 | 750128 | BUCKET SHOPS | BUCKET SHOPS | b |
| 750373 | 750373 | LOTTERY | LOTTERY - SELLING/POSSESSION TICKETS | b |
| 75210031 | 752.10031 | HEALTH CARE | HEALTH CARE FRAUD-FALSE CLAIM | b |
| 75210032 | 752.10032 | HEALTH CARE | HEALTH CARE FRAUD-MEDICALLY UNNECESSARY | b |
| 75210033 | 752.10033 | HEALTH CARE | HEALTH CARE FRAUD-FALSE STATEMENT | b |
| 75210034 | 752.10034 | HEALTH CARE | HEALTH CARE FRAUD-CONCEALING INFORMATION | b |
| 7521004-A | 752.1004-A | HEALTH CARE | HEALTH CARE FRAUD-KICKBACKS | b |
| 7521004-B | 752.1004-B | HEALTH CARE | HEALTH CARE FRAUD-REFERRAL FEES | b |
| 7521005 | 752.1005 | HEALTH CARE | HEALTH CARE FRAUD-CONSPIRACY | b |
| 7521006 | 752.1006 | HEALTH CARE | HEALTH CARE FRAUD-SECOND OFFENSE NOTICE | b |

| 7521027 | 752.1027 | SUICIDE - AS | SUICIDE - ASSISTING | b |
|---|---|---|---|---|
| 75210542 | 752.10542 | COPY AUDIO | COPY AUDIO/VIDEO RECORDINGS FOR GAIN-FELONY | b |
| 7521084 | 752.1084 | ORG RET CRIM | ORGANIZED RETAIL CRIME | b |
| 752191 | 752.191 | DRIVING FELO | DRIVING FELONIOUS | b |
| 752272A2C | 752.272A2C | CHEMICAL AGN | CHEMICAL AGENTS-NITROUS OXIDE-SELL/DISTRIBUTE-3RD & SUBS OFFN | b |
| 7523653 | 752.3653 | OBSCENITY | OBSCENITY - SECOND OFFENSE NOTICE | b |
| 752541 | 752.541 | RIOT | RIOT | b |
| 752542 | 752.542 | RIOT-INCITE | RIOT-INCITING | b |
| 752542A | 752.542A | PRISON RIOTS | PRISONS-RIOTS | b |
| 752543 | 752.543 | UNLAW ASSEMB | UNLAWFUL ASSEMBLY | b |
| 752701 | 752.701 | TIMBER > $25 | TIMBER-THEFT/RECEIVING-$25.00 OR MORE | b |
| 752794-B | 752.794-B | COMPUT-FRAUD | COMPUTERS - FRAUDULENT ACCESS OVER $100.00 | b |
| 752794-D | 752.794-D | COM.-FRAUD A | COMPUTERS - FRAUDULENT ACCESS - $1,000.00 OR MORE  BUT LESS THAN $20,0 | b |
| 752795-B | 752.795-B | COMPUTER-DAM | COMPUTERS - ALTERING, DAMAGING OR DESTROYING OVER $100.00 | b |
| 752796A1B | 752.796A1B | CHILD REGSTR | COMPUTERS-CHILDREN'S PROTECTION REGISTRY ACT-VIOL 2ND OFFENSE | b |
| 752796A1C | 752.796A1C | CHILD REGSTR | COMPUTERS-CHILDREN'S PROTECTION REGISTRY ACT-VIOL 3RD OFFENSE | b |
| 752796-B | 752.796-B | COMPUT-THFT | COMPUTERS - UTILIZE TO VIOLATE THEFT STATUTES OVER $100.00 | b |
| 752796-D | 752.796-D | COMPUTE-USE | COMPUTERS - UTILIZE TO COMMIT A CRIME - $1,000.00 OR MORE BUT LESS THA | b |
| 7527971C1 | 752.7971C1 | COMPUTERS | COMPUTERS-FRAUDULENT ACCESS- $1,000-20,000 | b |
| 7527971C2 | 752.7971C2 | COMPUTERS | COMPUTERS - FRAUDULENT ACCESS-3RD OFFENSE NOTICE | b |
| 7527971D1 | 752.7971D1 | COMPUTERS | COMPUTERS-FRAUDULENT ACCESS- $20,000 OR MORE | b |
| 7527971D2 | 752.7971D2 | COMPUTERS | COMPUTERS - FRAUDULENT ACCESS-4TH OR SUBS. OFFENSE NOTICE | b |
| 7527972A | 752.7972A | COMPUTERS | COMPUTERS-UNAUTHORIZED ACCESS | b |
| 7527972B | 752.7972B | COMPUTERS | COMPUTERS-UNAUTHORIZED ACCESS-2ND OFFENSE NOTICE | b |
| 7527973A | 752.7973A | COMPUTERS | COMPUTERS-USE TO COMMIT A CRIME-MAX IMPRIS./1-2 YEARS | b |
| 7527973C | 752.7973C | COMPUTERS | COMPUTERS-USE TO COMMIT A CRIME-MAX IMPRIS./2-4 YEARS | b |
| 7527973D | 752.7973D | COMPUTERS | COMPUTERS-USE TO COMMIT A CRIME-MAX IMPRIS./4-10 YEARS | b |
| 7527973E | 752.7973E | COMPUTERS | COMPUTERS-USE TO COMMIT A CRIME-MAX IMPRIS./10-20 YEARS | b |
| 7527973F | 752.7973F | COMPUTERS | COMPUTER-USE TO COMMIT A CRIME-MAX IMPRIS./> 20 YEARS OR LIFE | b |
| 752802 | 752.802 | VEND MACHINE | VENDING MACHINES-MANUFACTURE/SALE OF SLUGS | b |
| 752811A | 752.811A | B&E COIN DEV | BREAKING & ENTERING-A COIN OPERATED DEVICE | b |
| 752811B | 752.811B | B&E COIN DEV | BREAKING & ENTERING-POS OF DEVICE TO OPEN A COIN-OPER. DEV. | b |
| 752861 | 752.861 | WEAPONS | WEAPONS-FIREARMS-CARELESS DISCHARGE CAUSING INJURY OR DEATH | b |
| 752881 | 752.881 | WEAPONS | WEAPONS-BOW & ARROW/RECKLESS USE RESULTING IN INJURY OR DEATH | b |
| 767A91A | 767A.91A | PERJURY | PROSECUTORS INVESTIGATIVE SUBPOENAS-PERJURY | b |
| 767A91B | 767A.91B | PERJURY | PROSECUTORS INVESTIGATIVE SUBPOENAS-LIFE OFFENSE-PERJURY | b |
| 76910 | 769.10 | HABITUAL OFF | HABITUAL OFFENDER-SECOND OFFENSE NOTICE | b |
| 76911 | 769.11 | HABITUAL OFF | HABITUAL OFFENDER-THIRD OFFENSE NOTICE | b |
| 76912 | 769.12 | HABITUAL OFF | HABITUAL OFFENDER-FOURTH OFFENSE NOTICE | b |
| 769121A | 769.121A | HABITUAL OFF | HABITUAL OFFENDER-FOURTH OFFENSE NOTICE MANDATORY 25 YR SENT | b |
| 7713F | 771.3F | TAMPER DEVIC | TAMPERING WITH ELECTRONIC MONITORING DEVICE | b |
| 78012 | 780.12 | FUGITIVE JUS | FUGITIVE FROM JUSTICE | b |
| 791236 | 791.236 | PROVIDE ADDR | SEX OFFENDERS-FAIL TO PROVIDE CORR ADDRESS BEFRE LEAVE PRISON | b |
| 8002811 | 800.2811 | PRISONS | PRISONS-FURNISHING CONTRABAND TO PRISONER IN PRISON | b |
| 8002812 | 800.2812 | PRISONS | PRISONS-FURNISHING CONTRABAND TO PRISONERS OUTSIDE PRISON | b |
| 8002813 | 800.2813 | PRISONS | PRISONS-BRINGING CONTRABAND INTO | b |
| 8002814 | 800.2814 | PRISONS | PRISONER POSSESSING CONTRABAND | b |

| 8002831 | 800.2831 | PRISONS | PRISONS-FURNISHING WEAPON TO PRISONER IN PRISON | b |
| 8002832 | 800.2832 | PRISONS | PRISONS-FURNISHING WEAPON TO PRISONER OUTSIDE PRISON | b |
| 8002833 | 800.2833 | PRISONS | PRISONS-BRINGING WEAPON INTO | b |
| 8002834 | 800.2834 | PRISONS | PRISONS-PRISONER POSSESSING WEAPONS | b |
| 800283A | 800.283A | FURN CELL PH | PRISONS-FURNISHING CELLPHONE TO PRISONER | b |
| 8012621A | 801.2621A | JAIL GUN IN | JAILS - BRINGING WEAPON INTO | b |
| 8012621B | 801.2621B | JAIL GUN TO | JAILS - FURNISH WEAPON TO PRISONER | b |
| 8012622 | 801.2622 | JAIL POSS GN | JAILS - POSSESSION OF WEAPON IN | b |
| 801262A1 | 801.262A1 | JAILS-FURNIS | JAILS-FURNISHING CELLPHONES TO PRISONER | b |
| 801262A2 | 801.262A2 | JAIL - CELL | PRISONER IN POSS OF CELLPHONE OR WIRELESS DEVICE IN JAIL | b |
| 8012631 | 801.2631 | JAIL CONTRB | JAILS - FURNISH CONTRABAND TO PRISONERS | b |
| 8012632 | 801.2632 | JAIL CONTRAB | JAILS - PRISONER POSSESSING CONTRABAND | b |
| 750136D1A | 750.136D1A | CHILD ABUS-1 | CHILD ABUSE - 1ST DEGREE COMMITTED IN THE PRESENCE OF A CHILD | b |
| 750136D1B | 750.136D1B | CHILD ABUS-2 | CHILD ABUSE - 2ND DEGREE COMMITTED IN THE PRESENCE OF A CHILD | b |
| 750136D1C | 750.136D1C | CHILD ABUS-2 | CHILD ABUSE - 2ND DEGREE COMMITTED PRES OF CHILD-2ND OFFENSE | b |
| 750136D1D | 750.136D1D | CHILD ABUS-3 | CHILD ABUSE - 3RD DEGREE COMMITTED IN THE PRESENCE OF A CHILD | b |
| 7501228 | 750.1228 | WITNESSES | WITNESSES-RETALIATING AGAINST | b |
| 750136B3 | 750.136B3 | CHILD ABUS-2 | CHILD ABUSE - 2ND DEGREE | b |
| 750136B4 | 750.136B4 | CHILD ABUS-3 | CHILD ABUSE - 3RD DEGREE | b |
| 750145N2 | 750.145N2 | ADLT ABUSE/2 | VULNERABLE ADULT ABUSE - 2ND DEGREE | b |
| 750147B | 750.147B | ETHNIC INTIM | ETHNIC INTIMIDATION | b |
| 7502072B | 750.2072B | EXPLOSIVES | EXPLOSIVES-PLACING NEAR PROPERTY CAUSING PROP DAMAGE | b |
| 7502091A | 750.2091A | EXPLOSIVES | EXPLOSIVES-PLACE OFFENSIVE SUBS W/ INTENT TO INJURE | b |
| 7502091B | 750.2091B | EXPLOSIVES | EXPLOSIVES-PLACE OFFENSIVE SUBS W/ INTENT TO INJURE/PROP DAM | b |
| 750209A | 750.209A | EXPLOSIVES | EXPLOSIVES-POSSESSION W/ INTENT TO TERRORIZE | b |
| 7504792 | 750.4792 | PUBLIC OFCR | PUBLIC OFFICER-ASSAULTING OR OBSTRUCTING | b |
| 750483A4B | 750.483A4B | POL INVESTI | INTERFERE W/ POLICE INVESTIGATION-COMMIT CRIME/THREATEN KILL | b |
| 75081D1 | 750.81D1 | PO-ASSAULT | POLICE OFFICER-ASSAULTING/RESISTING/OBSTRUCTING | b |
| 750209-A | 750.209-A | EXPL PLACE I | EXPLOSIVES PLACING OFFENSIVE SUBSTANCE WITH INTENT TO INJURE | b |
| 750209-B | 750.209-B | EXPLOSIVES | EXPLOSIVES - PLACING OFFENSIVE SUBS W/ INTENT TO ALARM | b |

# EXHIBIT G TO APPENDIX 1

**FINANCIAL INFORMATION INTAKE FORM (April 2022)**

**Name**:_____

_____

**Are you receiving government assistance such as disability, food stamps, housing vouchers, social security, Bridge card? (Check one)  Yes _____          No _____**

| MONTHLY INCOME | AMOUNT |
|---|---|
| Monthly Income | $ |
| Income of Other Household Members Available and Accessible to You (such as spouse) | $ |
| | $ |
| | |
| | |
| | |
| **Total Estimated Monthly Income** | $ |

| MONTHLY EXPENSES | AMOUNT |
|---|---|
| Rent / Mortgage / Utilities | $ |
| Loan Payments / Credit Card Payments | $ |
| Child Care / Child Support / Alimony | $ |
| Health Care/ Medical / Dental | $ |
| Fines, fees, restitution, bail in other cases | $ |
| Other (such as gas, insurance, food) | $ |
| **Total Estimated Monthly Expense** | $ |

**Please explain any other current conditions (examples: marital status, kids/dependents, length of residency, mental health, disability, loss of income):**

_____

_____

_____

_____

_____

| 2022 Poverty Level | | | |
|---|---|---|---|
| Household size | 100% | 140% | 200% |
| 1 | $13,590 | $19,026 | $27,180 |
| 2 | $18,310 | $25,634 | $36,620 |
| 3 | $23,030 | $32,242 | $46,060 |
| 4 | $27,750 | $38,850 | $55,500 |

For a **personal bond**, without other disqualifying factors, anything below 200% of the poverty level is a presumptive qualification.

For an **appointed attorney**, income level below 140% of the poverty level is a presumed qualification.

For Poverty Level: each additional person add: $4,720 for 100% | $6,608 for 140%  |  $9,440 for 200%

# EXHIBIT H TO APPENDIX 1

# PART I
# TO EXHIBIT H

**Judicial Determinations Data Creation Checklist (<mark>Last Revised May 4, 2022</mark>)**

**<u>Arraignment Questions</u>**

1.  Was the Accused Individual given an opportunity to complete a Financial Information Intake Form?  (Appendix 1, Arraignment Questions, data point 1.)

    ☐ Yes

    ☐ No

2.  Have you provided an opportunity for information from the Financial Information Intake Form to be presented?  (Appendix 1, Arraignment Questions, data point 2.)

    ☐ Yes

    ☐ No

3.  a. Is the Accused Individual charged with an offense for which pretrial detention may be authorized by MCR 6.106(B) or Article I, Section 15 of the Michigan Constitution? (Appendix 1, Arraignment Questions, data point 3.a.)

    ☐ Yes

    ☐ No

3.  b. If YES to 3.a., was the Accused Individual ordered detained based upon a finding that the proof of their guilt was evident or the presumption great?  (Appendix 1, Arraignment Questions, data point 3.b.)

    ☐ Yes

    ☐ No

4.  If Cash Bail (Appendix 1, "What Happens at the Arraignment" data point 13.) was imposed, is a finding made that the Cash Bail was affordable?  (Appendix 1, Arraignment Questions, data point 4.)

    ☐ Yes (Payment found to be affordable)

    ☐ No (Payment found to be unaffordable)

    ☐ NI (Not Imposed)

5.  If Cash Bail (Appendix 1, "What Happens at the Arraignment" data point 13.) was not found to be affordable, is a finding made on the record, by clear and convincing evidence that is particular to the Accused Individual, that the Accused Individual presents an identified and articulable danger to any person or the public that cannot be managed by Non-Cash Release Conditions?  (Appendix 1, Arraignment Questions, data point 5.)

☐ Yes

☐ No

6. If Cash Bail (Appendix 1, "What Happens at the Arraignment" data point 13.) was not found to be affordable, is a finding made on the record, by a preponderance of the evidence that is particular to the Accused Individual, that Unaffordable Bail is reasonably necessary to ensure the Accused Individual's appearance is required and that the risk of non-appearance cannot be managed by Non-Cash Release Conditions?   (Appendix 1, Arraignment Questions, data point 6.)

☐ Yes

☐ No

7. If Cash Bail (Appendix 1, "What Happens at the Arraignment" data point 13.) was imposed, has the Accused Individual indicated that s/he is deliberately not paying for imposed Cash Bail for a reason(s) other than unaffordability?  (Appendix 1, Arraignment Questions, data point 7.)

☐ Yes

☐ No

**Bail Redetermination Hearing Questions**

1. What type of Bail Redetermination hearing is being conducted?   (Appendix 1, Bail Redetermination Hearing Questions, data point 1.)

☐ Affordable

☐ Unaffordable

2. Was the Accused Individual given an opportunity to complete a Financial Information Intake Form?  (Appendix 1, Bail Redetermination Hearing Questions, data point 2.)

☐ Yes

☐ No

2

3.  Have you provided an opportunity for information from the Financial Information Intake Form to be presented?  (Appendix 1, Bail Redetermination Hearing Questions, data point 3.)

☐ Yes

☐ No

.  4.  If Answer to Question 1 is "Unaffordable," have you provided an opportunity for information to be presented on why it was incorrect to impose Unaffordable Cash Bail? (Appendix 1, Bail Redetermination Hearing Questions, data point 4.)

☐ Yes

☐ No

5.  If Answer to Question 1 is "Affordable," have you provided an opportunity for information to be presented on why the Accused Individual remains detained?  (Appendix 1, Bail Redetermination Hearing Questions, data point 5.)

☐ Yes

☐ No

6.  What is the result of the Bail Redetermination Hearing?   (Appendix 1, Bail Redetermination Hearing Questions, data point 6.)

☐ a. Cash Bail reduced to a lower amount determined to be affordable  (Appendix 1, Bail Redetermination Hearing Questions, data point 6.a.)

☐ b. Cash Bail eliminated  (Appendix 1, Bail Redetermination Hearing Questions, data point 6.b.)

☐ c. Accused Individual remains detained because the Accused Individual indicated that s/he is deliberately not paying for imposed Cash Bail for a reason(s) other than unaffordability  (Appendix 1, Bail Redetermination Hearing Questions, data point 6.c.)

☐ d. Unaffordable Cash Bail maintained at the original or higher amount or a lesser amount deemed to be unaffordable because:

_____1. a finding is made on the record, by clear and convincing evidence that is particular to the Accused Individual, that the Accused Individual presents an identified and articulable danger to any person or the public that cannot be

3

managed by Non-Cash Release Conditions  (Appendix 1, Bail Redetermination Hearing Questions, data point 6.d.1.)

_____2.  a finding is made on the record, by a preponderance of the evidence that is particular to the Accused Individual, that Unaffordable Bail is reasonably necessary to ensure the Accused Individual's appearance as required and that the risk of non-appearance cannot be managed by Non-Cash Release Conditions (Appendix 1, Bail Redetermination Hearing Questions, data point 6.d.2.)

# PART II
# TO EXHIBIT H

# Arraignment Questions Flow



11/03/2021

# Bail Redetermination Hearing Questions Flow



# EXHIBIT I TO APPENDIX 1

# PART I
# TO EXHIBIT I

## Release Rate Formulas (Last Updated May 4, 2022)

This document sets forth the logic for Release Rate assessment for the Misdemeanor Offense Category (i.e. Misdemeanor 1), Felony Offense Category A, and Felony Offense Category B. This document may be amended as necessary to ensure the Release Rate buckets for the Offense Categories are populated consistent with the terms of the Agreement.

## Logic For Release Rate Assessment Under the Agreement:

An Accused Individual is not included for purposes of Release Rate assessment for a bi-monthly data report **at all** if:

1. The record at the Arraignment or Bail Redetermination hearing establishes that the Accused Individual has deliberately chosen not to post Cash Bail for reasons other than unaffordability. (*See* Agreement, ¶ 46.c.)
2. If a Capias Warrant was issued for a misdemeanor classified as "OT" or "ST," and there are no other misdemeanor or felony charges involved, then the release decision is not part of the release rate assessment. (*See* Agreement, ¶¶ 13, 42, 46.d., 49).

An Accused Individual is **not included** for purposes of Release Rate assessment for a current bi-monthly data report if:

1. The Accused Individual's Arraignment occurred on the second-to-last day of the second month of the current bi-monthly reporting period, Cash Bail that was intended to be affordable was imposed, a Bail Redetermination hearing occurred on the last day of the second month of the current bi-monthly reporting period, and there is no indication that the Accused Individual satisfied all bond payments by the end of the second month of the current bi-monthly reporting period (*see* Agreement, ¶ 49); or
2. The Accused Individual's Arraignment occurred on the last day of the second month of the current bi-monthly reporting period, Cash Bail that was intended to be affordable or unaffordable was imposed, and there is no indication the Accused Individual satisfied all bond payments by the end of the month. (*See* Agreement, ¶ 49).

An Accused Individual **is** included for purposes of Release Rate assessment for a current bi-monthly data report if:

1. The Accused Individual's Arraignment occurred on the last or second-to-last day of the previous second month of a bi-monthly reporting period and the Accused Individual was not included in the previous data report. (*See* Agreement, ¶ 49).
2. The Accused Individual's Arraignment occurred at any time during the bi-monthly reporting period except the last or second-to-last day of the second month of the current bi-monthly reporting period. (*See* Agreement, ¶ 49).

3. The Accused Individual's Arraignment occurred on the last or second-to-last day of the second month of the current bi-monthly reporting period, but the Accused Individual is considered released because no Cash Bail was imposed, or because the Accused Individual satisfied all bond payments by the last day of the second month of the current bi-monthly reporting period.  (*See* Agreement, ¶ 49).

4. The Accused Individual's Arraignment occurred on the second-to-last day of the second month of the current bi-monthly reporting period or earlier, and Cash Bail that was intended to be unaffordable was imposed.  (*See* Agreement, ¶ 49).

5. The Accused Individual's Arraignment occurred on the second-to-last day of the second month of the current bi-monthly reporting period, Cash Bail that was intended to be affordable was imposed, and a Bail Redetermination hearing did not occur on the last day of the second month of the current bi-monthly reporting period.

An Accused Individual  is **considered released** for purposes of Release Rate assessment for a bi-monthly data report if:

1. No Cash Bail is imposed at the Accused Individual's Arraignment.  (*See* Agreement, ¶ 46).

2. Cash Bail is imposed at the Accused Individual's Arraignment, but the Accused Individual satisfies all bond payments within 1 day of the Accused Individual's Arraignment.  (*See* Agreement, ¶ 46).

3. Cash Bail that is intended to be affordable is imposed at the Accused Individual's Arraignment and the Accused Individual fails to satisfy all bond payments within 1 day of the Arraignment, but a Bail Redetermination hearing is held within 1 day of the Arraignment, and the Accused Individual satisfies all bond payments within 1 day of the Bail Redetermination hearing (in other words, within 2 days of the Arraignment) or at the Bail Redetermination hearing Cash Bail is eliminated.  (*See* Agreement, ¶ 46).

An Accused Individual is **considered detained** for purposes of Release Rate assessment for a bi-monthly data report if:

1. A Presiding Officer imposes Cash Bail (i.e., cash/surety, cash only, 10%) of more than $0 that is intended to be affordable and
   a. The Accused Individual does not satisfy all bond payments within 1 day of the Arraignment, and a Bail Redetermination hearing does not occur within 1 day.
   b. The Accused Individual is given a Bail Redetermination hearing within 1 day of Arraignment,  Cash Bail is not eliminated at the Bail Redetermination hearing, and then the Accused Individual fails to satisfy all bond payments within 1 day of the Bail Redetermination hearing (or 2 days of the Arraignment).

2. A Presiding Officer imposes Cash Bail (i.e., cash/surety, cash only, 10%) of more than $0 that is intended to be unaffordable, and the Accused Individual does not satisfy all bond payments within 1 day of the Arraignment.

# PART II
# TO EXHIBIT I

# Release Rate Calculation Flow

Calculated Separately for Felony Offense Category A, Felony Offense Category B, and Misdemeanor Offense Category (i.e. Misdemeanor 1)

Given Personal Bond at Arraignment + ( Given Non-Personal Bond + Bond Posted date not more than 1 day after Arraignment ) + ( Answer "Yes" to Judicial Determinations Data Creation Checklist Arraignment Q. 4. ("Affordable") + Affordable BRH held within 1 day after Arraignment + Bond Posted date not more than 1 day after BRH Date ) + Affordable BRH held within 1 day after Arraignment and answer "Yes" to Judicial Determinations Data Creation Checklist BRH Q.6.b.

+ ( Arraignment on last or 2nd to last day of prior reporting period + Not included in that prior reporting period + ( Bond Posted date within 1 day after Arraignment **Or** Bond Posted date within 1 day after Affordable BRH held within 1 day after Arraignment **Or** Affordable BRH held within 1 day after Arraignment and answer "Yes" to Judicial Determinations Data Creation Checklist BRH Q.6.b. ) ) = **Numerator**

---

All Arraignments − Answer "Yes" to Judicial Determinations Data Creation Checklist Arraignment Q. 7. or BRH Q.6.c − ( Answer "Yes" to Judicial Determinations Data Creation Checklist Arraignment Q. 4. + Arraignment 2nd to last day of reporting period + Affordable BRH last day of reporting period + Bond Not Posted )

− ( Answer "Yes" or "No" to Judicial Determinations Data Creation Checklist Arraignment Q. 4. + Arraignment last day of reporting period + Bond Not Posted ) + ( Arraignment on last or 2nd to last day of prior reporting period + Not included in that prior reporting period ) = **Denominator**



# EXHIBIT J
# TO APPENDIX 1

# PART I
# TO EXHIBIT J

<u>**Redetention Limit Formula**</u> <mark>**(Last Updated May 4, 2022)**</mark>

This document sets forth the logic for assessing the Actual Redetention Rate for the Misdemeanor Offense Category (i.e. Misdemeanor 1), Felony Offense Category A, and Felony Offense Category B. This document may be amended as necessary to ensure the Actual Redetention Rate for the Offense Categories is populated consistent with the terms of the Agreement.

**Full Logic For Redetention Limit Assessment Under the Agreement:**

The Actual Redetention Rate assessment is based on an answer "Yes" to "Tracking Subsequent Pre-Trial Phases" data point 27. in Appendix 1 to the Agreement across all Offense Categories (i.e. Misdemeanor Offense Category (i.e. Misdemeanor 1), Felony Offense Category A, and Felony Offense Category B).

An Accused Individual is not included for purposes of the Redetention Limit assessment **at all** if:
1. The record at the Arraignment or Bail Redetermination hearing establishes that the Accused Individual has deliberately chosen not to post Cash Bail for reasons other than unaffordability. (Answer "Yes" to Judicial Determinations Data Creation Checklist Arraignment Q. 7. or BRH Q. 6.c.)
2. The answer to "Tracking Subsequent Pre-Trial Phases" data point 27. (i.e. "Was Cash Bail newly imposed or increased at the first regularly scheduled hearing before the district judge (PCC in a felony; pre-trial in a misdemeanor)") is "no".

An Accused Individual is not included for purposes of the Redetention Limit assessment for the current bi-monthly data report if:
1. The Accused Individual's probable cause conference or pre-trial hearing occurred on the last day of the second month of the bi-monthly reporting period and there is no indication that the Cash Bail was posted by the end of the second month of the bi-monthly reporting period.

An Accused Individual **is** included for purposes of the Redetention Limit assessment for the current bi-monthly data report if:
1. The answer to "Tracking Subsequent Pre-Trial Phases" data point 27. (i.e. "Was Cash Bail newly imposed or increased at the first regularly scheduled hearing before the district judge (PCC in a felony; pre-trial in a misdemeanor)") is "yes" and the PCC in a felony or pre-trial in a misdemeanor occurred at any time during the bi-monthly reporting period except the last day of the second month of the current bi-monthly reporting period.
2. The answer to "Tracking Subsequent Pre-Trial Phases" data point 27. (i.e. "Was Cash Bail newly imposed or increased at the first regularly scheduled hearing before the district judge (PCC in a felony; pre-trial in a misdemeanor)") is "yes," the PCC in a felony or pre-trial in a misdemeanor occurred on the last day of the second month of the current bi-monthly reporting period, and bond was posted on the same day.
3. The Accused Individual's probable cause conference or pre-trial hearing occurred on the last day of the second month of the bi-monthly reporting period, the answer to "Tracking Subsequent Pre-Trial Phases" data point 27. (i.e. "Was Cash Bail newly imposed or

increased at the first regularly scheduled hearing before the district judge (PCC in a felony; pre-trial in a misdemeanor)") is "yes", and the Accused Individual was not included in the previous bi-monthly data report because the outcome was unknown.

An Accused Individual is "redetained" for purposes of the Redetention Limit assessment for the current bi-monthly data report if the Accused Individual is included for purposes of the current Redetention Limit assessment based on the prior paragraphs and:

1. At the Accused Individual's PCC in a felony or a pre-trial hearing in a misdemeanor, Cash Bail is higher[1] than it was at the Bail Redetermination hearing ("BRH") (if there was one) or the Arraignment (if there was no BRH), and the date bond posted is either missing or more than 1 day after the date of the PCC in a felony or pre-trial hearing in a misdemeanor.

---

[1] "Cash Bail is higher" means it will cost more for the Accused Individual to post bond in order to be released.

# PART II
# TO EXHIBIT J

# Redetention Rate Calculation Flow



Cash Bail Posted more than 1 day after PCC or PH, or date is missing = Numerator

Answer "Yes" to "Tracking Subsequent Pre-Trial Phases" data point 27. in Appendix 1– combine Felony Offense Category A, Felony Offense Category B, and Misdemeanor Offense Category (i.e. Misdemeanor 1) × Answer "Yes" to Judicial Determinations Data Creation Checklist Arraignment Q. 7. or BRH Q. 6.c. × [ PCC or PH on last day of reporting period + Cash Bail not Posted ] + [ PCC or PH on last day of prior reporting period + Not included in that prior reporting period ] = Denominator

# APPENDIX 2

# CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT

## RECITALS

This Confidentiality and Non-Disclosure Agreement is among (1) the plaintiffs in Case No. 2:19-cv-11076 in the United States District Court for the Eastern District of Michigan ("Action") ("Plaintiffs"), and (2) [Potential Consultant Name] ("NAME"), collectively referred to as the "Parties" and singly as a "Party."

**WHEREAS**, on April 14, 2019, Plaintiffs filed a federal putative class action complaint against certain named judicial officers of the 36th District Court of Michigan ("the Court") in their respective official capacities, and the Sheriff of Wayne County, Michigan, named in his official capacity, in the United States District Court for the Eastern District of Michigan, in the matter of *Ross, et al., v. Honorable Nancy M. Blount, et al.*, Case No. 2:19-cv-11076 ("the Action"), and filed a Motion for Class Certification.

**WHEREAS**, Plaintiffs and the Court entered into an agreement resolving the Action ("Agreement").

**WHEREAS**, on XX, a stipulated order of dismissal was filed with the federal district court which attached the Agreement as an Exhibit.

**WHEREAS**, on XX, the stipulated order of dismissal was signed by the federal district court.  (**Exhibit A**, Stipulated Order of Dismissal and Agreement).

**WHEREAS,** Plaintiffs have concluded that [NAME] may have a potential role in aiding Plaintiffs in analyzing data for the purpose of verifying or better understanding the causes and solutions for the missed Release Rate(s) (*see* Agreement, ¶51.a.) and/or the missed Redetention Limit (*see* Agreement, ¶53.a.) .  In this regard, Plaintiffs may disclose certain Confidential Information to [NAME], and wish to protect and preserve the confidentiality of such Confidential Information.

NOW THEREFORE in consideration of the mutual covenants and agreements hereinafter and for other good and valuable consideration, the Parties hereby agree as follows:

## THE PARTIES AGREE AS FOLLOWS:

1.      The Parties expressly incorporate by reference and agree to the Recitals above.

2.      Except as expressly agreed to by Plaintiffs and the Court in writing, any communications made between or among the Parties with respect to the Confidential Information defined in Paragraph 3 of this Confidentiality and Non-Disclosure Agreement shall remain confidential and be protected under this Confidentiality and Non-Disclosure Agreement.  This provision applies to all communications made: (1) through Plaintiffs' counsel of record (or their successors), the American Civil Liberties Union Foundation, the American Civil Liberties Fund

of Michigan, Covington & Burling LLP, The Bail Project and the NAACP Legal Defense and Educational Fund, and their respective agents and representatives, and (2) through the Court's counsel of record (or their successors), Dickinson Wright PLLC, and Gerald K. Evelyn, Attorney & Counselor, and their respective agents and representatives, and the Court's agents and representatives including, without limitation, General Counsel Shawn Jacque, and the Honorable Larry Williams.

3.      "Confidential Information" shall mean, without limitation:  (i) all facts, concepts, ideas, proposals, draft resolution documentation, analyses, and any and all other related information, documentation, or data, whether in writing or oral, relating to the Court's compliance with the Agreement; (ii) the existence (including occurrence and substance) of any communications between Plaintiffs and the Court relating to the Court's compliance with the Agreement, whether in writing or oral; and (iii) the existence (including occurrence and substance) of any communications between [NAME] and Plaintiffs relating to the Court's compliance with the Agreement, whether in writing or oral.  Upon receipt of any Confidential Information, [NAME] shall not, at any time:  (i) reproduce, disclose, divulge, disseminate, publish, reveal or otherwise make the Confidential Information known to anyone who is not a Party to this Confidentiality and Non-Disclosure Agreement; or (ii) use the Confidential Information, directly or indirectly, in any manner except as provided for by this Confidentiality and Non-Disclosure Agreement.  [NAME] shall hold all Confidential Information in the strictest confidence.

4.      The Parties acknowledge and agree that any and all rights in the Confidential Information shall remain the sole property of Plaintiffs and the Court.

5.      The Parties acknowledge and agree that, in the event of a breach of this Confidentiality and Non-Disclosure Agreement by [NAME], Plaintiffs and the Court will suffer irreparable injury and damages, and monetary damages may not be a sufficient remedy for any such breach of this Confidentiality and Non-Disclosure Agreement.  In addition to all other remedies, Plaintiffs and the Court shall be entitled to seek injunctive relief restraining the disclosure of any Confidential Information, without the necessity of proving actual damages.

6.      This Confidentiality and Non-Disclosure Agreement shall be governed by and construed in accordance with the laws of the state of Michigan.  If any provision of this Confidentiality and Non-Disclosure Agreement is in conflict with any law of the state of Michigan, or is otherwise unenforceable, such provision shall be deemed null and void only to the extent of such conflict or unenforceability, and shall be deemed separate from and shall not invalidate any other provision of this Confidentiality and Non-Disclosure Agreement.

7.      This Confidentiality and Non-Disclosure Agreement shall not be construed for, or against, any Party based on drafting involvement, nor shall any ambiguity of any language be resolved for or against any Party by virtue of the identity of the preparer of that language.

8.      This Confidentiality and Non-Disclosure Agreement is the entire understanding of the Parties with respect to this subject matter.

9.     This Confidentiality and Non-Disclosure Agreement may not be amended or modified except by a written agreement signed by each Party.

10.     This Confidentiality and Non-Disclosure Agreement may be executed in any number of counterparts and by facsimile transmission or similar means with the same effect as if all Parties had affixed their original signatures to the same instrument.

[Signatures on Next Page]

**THE UNDERSIGNED ARE OF LEGAL AGE AND UNDER NO DISABILITY. THE UNDERSIGNED ARE AUTHORIZED TO ENTER INTO THE FOREGOING CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, FULLY UNDERSTAND IT AND SIGN IT FREELY AND VOLUNTARILY AS THEIR FULL AND COMPLETE CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT.**

**ON BEHALF OF PLAINTIFFS**

_____
Signature

_____
Print Name

_____
Date

**POTENTIAL CONSULTANT**

_____
Signature

_____
Print Name

_____
Date

4

**EXHIBIT A**

**Stipulated Order and Agreement**

# APPENDIX 3

# PART I
# TO APPENDIX 3

Founded in 1852
by Sidney Davy Miller

# MILLER CANFIELD

Saul A. Green
TEL +1.313.496.7535
FAX +1.313.496.8453
E-MAIL greens@millercanfield.com

MICHIGAN
ILLINOIS
NEW YORK
OHIO
WASHINGTON, D.C.
CANADA
CHINA
MEXICO
POLAND
QATAR

**Miller, Canfield, Paddock and Stone, P.L.C.**
150 West Jefferson, Suite 2500
Detroit, Michigan  48226
TEL (313) 963-6420
FAX (313) 496-7500
millercanfield.com

July 26, 2021

**VIA EMAIL:**

    Re:    Engagement as Community Partner – Resolution involving Davontae Ross, Timothy Lucas, Starmanie Jackson, KuShawn Moore, Jr., a minor by his parent and next friend, KuShawn Moore, Sr., Asia Dixon, Keith Wilson, and Katrina Gardner ("Plaintiffs"), and Honorable Chief Judge of Michigan's 36th District Court, in his official capacity as Chief Judge of Michigan's 36th District Court and Magistrates of Michigan's 36th District Court, in their official capacities as Magistrates of Michigan's 36th District Court ("Defendants" or "36th District Court")

Dear Parties:

    Thank you for the opportunity to work with Plaintiffs and 36th District Court in the matter of <u>Davontae Ross et al. v. Chief Judge of Michigan's 36th District Court et al., E.D. Mich. Case No. 19-CV-11076 (the "Case")</u>.  Please review this engagement letter and return a signed copy to me (our "Retention Agreement").

    **Retention of Services.**  Plaintiffs and 36th District Court (the "Parties") have agreed to the engagement of me and Miller, Canfield, Paddock and Stone, P.L.C. to assist in the potential resolution of the Case between the Parties with the anticipated potential resolution resulting in me serving in the role of Community Partner.  The Parties have represented that the Community Partner role will focus on implementation and administration of the resolution, including, without limitation, investigating compliance and issuing reports related thereto as appropriate.  If the Parties reach a resolution, it is understood that the Parties anticipate that this Retention Agreement will be attached as Appendix 3 to the Settlement Agreement approved by the Parties along with a letter from me formally accepting the Community Partner role's duties and functions as set forth in the finalized Settlement Agreement.  This engagement does not give rise to a lawyer-client relationship between the lawyers, the lawyers' firms, the Parties or any affiliate of the Parties, or any other person or entity.

    **Scope of Engagement.**  We have been engaged to commence work on this matter on July 26, 2021 or the latest date this Retention Agreement is executed on behalf of 36th District Court and on behalf of Plaintiffs.  The scope of the engagement is described above.  Miller Canfield confirms that it does not represent any of the Parties in any related matter.

<div align="center">

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

</div>

-2-                                                        July 26, 2021

**Confidentiality.**  Except as may otherwise be provided in a finalized Settlement Agreement approved by the Parties or by express authorization by the Parties, the information provided by Plaintiffs and Defendants related to this engagement shall be confidential including, without limitation, under FRE 408.

**Staffing.**  I will manage this engagement, but senior partner Joseph Vernon will play a significant role advising me in my role.  As discussed, we can offer a special discount, which means that both my and Joe's time will be billed at $425 per hour (my standard billing rate is $690 per hour and Joe's standard rate is $540 per hour).  We may be assisted from time to time by other colleagues and members of our professional staff, as the Parties' needs dictate, with other attorneys being billed at a special discounted rate of $225 per hour, and paralegals being billed at a special discounted rate of $ 140 per hour.  Except as to my role, the staffing on this matter is subject to change, based on cost considerations, the workloads of our professional staff members, and the specific tasks to be performed, however the Parties will be notified in advance of any staffing change.

**Billing and Payment.**  All fees, expenses and any additional charges of me and Miller Canfield under this engagement will be paid by the 36th District Court. Neither Plaintiffs, Plaintiffs' counsel, nor 36th District Court's counsel are responsible for payment of such fees, expenses and charges.  Our billing rates are based on the assumption of prompt payment.  Consequently, unless other arrangements are made, fees for services and other charges will be billed monthly and are payable within thirty days of receipt.  We reserve the right to charge interest at the maximum legally permissible rate up to 1% per month or 12% per annum on amounts past due.

**How Our Fees Will Be Set.**  Generally, our fees are based on the time spent by the lawyers and paralegal personnel who work on your matter.  We will charge for all time spent performing professional services for you including, by way of illustration, telephone and office conferences with you, your representatives, consultants, and others; conferences among our legal and paralegal personnel; factual investigation; legal research; and drafting letters, agreements, reports, and other documents.  We will keep accurate records of the time we devote to your work.

From time to time the 36th District Court may request and we may furnish estimates of legal fees and other charges that we anticipate will be incurred under this engagement.  Due to a wide range of variables, many of which are unforeseeable, these estimates are by their nature inexact and cannot be considered as limitations on the fees we will charge.  The actual fees and charges ultimately billed may vary from such estimates.

**Additional Charges.**  In addition to our fees, our invoices will include charges for expenses incurred in the performance of our services.  Generally, charges which reflect the use of resources provided by outside vendors (courier services, court reporters, etc.) are charged at the vendor's charge to us without markup.  Certain other charges reflect the utilization of firm resources or involve an integral combination of firm's resources and outside vendors (photocopying, computer research, etc.).  These services are charged at standard rates which encompass both the direct vendor charge and an amount equal to the firm's estimate of an appropriate charge for the firm resources allocated to the service.  While these charges may not match the firm's exact cost of providing these services in each instance, we believe that these charges are fair and generally comparable to the charges made by other firms for similar services.  The current basis for these charges is set forth below.  The firm will review this schedule of charges on an annual basis and adjust them to take into account changes in the firm's costs and other factors.

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

-3-                                                                          July 26, 2021

**Photocopying:**  The firm charges $.10 per page.

**Computer Research:**  The firm uses computer assisted research services such as Westlaw.  The firm will not charge for the use of these services unless specifically pre-approved by the 36th District Court.

**Mail:**  We charge for the actual cost of postage for the U.S. Postal Service and foreign postal carriers, as well as the actual cost of air express couriers.

**Overtime:**  Staff overtime is charged only when required by the time constraints of the specific project.

**Facsimile:**  The firm reserves the right to charge up to $1.00 per page for outgoing faxes, which includes all telephone costs.  There is no charge for incoming faxes.

**Telephone Calls:**  The firm does not charge for local or long-distance calls made or received at our office locations via land line.  In limited cases in which a significant amount of cellular telephone charges are incurred—e.g., during an engagement that involves extensive travel and engagement-related communications—the firm may pass those charges on to the 36th District Court, but only after providing advanced notice of the expected charges and receiving advanced approval from the 36th District Court.

**Travel-Related Expenses:**  Airfare, meals, and related travel expenses are charged to you at the firm's actual, out-of-pocket cost.  Automobile mileage is charged at the IRS approved rate.  Credits earned under the Frequent Flyer Programs accrue to the individual traveler and not to the firm or you.

**Firm Messengers:**  Walking messenger trips are charged at a flat rate per delivery.  Driving messenger trips are charged at the firm's standard automobile mileage charge plus parking and toll charges if imposed.

**Other Costs:**  The firm charges actual disbursements for third-party services like court reporters, expert witnesses, database services, and the like.  Unless special arrangements are otherwise made, payment of the fees and expenses charged by others (such as experts, investigators, consultants and court reporters) will be the 36th District Court's responsibility and billed directly to the 36th District Court.  All invoices in excess of $1,000 will be forwarded to the 36th District Court for direct payment unless other payment arrangements are made with us in advance.  The firm will not retain any third-party to provide services related to this engagement unless specifically pre-approved by the Parties.

**Completion of Engagement.**  This engagement will terminate when we perform our last services for the Parties in this matter, whether the charges for those services have been invoiced or paid.

**Counterparts.**  This Retention Agreement may be executed in counterparts and, as so executed, shall constitute one single, original agreement binding on Miller, Canfield, Paddock and Stone, P.L.C., the Parties and their counsel.

**Dispute Resolution.** In the unlikely event that a dispute arises concerning our charges for services provided under this Retention Agreement, 36th District Court shall first try in good faith to settle the dispute directly.  If the dispute is not resolved, it shall be submitted to third party neutral facilitation in accordance with the mediation rules of the American Arbitration Association ("AAA").  If the dispute is not resolved

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

-4-                                                     July 26, 2021

through mediation, the dispute shall be settled by binding arbitration in accordance with the laws of the State of Michigan.  The arbitration shall be conducted in accordance with the Commercial Arbitration Rules of the American Arbitration Association except as modified here.  Judgment upon the award rendered by the arbitrators may be entered in any court of record having jurisdiction thereof.  The mediation and arbitration proceedings, including any hearings, shall be held in the Detroit metropolitan area.  Neither Plaintiffs nor Plaintiffs' counsel will be parties to any claim for payment, nor will they be responsible for any AAA fees or arbitrator fees. It is agreed that no one is entitled to or shall request or claim punitive or exemplary damages and that the arbitrators shall not have the authority to award punitive or exemplary damages or any other damages in excess of actual pecuniary damages.

**Documents.**  We will maintain any documents the Parties furnish to us in our file (or files) for this matter.

Again, I appreciate the opportunity and look forward to working with Plaintiffs and Defendants. Please acknowledge your agreement to the terms of this letter by signing the enclosed copy of this letter and returning it in the enclosed envelope or via e-mail.  If you have any questions about this engagement or any aspect of our work or charges, I encourage you to contact me promptly.

Sincerely,

Miller, Canfield, Paddock and Stone, P.L.C.

By:  _____

Saul A. Green

AGREED AND ACCEPTED:

Dated:  July 27, 2021          By: _____

On Behalf of Plaintiffs

Dated:  July _27_ , 2021       By: _____

On Behalf of 36th District Court

# PART II
# TO APPENDIX 3

Founded in 1852
by Sidney Davy Miller

# MILLER CANFIELD

MICHIGAN
ILLINOIS
NEW YORK
OHIO
WASHINGTON, D.C.
CANADA
CHINA
MEXICO
POLAND
QATAR

**Saul A. Green**
**TEL +1.313.496.7535**
**FAX +1.313.496.8453**
**E-MAIL greens@millercanfield.com**

**Miller, Canfield, Paddock and Stone, P.L.C.**
150 West Jefferson, Suite 2500
Detroit, Michigan  48226
TEL (313) 963-6420
FAX (313) 496-7500
millercanfield.com

June 3, 2022

**VIA EMAIL:**

Re:   Engagement as Community Partner – Resolution involving Davontae Ross, Timothy Lucas, Starmanie Jackson, KuShawn Moore, Jr., a minor by his parent and next friend, KuShawn Moore, Sr., Asia Dixon, Keith Wilson, and Katrina Gardner ("Plaintiffs"), and Honorable Chief Judge of Michigan's 36th District Court, in his official capacity as Chief Judge of Michigan's 36th District Court and Magistrates of Michigan's 36th District Court, in their official capacities as Magistrates of Michigan's 36th District Court ("Defendants" or "36th District Court"), and Retention Agreement dated July 26, 2021

Dear Parties:

Pursuant to my Retention Agreement dated July 26, 2021, this letter shall serve as my formal acceptance of the Community Partner role's duties and functions as set forth in the finalized Agreement.  (See Retention Agreement dated July 26, 2021, "Retention of Services").

Sincerely,

Miller, Canfield, Paddock and Stone, P.L.C.

By: _Saul A. Green_

Saul A. Green

# APPENDIX 4

STATE OF MICHIGAN
IN THE 36TH DISTRICT COURT

**LOCAL ADMINISTRATIVE ORDER 2022-_____**

SUBJECT:    CONDUCT OF ARRAIGNMENTS AND IMPLEMENTATION OF BAIL PARTNERSHIP AGREEMENT IN *ROSS ET AL. v. HONORABLE CHIEF JUDGE OF MICHIGAN'S 36TH DISTRICT COURT, IN HIS OFFICIAL CAPACITY AS CHIEF JUDGE OF MICHIGAN'S 36TH DISTRICT COURT, ET AL.*

This Administrative Order implements the Bail Partnership Agreement ("Agreement") in *Ross et al. v. Honorable Chief Judge of Michigan's 36th District Court, in his Official Capacity as Chief Judge of Michigan's 36th District Court, et al.*, No. 19-11076 (E.D. Mich., Compl. filed Apr. 14, 2019), and summarizes some of its core provisions. The Agreement involves standards designed to promote the fair and effective administration of justice. The Agreement is also designed to promote public safety and attendance in court, and further enhance the Court's service to the public. This Administrative Order shall govern all arraignments of criminal defendants ("Accused Individual(s)") conducted by magistrates or judges ("Presiding Officer(s)") of the 36th District Court, effective September 1, 2022.

**IT IS ORDERED THAT:**

1.  The Agreement entered onto the federal district court's docket on DATE, is binding on the 36th District Court. All relevant court staff and officials are expected to be familiar with the Agreement and are required to comply with all of its terms, as well as the associated appendices and exhibits. In the event of any conflict between this Order and the Agreement, the Agreement's terms govern. The Agreement, with its appendices and exhibits, is available online here. Each capitalized term in this Administrative Order shall have the meaning ascribed to it in the Agreement.

2.  Except in cases described in Article I, Section 15 of the Michigan Constitution and Michigan Court Rule 6.106, Accused Individuals must be released on Personal Recognizance or with a Personal Bond, unless a finding is made on the record, pursuant to Paragraph 27 of the Agreement, that the Accused Individual presents an identified and articulable danger to any person or the public or a risk of non-appearance. Cash Bail shall not be imposed unless the Presiding Officer makes a finding that any such danger to a person or the public or risk of non-appearance cannot be managed through Non-Cash Release Conditions. (Agreement, ¶¶ 25, 27.)

    a.  Arraignments involving cases described in MCL 765.6a shall be conducted as described in the Agreement. (Agreement, ¶ 25.d.)

    b.  Arraignments involving individuals accused of violating MCL 750.165 (felony failure to pay child support) shall be conducted as described in the Agreement. (Agreement, ¶ 25.e.)

3.  Accused Individuals shall be given an opportunity to complete a financial information intake form. (Agreement, ¶ 26.a.)

4. In any case in which a Presiding Officer contemplates imposing Cash Bail as a condition of pre-trial release, the Presiding Officer shall conduct an inquiry pursuant to Paragraph 26 of the Agreement to determine how much Cash Bail the Accused Individual can afford to pay without manifest hardship, using assets or income that are available and accessible to the Accused Individual at the time of the Arraignment.  For any Accused Individual whose household income is below 200% of the Poverty Guidelines as revised annually by the United States Department of Health and Human Services, the Accused Individual shall be presumed not to be able to afford to pay Cash Bail.  In any case in which Cash Bail is imposed, the Presiding Officer must make a finding on the record stating whether the amount required is affordable for the Accused Individual.  (Agreement, ¶ 26.)

5. A Presiding Officer may impose Unaffordable Bail only under two circumstances: (1) when the Presiding Officer makes a finding on the record, by clear and convincing evidence that is particular to the Accused Individual, that the Accused Individual presents an identified and articulable danger to any person or the public that cannot be managed by Non-Cash Release Conditions; or (2) when the Presiding Officer makes a finding on the record, by a preponderance of the evidence that is particular to the Accused Individual, that Unaffordable Bail is reasonably necessary to ensure the Accused Individual's appearance as required and that the risk of non-appearance cannot be managed by Non-Cash Release Conditions.  The Presiding Officer will consider evidence and arguments as described in the Agreement.  (Agreement, ¶¶ 27, 34.)

6. If Cash Bail is imposed in an amount that the Presiding Officer at the Arraignment found would be affordable, and if the Accused Individual has not posted bond 24 hours after their Arraignment, the Accused Individual will be automatically scheduled to appear before a Presiding Officer for a Bail Redetermination hearing within 24 hours after their Arraignment.   At the Bail Redetermination hearing, the Presiding Officer will inquire into the reasons why the Accused Individual remains detained, and any additional information bearing on the question of the amount of Cash Bail that the Accused Individual can afford.  (Agreement, ¶¶ 28, 30.)

7. If Cash Bail is imposed in an amount that the Presiding Officer at the Arraignment found would be unaffordable, the Accused Individual will be automatically scheduled to appear before a district court judge at the 36th District Court for a Bail Redetermination hearing within 48-72 hours after the Arraignment.  If the 72-hour period falls on a weekend or holiday, the Bail Redetermination hearing will be scheduled on the next business day.  (Agreement, ¶¶ 28, 29.)

8. Accused Individuals are entitled to Appointed Arraignment Counsel at no expense to themselves, or retained counsel of their choosing, at all Arraignments and Bail Redetermination hearings in the 36th District Court.  (Agreement, ¶¶ 31, 33.)

9. Appointed Arraignment Counsel shall be given an opportunity to speak privately with each Accused Individual who is to be represented by Appointed Arraignment Counsel prior to their Arraignment.  Appointed Arraignment Counsel shall be given sufficient time with the Accused Individual to review the Accused Individual's financial circumstances, as well as any circumstances that may be relevant to the determination of Cash Bail and other conditions of release. (Agreement, ¶ 32.)

10. All attorneys who are appointed to represent Accused Individuals in the 36th District Court shall complete at least four hours of specific training regarding the law and terms of bail prior to September 1, 2022, or prior to receiving an appointment to represent an Accused Individual in the 36th District Court, if completed after September 1, 2022.  The training shall emphasize that the Agreement is not intended to dictate the outcome of any particular Arraignment or Bail Redetermination hearing, but rather to describe the procedures and principles that will be used to guide the lawful and constitutional exercise of the Presiding Officer's discretion when determining whether to impose Cash Bail and the terms upon which to do so.  The training will be jointly developed and administered by the 36th District Court and by Counsel for Plaintiffs in *Ross et al. v. Honorable Chief Judge of Michigan's 36th District Court, in his Official Capacity as Chief Judge of Michigan's 36th District Court, et al.*  The Court will publicly announce multiple opportunities to attend the training during summer of 2022.  (Agreement, ¶¶ 36, 38.)

11. All attorneys who are appointed to represent Accused Individuals in the 36th District Court shall complete at least two-hours of refresher training on the law and terms of bail every two years. (Agreement, ¶ 37.)

12. In all cases involving any Accused Individual who is accused of a misdemeanor offense other than MCL 750.81, 750.82, 750.81a, 750.82a, and 750.11(h), the first time such an Accused Individual fails to appear for any court date (other than a trial date) at which their attendance is required, the Presiding Officer at the hearing will not issue a warrant for the Accused Individual's arrest. Instead, the Presiding Officer will automatically reschedule the court date to a date at least 14 days after the date of non-appearance.  The 36th District Court will promptly send written notice of the rescheduled court date by mail to the Accused Individual's last known address, and it will also promptly provide notice via text message if the Accused Individual has signed up to receive text message alerts.  (Agreement, ¶ 40.)

13. Other than Cash Bail, no Presiding Officer shall impose any type of Condition Requiring Payment for which compliance would require the Accused Individual to make payments upfront prior to being released from jail and no Accused Individual may be detained or otherwise treated as being in violation of their release conditions for inability to make the payments associated with any condition of release.  The Court's current practice when a Tether Requirement is imposed does not include ordering that the Tether Requirement be paid by the Accused Individual so that the Accused Individual can be released.  The Court must continue to not order that a Tether Requirement be paid by an Accused Individual.  Accordingly, an Accused Individual shall not be detained due to a failure to pay for a Tether Requirement.  (Agreement, ¶ 26.f, 26.g.)

14. The Court will continue to utilize a system of text message reminders of court hearings. The Court will provide all Accused Individuals with information regarding signing up for such reminders at their Arraignment.  Notice of the availability of text reminders will be posted in the courthouse in prominent locations.  The 36th District Court will provide a mechanism at the 36th District Court (such as computer kiosks in the courthouse) by which Accused Individuals can sign up to receive text messages.  (Agreement, ¶ 41.)

15. All the terms provided in the Agreement for the conduct of Arraignments and Bail Redetermination hearings apply with equal force to cases in which an Accused Individual was arrested or is being held in jail in whole or part because of a Capias Warrant issued by a 36th District Court judge.  The Presiding Officer in a failure-to-appear case shall determine, *de novo*, appropriate release conditions, if any.  If Cash Bail is contemplated, the Presiding Officer shall determine whether Cash Bail in any amount is appropriate or affordable and, if so, in what amount, in accordance with the terms set forth in Paragraphs 25-27 of the Agreement. (Agreement, ¶ 42.)

Effective date:  September 1, 2022

**SO ORDERED.**

Dated: _____, 2022

_____
Hon. William C. McConico
Chief Judge

# APPENDIX 5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DAVONTAE ROSS,
TIMOTHY LUCAS,
STARMANIE JACKSON,
KUSHAWN MOORE, JR., a minor,
by his parent and next friend,
KUSHAWN MOORE, SR.,
ASIA DIXON,
KEITH WILSON, and
KATRINA GARDNER,

     On behalf of themselves and all
others similarly situated,             Case 2:19-cv-11076-LJM-EAS

        Plaintiffs,                Honorable Laurie J. Michelson
v.                               Magistrate Judge Elizabeth A. Stafford

Honorable CHIEF JUDGE OF MICHIGAN'S
36TH DISTRICT COURT, in his official capacity
as Chief Judge of Michigan's 36th District Court;
MAGISTRATES OF MICHIGAN'S 36TH DISTRICT
COURT, in their official capacities as Magistrates of
Michigan's 36th District Court; and
WAYNE COUNTY SHERIFF, in his
official capacity as Sheriff of Wayne
County, Michigan,

        Defendants.
_____/

## STIPULATED ORDER (1) ACCEPTING PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT AS-FILED AND (2) DISMISSING PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS

This matter having come before the Court upon the stipulation of the Plaintiffs, and the Honorable Chief Judge of Michigan's 36th District Court, in his official capacity as Chief Judge of Michigan's 36th District Court and Magistrates of Michigan's 36th District Court, in their official capacities as Magistrates of Michigan's 36th District Court (collectively, "Judicial Defendants"), and Wayne County Sheriff, in his official capacity as Sheriff of Wayne County, Michigan ("Sheriff Defendant"), through their respective counsel, hereby stipulate and agree as follows:

1.      On April 14, 2019, Plaintiffs filed this action naming the "Hon. NANCY M. BLOUNT, in her official capacity as Chief Judge of Michigan's 36th District Court, BARI BLAKE WOOD, MILLICENT D. SHERMAN, LAURA A. ECHARTEA, DAWN WHITE, and JEFFREY KLEPAREK, in their official capacities as Magistrates of Michigan's 36th District Court," and "BENNY N. NAPOLEON, in his official capacity as Sheriff of Wayne County, Michigan" as defendants. (DE 1, Class Action Complaint, PageID#1)

2.      On August 23, 2019, the action was stayed "to allow time for discussions between the parties aimed at reaching a mutually agreeable resolution of this matter." (DE 34, Stipulated Order Regarding Stay of Case, PageID#770).

3.      On May 29, 2020, the Court entered a Stipulated Order Regarding Change in Composition of Michigan's 36th District Court and Corresponding

2

Amendment to Case Caption and Case Docket.  (DE 36, Stipulated Order Regarding Change in Composition of Michigan's 36th District Court and Corresponding Amendment to Case Caption and Case Docket, PageID#775).

4.     Plaintiffs and Judicial Defendants have reached a resolution.  In this regard, Plaintiffs and the 36th District Court have entered into an Agreement.  See **Attachment 1**, Agreement with its appendices and exhibits.

5.     Consistent with the above, on July 11, 2022, Plaintiffs will cause to be filed a First Amended Class Action Complaint.

6.     Pursuant to this Stipulated Order, Plaintiffs' First Amended Class Action Complaint (filed on July 11, 2022) is accepted by the Clerk of the Court as-filed.

7.     Pursuant to this Stipulated Order, Fed. R. Civ. P. 41(a)(2), and consistent with the above, Plaintiffs' claims in this lawsuit against the Sheriff Defendant are dismissed with prejudice and without attorneys' fees and costs.

8.     Pursuant to this Stipulated Order, Fed. R. Civ. P. 41(a)(2), and consistent with the above, Plaintiffs' claims in this lawsuit against the Judicial Defendants are dismissed with prejudice and without attorneys' fees or costs.

9.     This Court expressly retains jurisdiction over this matter for purposes of enforcing the Agreement between Plaintiffs and the 36th District Court consistent with its terms.

**IT IS SO ORDERED**.

_____

HONORABLE LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated:_____

*We hereby stipulate to entry of the foregoing Order*

AMERICAN CIVIL LIBERTIES
UNION FUND OF MICHIGAN

_____

Philip Mayor (P81691)
Daniel S. Korobkin (P72842)
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6803
pmayor@aclumich.org
dkorobkin@aclumich.org
*Attorneys for Plaintiffs*


AMERICAN CIVIL LIBERTIES
FOUNDATION, CRIMINAL LAW
REFORM PROJECT
Brandon J. Buskey
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
bbuskey@aclu.org
*Attorneys for Plaintiffs*


THE BAIL PROJECT
Twyla J. Carter
P.O. Box 750
Venice, CA 90294
(323) 505-9293
twylac@bailproject.org
*Attorneys for Plaintiffs*


COVINGTON & BURLING LLP
Marta Cook
Laura Beth Cohen
One City Center
850 Tenth Street NW
Washington, DC 20001-4656
(202) 662-6000
mcook@cov.com
lcohen@cov.com
*Attorneys for Plaintiffs*


NAACP Legal Defense and Educational
Fund, Inc.
Amia L. Trigg
700 14th Street, Suite 600
Washington, DC 20005-3202
(202) 682-1300
atrigg@naacpldf.org
*Attorneys for Plaintiffs*


DICKINSON WRIGHT PLLC

_____

Scott A. Petz (P70757)
Alma Sobo (P81177)
2600 West Big Beaver Road, Suite 300
Troy, MI 48084
(248) 433-7200
spetz@dickinsonwright.com
asobo@dickinsonwright.com
*Attorneys for Judicial Defendants*


DICKINSON WRIGHT PLLC
Martin D. Holmes TN (12122)
424 Church Street, Suite 800
Nashville, TN  37219
(615) 244-6538
mholmes@dickinsonwright.com
*Attorneys for Judicial Defendants*

COVINGTON & BURLING LLP
Aaron Lewis (P68688)
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
(424)-332-4800
alewis@cov.com
*Attorneys for Plaintiffs*

DICKINSON WRIGHT PLLC
K. Scott Hamilton (P44095)
Aaron V. Burrell (P73708)
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3500
khamilton@dickinsonwright.com
aburrell@dickinsonwright.com
*Attorneys for Judicial Defendants*

Gerald K. Evelyn (P29182)
535 Griswold Street, Suite 1000
Detroit, MI 48226-3692
(313) 962-3500
geraldevelyn@yahoo.com
*Co-Counsel for Judicial Defendants*

WAYNE COUNTY
CORPORATION COUNSEL
_____
Davidde A. Stella (P69948)
500 Griswold St., 30th Floor
Detroit MI 48226
(313) 224-5030
dstella@waynecounty.com
*Attorneys for Sheriff Defendant*

6