"INJUSTICE ANYWHERE REPRESENTS INJUSTICE EVERYWHERE"

MICHAEL A. BROWN
DRF - #150714
Carson City Correctional Facility
10274 Boyer Road
Carson City, Michigan 48811

October 10, 2022

FILED
OCT 18 2022
CLERK'S OFFICE
DETROIT

Chief Clerk of the Court
Theodore Levin Courthouse
431 West Lafayette Boulevard
Detroit, Michigan 48226

Re: Deavontae Ross, et al., v Hon. Nancy M. Blount
    Case No 2:19-cv-11076
    (Michelson, J., Apr. 4, 2019)

Dear Madam/Sir:

   I am an indigent prisoner who has been improperly incarcerated in a State prison for the past 25-years.

   I firmly believe that information contained in the above referenced, initial Complaint filed by the American Civil Liberties Union (ACLU) and subsequent decision of Judge Michelson, could be of primary assistance to me in my quest seeking formal relief in undermining the offenses I'm under sentence for.

   If the Court has a policy of assisting indigent prisoners, State and/or Federal, with information of a public nature, i.e., similar to the above, upon request free or charge and/or of minimum cost to the Requestee, please utilize such and provide me copies of the above documents.

   In conclusion, I thank you in advance for your attention and anticipated cooperation in this matter. I remain,

Respectfully yours,

Michael A Brown

cc: Mab/mab
    091422

"BLESSED ARE THOSE WHO OVERCOME TYRANNY & INJUSTICE"

Name: Michael A. McCau
Number: DRF - #150714
Address: Carson City Corr Facility
10274 Boyer Road
Address: Carson City, Michigan 48811

GRAND RAPIDS MI 493
28 OCT 2022 PM 6 L

Chief Clerk of the Court
Theodore Levin Courthouse
431 W. Lafayette Boulevard
Detroit, Michigan 48226

48226-312031

RECEIVED
OCT 18 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT © USPS 2019